ANDRÉ BIROTTE JR.
United States Attorney
ALLEN W. CHIU (Cal. Bar No. 240516)
Assistant United States Attorney
3403 Tenth Street, Suite 200
Riverside, CA 92501
Telephone: (951) 276-6924
Email: allen.chiu@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 12-0092(A)-VAP |
| v. | |
| SOHIEL OMAR KABIR, et al., | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other  Under Seal App; Under Seal Prop. Order; Under Seal Document

Reason:

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*): _____

April 10, 2013                           /s/ (Allen W. Chiu)
Date                                     Attorney Name

                                         United States of America
                                         Party Represented

NOTE: A conformed copy of this Notice of Manual Filing MUST be presented with <u>each</u> document, exhibit, etc. at time the document is manually filed.

G-92 (01/07)                    **NOTICE OF MANUAL FILING**