UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

- - -

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA,           )
                                    )
                PLAINTIFF,          )
                                    )
VS.                                 )    CASE NO.:
                                    )    ED CR 12-00092(B)-VAP
SOHIEL OMAR KABIR                   )
RALPH KENNETH DeLEON,               )
                                    )
                DEFENDANTS.         )
_____ )


REPORTER'S TRANSCRIPT OF PROCEEDINGS
(P.M. SESSION)

THURSDAY, AUGUST 14, 2014

LOS ANGELES, CALIFORNIA


LAURA MILLER ELIAS, CSR 10019
FEDERAL OFFICIAL COURT REPORTER
312 NORTH SPRING STREET, ROOM 453
LOS ANGELES, CALIFORNIA 90012
PH:  (213)620-0890

```
 1
        APPEARANCES OF COUNSEL:
 2
        ON BEHALF OF PLAINTIFF:
 3
                    BY:  SUSAN DeWITT
 4                       CHRISTOPHER GRIGG
                         ALLEN CHIU
 5                  ASSISTANT UNITED STATES ATTORNEYS
                    1100 UNITED STATES COURTHOUSE
 6                  312 NORTH SPRING STREET
                    LOS ANGELES, CA 90012
 7

 8      ON BEHALF OF DEFENDANT KABIR:

 9                  OFFICE OF THE FEDERAL PUBLIC DEFENDER
                    BY: JEFFREY AARON
10                      ANGELA VIRAMONTES
                        MATTHEW LARSEN
11                  DEPUTY FEDERAL PUBLIC DEFENDERS
                    3801 UNIVERSITY AVENUE
12                  SUITE 700
                    RIVERSIDE, CA 92501
13
        ON BEHALF OF DEFENDANT DeLEON:
14
                    HANNA BROPHY
15                  BY:  DAVID J. THOMAS, ESQ.
                    1500 IOWA AVENUE
16                  RIVERSIDE, CA 92507

17

18

19

20

21

22

23

24

25
```

```
 1                           INDEX

 2    WITNESSES FOR
      THE GOVERNMENT:
 3
                      DIRECT    CROSS    REDIRECT
 4
      SIRKO, JOSEPH
 5    BY:  MS. DeWITT   4                   36
      BY:  MR. LARSEN           26
 6    BY:  MR. THOMAS           35

 7    BEATY, SCHYLER
      BY:  MR. CHIU     37                   58
 8    BY:  MR. LARSEN           50

 9    ESPIRITU, MARK
      BY:  MS. DeWITT   62                   81
10    BY:  MR. LARSEN           77

11    STIFF, JEFFREY
      BY: MS. DeWITT    83                  104
12    BY: MR. LARSEN            101

13    LAO, JUN
      BY:  MR. CHIU    106                  117
14    BY:  MR. AARON           115
```

```
15       EXHIBITS      ADMITTED      EXHIBITS      ADMITTED
         11-A25           9          29              92
16       13-A1           12          31              94
         13-A3-A6        14          32              95
17       13-A7-A8        16          705             96
         13-A9           18          30              98
18       13-A10-A14      19          45             113
         13-A19-A20      19
19       15-A59-A61      23
         15-A65          24
20       17              26
         33              45
21       34-36           47
         20              68
22       21              75
         22              76
23       48              86
         28              87
24

25
```

```
 1    RIVERSIDE, CALIFORNIA; THURSDAY, AUG. 14, 2014; 1:20 P.M.
 2                              - - -
 3              THE COURT:  Good afternoon.  Let the record reflect
 4    the presence of all members of the jury, all counsel present
 5    and the defendants present, the witness on the witness stand.
 6              Ms. DeWitt, were you -- had you completed your
 7    direct?
 8              MS. DeWITT:  No, I had not.
 9              THE COURT:  All right, you may continue.
10                   DIRECT EXAMINATION (CONTINUED)
11    BY MS. DeWITT:
12    Q.   Special Agent Sirko, I think where we left off just
13    before the lunch break was we were looking at the letters
14    that were left in the laundry basket.  If I could direct your
15    attention back to page 50 of Exhibit 46.  So directing your
16    attention back to the Government's Exhibit 46, page 50, what
17    is that again just to direct everybody back to where we left
18    off?
19    A.   It's a letter addressed to Mico.  It was contained in
20    the Quran that was inside the white basket.
21    Q.   Okay.  And I think just before the lunch break, I had
22    directed your attention to the bottom of the letter.  I will
23    have my colleague blow that up so it's just a little bit
24    easier for the jury to read.  And if you could again read
25    that for the record.
```

1   A.   Love you, Bro.  Be a good Muslim and invite people to

2   Islam.  The Xbox is yours.  Yasin Rafiq Abdul Raheem.

3   Q.   And what is actually the entire -- up in the upper

4   right-hand corner, what does that say?

5   A.   Prayer carpet and Islamic books are yours.

6   Q.   Going back to the letter, if you could just read the

7   first I guess it's six lines?

8   A.   It says Bis Millah.  Salam Alaikum, Bro.  Here is the

9   list.  Give letter to Dad Wednesday.  Give Mom letter.  Call

10  her for her address.  Would you like me to continue?

11  Q.   And Special Agent Sirko, based on your training and

12  experience, did it appear to you that this white laundry

13  basket was something that the person intended to take with

14  them on an airplane?

15  A.   No, ma'am.

16          MR. THOMAS:  Objection.  Speculation and lacks

17  foundation.

18          THE COURT:  Sustained.  So the answer to the last

19  question is ordered stricken, ladies and gentlemen.  You're

20  to disregard it.

21  BY MS. DeWITT:

22  Q.   Special Agent Sirko, based upon -- these letters were

23  found inside the white laundry basket; correct?

24  A.   That's correct.

25  Q.   Um, and is it fair to say that these letters seemed to

```
 1    suggest that the person -- a person is supposed to deliver
 2    them sometime later?
 3    A.    Yes.
 4    Q.    And later than the day in which they were seized?
 5    A.    Yes.
 6    Q.    That they were supposed to deliver one of the letters to
 7    Daddy on Wednesday?
 8    A.    Yes, ma'am.
 9    Q.    And one of the letters to mom later?
10    A.    Yes.
11    Q.    And this particular letter is addressed to a person by
12    the name of Mico.
13    A.    Mico, that's correct.
14    Q.    And do you know who Mico was?
15    A.    No, I do not.
16    Q.    And if I could direct your attention just a little lower
17    in the letter where it says . . .  thank you.  If you could
18    read that.
19    A.    Along with the letter and add me on Facebook.  Only way
20    I can stay in contact with you and family.  And my email is
21    rafiqabdulraheem@gmail.com.
22    Q.    So Special Agent Sirko, based on your training and
23    experience, did it appear that this letter was intended to be
24    left behind?
25    A.    Yes.
```

UNITED STATES DISTRICT COURT

```
 1   Q.   Okay.  And this letter was together with other items in
 2   the white laundry basket; correct?
 3   A.   That's correct.
 4   Q.   Including one of the addresses referred to in this
 5   letter which is the Xbox.
 6   A.   Yes, ma'am.
 7   Q.   Okay.  Based on that, Special Agent Sirko, is it your
 8   opinion that the items in this white laundry basket were
 9   intended to be left behind?
10   A.   Yes.
11        MR. THOMAS:  Objection.  Again, it's speculation,
12   lacks foundation, calls for an expert opinion.
13        THE COURT:  Overruled.
14        THE WITNESS:  Yes.
15        MS. DeWITT:  Thank you.  And if I could now ask my
16   colleague to put page 52 of Exhibit 46 up on the screen.
17   Q.   Now, we had touched upon this just before the lunch
18   hour, but if could direct your attention again to just the
19   bottom of this letter, please tell the family.
20   A.   Yes, ma'am.
21   Q.   Okay.  And again, who is this letter -- this is -- who
22   is this letter directed to?
23   A.   This letter is addressed to Daddy.
24   Q.   And if you could read in the record starting with please
25   what it says in this letter.
```

1    A.    Please tell the family I love them dearly, and please

2    accept Islam so God willing you don't end in hell fire.  I am

3    already in Turkey, Istanbul.  Ralph Kenneth Caseres DeLeon.

4    Q.    And again, Special Agent Sirko, would it be your opinion

5    that this was letter that was intended to be left behind?

6    A.    Yes, ma'am.

7    Q.    And if you could now turn your attention to 46-54.  Now,

8    you testified earlier that some of the letters were -- in

9    whole or in part were in another language, but in this

10   letter, is there some parts particularly at the top of the

11   letter that you can read that are in English?  And I'll

12   assist you with blowing up a part so it's a little easier for

13   the jury to follow along.  Thank you.  And for the record,

14   can you read the parts that are in English in this letter?

15   A.    In the name of Allah, the most gracious and merciful.

16   November 12, 2012.  Dear Mom, if you are reading this, Ibig

17   sabihi, then America plane ticket, Istanbul, Turkey.

18   Q.    Okay.  And again, is this the letter that was found in

19   the Quran inside the white laundry basket that was addressed

20   to Mommy?

21   A.    Yes, ma'am.

22   Q.    And now, if I could ask to have what's been marked for

23   identification as Government Exhibit 11-A25.  I think that's

24   one item in the basket that we overlooked before the lunch

25   hour.  Special Agent Sirko, what is contained in Government's

1    Exhibit 11-A25?

2    A.   It's a white in color Xbox 360.

3         MS. DeWITT:  And at this time, the government would

4    move to admit what's been marked for identification as

5    Government's Exhibit 11-A25.

6         THE COURT:  Any objection?

7         MR. LARSEN:  No objection.

8         MR. THOMAS:  No, Your Honor.

9         THE COURT:  11-A25 ordered admitted, and it may be

10   published.

11              (Exhibit 11-A25 admitted.)

12        MS. DeWITT:  If you could show that to the jury.

13   Q.   And again, all of these items that you've testified to

14   just now and just right before the lunch hour were all the

15   items that were originally contained within the white laundry

16   basket; is that correct?

17   A.   Yes, ma'am, that's correct.

18        MS. DeWITT:  At this time, I'd ask to have what's

19   been previously marked for identification as Government's

20   Exhibit 12 placed before the witness?  And while that's being

21   done, if I could ask my colleague to please display

22   Government's Exhibit 46 at page nine.

23        Okay.  And starting with the photograph that's

24   being displayed, Government's Exhibit 46 at page nine, what

25   does that depict?

1    A.    That is a white plastic bag, and there were -- it

2    contained several items of clothing.

3    Q.    And if you could now look at the next page which is

4    government's Exhibit 46 at ten, what is depicted in that

5    photograph?

6    A.    Those are the contents of that plastic bag.

7    Q.    And if I could now ask to have what's been -- I'm sorry.

8    Going back to Government's Exhibit 12, what is that?

9    A.    It's the plastic bag that contained the items of

10   clothing that are depicted on the picture.

11   Q.    And at this time, it's empty.

12   A.    That's correct.

13   Q.    And I'd now ask to have what has been previously marked

14   for identification as Government's Exhibit 12-A1 through

15   12-A38.  Have you had an opportunity, Special Agent Sirko, to

16   look at that particular box of exhibits before?

17   A.    Yes, ma'am.

18   Q.    And did you have an opportunity to confirm the items in

19   that box?

20   A.    Yes, I did.

21   Q.    And are the items in that box to the best of your

22   knowledge consistent with the items that are depicted in the

23   photograph that's being displayed right now?

24   A.    Yes, ma'am.

25   Q.    And those are -- are those items some or all of the

1    items that came out of the white plastic bag?

2    A.   Yes, those are all of the items that came out of the

3    white bag.

4    Q.   And can you describe for the jury, I think there's 38

5    items in there, just generally what's contained in the box?

6    A.   There's some shorts, some boxers, T-shirts, some pants.

7            MS. DeWITT:  And at this time, I would ask that

8    what's been previously marked for identification as

9    Government's Exhibit 13 be placed before the witness.  And if

10   I could ask my colleague to put up on the screen what's been

11   previously identified as Government's Exhibit 46 at page 13.

12   Q.   Starting with the picture that's on the screen at this

13   time, Special Agent Sirko, what -- what's depicted in that

14   photograph?

15   A.   It is a green in color backpack and the items that were

16   contained within that backpack.

17   Q.   And if you've got -- do you have Exhibit 13 in front of

18   you?

19   A.   Yes, ma'am, I do.

20   Q.   And what is that?

21   A.   That's the backpack that's depicted on the picture.

22   Q.   Okay.  So those are the items that came out of

23   Exhibit 13.

24   A.   Yes.

25           MS. DeWITT:  At this time, I would ask to have what

```
 1   has been previously marked for identification as Government's

 2   Exhibit 13-A1 placed in front of the witness.

 3   Q.   And what is Government's Exhibit 13-A1?

 4   A.   It's a Toshiba laptop that's depicted there at the

 5   bottom right-hand portion of the picture.

 6   Q.   And for the record, can you read the serial number for

 7   that Toshiba laptop?

 8   A.   Yes.  The serial number is 6Charlie012481Quebec.

 9   Q.   And just for the record, when you say Quebec, that

10   stands for Q?

11   A.   Yes, ma'am.

12        MS. DeWITT:  At this time, I would ask to move

13   Government's Exhibit 13-A1 into evidence.

14        THE COURT:  Any objection?

15        MR. LARSEN:  No, Your Honor.

16        THE COURT:  Mr. Thomas, any objection to

17   Exhibit 13?

18        MR. THOMAS:  No, Your Honor.

19        THE COURT:  Thank you.  It's ordered admitted.  You

20   may publish.

21             (Exhibit 13-A1 admitted.)

22        MS. DeWITT:  At this time, could I ask to have

23   Government's Exhibit 13-A2 be placed in front of the witness?

24   Q.   And what is that item?

25   A.   It's a passport for the Philippines.  It's depicted on
```

```
1    the picture in the middle, center of the picture.
2    Q.   And is that a current passport?
3    A.   Yes, ma'am.
4    Q.   And can you look inside?
5    A.   It's a passport, Filipino passport with the name of
6    Ralph Kenneth DeLeon with an expiration date of . . . the
7    16th of October 2017 -- or strike that.  It might be 2016 of
8    October.
9            MS. DeWITT:  And if I can ask my colleague for
10   Exhibit 46-17.
11   Q.   What does that depict?
12   A.   That is the inside of the passport showing Mr. DeLeon.
13   This is the passport that was contained within the green
14   backpack.
15   Q.   So -- and there is an -- and what is the issuance date
16   on that passport?
17   A.   It's the 17th of October 2012.
18           MS. DeWITT:  And if I could ask to have the
19   following exhibits placed in front of the witness:
20   Government's Exhibit 13-A3, A4, A5, A6, A7 and A8, please.
21   And if you could just take them one by one instead of taking
22   them all out together, it might make it a little less
23   confusing.  What is Government's Exhibit A3?
24   A.   It's a pair of socks.
25   Q.   And what is Government's Exhibit A4?
```

```
 1    A.    It's a key chain with a lanyard on it.

 2    Q.    And what is Government's Exhibit 13-A5?

 3    A.    A pair of glasses.

 4    Q.    And what is Government Exhibit 13-A6?

 5    A.    It's a Manchester United scarf, red in color.

 6          MS. DeWITT:  And at this time, Your Honor, I would

 7    move to admit Government's Exhibits 13-A3 through 13-A6.

 8          THE COURT:  Any objections?

 9          MR. LARSEN:  No, Your Honor.

10          MR. THOMAS:  No, Your Honor.

11          THE COURT:  All right.  They're ordered admitted.

12    You may publish.

13          (Exhibits 13-A3 through A6 admitted.)

14    BY MS. DeWITT:

15    Q.   And Special Agent Sirko, if you could show the jury

16    Exhibit 13-A6.

17          MS. DeWITT:  And just to back up for a second, Your

18    Honor, can I move to admit Government's Exhibit 13-A2, the

19    passport?

20          THE COURT:  Any objection to 13-A2?

21          MR. LARSEN:  No.

22          MR. THOMAS:  No.

23          THE COURT:  Ordered admitted, and you may publish.

24          (Exhibit 13-A2 admitted.)

25
```

```
 1    BY MS. DeWITT:
 2    Q.   And do you still have 13-A2 in front of you?
 3    A.   Yes, I do.
 4         MS. DEWITT:  With the Court's permission, could you
 5    show that to the jury?
 6         THE COURT:  Go ahead.
 7         MS. DeWITT:  I'd ask to have at this time what's
 8    been previously marked for identification as Government's
 9    Exhibit 13-A7 and 13-A8 placed before the witness.
10    Q.   What is 13-A7?
11    A.   13-A7 is a black T-shirt with blue and white lettering
12    on it.
13    Q.   And what is -- and that's one of the items that was
14    found?
15    A.   Yes, ma'am, that's correct.
16    Q.   And can I ask to have 13-A8 placed in front of you or is
17    that already in front of you?
18    A.   Yes, I have it.
19    Q.   What's in that item?
20    A.   It's a sweatshirt, jacket, zip-up.
21    Q.   And again, both of these were additional items found in
22    the plastic bag?
23    A.   These were in the -- the green backpack.
24    Q.   Sorry, thank you.
25         MS. DeWITT:  At this time, I would move to admit
```

```
 1    Government's Exhibits 13-A7 and 13-A8.

 2              THE COURT:  Any objections to A7 or A8?

 3              MR. LARSEN:  No objection.

 4              MR. THOMAS:  No.

 5              THE COURT:  A7 and A8 are ordered admitted, and you

 6    may publish.

 7                     (Exhibit 13-A7, A8 admitted.)

 8              MS. DeWITT:  I'd ask to have placed before the

 9    witness what's been previously marked for identification as

10    Government's Exhibit 13-A9.

11    Q.   What is contained in Government's Exhibit 13-A9?

12    A.   It's an Xbox 360 warranty card with a limited 90-day

13    warranty information on it as well as has some information

14    about Xbox live.

15    Q.   And does it have some handwriting on it?

16    A.   Yes, ma'am, there is some handwriting.

17    Q.   What is the handwriting?

18    A.   It has a name, Sohiel Omar Kabir, and then it has an S

19    and L and several smiley faces.

20    Q.   And looking at Government's Exhibit 46 at page 18, on

21    the left side of this exhibit, is that the handwriting that

22    you're referring to?

23    A.   Yes, ma'am.

24    Q.   I'm sorry, excuse me.  My dyslexia is kicking in.  On

25    the right-hand side.
```

```
 1   A.   That's correct.

 2   Q.   Thank you.

 3            MS. DeWITT:  If I could now ask to have what's been

 4   previously marked for identification as Government's 13-A10

 5   through 14.

 6            THE COURT:  Ms. DeWitt, I don't think you've asked

 7   to have -- what's being displayed right now is the warranty

 8   card; correct?

 9            MS. DeWITT:  Yes, Your Honor.

10            THE COURT:  You didn't ask to have it admitted.

11            MS. DeWITT:  Right.

12            THE COURT:  It's 13-9; correct?

13            MS. DeWITT:  And just for the record, Your Honor,

14   thank you for catching that for me, but that particular

15   exhibit that's being displayed, it had actually been moved

16   in --

17            THE COURT:  Oh, it has.

18            MS. DeWITT:  -- already.  That is, um, --

19            THE COURT:  That's the photograph.

20            MS. DeWITT:  -- the photograph that's contained in

21   the photographic set.

22            THE COURT:  All right.  Thank you.

23            MS. DeWITT:  At this time, I would ask to move into

24   evidence Government's Exhibit 13-A9.

25            THE COURT:  Any objection?
```

```
 1              MR. LARSEN:  No, Your Honor.

 2              MR. THOMAS:  No, Your Honor.

 3              THE COURT:  Ordered admitted.

 4                   (Exhibit 13-A9 admitted.)

 5   BY MS. DeWITT:

 6   Q.   And Special Agent Sirko, I believe now what you have in

 7   front of you is 13-A10, 11, 12, 13 and 14; is that correct?

 8   A.   Yes, ma'am.

 9   Q.   Okay.  And can you for the record identify what each of

10   those items are?

11   A.   13-A10 is a black pen.  13-A11 is also a pen, appears to

12   be black in color.  13-A12 is a pencil.  13-A13 is a red pen,

13   and 13-A14 is a lighter, yellow in color.

14   Q.   And these are items that were found in the green

15   Jansport backpack; is that correct?

16   A.   Yes, ma'am, that is correct.

17              MS. DeWITT:  If I could now request that these

18   items be moved into evidence, Your Honor?

19              THE COURT:  All right.  That's 13-A10 through 14;

20   correct?

21              MS. DeWITT:  That's correct, Your Honor.

22              THE COURT:  Any objections?

23              MR. LARSEN:  No, Your Honor.

24              MR. THOMAS:  No, Your Honor.

25              THE COURT:  Ordered admitted.  You may publish.
```

```
 1              (Exhibit 13-A10 through 14 admitted.)
 2              MS. DeWITT:  And I don't think there's any need to
 3     publish these particular items.  Thank you, Your Honor.
 4              If I could now ask to have Government's
 5     Exhibit 13-A19 and 13-A20 placed in front of the witness.
 6     Q.   And what are those two items?
 7     A.   13-A19 is a -- it's like a Manila -- piece of Manila
 8     folder.  It's depicted on the picture that was previously
 9     shown.  That'd be 46-13.  It's located adjacent to the green
10     backpack in the picture.  It's got some handwriting on it.
11     And the 13-A20 is a piece of it's looks like cardboard with
12     handwriting on it as well.
13              MS. DeWITT:  And at this time, the government would
14     move to admit Government's Exhibit 13-A19 and 20.
15              THE COURT:  Any objections?
16              MR. LARSEN:  No, Your Honor.
17              MR. THOMAS:  No, Your Honor.
18              THE COURT:  Okay.  Ordered admitted.  You may
19     publish.
20              (Exhibit 13-A19 and 20 admitted.)
21              MS. DeWITT:  At this time, I'd ask to have placed
22     in front of the witness Government Exhibit 14.  And while
23     that's being handed to the witness, if I could ask my
24     colleague to put Exhibit 46, page 20 up on the screen.
25     Q.   Special Agent Sirko, what is depicted in this
```

1    photograph?

2    A.   These were miscellaneous items that were within the car.

3    The owner of the vehicle was asked if these items belonged to

4    him.  He said no so then they were seized subsequent to the

5    arrest.

6    Q.   In the previous testimony of Special Agent Staab, he

7    talked about and introduced the contents of this.  Is this

8    the way that they appeared the day that you executed the

9    follow-on search warrant for the items in the vehicle?

10   A.   Yes, ma'am.

11        MS. DeWITT:  And if I could ask my colleague to put

12   up on the screen Exhibit 46 at page 21.

13   Q.   What's depicted there?

14   A.   These are the contents of the box that was depicted in

15   the previous picture.  These are the items that were inside

16   the vehicle.

17   Q.   And could you just briefly describe what's depicted in

18   that picture?

19   A.   Uh, there's several books, uh, related to Islam, some

20   prayer robes -- or some, excuse me, some prayer rugs there on

21   the right-hand side of the table.

22        MS. DeWITT:  At this time, I'd ask to have what's

23   been previously identified as Government's Exhibit 15 placed

24   before the witness.  And if I could ask my colleague to put

25   up what's been previously moved into evidence as Government's

1    46 at page 24.

2    Q.   And Special Agent Sirko, is Government's Exhibit 15 an

3    item -- what is that?

4    A.   It's an American Tourister suitcase that was contained

5    within the vehicle and seized subsequent to the arrest.

6    Q.   And is this one of the items that you searched the

7    content of?

8    A.   Yes, ma'am.

9         MS. DeWITT:  At this time, if I could ask my

10   colleague to put up page 25 of Exhibit 46.

11   Q.   And what's depicted in Government's Exhibit 46 at page

12   25?

13   A.   This is, uh, the picture that we took of all the items

14   within the suitcase.  So we laid 'em all out on the table as

15   we did with all the other items that were in the vehicle so

16   this is the contents of that bag.

17        MS. DeWITT:  And at this time, I'd ask to have

18   what's been marked for identification as Government's

19   Exhibit 15-A1 through 15-A58 placed in front of the witness.

20   Q.   Special Agent Sirko, what is Government's Exhibit 15-A1

21   through 15-A58?

22   A.   These are the articles of clothing that were within the

23   backpack -- excuse me, the suitcase.

24   Q.   And before testifying today, did you have an opportunity

25   to go through fifty some odd item that are in that box?

1    A.    Yes, ma'am, I did.

2    Q.    And were you able to confirm the things that are in that

3    box are in fact the things that you seized that day that were

4    contained inside the blue Tourister suitcase?

5    A.    Yes.

6    Q.    And can you just generally just describe for the jury

7    what was in -- what's in that box?

8    A.    Various T-shirts, um, some stocking caps, socks, boxer

9    briefs, some flannel button-down shirts, various articles of

10   clothing.

11          MS. DeWITT:   At this time, if I could ask to have

12   what's been marked for identification as Government's

13   Exhibit 59, 60 and 61 placed before the witness.

14   Q.    Do you have Government's Exhibit 59 in front of you?

15   A.    Yes, 59 through 65.

16   Q.    What is -- what is Government's Exhibit 59?

17   A.    I have here various tennis shoes, a pair of tennis

18   shoes, some leather slippers it looks like and a pair of -- a

19   black pair of Adidas sandals.

20   Q.    And Special Agent Sirko, can you see -- can you see

21   those items in the photograph that's displayed?

22   A.    Yes, ma'am.  They're over against the wall on the

23   right-hand corner.   There's also a, uh -- see the trash bag

24   that's there.   The trash bag is inside this bag as well --

25   excuse me, inside this box.

```
1              MS. DeWITT:  At this time, Your Honor, the
2    government would move admit Government's Exhibit 15-A59
3    through 61.
4              THE COURT:  15-A59 through 61.  Any objections?
5              MR. LARSEN:  No, Your Honor.  I thought they all
6    related to 59.  The tennis shoes, the slippers, the sandals,
7    that's all separate items?
8    BY MS. DeWITT:
9    Q.   Special Agent Sirko, do you have three different
10   exhibits in front of you?  59, 60 and 61?
11   A.   Yes.
12   Q.   Let me just be clear.  15 dash A59, 15 dash A60 and 15
13   dash A61, do you have all three of those items in front of
14   you?
15   A.   Yes.
16             MS. DeWITT:  Okay.  At this time, the government
17   would move to admit Government's Exhibits 15-A59, 15-A60 and
18   15-A61.
19             THE COURT:  Any objection?
20             MR. LARSEN:  No, Your Honor.
21             THE COURT:  They're ordered admitted, and you may
22   publish.
23             (Exhibits 15-A59, A60, A61 admitted.)
24             MS. DeWITT:  If you could please show them to the
25   jury.  If I could now ask to have what's been previously
```

1    marked for identification as Government's Exhibit 15-A65

2    place before the witness.

3    Q.   And what is that?

4    A.   It's a pair of Nike sneakers, gray in color.

5    Q.   And is this also an item that you found in the blue

6    American Tourister suitcase?

7    A.   Yes, ma'am.

8    Q.   And can you see that depicted in the photograph that's

9    on the screen?

10   A.   Uh, I don't see it here.  It might be over there in the

11   corner, but I can't confirm that.

12          MS. DeWITT:  At this time, I would move to admit

13   Government's Exhibit 15-A65.

14          THE COURT:  Any objection?

15          MR. LARSEN:  No, Your Honor.

16          MR. THOMAS:  No, Your Honor.

17          THE COURT:  Thank you.  Ordered admitted, and you

18   may publish.

19               (Exhibit 15-A65 admitted.)

20          MS. DeWITT:  At this time, if I could ask to have

21   placed in front of Special Agent Sirko what has been

22   previously marked for identification as Exhibit 17.

23   Q.   Do you recognize that exhibit?

24   A.   Yes, ma'am.

25   Q.   What is it?

1 A. It's a Blackberry cellular phone that was on the person

2 of Mr. DeLeon at his arrest.

3 Q. So on November 16th, the day that you took Defendant

4 DeLeon into custody, are you saying this was in his

5 possession?

6 A. That's correct.  It was this item as well as his wallet.

7 That was a pocket litter that was given to Special Agent Wade

8 Lee when we took custody of Mr. DeLeon.

9 Q. And you reference pocket litter, are you referring to

10 the items of evidence that we looked at just before lunch

11 that were -- that you had a xerox copy of?

12 A. Yes, ma'am, that's correct.

13 Q. Okay.  And is there a SIM card inside that Blackberry

14 curve?

15 A. Yes, there is.

16 Q. And I'm sorry, what kind of Blackberry is it?  Does it

17 identify the nature of the Blackberry?  The model?

18 A. I don't know the specific model.  I remember looking at

19 the phone when we were there commenting it was the same phone

20 that we were issued, we being the special agents in the FBI.

21 Q. And I'm sorry, I didn't give you a chance to answer my

22 last question.  Is there a SIM card in the phone?

23 A. Yes, ma'am, there is.

24   MS. DeWITT:  And at this time, the government would

25 move to admit Government's Exhibit 17.

```
 1              THE COURT:  Any objection to 17?

 2              MR. LARSEN:  No, Your Honor.

 3              THE COURT:  Thank you.

 4              MR. THOMAS:  No, Your Honor.

 5              THE COURT:  Thank you.

 6         17 is ordered admitted.  You may publish.

 7                   (Exhibit 17 admitted.)

 8    BY MS. DeWITT:

 9    Q.   And Special Agent Sirko, can you both show the jury the

10    exhibit, the actual Blackberry as well as take a minute to

11    show them the SIM card that's contained in the Blackberry?

12    A.   That's the SIM card in place.

13              MS. DeWITT:  And I have no further questions for

14    this witness at this time.

15              THE COURT:  Thank you.

16         Mr. Larson?  You may cross-examine.

17              MR. LARSEN:  Thank you, Your Honor.

18                        CROSS-EXAMINATION

19    BY MR. LARSEN:

20    Q.   Good afternoon, Agent Sirko.

21    A.   Good afternoon, sir.

22    Q.   I believe you began your testimony by saying you work in

23    Human Intelligence in the FBI so part of your function is to

24    recruit individuals.

25    A.   That's correct.
```

1    Q.   Do you have any knowledge of an informant who worked for

2    the FBI in this case?

3    A.   I don't have specific knowledge, no.

4    Q.   Okay.  We heard a lot about the things you found and the

5    items that you searched up in the car.  You found a comb; is

6    that correct?

7    A.   Yes.

8    Q.   You found a pen.  You found a black pen, in fact; is

9    that correct?

10   A.   Yes.

11   Q.   You found a red pen as well.

12   A.   That's correct.

13   Q.   You also found flip flops.

14   A.   Yes.

15   Q.   And you found tennis shoes?

16   A.   Yes.

17   Q.   And you also found an Xbox; correct?

18   A.   Yes.

19   Q.   And that's a machine to play video games on; is that

20   right?

21   A.   That's correct.

22   Q.   And I was unclear.  Was it one Xbox or was it two

23   Xboxes?

24   A.   One Xbox.

25   Q.   Along with the Xbox, you found video games to play on

1    the Xbox; is that correct?

2    A.    Yes, that's correct.

3    Q.    You found a game NBA 12; is that correct?

4    A.    Yes.

5    Q.    And that's a basketball game, I would assume.

6    A.    Yes.

7    Q.    And you also found Tiger Woods game.

8    A.    Yes, that's correct.

9    Q.    And that would be a golf game to play; is that right?

10   A.    Yes.

11   Q.    You also found a soccer game.

12   A.    Yes.

13   Q.    And you also found a number of controllers you said; is

14   that right?

15   A.    That's correct.

16   Q.    And these would be used to play the games.

17   A.    Yes.

18   Q.    You also found sports paraphernalia, I believe.  You

19   mentioned a Manchester United scarf.

20   A.    Yes.

21   Q.    And Manchester United, that's a soccer team; is that

22   correct?

23   A.    That's correct.

24   Q.    Along with the scarf, I believe you found a -- or did

25   you find a basketball jersey?

```
1    A.    Yes.

2    Q.    And did you also find a Miami Dolphins T-shirt?

3    A.    Yes.

4    Q.    In addition to these items, I believe you talked about

5    some letters that you found.

6    A.    Yes, that's correct.

7    Q.    Uh, there was a letter addressed to Daddy; is that

8    right?

9    A.    Yes.

10   Q.    And I think we recall we saw Daddy -- after Daddy, we

11   saw two exclamation points, and a little smiley face next to

12   the Daddy?

13   A.    Yes.

14   Q.    And we also saw a letter addressed to Mommy; is that

15   correct?

16   A.    Yes.

17   Q.    And I believe you read some of the texts from a couple

18   of those letters; is that right?

19   A.    That's correct.

20   Q.    Did you read the letters in full at anytime?

21   A.    The day that we did the search when we were taking the

22   pictures of the letters, but again, as I stated earlier, I

23   don't read that particular language so I did not read them in

24   full per your question.

25   Q.    Certainly.  Did you read the English language that
```

1    appeared in the letters?

2    A.   Yes.

3    Q.   The letters didn't say I'm going overseas to kill

4    people, did they?

5    A.   No.

6    Q.   And the letters didn't say I'm going to join Al-Qa'ida,

7    did they?

8    A.   No.

9    Q.   And the letters didn't say I'm going to join the

10   Taliban, did they?

11   A.   No.

12   Q.   And the letters didn't say I'm going overseas to become

13   a terrorist, did they?

14            MS. DeWITT:  Objection, Your Honor.

15            THE WITNESS:  No.

16            MS. DeWITT:  The letters speak for themselves.

17            THE COURT:  Overruled.

18   BY MR. LARSEN:

19   Q.   Thank you, Agent.  Moving from what you did find because

20   we've talked a lot about the things that you found in these

21   bags, let's talk a little bit about what you didn't find.

22   You didn't find any guns in this search, did you?

23   A.   I did not.

24   Q.   You didn't find any knifes in this search, did you?

25   A.   No.

```
1   Q.   You didn't find any ammunition in this search, did you?

2   A.   No.

3   Q.   Any dynamite.

4   A.   No.

5   Q.   You didn't find any manuals on how to operate

6   explosives.

7   A.   No.

8   Q.   You didn't find any manuals on how to operate guns.

9   A.   No.

10  Q.   You didn't find any instructional DVDs on any of those

11  topics.

12  A.   No.

13  Q.   You didn't find any -- I believe you said you didn't

14  find explosives of any kind.  Um, did you find any

15  instructions on how to make explosives?

16  A.   Not to my recollection, no.

17  Q.   You didn't find any instructions on how to build any

18  explosives.

19  A.   No.

20  Q.   Did you find any instructions on how to assemble

21  explosives?

22  A.   No.

23  Q.   And did you find any instructions on how to use

24  explosives?

25  A.   Again, not to my knowledge.
```

1    Q.   Thank you, Agent.  Did you find any terrain maps --

2    A.   No.

3    Q.   -- in this search?

4    A.   No.

5    Q.   No terrain maps of Afghanistan.

6    A.   No.

7    Q.   No terrain maps of Yemen.

8    A.   No.

9    Q.   No terrain maps of any country, in fact.

10   A.   No.

11   Q.   Thank you.  Did you find any information about military

12   bases in the items you searched?

13   A.   No.

14   Q.   Any schematics or directions to U.S. military bases

15   anywhere in the world?

16   A.   No.

17   Q.   Thank you, Agent.  Did you see any pictures of any

18   military bases?

19   A.   I did not.

20   Q.   Any directions on how to reach any military bases?

21   A.   No.

22   Q.   Thank you.  Did you find any information -- did you find

23   any lists of U.S. military personnel?

24   A.   No, sir.

25   Q.   Did you find any lists of any U.S. government employees

```
 1   of any kind?

 2   A.   No.

 3   Q.   Thank you, Agent.  You didn't find any information about

 4   U.S. federal buildings, did you?

 5   A.   I did not.

 6   Q.   No photographs or maps to federal buildings.

 7   A.   No.

 8   Q.   Thank you.  In looking, you mentioned some books that

 9   you found, some literature.  You mentioned the Quran and some

10   other books.  Did you find any books on military training in

11   your search?

12   A.   No, sir.

13   Q.   And did you find any books on survival training in your

14   search?

15   A.   No.

16   Q.   Thank you, Agent.  We also talked a little bit about IDs

17   and about passports.  Did you find any fake IDs in your

18   search?

19   A.   No.

20   Q.   Did you find any fake passports in your search?

21   A.   No.

22   Q.   We also talked a lot about clothing.  You said you found

23   boxer shorts; is that right?

24   A.   Yes.

25   Q.   And you found T-shirts.
```

```
 1    A.    That's correct.

 2    Q.    And you found flip flops, I believe.

 3    A.    Yes.

 4    Q.    Did you find any cold weather gloves in your search?

 5    A.    No, not to my recollection.

 6    Q.    Did you find any cold weather overalls?  Any kind of

 7    parkas, anything like that?

 8    A.    Parkas, no.

 9    Q.    Did you find any snow boots in your search?

10    A.    No.

11    Q.    Did you find any cold weather masks or goggles in your

12    search?

13    A.    No.

14    Q.    Thank you, Agent.  Do you find any foreign currency in

15    your search?

16    A.    No, sir.

17    Q.    Any travelers checks in your search?

18    A.    No, sir.

19    Q.    Thank you, Agent.

20            MR. LARSEN:  Thank you, Agent.

21            THE COURT:  Thank you.

22            Mr. Thomas.

23            MR. THOMAS:  Thank you, Your Honor.

24

25
```

```
 1                          CROSS-EXAMINATION
 2     BY MR. THOMAS:
 3     Q.    Afternoon, Agent Sirko.  How are you doing?
 4     A.    Good afternoon.  I'm doing well.
 5     Q.    Displayed on the screen should be Exhibit 16-A, the
 6     first page?
 7     A.    Yes, sir.
 8     Q.    You had referred to it during your part of your direct
 9     testimony.  Do you remember?
10     A.    That's correct.
11     Q.    If you would highlight the document in the middle left
12     portion of the page and zoom in on that for me.  See that
13     portion that I circled in blue?
14     A.    Yes.
15     Q.    All right.  That's a movie ticket for the movie Looper?
16     A.    Yes, that's correct.
17     Q.    Agent Sirko, behind you -- or excuse me, on your monitor
18     now is 16-A, the second page.  The upper left hand portion of
19     the page I just circled in blue appears to be a Cal-State
20     University of San Bernardino student ID card; is that
21     correct?
22     A.    Yes, sir, that's correct.
23     Q.    And then the other document I'm circling appears to be
24     an Ontario High School student ID card.  Both of these were
25     for Mr. DeLeon; correct?
```

```
 1    A.   Yes, sir.
 2    Q.   There's also various fast food and meat markets and auto
 3    ID cards as well as some credit cards for Mr. DeLeon?
 4    A.   Yes, sir.
 5              MR. THOMAS:  Thank you.
 6              I have no further questions.
 7              THE COURT:  Ms. DeWitt, redirect?
 8                        REDIRECT EXAMINATION
 9    BY MS. DeWITT:
10    Q.   Special Agent Sirko, Mr. Larson asked you a couple of
11    questions about some Xbox video games that you would put in
12    the Xbox?
13    A.   Yes, ma'am.
14    Q.   As well as a question about the one Xbox that you found.
15    And my question for you is are -- all of those items that he
16    asked you about, the video games and the Xbox, were all of
17    those items contained in the white laundry basket?
18    A.   Yes, they were.
19    Q.   And again, those were with the letters to Mr. DeLeon's
20    mom, his father and his brother; is that correct?
21    A.   Yes, ma'am, that is correct.
22    Q.   They were together with the items that you believed were
23    intended to be left behind.
24    A.   Yes, ma'am.
25              MS. DeWITT:  No further questions.
```

```
 1                THE COURT:  Thank you.  You may step down.
 2                You may call your next witness.
 3                MR. CHIU:  Your Honor, the United States calls
 4     Special Investigator Schyler Beaty.
 5                THE CLERK:  Sir, please raise your right hand.
 6                          (Witness sworn.)
 7                THE CLERK:  Thank you.  You may be seated.
 8                Please state your full name and spell it for the
 9     record.
10                THE WITNESS:  My name is Schyler Beaty.  First name
11     is spelled S-c-h-y-l-e-r.  Last name is Beaty, B-e-a-t-y.
12                THE COURT:  Thank you.  You may inquire.
13                          DIRECT EXAMINATION
14     BY MR. CHIU:
15     Q.   What do you do for living?
16     A.   I'm a supervising investigator with the San Bernardino
17     County District Attorney's Office.
18     Q.   And how long have you been a supervising investigator
19     with the San Bernardino County District Attorney's Office?
20     A.   Less than two months.
21     Q.   Can you describe for the members of the jury what some
22     of your responsibilities are as a supervising investigator?
23     A.   Yes.  I oversee the operations of our Bureau of
24     Investigation Desert Division which includes our Victorville
25     office and our office in Joshua Tree.
```

1    Q.   How long have you been with law enforcement?

2    A.   Almost 16 years.

3    Q.   Can you just generally describe some of the basic

4    training that you went through as an member of law

5    enforcement?

6    A.   Yes.  I attended the Los Angeles Police Department

7    Police Academy in 1998, successfully completed the Academy.

8    And then I worked for City of Los Angeles, Los Angeles Police

9    Department as a patrol officer and moved on, transferred to

10   the City of Orange Police Department where I was also a

11   patrol officer.  And I've also worked for South Lake Tahoe

12   Police Department where I was a patrol officer, a field

13   training officer and a narcotics detective as well with the

14   California DOJ BNE Task Force.

15   Q.   In your experience as an investigator and with law

16   enforcement, did you develop training in the area of

17   collection of evidence?

18   A.   Yes.

19   Q.   Can you describe some of that experience, please?

20   A.   Yes.  Had training in the Academy back in 1998.  There's

21   been ongoing training just as a police officer in the field

22   and as a detective.  And would you like me to go into the

23   actual evidence collection?

24   Q.   Yes, please.

25   A.   Okay.  And typically, for example, for a residence,

1    prior to searching for and seizing evidence, we would

2    photograph a location.  That way we can show the appearance

3    of the location before we start.  We would then search for

4    evidence and seize it, catalog that evidence, take photos of

5    that evidence as well as take photos when we're done to show

6    the, uh, condition of the location when we're done with that.

7    And once we have all the evidence, we packaged it, and then

8    we go ahead and book it into an evidence room.

9    Q.    In your capacity at being a member of law enforcement,

10   have you conducted search warrants?

11   A.    Yes.

12   Q.    Approximately how many search warrants have you

13   executed?

14   A.    I would approximate a few dozen.

15   Q.    And are you familiar with the process of obtaining a

16   search warrant?

17   A.    Yes.

18   Q.    Could you just generally, briefly describe it for

19   background, please?

20   A.    Sure.  In an affidavit, I would write down my probable

21   cause.  It wouldn't necessarily have all the information

22   pertaining to the case but the information that's relevant

23   and necessary for the sake of based on probable cause

24   obtaining a search warrant so I could then go ahead and

25   search a location or maybe it's a computer, something like

1    that.

2    Q.    And is a search warrant a court authorized document

3    based on your statement of probable cause --

4    A.    Yes.

5    Q.    -- as an example?

6    A.    Yes.

7    Q.    Now, you indicated you've been a supervising

8    investigator for approximately two months; is that correct?

9    A.    Correct.

10   Q.    What did you do before you were a supervising

11   investigator?

12   A.    My title was senior investigator with the District

13   Attorney's Office.

14   Q.    Were you assigned to a particular squad?

15   A.    Yes.

16   Q.    And what squad was that?

17   A.    Uh, since 2009, I was assigned to the Public Integrity

18   Unit for the District Attorney's Office as well as a task

19   force officer with the Inland Regional Corruption Task Force

20   with FBI.

21   Q.    Can you just briefly explain a little more what exactly

22   is a task force, Officer?

23   A.    Yes.  In my capacity as state law enforcement officer, I

24   can also be a member of a task force meaning what I've -- in

25   order to do that, I'm cross designated or cross sworn as a

```
 1   Special Deputy United States Marshall so I can work with the
 2   FBI and investigate complaints of criminal conduct when it
 3   comes to either federal law or state law.
 4   Q.   And turning your attention to role in this case, were
 5   you involved in the investigation of this case?
 6   A.   Yes.
 7   Q.   Can you explain how you were involved?
 8   A.   Yes.  I was asked to assist with the execution of a
 9   search warrant at a residence.
10   Q.   And where was that search warrant executed?
11   A.   At 312 Manzanita Court in Ontario, California.
12   Q.   And prior to executing the search warrant at 312
13   Manzanita Court, were you briefed as to that particular
14   location?
15   A.   Yes.
16   Q.   Were you briefed as to who lived at that location?
17   A.   Yes.
18   Q.   And who lived at that location?
19   A.   I was briefed regarding the fact that Ralph DeLeon lived
20   at that location.
21   Q.   And that would be the defendant in this case; correct?
22   A.   Yes.
23   Q.   What happened when you executed the search warrant?
24   A.   Our team arrived.  We, uh, knocked on the door,
25   announced our presence, and there was no answer at the door
```

1    after repeatedly acknowledging or advising of our presence.

2    And once there was no response at the door and given a

3    reasonable amount of time, we made entry into that location

4    based on the search warrant.

5    Q.   And what -- approximately what time did you execute the

6    search warrant?

7    A.   Approximately 9:45 in the morning.

8    Q.   What date?

9    A.   That was on November 16th of 2012.

10   Q.   So just to be clear November 16th, 2012 at approximately

11   nine . . .

12   A.   Approximately 9:45 in the morning.

13   Q.   About 9:45 when you entered the residence, nobody was in

14   the house.

15   A.   Correct.

16   Q.   What was your role in conducting the search?

17   A.   I was, uh -- I took on the role of the team leader for

18   the search of the location.

19   Q.   Can you give a brief description as to what a team

20   leader does during an execution of the search warrant?

21   A.   Yes.  Basically overseeing the search of and the

22   collection and cataloging of evidence that we find and seize.

23   Q.   Could you just give a general example?  So, for example,

24   is there a team that goes with you?

25   A.   Yes.

1    Q.    And does that -- what does that team do?

2    A.    The team will go ahead and search the location and look

3    for and try to locate any evidence that is addressed in the

4    search warrant as items to be seized.  If there are items to

5    be seized, and if I'm not one that finds the items, then they

6    would make me aware of the item that they found and where

7    they found it.

8    Q.    So when you say they make you aware of the item to be

9    found, for example, if they find a piece of evidence, they

10   call out to you; is that correct?

11   A.    Correct.

12   Q.    And they identify an item that they believe might be

13   relevant, and you log it; is that correct?

14   A.    Correct.

15   Q.    Now, in executing the search warrant at 312 Manzanita

16   Court, what types of items were you able to find?

17   A.    There were paper documents.  There were a variety of

18   digital devices, items that would maintain or hold digital

19   information, potentially digital evidence.  It'd be

20   computers, you know, laptops, cell phones, a thumb drive,

21   CDs.  That's what I'm referring to when I say digital data.

22   Q.    I'm sorry.  Were those items that you found during the

23   search of -- the execution of this search warrant?

24   A.    Yes.

25   Q.    Now, turning your or directing your attention, there is

```
 1   approximately four folders to your right.  If you can just
 2   pull them.  And please don't show them to jury until I ask
 3   you a few questions.
 4   A.   Okay.
 5   Q.   First, directing your attention to Government's Exhibit
 6   33, if you can just look inside?
 7   A.   Okay.
 8   Q.   Investigator Beaty, do you recognize that?
 9   A.   I do.
10   Q.   What is it?
11   A.   A birth certificate.  A copy of a birth certificate.
12   Q.   And how are you able to recognize it?
13   A.   This is an item that I located within the residence.
14   Q.   And when you say I located in the residence, does that
15   mean that you personally found it inside the residence?
16   A.   Yes.
17   Q.   And at the time that you located, were you able to
18   determine whose birth certificate it was for?
19   A.   Yes.
20   Q.   And who is that for?
21   A.   It's for Ralph DeLeon.
22   Q.   Do you know the origin of the -- or where the birth
23   certificate comes from?
24   A.   The Republic of the Phillipines.
25   Q.   Is Government's Exhibit 33 that you identified in the
```

```
 1    same condition as it is in front of you now as when you first
 2    saw it?
 3    A.   Yes.
 4             MR. CHIU:  Your Honor, at this time, the government
 5    would move 33 into evidence.
 6             THE COURT:  Any objection?
 7             MR. LARSEN:  No, Your Honor.
 8             MR. THOMAS:  No, Your Honor.
 9             THE COURT:  33 is admitted.  You may publish.
10                   (Exhibit 33 admitted.)
11             MR. CHIU:  Just for ease, I'm gonna go through all
12    the exhibits, and then I'll publish them.
13    Q.   Turning your attention to Exhibit 34, do you also
14    recognize that?
15    A.   Yes.
16    Q.   What is that?
17    A.   These are photocopies of social security cards,
18    permanent resident cards, employment authorization and
19    passports.
20    Q.   And are those documents you also found during the
21    execution of the search warrant at Mr. DeLeon's residence?
22    A.   Yes.
23    Q.   Is that also in the same condition now as when you found
24    it?
25    A.   Yes.
```

1    Q.   Directing your attention to Government's Exhibit 35, do

2    you recognize that document?

3    A.   Yes.

4    Q.   And what is that?

5    A.   It's a certificate of title for a vehicle in the State

6    of California.

7    Q.   Were you able to determine what vehicle that was?

8    A.   Yes.

9    Q.   What vehicle was that?

10   A.   It's for a 2004 Nissan.

11   Q.   Is that document in the same condition as it is now as

12   when you found it?

13   A.   Yes.

14   Q.   Directing your attention to government's Exhibit 36, do

15   you recognize that document?

16   A.   Yes.

17   Q.   And what is that?

18   A.   It is a letter from Allstate addressed to Ralph DeLeon.

19   Q.   Is that also in the same condition now as when you saw

20   it when you executed the search warrant?

21   A.   Yes.

22        MR. CHIU:  Your Honor, at this time, the government

23   moves Exhibits 34 through 36 into evidence.

24        THE COURT:  Any objection?

25        MR. LARSEN:  No, Your Honor.

```
 1              MR. THOMAS:  No, Your Honor.

 2              THE COURT:  Thank you.  34 through 36 ordered

 3   admitted.

 4                  (Exhibits 34 through 36 admitted.)

 5   BY MR. CHIU:

 6   Q.   Now, directing your attention back to Exhibit 33 which

 7   you were looking at, is this the copy of the birth

 8   certificate that you found?

 9              MR. CHIU:  Your Honor, I apologize.

10              May I publish the exhibits?

11              THE COURT:  Yes, you may.

12              MR. CHIU:  Thank you, Your Honor.

13              THE WITNESS:  If you could slide it to the right,

14   please, right top corner.

15   BY MR. CHIU:

16   Q.   Does it appear to be the same document?

17   A.   If you could slide it to the right top corner, please.

18   Yes.

19   Q.   And is this a birth certificate from the Republic of the

20   Phillipines?

21   A.   Yes.

22   Q.   And that's for the defendant in this case, Mr. Ralph

23   Kenneth DeLeon; is that correct?

24   A.   Correct.

25   Q.   Do you remember where you found that?
```

```
 1    A.    Yes.

 2    Q.    Where did you find that?

 3    A.    In the master bedroom closet.

 4    Q.    Directing your attention to Government's Exhibit 34, you

 5    recognize this document?

 6    A.    Yes.

 7    Q.    And is that same or a photocopy of what you have in your

 8    possession which is the document you found?

 9    A.    Yes.

10    Q.    And what is that, by the way?

11    A.    A permanent resident card.

12    Q.    And who is it for?

13    A.    Ralph DeLeon.

14    Q.    In that same exhibit, was there also a photograph of a

15    passport?

16    A.    Yes.

17    Q.    Directing your attention to this document here, was this

18    the photocopy of the passport?

19    A.    Yes.

20    Q.    Where did you -- and where did you find this?

21    A.    In the closet of the master bedroom.

22    Q.    And who is the passport for?

23    A.    Ralph DeLeon.

24    Q.    And if you look at the bottom of the passport, are you

25    able to determine on what date this passport expired?
```

1    A.   Yes.

2    Q.   What date was that?

3    A.   13th of February 2011.

4    Q.   At the time you executed the search warrant and you

5    found this, was this an expired passport?

6    A.   Yes.

7    Q.   Directing your attention to Government's Exhibit 35,

8    this is the document that you were referring to earlier as

9    the Certificate of Title?

10   A.   Yes.

11   Q.   And again, who is this Certificate of Title for?

12   A.   Ralph DeLeon.

13   Q.   And what particular vehicle is this?

14   A.   This is for a 2004 Nissan with a license plate of

15   6NQU028.  It also identifies it by vehicle identification

16   number.

17   Q.   And who is that vehicle associated with?

18   A.   Ralph Kenneth DeLeon or Melchor DeLeon.

19   Q.   Do you know who Melchor DeLeon is?

20   A.   I believe that's Ralph DeLeon's father.

21   Q.   And directing your attention to Government's Exhibit 36,

22   is this the document that you found during the search?

23   A.   Can you just widen that a little bit?  Thank you.  Yes.

24   Q.   What does this appear to be?

25   A.   A letter addressed to Ralph DeLeon from Allstate.

```
 1    Q.    Does it appear to be from an insurance company?

 2    A.    Yes.

 3    Q.    Are you familiar with Allstate?

 4    A.    Yes.

 5    Q.    That's an insurance company?

 6    A.    Correct.

 7              MR. CHIU:  Your Honor, I have no further questions

 8    for this witness.

 9              THE COURT:  Mr. Larsen, you may inquire.

10              MR. LARSEN:  Thank you, Your Honor.

11                          CROSS-EXAMINATION

12    BY MR. LARSEN:

13    Q.    Good afternoon, Mr. Beaty.

14    A.    Hello.

15    Q.    You mentioned that you searched the home that Mr. DeLeon

16    had lived in?

17    A.    Correct.

18    Q.    Did you search the entire home?

19    A.    Yes.

20    Q.    So you went in to every room?

21    A.    Yes.

22    Q.    About how many rooms were there?  Well, start with the

23    bedrooms.  How many bedrooms were there?

24    A.    Three.

25    Q.    Three bedrooms.  How many bathrooms?
```

```
 1    A.    Two.

 2    Q.    Two.  And one kitchen, I imagine.

 3    A.    Correct.

 4    Q.    Was there a garage?

 5    A.    Yes.

 6    Q.    Was it attached or --

 7    A.    Yes.

 8    Q.    And you said the house was empty when you searched it;

 9    correct?

10    A.    Yes.

11    Q.    Was it your impression from searching this

12    three-bedroom, two-bathroom home that Mr. DeLeon lived there

13    by himself?

14    A.    No.

15    Q.    Do you have any knowledge as to who else he may have

16    lived with in the home?

17    A.    Yes.

18    Q.    Do you have reason to believe that it was his family's

19    home?

20    A.    Yes.

21    Q.    That he lived there with his parents.

22    A.    Yes.

23    Q.    Thank you.  When you searched the home, you searched

24    what you believed to be his bedroom; is that correct?

25    A.    Yes.
```

1    Q.   And you found in the bedroom a Play Station; is that

2    correct?

3    A.   I would have to refer to the evidence log to refresh my

4    recollection as to where that was located.

5    Q.   Did you find a device that one can play videos on?

6    A.   Yes.

7    Q.   Did you also find video games?

8    A.   I believe so.

9    Q.   Did you also find controllers to use on the video game

10   machine to play the video games?

11   A.   Yes.

12   Q.   Did you also find an MP3 player?

13   A.   Yes.

14   Q.   Did you also finds sports paraphernalia?  And I'll be

15   more specific.  Did you find a Raider's cap?

16   A.   I may have.  I know there was sports paraphernalia in --

17   in the bedroom.

18   Q.   There was.  Thank you.  So did you also find an L.A.

19   Dodgers cap?

20   A.   That may have been in there as well.

21   Q.   And did you also find a Chicago Bulls' hat?

22   A.   That may have been in there as well.

23   Q.   And you also found a Miami Dolphins mug; is that

24   correct?

25   A.   I do recall that.

1    Q.   You do recall that.  So it would seem to you that

2    Mr. DeLeon was a sports fan.

3    A.   I can't answer that.

4    Q.   Fair enough.  But he had sports memorabilia and sports

5    paraphernalia around there, didn't he?

6    A.   Yes.

7    Q.   Thank you, Mr. Beaty.  When you looked in Mr. DeLeon's

8    room, did you find any posters on the wall?

9    A.   I don't specifically recall posters but . . .  some

10   other items that were hanging on the wall, yes.

11   Q.   Such as photographs.

12   A.   The photographs don't stick out to me, no.

13   Q.   You wouldn't recall the content of the -- whatever was

14   on the wall.

15   A.   I have recollection of some items that were on the wall,

16   yes, but I don't recall specifically photographs or posters.

17   Q.   Did he have a poster of Osama Bin Laden on the wall?

18   A.   No.

19   Q.   Did he have a poster of Anwar al-Awlaki on the wall?

20   A.   No.

21   Q.   Did he have a poster of Al-Qa'ida on the wall?

22   A.   No.

23   Q.   Did he have a poster of the Taliban on the wall?

24   A.   No.

25   Q.   Thank you, Mr. Beaty.  Did you find any guns when you

1    searched Mr. DeLeon's room?

2    A.    No.

3    Q.    Did you find any knives when you searched his room?

4    A.    I don't believe so.

5    Q.    You don't believe so.  Did you find any ammunition when

6    you searched his room?

7    A.    No.

8    Q.    Did you find any manuals on how to operate a gun?

9    A.    No.

10   Q.    Any manuals on how to build a gun?

11   A.    No.

12   Q.    Did you find any instructional DVDs on how to either

13   operate or build a gun?

14   A.    There were CDs and possibly DVDs, but the contents of

15   those I do not know.

16   Q.    Fair enough.  Did you find any explosives in

17   Mr. DeLeon's room?

18   A.    No.

19   Q.    Did you find any dynamite?

20   A.    No.

21   Q.    Did you find any C-4?

22   A.    No.

23   Q.    Did you find any instructions on how to make any

24   explosive device?

25   A.    No.

```
 1   Q.   Did you find any -- I'll strike that and move on.  It
 2   would be redundant.  Did you find any terrain maps in
 3   Mr. DeLeon room?
 4   A.   No.
 5   Q.   So you didn't find a map of Afghanistan.
 6   A.   No.
 7   Q.   You didn't find map of Yemen.
 8   A.   No.
 9   Q.   You didn't find a map of anywhere.
10   A.   No.
11   Q.   Thank you, Mr. Beauty.  Did you find any information --
12   did you find any, uh, lists of U.S. military bases?
13   A.   No.
14   Q.   Did you find any maps or directions to U.S. military
15   bases?
16   A.   No.
17   Q.   Did you find any lists or photographs of U.S. military
18   bases?
19             THE COURT:  You need to slow down.
20             MR. LARSON:  Pardon me, Your Honor.
21             THE COURT:  Thank you.
22   BY MR. LARSON:
23   Q.   Did you see any photographs of U.S. military bases?
24   A.   No.
25   Q.   Okay.  And did you find any directions to U.S. military
```

1    bases?

2    A.    No.

3    Q.    Did you find, Mr. Beaty, any lists of U.S. federal

4    buildings?

5    A.    No.

6    Q.    Did you find any photographs of U.S. federal buildings?

7    A.    No.

8    Q.    Any directions to U.S. federal buildings?

9    A.    No.

10   Q.    Thank you, Mr. Beaty.  Did you find any books in

11   Mr. DeLeon's room on military training?

12   A.    No.

13   Q.    Any books on, uh, survival training?

14   A.    No.

15   Q.    Thank you.  We spoke -- or you mentioned in your direct

16   testimony about a passport that you found.  Did you find any

17   fake passports in the house?

18   A.    I can't testify whether a passport is fake or not.  I'm

19   not trained in that area.

20   Q.    In your -- in your 16 years of investigation -- uh,

21   based on your 16 years of investigation, do you feel unable

22   to determine whether a piece of identification is authentic

23   or fake?

24   A.    Not necessarily.  I just don't have experience with the,

25   uh, passports.

```
 1    Q.   Did you have experience with drivers licenses?
 2    A.   I do.
 3    Q.   Did you find a driver's license in the house -- in the
 4    room?
 5    A.   In?  In where?
 6    Q.   In Mr. DeLeon's room.
 7    A.   I've already said yes.
 8    Q.   Do you feel that it was a fake passport -- excuse me, a
 9    fake driver's license?
10    A.   I don't recall that, no.
11    Q.   Thank you, Mr. Beaty.  Did you find any clothing in his
12    room?
13    A.   Yes.
14    Q.   Did you find any cold weather gloves in the room?
15    A.   I don't believe so.
16    Q.   Did you find any scarves in the room?
17    A.   No.
18    Q.   Any jackets for warm weather like a parka, something
19    like that?
20    A.   No, I don't think so.
21    Q.   Any snow boots?
22    A.   No.
23    Q.   Did you find any money in the room?
24    A.   Yes.
25    Q.   Was it about $60; is that correct?
```

```
1    A.   Yes.

2    Q.   And you found no other currency of any kind in the room.

3    A.   No.

4              MR. LARSEN:  Thank you, Mr. Beaty.

5              No further questions, Your Honor.

6              THE COURT:  Thank you.

7              Mr. Thomas.

8              MR. THOMAS:  No further questions.

9              THE COURT:  All right, thank you.

10             Redirect?

11             MR. CHIU:  Yes, Your Honor, very briefly.

12                       REDIRECT EXAMINATION

13   BY MR. CHIU:

14   Q.   Investigator Beaty, when you went into Defendant

15   DeLeon's room, did it appear that he had shared the room with

16   another person?

17   A.   I don't recall specifically.  It's hard to say.  There

18   was just -- there was a lot of stuff in the room.

19   Q.   Did you find the identification of somebody by the name

20   of Mico or Michael DeLeon?

21   A.   I don't specifically recall whether I did or not.

22   Q.   Directing your attention back to Government's

23   Exhibit 34, now is this one of the documents you found inside

24   the house?

25   A.   Yes.
```

```
 1    Q.    And does that refresh your recollection as to whether
 2    you found any identifications of anybody named Mico or
 3    Michael DeLeon?
 4    A.    Yes.
 5    Q.    And were you able to find the permanent resident card
 6    for Michael DeLeon?
 7    A.    Yes.
 8    Q.    And do you know who that is?
 9    A.    No.
10    Q.    Did you find items referring to Michael DeLeon in the
11    house?
12    A.    Yes.
13              MR. CHIU:  No further questions, Your Honor.
14              THE COURT:  All right, thank you.  You may step
15    down.
16              All right.  I think now is a good time for our
17    mid-afternoon break.  So please remember don't discuss the
18    case, communicate in any way with anyone in any fashion about
19    the case.  Don't form or express any opinions about the case
20    and don't do any research in any way.  Thank you.  You're
21    excused.
22                        (Jury not present.)
23              THE COURT:  We're on the record outside the
24    presence of the jury.  I think Mr. Chiu, when you were
25    examining this last witnesses on direct?
```

 1          MR. CHIU:  Yes, Your Honor.

 2          THE COURT:  You displayed several documents, among

 3    them the legal permanent resident card, the birth certificate

 4    and a few others that need to be redacted before the end of

 5    the trial because I don't know how much of the information on

 6    them you need, but since all the exhibits go back to the jury

 7    and any further exhibits like that before they're shown to

 8    the jury should be redacted.

 9          So that, for example, on the green card, for

10    example, I'm sure there's I think it's called a registration

11    number and should not be shown because that's the kind of

12    information that is covered under the local rules about

13    redaction of person information.

14          MR. CHIU:  Yes, Your Honor.  And just to be clear,

15    those items were actually found as physical exhibits so

16    that's exactly how it was found.  The reason I put it on the

17    Elmo and provided a copy to the Court was because it would

18    make it easier for both the Court and the jury to see, but

19    certainly if the Court wants --

20          THE COURT:  You can put covering tape over -- not

21    over everything because I realize you need to have enough so

22    that you can discuss them but at least over the numbers.  And

23    then the other thing that concerns me is I don't know if

24    Mr. DeLeon's -- well, Mr. DeLeon, this hasn't come up with

25    Mr. Kabir, but does his family still live in the same

```
 1    location?
 2              MR. CHIU:  Your Honor, I don't know that.
 3              MR. THOMAS:  Yes.
 4              THE COURT:  They do?  At least as to the documents
 5    and if there is further testimony that comes in about the
 6    house, we shouldn't probably be saying the house number on
 7    the record.  The street would be sufficient so that there is
 8    no issue as to the location where his family is still living.
 9              All right.  So take care of that in the future.
10              MR. THOMAS:  Along that line, I noticed
11    Exhibit 16-A has the front and back of some credit cards so
12    we should probably wipe out the credit card number, too.
13              THE COURT:  Probably.  I'm sure they're no longer
14    there, but we should probably do that.
15              All right.  Thank you very much.
16                        (Recess taken.)
17              THE COURT:  Let the record reflect the presence of
18    all members of the jury, all counsel and the defendants are
19    also present.
20              Your next witness.
21              MS. DeWITT:  The United States calls Mark Espiritu.
22              THE CLERK:  Please raise your right hand.
23                        (Witness sworn.)
24              THE CLERK:  Thank you.  You made be seated.  Please
25    state your full name and spell it for the record.
```

```
 1                THE WITNESS:  Mark Espiritu.  M-a-r-k
 2   E-s-p-i-r-i-t-u.
 3                THE COURT:  Thank you.  You may inquire.
 4                        DIRECT EXAMINATION
 5   BY MS. DeWITT:
 6   Q.   By whom are you employed?
 7   A.   I'm employed by the Federal Bureau of Investigation.
 8   Q.   And what is your current title at the Federal Bureau of
 9   Investigation?
10   A.   I am a special agent.
11   Q.   Are you assigned to a specific squad, Special Agent
12   Espiritu?
13   A.   I am.  I am assigned to Squad Five of the Orange County
14   Resident Agency otherwise known as OCRA.
15   Q.   And what is your current area of responsibility in that
16   squad?
17   A.   OCRA 5 is one of the squads assigned to the Joint
18   Terrorism Task Force or otherwise known as the JTTF.  More
19   specifically OCRA 5 is the Domestic Terrorism Squad or DT
20   Squad, so we investigate a wide range of domestic terrorism
21   violations ranging from malitia to anti-government to white
22   supremacists to left wing animal rights investigations.
23   Q.   You referred to it as the OCRA Squad?
24   A.   Yes, O-C-R-A Orange County Resident Agency.
25   Q.   How long have you been a special agent with the FBI?
```

```
 1    A.    Six-and-a-half years.
 2    Q.    And Special Agent Espiritu, directing your attention to
 3    the date of November 16, 2012, were you involved in the
 4    execution of a search warrant on that date?
 5    A.    I was.
 6            MS. DeWITT:  And Your Honor, just one moment.
 7            May I inquire, do you want me to not list the
 8    actual address for the location?
 9            THE COURT:  You can list the street, but not the
10    house number.
11    BY MS. DeWITT:
12    Q.    And Special Agent Espiritu, what was the location where
13    that search warrant was being executed?  If you can just list
14    the street without the number and the city.
15    A.    Okay.  The street was Primrose P-r-i-m-r-o-s-e Street.
16    Q.    And in what city was that located?
17    A.    It was in Upland.
18    Q.    And did you have specific responsibilities in connection
19    with the execution of that search warrant that day?
20    A.    Yes.  I was assigned as the search team leader at that
21    location.
22    Q.    Prior to actually executing the search, do you have some
23    kind of a meeting, an operational plan?
24    A.    Yes, we did.
25    Q.    And can you explain just sort of generally what happened
```

1    at the operational brief before the search warrant?

2    A.   Sure.  At the -- at a briefing prior to the execution of

3    the search warrant, all the personnel involved meet to go

4    over the location and the specific assignments that were

5    delegated for that execution to include everything from who

6    was gonna be involved in the entry, which personnel would be

7    assigned to work the perimeter or to maintain perimeter

8    security.  And then upon entry and the clearing of the space,

9    who would be assigned to the search which rooms, who would be

10    assigned to take photographs of various rooms and any pieces

11    of items that we may seize.  Also who was gonna do the

12    sketch.  Those are the type of matters that are discussed at

13    the operations briefing.

14    Q.   You mentioned perimeter.  What do you mean by perimeter?

15    A.   At the location the perimeter would be just, maybe just

16    outside the front door entrance.  Like after we make entry

17    insuring, you know, the neighbors are kept at bay or no

18    lookie-loos try to get too close to the entry team.  So

19    anywhere from directly in front of the residence and a circle

20    around to include like the sidewalk and the street that's

21    where the perimeter team would be staged.

22    Q.   You mentioned the word entry team.  Can you explain what

23    that is?

24    A.   Yes.  The entry team is the team that makes the entry.

25    Whether we make a knock and announce so the person, the point

```
 1    man, the first person in the stack announces this is the FBI,

 2    open the door.  And if there is no response, they make entry

 3    into the residence.

 4    Q.   You also mentioned clearing the location.  What did you

 5    mean by that?

 6    A.   Clearing the location involves law enforcement personnel

 7    entering into the residence and then insuring that there are

 8    no potential hazards or threats particularly any people.  In

 9    this case there were none so it was quickly cleared to be

10    safe for entry and to start the search.

11    Q.   You mentioned a sketch.  Is it typical for a sketch to

12    made of the location that you're searching?

13    A.   Yes.

14    Q.   And in this case was a sketch made?

15    A.   Yes, a sketch was made.

16    Q.   And you mentioned also photographs.  In this case were

17    photographs taken of a location?

18    A.   Yes.

19    Q.   Is it typical for the FBI when they're searching a

20    location to take photographs and make a log of those

21    photographs?

22    A.   Yes.

23    Q.   And was that done in this case?

24    A.   Yes.

25    Q.   Now, what was your responsibilities that day?
```

```
 1   A.    On that day the search team leader is responsible for
 2   conducting the brief, which I mentioned earlier, and then
 3   upon the arrival at the scene to be in charge of the entry
 4   and to be in charge of making sure it's all cleared.  And
 5   then collection of any items that get seized.  So it was
 6   kinda of really is managing a lot of moving parts on that day
 7   is what the search team leader's job is.  And then upon
 8   completion of the search, taking all the seized items and
 9   bringing it back, properly back to an evidence storage
10   facility.  In this case it was the Riverside FBI office.
11   Q.    And were you the team leader that day?
12   A.    I was.  Yes, I was.
13   Q.    And were you also the person who was responsible as the
14   team leader for collecting the items of evidence that were
15   seized that day?
16   A.    Yes, I was.
17   Q.    And were you also responsible as the team leader
18   essentially for overseeing the work of all the other agents
19   executing the search warrant that day?
20   A.    Yes, I was.
21   Q.    Approximately what time did the execution of that search
22   warrant begin on that day?
23   A.    Approximately 9:30 in the morning.
24   Q.    And did you in fact seize items of evidence at that
25   location?
```

1    A.   Yes.

2    Q.   And you mentioned that before you execute a search

3    warrant, you have a team briefing.  Is one of the things that

4    you do before you execute a search warrant, you actually go

5    over the terms of the search warrant?

6    A.   Yes, we did.

7    Q.   So you would know which items you were legally allowed

8    to search for.

9    A.   Yes.

10           MS. DeWITT:  I'm gonna now ask to what has been

11   previously identified as -- marked for identification as

12   Government's Exhibit 20 placed before the witness.

13   Q.   And Special Agent Espiritu, is this one of the items of

14   evidence that you seized that day at the Primrose location?

15   A.   Yes, it is.

16   Q.   Whose actual location was the Primrose location?

17   A.   I believe the residence to be Mr. Santana's residence.

18   Q.   And his family.

19   A.   Yes, and his family.

20   Q.   Government's Exhibit 20, what is that?

21   A.   It is a spiral notebook.

22   Q.   And this is one of the items you seized that day?

23   A.   Yes.

24   Q.   Where was this particular item of evidence found?

25   A.   It was found in Room E.  Room E, which we had on our

 1   sketch, I believed -- what we believed to be Mr. Santana's

 2   bedroom on the second floor.

 3   Q.   Why did you believe this was Mr. Santana's bedroom?

 4   A.   There were two bedrooms in the residence and one of the

 5   bedrooms had predominantly female clothing which I believed

 6   to be the mother's bedroom.  Room E I believed it to be

 7   Mr. Santana's bedroom because it had men's clothing was found

 8   in the residence -- I'm sorry, in the bedroom.  Additionally,

 9   movies, DVDs, an Xbox, Play Station, things of that nature

10   that leads me to believe that it's more -- of the two

11   bedrooms, it's likely Mr. Santana's bedroom.

12             MS. DeWITT:  At this time, Your Honor, I would ask

13   to move into evidence Government's Exhibit 20.

14             THE COURT:  Any objection to Exhibit 20?

15             MR. LARSEN:  No, Your Honor.

16             MR. THOMAS:  No, Your Honor.

17             THE COURT:  Thank you.  It's ordered admitted.  You

18   may publish.

19                  (Exhibit 20 was admitted.)

20   BY MS. DeWITT:

21   Q.   First of all, Special Agent Espiritu, can you just show

22   the jury Government Exhibit 20?

23   A.   Okay.  Take it out?

24   Q.   Yes.

25   A.   Okay.

UNITED STATES DISTRICT COURT

1          MS. DeWITT:  For ease of the jury seeing it,

2     Your Honor, I'm gonna publish a photocopy of this item.

3     Q.   Agent Espiritu, is that the front of this particular

4     item?

5     A.   Yes, it is.

6     Q.   Could you turn to the second page of that exhibit which

7     is 20.23.  Okay.  Directing your attention to the top of this

8     particular page is there a name written there?

9     A.   Yes.  It's Miguel is written on the top line.

10    Q.   In the center of this document is there another name

11    written?

12    A.   Yes, Santana.

13    Q.   And if you could turn your attention to page 25 of this

14    exhibit, what does this appear to represent?

15    A.   It appears to be a list of names with telephone numbers.

16    Q.   And directing your attention to the top of the document,

17    can you read what that says?

18    A.   It says Suhail-Germany, and then a telephone number

19    0157-3606-9753.

20    Q.   And directing your attention to the center of that

21    document, you see the name Rafiq?

22    A.   Yes, 626-589-2068.

23    Q.   And finally on the lower right-hand corner in blue?

24    A.   It says Suhail 0789-278259.

25    Q.   And the name below there?

1    A.   Uh, the name below it looks like it says Monik.

2    Q.   Monier?

3    A.   Monier.  M-o-n-i-e-r, yes, it says Monier with a

4    telephone number of 310-251-6805.

5    Q.   Special Agent Espiritu, if I could direct your attention

6    to, it might be easier for you to follow it on the screen,

7    page 34 of this document.

8         Special Agent Espiritu, if I could direct your

9    attention in particular to the line that begins we will bomb,

10   if you could for the record read that and the next two

11   paragraphs into the record?

12   A.   Okay.  It says we will bomb, we will kill, we won't

13   rest.  We will rule by the shariah of Allah and his law.  Our

14   Shaykh Usama has given his promise.  If it takes a long time,

15   by the permission of Allah, we'll fulfill it.  Our Shaykh

16   Usama has given us -- excuse me -- has given his promise.

17   Christians will never live at ease when the people of Islam

18   strive for Zion.

19   Q.   And then the next two sentences below that.

20   A.   It says our Shaykh Usama has given his promise.

21   Q.   The next line.

22   A.   When the people of Islam strive for Zion.

23   Q.   And Special Agent Espiritu, this appears to be part of a

24   poem or some verse being written in this notebook?

25   A.   That's what it appears, yes.

1    Q.   If I could direct your attention to page 39 of

2    Government's Exhibit 20, what appears to be depicted on this

3    page in the red spiral notebook?

4    A.   It appears to be a list of websites.

5    Q.   And directing your attention to the one at the top, for

6    the record, can you read that, what that says there?

7    A.   Yes.  Hoor-al-ayn.com.

8    Q.   Is there a note next to it?

9    A.   Yes, there's a note next to it.  It says really good

10   lectures.

11   Q.   And if I could direct your attention to the third one

12   and the fourth one down.  What does that say?

13   A.   It says theunjustmedia.com and kavkazcenter.net.

14   Q.   And a little further down the page, what does that say?

15   A.   Appears to be say fisabilla.org.

16   Q.   And Special Agent Espiritu, if you'll look at the two or

17   three pages before this particular page, what do those pages

18   appear to represent?

19   A.   The pages before also appear to represent websites as

20   well.  It's also a list of websites.

21   Q.   So there's approximately four pages that list websites?

22   A.   Yes.

23   Q.   And then going back to Government's Exhibit 20 at page

24   36 on the side of that document long ways, can you read what

25   that says?

1    A.    Yes.  It says hoor-al-ayn.com/lectures/anwar-al-awlaki.

2    Q.    And if I could now direct your attention to page 36 of

3    this document and particularly to the upper right-hand

4    corner, what does that say?

5    A.    It's an email address and it says, I believe it says

6    101mesr@gmail.com and underneath it is mesr5505.  Underneath

7    that is mikael101.tumblr.com.  Then there's a slash and then

8    underneath it's mers_rox_all@yahoo.com.  Underneath that it

9    says mes101, and then there's also the bottom right it says

10   flickr.com and with an arrow pointing to the email address

11   above it.

12   Q.    Directing your attention to three-quarters of the way

13   down, what does that say?

14   A.    It says jihadwatch.org.

15   Q.    And finally if you could direct your attention towards

16   the bottom?

17   A.    It says myhomekavkaz.blogspot.com.

18   Q.    And finally just above where it says

19   destination-jannah.com, what does that say?

20   A.    It says tawhed.net.

21   Q.    If I could ask you to look at page 40 or the back cover

22   of this document.  In the center of this back page is there

23   an email address that's listed?

24   A.    Yes.

25   Q.    And what is that?

1    A.    It says blackflagbanner@gmail.com.

2    Q.    And right below that, there's what appears to be a

3    handle for a web page?

4    A.    Yes.  It says mesrssos.

5    Q.    And directing your attention to the lower right-hand

6    corner, you see some email addresses that are vertical.  And

7    Special Agent Espiritu, while the computer is cycling, what

8    I'm particularly interested in is the one at the very top of

9    the page.  It's a little bit easier to see on the original.

10   If you could read what that email address is.

11   A.    Sure.  It is app1821@yahoo.com.

12             MS. DeWITT:  At this time I'd like to ask to have

13   previously marked for identification as Government's

14   Exhibit 21 placed before the witness and while that's being

15   done, I'd move to admit Government's Exhibit 20 or did I

16   already do that?

17             THE COURT:  It's already been admitted.

18   BY MS. DeWITT:

19   Q.    Special Agent Espiritu, do you have Government's

20   Exhibit 21 in front of you?

21   A.    I do.

22   Q.    What is that?

23   A.    It's a Toshiba laptop.

24   Q.    Is this one of the items that you seized at Primrose on

25   November 16, 2012?

1    A.    Yes, it is.

2    Q.    How do you know that's a particular item you seized that

3    day?

4    A.    I was as the search team leader, I physically observed

5    every item that we found and I specifically remember seizing

6    this in Room B.  Room B was sketched on the sketch as Room B

7    for lack of a better term, we believe it to be the dining

8    room because it had a dining room table and it was right next

9    to the kitchen and the living room.  It was seized from that

10   room.  It was collected from there.

11            I tagged it and put it in the bag.  This is my

12   handwriting on the label which identifies the case number,

13   the date, the address that we collected it from and this is

14   my handwriting.  It's also my writing.  I signed the bag that

15   it was collected in and brought it to the evidence facility.

16   Q.    Different agents have different practices and your

17   practice is to actually write the label and when appropriate

18   put it on the exhibit?

19   A.    Yes, I -- yes.

20   Q.    And can you read for the record what the serial number

21   is for that laptop?

22   A.    Sure.  The serial number is 19094189Q.

23            MS. DeWITT:  And at this time the government would

24   move to admit Government's Exhibit 21.

25            THE COURT:  Any objection?

```
1              MR. LARSEN:  No, Your Honor.

2              MR. THOMAS:  No, Your Honor.

3              THE COURT:  21 is ordered admitted.  You may

4    publish.

5                    (Exhibit 21 was admitted.)

6    BY MS. DeWITT:

7    Q.   Will you show that to the jury please?

8              At this time I'd ask to have what's been previously

9    marked for identification as Government's Exhibit 22 placed

10   before the witness.  Do you have Government's Exhibit 22 in

11   front of you?

12   A.   I do.

13   Q.   What is that?

14   A.   It's a two gigabyte Scan disk micro SD card and adapter.

15   Q.   Is this another item of evidence that you seized that

16   day?

17   A.   Yes.

18   Q.   Where was this item of evidence located?

19   A.   This was also found in Room E, which I explained earlier

20   to be likely Mr. Santana's bedroom.

21   Q.   And it's sort of a small item of evidence.  How is it

22   you noted that particular disk was the one you found?

23   A.   Once again it's my handwriting that's on the label and I

24   labeled it as being found in Room E.  Also we took

25   photographs of everything that we found in place and I did
```

```
 1   review those photographs recently.  And it was -- this was
 2   the same item that we had seized on November 16th.  So that's
 3   how I know we seized this particular item on November 16,
 4   2012.
 5            MS. DeWITT:  At this time I would move to introduce
 6   Government's Exhibit 22 into evidence.
 7            THE COURT:  Any objection?
 8            MR. LARSEN:  No, Your Honor.
 9            MR. THOMAS:  No, Your Honor.
10            THE COURT:  All right.  Ordered admitted.  You may
11   publish.
12                    (Exhibit 22 was admitted.)
13   BY MS. DeWITT:
14   Q.   At approximately what time did you complete the search
15   of the Primrose location that day?
16   A.   It was approximately 1:30 p.m. when we completed our
17   search.
18   Q.   And just a couple other closing questions for you
19   Special Agent Espiritu.  Other than the execution of this
20   search warrant on November 16th, 2012, did you have any other
21   involvement in the underlying investigation in this case?
22   A.   No, I did not.
23            MS. DeWITT:  I have no further questions.
24            THE COURT:  Thank you.
25            Mr. Larsen, cross-examination.  You may inquire.
```

```
 1              MR. LARSEN:  Thank you, Your Honor.
 2                        CROSS-EXAMINATION
 3   BY MR. LARSEN:
 4   Q.    Good afternoon, Agent Espiritu.
 5   A.    Good afternoon.
 6   Q.    You spoke earlier in your testimony about a notebook
 7   that you found in his home; is that correct?
 8   A.    Yes.
 9   Q.    And the notebook had various phone numbers and various
10   writings in it; is that correct?
11   A.    Yes.
12   Q.    Do you have any reason to believe this notebook was ever
13   shown to Mr. Kabir?
14   A.    Uh, I don't know.  I don't know if it ever was.
15   Q.    You have no basis to believe so; correct?
16   A.    I would not know.  I'm not -- I don't know who it's been
17   shown to.
18   Q.    Okay.  Thank you.  Now, talking about things that you
19   did find in the house, you found a Play Station; correct?
20   A.    That was one of the items, yes, that we found.
21   Q.    One of those video game machines; right?
22   A.    Yes.
23   Q.    And you also found an Xbox; correct?
24   A.    Yes.
25   Q.    And that's another one of those video game machines?
```

1   A.   Yes.

2   Q.   Did you also find video games in the house?

3   A.   To the best of my memory, yes, there were video games in

4   the house.

5   Q.   Did you find controllers to play the video games?

6   A.   I do not specifically remember seeing controllers.

7   Q.   Do you remember a game called Guitar Hero that was found

8   in the house?

9   A.   I do not remember that.  I don't remember seeing Guitar

10   Hero.  I do not recall.

11   Q.   Do you recall finding a device to play music like an

12   MP-3 player?

13   A.   I do not recall.

14   Q.   You do not recall those items.  I'd like to ask you if

15   you found any guns in the house?

16   A.   No.

17   Q.   Did you find any ammunition in the house?

18   A.   No.

19   Q.   Did you find any explosives in the house?

20   A.   No.

21   Q.   C-4?

22   A.   No.

23   Q.   Dynamite?

24   A.   No.

25   Q.   Any instructions on how to make a bomb?

```
 1    A.    We did sees some computer and some storage disks.  I did
 2    not review those items so . . .
 3    Q.    You wouldn't know what they contained.
 4    A.    I don't know what was on there, but to answer your
 5    question no, I did not see any those items.
 6    Q.    Thank you, Agent.  Did you find any terrain maps in the
 7    house?
 8    A.    Oh, like physical maps?
 9    Q.    Yes.  Did you find a terrain map of Afghanistan?
10    A.    No.
11    Q.    Did you find a terrain map of any place?
12    A.    Not that I recall.
13    Q.    Thank you, Agent.  Did you find any maps of -- did you
14    find any directions to U.S. military bases?
15    A.    Not that I recall, no.
16    Q.    Did you find any photographs of U.S. military bases?
17    A.    Not that I recall, no.
18    Q.    Likewise did you find any lists of U.S. military
19    personnel?
20    A.    Not that I recall, no.
21    Q.    Did you find any books on military training?
22    A.    I do recall one book.  I remember there were some --
23    there was a book Cobra like a U.S. military book.  I do
24    recall that being there.  Military book, it's not specific.
25    There's probably military training mentioned in the book, but
```

1    as far as manual is that what you're asking?

2    Q.   To refresh your memory if I said Cobra II is a book

3    written by a chief military correspondent of the New York

4    Times Michael H. Gordon, who is a prominent retired marine

5    general -- excuse me.  Michael Gordon and by a prominent

6    retired marine general Bernard Traynor?

7    A.   Yes.

8    Q.   So that was the book?

9    A.   Yes.

10   Q.   Thank you, Agent.  I think you mentioned or rather you

11   did find a passport in the house; is that correct?

12   A.   Yes.

13   Q.   Based on your training and experience, did you believe

14   it was a fake passport?

15   A.   I -- I can't answer that.  We seized it, but I did not

16   give it a full review at the time and the place.  We just

17   knew it was an item that could be seized based on the fact

18   that it was identifiable to one of the subjects so we seized

19   it, but absent a full sit down review, I couldn't determine

20   at the time whether it was real or fake.

21   Q.   So based on your training without doing the whole

22   review, you had no reason to believe it was fake; correct?

23   A.   I'm sorry.  Can you repeat the question?

24   Q.   You said you looked at it when you seized it.  When you

25   did so and looked at it, you had no reason to believe it was

1    fake; correct?

2    A.    Uh, it appeared to be -- it appeared to be a valid

3    passport at the time.

4    Q.    And did anything come into your mind to make you think

5    it wasn't a valid passport later?

6    A.    I did not review it again.  As best I remember, there

7    may have been some markings on the passport, but that was the

8    only time I saw it is when we seized it so I did not see

9    again after that.  I did not review it again.

10   Q.    Thank you, agent.  Did you find any money in the house?

11   A.    Not that I recall.

12              MR. LARSEN:  All right.  Thank you, Agent.

13              Thank you, Your Honor.

14              THE COURT:  Thank you.  Mr. Thomas.

15              MR. THOMAS:  No questions, Your Honor.

16              THE COURT:  Any redirect?

17                          REDIRECT EXAMINATION

18   BY MS. DeWITT:

19   Q.    Special Agent Espiritu, you -- one of the items that you

20   have previously testified about was a Toshiba laptop;

21   correct?

22   A.    Yes.

23   Q.    And there were other digital items that were seized that

24   day at the Primrose residence; is that correct?

25   A.    Yes.

```
 1   Q.   And you yourself were not involved in doing the analysis

 2   of the digital information that was on any of those devices;

 3   is that correct?

 4   A.   That's correct.

 5          MR. LARSEN:  I don't believe I inquired into this

 6   in my cross-examination.

 7          THE COURT:  Overruled.  You may answer.

 8          THE WITNESS:  I'm sorry.  Can you repeat the

 9   question?

10   BY MS. DeWITT:

11   Q.   The question is you seized other items, a number of

12   digital items, computers and other types of digital media; is

13   that correct?

14   A.   Yes, it is.

15   Q.   You yourself were not involved in reviewing the digital

16   information that was on the computer or the laptop or any of

17   the digital items that were seized that day; is that correct?

18   A.   That is correct.

19   Q.   So you have no idea whether -- what was on those items?

20   A.   Correct.

21   Q.   Including whether or not there might have been

22   instructions on how to fire an AKA 47?

23   A.   That is correct.

24          MS. DeWITT:  Nothing further.

25          THE COURT:  All right.  You may step down and the
```

1  government may call its next witness.

2          MS. DeWITT:  At this time the government would call

3  Jeff Stiff.

4          THE CLERK:  Please raise your right hand.

5                    (Witness sworn.)

6          THE CLERK:  You may be seated.  Please state your

7  full name and spell it for the record.

8          THE WITNESS:  My full name is Jeffrey Stiff.

9  J-e-f-f-r-e-y S-t-i-f-f.

10          THE COURT:  Thank you.  You may inquire.

11                    DIRECT EXAMINATION

12  BY MS. DeWITT:

13  Q.  Mr. Stiff, by whom are you employed?

14  A.  I'm a special agent with the FBI.

15  Q.  And how long have you been a special agent with the FBI?

16  A.  I have been an agent for over eight years now.

17  Q.  Are you currently assigned to a particular squad?

18  A.  I am.  I'm assigned to a violent crimes squad here in

19  Riverside.

20  Q.  And in connection with your current assignment with that

21  squad, what is your area of responsibility?

22  A.  My responsibility is right now is mainly crimes against

23  children where I investigate child pornography, the

24  distribution, receipt, production of as well as child

25  prostitution and any kidnapping of children within

```
 1    San Bernardino and Riverside Counties.
 2    Q.   I think that the court reporter is going to ask me to
 3    tell you to slow down just a little bit.
 4    A.   Just a little bit.
 5    Q.   Directing your attention to the date of November 16,
 6    2012?
 7    A.   Yes.
 8    Q.   Were you involved in the execution of a search warrant
 9    on that day?
10    A.   Yes.
11    Q.   And without actually giving the specific street number,
12    can you -- where was that?  You can name the street, but not
13    the actual number.  Where was the location of the execution
14    of the search warrant that day?
15    A.   It was Rancho Jurupa Place in San Bernardino,
16    California.
17    Q.   Slow down and if you could just pull the mic a little
18    bit closer to you.  Okay.  Thank you.
19            The residence that day at which you were executing
20    a search warrant, whose residence was it?
21    A.   It was the Kabir residence.
22    Q.   And by the Kabir residence, you mean the Kabir family?
23    A.   The Kabir family, yes.
24    Q.   What were your responsibilities that day in connection
25    with the execution of the search warrant?
```

1   A.   I was the search team leader on that day.

2   Q.   And as the search team leader, can you explain to the

3   jury what your responsibilities included?

4   A.   Yes.  My responsibilities as a search team leader were

5   one for the tactical entry into the residence and to insure

6   that the residence was safe and secure for the search team to

7   go in and proceed to search.  I was also responsible for

8   verifying any evidence that was identified from the search

9   team.  Once I verified the pieces of evidence, I would

10  identify where that piece of evidence was found, insure that

11  the evidence was properly photographed and seized as well as

12  documented so a receipt was left for the family.

13  Q.   And is that additional responsibility sometimes referred

14  to as the finder or the collector?

15  A.   Yes.  We refer to it as the finder or the seizing agent.

16  Q.   You mentioned photographs.  Were photographs taken that

17  day?

18  A.   Photographs were taken, yes.

19  Q.   And prior to testifying here today, did you have an

20  opportunity to look at those photographs?

21  A.   Yes.

22  Q.   And in fact were you familiar with those photographs as

23  a result of your responsibilities as the team leader at the

24  time they were taken?

25  A.   Yes, I was.

1          MS. DeWITT:  At this time I would ask to have

2    what's been previously marked for identification as

3    Government's Exhibit 48 placed before the witness.

4    Q.   Do you have Government's Exhibit 48 in front of you?

5    A.   I have it in front of me.

6    Q.   And what is that?

7    A.   What is Exhibit 48?

8    Q.   Yes.

9    A.   A black binder with several pictures inside.

10   Q.   What are these pictures?

11   A.   These are pictures we took during the search.

12   Q.   Do those photographs accurately depict the residence on

13   the day of the search warrant and the items that were found

14   during the course of that search warrant?

15   A.   Yes, it does.

16          MS. DeWITT:  At this time the government would move

17   to admit Government's Exhibit 48.

18          THE COURT:  Any objection to 48?

19          MR. LARSEN:  No, Your Honor.

20          MR. THOMAS:  No, Your Honor.

21          THE COURT:  All right.  48 is ordered admitted.

22   You may publish.

23                (Exhibit 48 was admitted.)

24          MS. DeWITT:  At this time I would ask to have

25   what's been previously marked for identification as

```
 1    Government's Exhibit 28 to be placed in front of the witness.
 2              THE COURT:  Did you say Exhibit 28?
 3              MS. DeWITT:  28, yes.
 4              THE COURT:  I thought it was 48.
 5              MS. DeWITT:  Your Honor, 48 was the last exhibit.
 6    Now, we're on to 28.
 7              THE COURT:  Okay.  We're lucky there's only a
 8    couple of exhibits in this case.
 9    BY MS. DeWITT:
10    Q.   Do you have Government's 28 in front of you?
11    A.   Yes.
12    Q.   What is that?
13    A.   A green military bag.
14    Q.   Is that one of the items of evidence that you seized at
15    the Kabir residence on November 16th?
16    A.   Yes.
17    Q.   Where was that particular item found?
18    A.   In the garage.
19              MS. DeWITT:  At this time I would ask to admit
20    Government's Exhibit 28 into evidence.
21              THE COURT:  Any objection?
22              MR. LARSEN:  No, Your Honor.
23              MR. THOMAS:  No, Your Honor.
24              THE COURT:  Ordered admitted.
25                   (Exhibit 28 was admitted.)
```

1          MS. DeWITT:  And before we go to the actual items

2     of evidence, can I ask my colleague to please put up

3     Government's Exhibit 48 at page 4.

4     Q.   What is that a photograph of?

5     A.   That's a photograph of the bag that's next to me as it

6     was identified in the garage during the day of the search.

7     Q.   Directing your attention to back to Government's

8     Exhibit 28, first of all, is there a name on that particular

9     bag?

10    A.   Yes, there is.

11    Q.   And it's a little bit hard for me to see it, but can you

12    just show it to the jury exactly what you're referring to?

13         And for the record it's etched in white?

14    A.   Yes.

15    Q.   And for the record, what does that say?

16    A.   On the top it says Kabir K-a-b-i-r.  Underneath is the

17    name Sohiel S-o-h-i-e-l.

18    Q.   Special Agent Stiff, I noticed as you were turning the

19    bag around, that there's a pocket on the outside.

20    A.   Yes.

21    Q.   Is there anything in the pocket?

22    A.   Yes.

23    Q.   And what is that piece of paper that's in the outer

24    pocket of Government's Exhibit 28, the military bag?

25    A.   This piece of paper is from Department of the Air Force

1    Headquarters 37th Training Wing Lackland Air Force Base

2    Texas.  They're special orders and they have the same name

3    Kabir Sohiel at the bottom of the page with a social security

4    number.

5    Q.   Please don't read that.

6    A.   They appear -- this piece of paper appears to depict

7    orders that the individual who's name appears on this piece

8    of paper was a graduate of a course and was in transit to

9    another training battalion or another training area within

10   Lackland Air Force Base.

11   Q.   And right above where it says Sohiel Kabir is there in

12   the center of that something that indicates RPT NLT?

13   A.   Yes.

14   Q.   And is it correct that that's a military term for report

15   no later than?

16   A.   That is correct.

17   Q.   And what does it say is the report no later than date?

18   A.   September 4th, 2000.

19   Q.   And can I ask you to take the items one-by-one out of

20   the bag?  What is the first item?

21   A.   The first item is a military jacket or military blouse

22   camouflaged.  Has the name tape with the name Kabir K-a-b-i-r

23   over the right breast.  Tape over the left breast of U.S. Air

24   Force.

25   Q.   Does it also have some patches?

1    A.    As well as patches, yes.

2    Q.    What do the patches say?

3    A.    The patch over the right breast says Air Combat Command.

4    The patch on the left breast 355 Sups We Deliver and there is

5    a patch for the rank on the side of the arm.

6    Q.    On the arm on the?

7    A.    This is the left arm as well as the right.

8    Q.    And do you know what rank that is?

9    A.    I don't.

10   Q.    And Special Agent Stiff, is there another item in the

11   bag?

12   A.    This is another military jacket similar to the first.

13   Name of Kabir K-a-b-i-r over the right breast.  Along with a

14   patch also on the right breast that reads Air Combat Command.

15   Over the left breast U.S. Air Force as well as the patch that

16   reads 355 Sups We Deliver and on both the left and the right

17   arm is the rank insignia.

18   Q.    And is there another item in the green military bag?

19   A.    Another military jacket.  Again, similar to the first

20   two, name tape with the name Kabir over the right breast.

21   Along with a patch that reads Air Combat Command on the right

22   breast and a tape over the left breast reads U.S. Air Force

23   as well as the patch that reads 355 Sups We Deliver.  And

24   there are rank insignia on both the right and left arms.

25   Q.    Is there another item in the bag?

1    A.    Pair of camouflage pants.

2    Q.    Okay.  And is there another item in the bag?

3    A.    Another pair of camouflage pants.

4    Q.    And is there another item in the bag?

5    A.    Yes, there is.  A third pair of camouflage pants.

6    Q.    Is there another item in the bag?

7    A.    This is a pair of what I believe to be MOPP gear which

8    stands for Military Oriented Protective Posture.  These pants

9    are used for protection in a chemical, biological or

10   radiological environment.

11   Q.    Are those also sometimes referred to as desert camo?

12   A.    Yes, that's correct.

13   Q.    Is there anything else in the bag?

14   A.    Appears to be a white washcloth.

15         MS. DeWITT:  Ask my colleague to put up on the

16   screen Government's Exhibit 48-07.

17   Q.    What does this picture depict?

18   A.    These were pictures of the items within the military bag

19   that were taken on the day of the search.

20   Q.    And if you could please put up 48-08.  And what is that?

21   A.    That's a close-up of one of the items in the bag, the

22   military jacket.

23         MS. DeWITT:  At this time I'd ask what's previously

24   been marked as Government's Exhibit 29 placed in front of the

25   witness.

```
 1    Q.   Special Agent Stiff, do you have Government's Exhibit 29

 2    in front of you?

 3    A.   I do.

 4    Q.   And what is that?

 5    A.   This is another military jacket.  Same as the first

 6    three.  The name tape Kabir K-a-b-i-r.

 7    Q.   And does it have the same patches as the previous three

 8    jackets?

 9    A.   Yes, it does.

10         MS. DeWITT:  And at this time, Your Honor, I would

11    ask to admit Government's Exhibit 29?

12         THE COURT:  All right.  Any objection to 29?

13         MR. LARSEN:  No, Your Honor.

14         MR. THOMAS:  No, Your Honor.

15         THE COURT:  Ordered admitted.  You may publish.

16              (Exhibit 29 was admitted.)

17         MS. DeWITT:  Special Agent, if you could just hold

18    it up and show it to the jury.

19         THE WITNESS:  Yes.

20         MS. DeWITT:  If I could ask my colleague to put up

21    Government's Exhibit 48 at page 12.

22    Q.   What is depicted in that photograph?

23    A.   That is a picture of the jacket that I just pulled out

24    that was taken the day of the search.

25    Q.   Where was this jacket found?
```

```
 1    A.    This was taken in a closet within a hallway within the
 2    residence.
 3              MS. DeWITT:  If I could ask you to now place in
 4    front of the witness what's been previously marked for
 5    identification as Government's Exhibit 31.
 6    Q.    You have Government's Exhibit 31 in front of you?
 7    A.    I do.
 8    Q.    What is that?
 9    A.    This is a Dell desk top computer.
10    Q.    This was one of the items you seized this day?
11    A.    Yes, it was.
12    Q.    Where this particular item found?
13    A.    This was found in an office within the residence.
14              MS. DeWITT:  Put up what's previously been marked
15    for identification as Government's 48.19.
16    Q.    What's depicted in that photograph?
17    A.    That's a picture of the computer tower as found in the
18    residence.
19    Q.    And again, I'm sorry, where was that found?
20    A.    It was in the office.
21              MS. DeWITT:  At this time, Your Honor, I would move
22    to admit Government's Exhibit 31.
23              THE COURT:  Any objection to 31?
24              MR. LARSEN:  No, Your Honor.
25              MR. THOMAS:  No, Your Honor.
```

```
 1          THE COURT:  Ordered admitted and you may publish.
 2               (Exhibit 31 was admitted.)
 3          MS. DeWITT:  If I could now ask to have what's been
 4   previously marked for identification as Government's
 5   Exhibit 32.  I apologize, Your Honor.  There is not really
 6   any way not to publish these.
 7          THE COURT:  That's fine.
 8   BY MS. DeWITT:
 9   Q.   Do you have Exhibit 32 in front of you?
10   A.   Yes.
11   Q.   What is it?
12   A.   This is an HP computer tower desk top.
13   Q.   Where was this found?
14   A.   This was located within the garage.
15   Q.   And can you tell and I'm going to back up to the last
16   one in a minute, but can you tell me what the serial number
17   is on the HP Pavilion?
18   A.   Yes.  Serial number is CNC4260VLL.
19          MS. DeWITT:  And if I could ask my colleague to put
20   up Government's Exhibit 48 at page 15.
21   Q.   What's depicted in that photograph?
22   A.   That is the computer tower that was found within the
23   garage.  This computer tower that is the photograph we took
24   on the day of the search.
25   Q.   And I forgot on Government's Exhibit 31, could you also
```

```
 1    just for the record, can you read in what the serial number
 2    is for that item.
 3    A.   Serial number is HKX73F1.
 4              MS. DeWITT:  Thank you.
 5              At this time, Your Honor, the government would move
 6    to admit Government's Exhibit 32 into evidence.
 7              THE COURT:  Any objection to 32?
 8              MR. LARSEN:  No, Your Honor.
 9              MR. THOMAS:  No, Your Honor.
10              THE COURT:  Ordered admitted.
11                   (Exhibit 32 was admitted.)
12              MS. DeWITT:  At this time I would ask to have
13    what's been marked for identification as Government's
14    Exhibit 705 placed before the witness.
15    Q.   You have 705 in front of you?
16    A.   I do.
17    Q.   What is that?
18    A.   E Machine computer desk top tower.
19    Q.   Where was that computer found?
20    A.   This was found in the garage.
21              MS. DeWITT:  If I could ask my colleague to put up
22    Government's Exhibit 48 at page 9.
23    Q.   What's depicted in that photograph?
24    A.   That is the E Machine computer depicted on the left.
25    There was -- and this photograph was taken on day of the
```

```
 1    search warrant.

 2              MS. DeWITT:  At this time, the government would

 3    move to admit Exhibit 705.

 4              THE COURT:  What number did you say, 705?

 5              MS. DeWITT:  705, yes.

 6              THE COURT:  Any objection?

 7              MR. LARSEN:  No objection.

 8              MR. THOMAS:  No objection.

 9              THE COURT:  Ordered admitted.

10                  (Exhibit 705 was admitted.)

11              MS. DeWITT:  I'll ask you to place before the

12    witness what's been previously marked for identification as

13    Government's Exhibit 30.  If I could ask my colleague to put

14    up the photograph that's contained in Exhibit 48 at page 5.

15    Q.   Let's start with the photograph this time.  What is

16    depicted in this photograph?

17    A.   That is an orange Nike shoe box found in the garage on

18    the day of the search warrant.

19    Q.   Were there items in the orange Nike shoe box that were

20    seized that day during the execution of the search warrant?

21    A.   Yes.

22    Q.   Turn to the next page in Government Exhibit 48, which is

23    page 6.  And what does that depict?

24    A.   Those were the items inside the Nike shoe box.

25    Q.   And turning your attention back to Government's
```

1    Exhibit 30, what is that?

2    A.   The documents that I have in front of me that were found

3    were within the Nike shoe box is a social security statement

4    with the name Kabir Sohiel and the address that we conducted

5    the search warrant.  There is a Map Quest driving directions

6    of an unknown location.  We also identified numerous articles

7    from a website named Jihad Unspun.  These are all the same

8    articles that were together.  There's also --

9    Q.   You say all they're all the same.  Are there multiple

10   copies?

11   A.   There are multiple copies.

12   Q.   Approximately how many?

13   A.   Approximately 13, and then one separate copy.  This is

14   another article from the same website Jihad Unspun.

15   Q.   Special Agent Stiff, are these all the items that were

16   found in that orange Nike box?

17   A.   There were other items found.

18   Q.   What happened to the other items?

19   A.   There were other items that were deemed not pertinent

20   for evidence.  Therefore, they were returned to the family

21   from the squad.

22   Q.   So the only items you took from that particular box,

23   were items you deemed to be within the scope of the search

24   warrant?

25   A.   Yes.

```
1              MS. DeWITT:  At this time I would move to admit
2    Government Exhibit 30.
3              THE COURT:  Any objection to 30?
4              MR. LARSEN:  No, Your Honor.
5              MR. THOMAS:  No, Your Honor.
6              THE COURT:  All right.  Thank you.  Ordered
7    admitted.
8                   (Exhibit 30 was admitted.)
9              MS. DeWITT:  With the Court's permission, I'll
10   publish the social security statement, which is I believe to
11   be displayed from Government's Exhibit 30.1.
12             THE COURT:  Do you just want to display it on the
13   Elmo?  All right, that's fine.  Go ahead.
14   BY MS. DeWITT:
15   Q.   And is this a copy of the social security statement that
16   you referred to that was in the box?
17   A.   Yes.
18   Q.   And in the same of Sohiel Kabir?
19   A.   Yes.
20   Q.   This was one of the items in the box that you didn't
21   return that you seized?
22   A.   Correct.
23   Q.   And directing your attention to the -- you mentioned
24   that there were a group of documents that were from Jihad
25   Unspun for which there was approximately a dozen copies?
```

1    A.   Yes.

2    Q.   Directing your attention to the other one, you said it

3    was a single document from Jihad Unspun?

4    A.   Yes.

5    Q.   If I might, I believe it's page 2.  Special Agent Stiff,

6    is the document that is now appearing on the screen is that

7    the first page of that Jihad Unspun?

8    A.   Yes, it is.

9    Q.   And if I could direct your attention to the paragraph

10   that is the third down.  I'll ask my colleague to blow it up

11   to make it a little easier.

12        Can I ask that, Special Agent Stiff, that you read

13   this paragraph from this document into the record?

14   A.   When the Americans hear the Mujahideen cries of Allah

15   akbar God is greatest and labiak alahuma labiak I am here oh,

16   God, I am here, they shiver with fear even before they get to

17   them from 300 meters away.  Let me tell you something.

18   Sometimes I used to rejoice within myself when I saw the

19   Mujahideen butchering and killing lots of them, the Americans

20   because there's nobody who prefers an American over an Iraqi

21   or Arab Muslim.

22        THE COURT:  All right.  Ms. DeWitt, I think now I'm

23   going to read a limiting instruction to the jury.

24        Ladies and gentlemen, when I gave you the

25   preliminary instructions yesterday, one of those instructions

1    told you that sometimes evidence is admitted for a limited

2    purpose only.  And when that occurs, you have to consider the

3    evidence for that limited purpose and for no other.

4         So the evidence that you just heard or saw I'm

5    going to give you a limiting instruction with respect to that

6    evidence which is that during the trial and just now, you've

7    heard evidence and you will hear evidence from time to time

8    that persons listened to, viewed, commented on or

9    disseminated materials available from various Internet sites.

10        Such activity is not itself a crime.  Nor is

11   visiting the sites that contain material that some people may

12   find offensive.  Now, I instruct you that this evidence is

13   admitted only for the limited purpose of showing whether or

14   not an agreement to commit the charged crimes existed or

15   whether or not Mr. Kabir or Mr. DeLeon or both had an intent

16   to commit those crimes.

17        Therefore, you must consider this evidence only for

18   that limited purpose and not for any other purpose.  And

19   we're going to give you a written copy of this instruction to

20   place in your notebook with the other instructions that you

21   have.  Thank you.  Go ahead.

22   BY MS. DeWITT:

23   Q.   And going back to that page, directing your attention to

24   the bottom of that page, what does it indicate that the date

25   of that particular Jihad Unspun news archive was printed?

1    A.    March 4th of 2005.

2    Q.    Special Agent Stiff, just to be clear, other than

3    executing this search warrant this day at the Kabir residence

4    on November 16, 2012, did you have any other involvement in

5    underlying investigation related to this case?

6    A.    No, I did not.

7                MS. DeWITT:  No further questions at this time.

8                THE COURT:  Thank you.

9                Mr. Larsen, you may exam.

10               MR. LARSEN:  Thank you, Your Honor.

11                        CROSS-EXAMINATION

12   BY MR. LARSEN:

13   Q.    Good afternoon, Agent Stiff.

14   A.    Good afternoon.

15   Q.    You testified that you found in this bag an order to

16   report by September of 2000; correct?

17   A.    Correct.

18   Q.    Now, you searched the home roughly 12 years later;

19   correct?

20   A.    Correct.

21   Q.    Now, when you search the home, was Mr. Kabir present?

22   A.    No.

23   Q.    To your knowledge was Mr. Kabir in the country?

24   A.    He was not.

25   Q.    Thank you, Agent.  Did you find any guns in the home?

```
 1    A.    No.

 2    Q.    Did you find any ammunition in the home?

 3    A.    No.

 4    Q.    Did you find any bombs in the home?

 5    A.    No.

 6    Q.    Did you find any instruction manual on how to make

 7    bombs?

 8    A.    No.

 9    Q.    Did you find any instructional manuals on how to operate

10    or make guns?

11    A.    No.

12    Q.    Did you find any instructional manuals on how to build

13    explosives?

14    A.    No.

15    Q.    Did you find any explosives?

16    A.    No, we did not.

17    Q.    Thank you, Agent.  Did you find any terrain maps in the

18    home?

19    A.    No.

20    Q.    No terrain maps of Afghanistan?

21    A.    No.

22    Q.    No terrain maps of any kind?

23    A.    No.

24    Q.    Did you find any photographs of U.S. military bases in

25    the home?
```

1    A.    No.

2    Q.    Did you find any lists of military bases?

3    A.    No.

4    Q.    Did you find any photographs of U.S. personnel?

5    A.    No.

6    Q.    Did you find any lists of U.S. personnel?

7    A.    No.

8    Q.    Did you find any photographs of federal buildings?

9    A.    No.

10   Q.    You mentioned a moment ago that you were aware that

11   Mr. Kabir had already left the country at the time you

12   searched the home.

13   A.    Correct.

14   Q.    Do you know when he left the country?

15   A.    No.

16   Q.    But you knew he was not in the country when you searched

17   the home.

18   A.    Yes.

19   Q.    Did you find any passports in the home?

20   A.    I don't recall.

21   Q.    Did you find any forms of identification in the home?

22   A.    We found forms of identification for other individuals

23   within the residence, but I don't recall whom.

24   Q.    Those forms of identification based on your training and

25   experience, did they seem legitimate or fake?

1    A.   Legitimate.

2    Q.   You didn't find any pictures of Mr. Kabir with

3    Mr. Santana, did you?

4    A.   No.

5    Q.   You didn't find any pictures of Mr. Kabir with

6    Mr. DeLeon, did you?

7    A.   No, sir.

8    Q.   You didn't find any pictures of Mr. Kabir with

9    Mr. Gojali, did you?

10   A.   No.

11   Q.   Did you find any money in the home?

12   A.   No.

13        MR. LARSEN:  Thank you agent.  No further

14   questions.

15        THE COURT:  Thank you.  Mr. Thomas.

16        MR. THOMAS:  No questions, Your Honor.

17        THE COURT:  Thank you.  All right.  Redirect.

18               REDIRECT EXAMINATION

19   BY MS. DeWITT:

20   Q.   Mr. Stiff, you yourself were not involved in searching

21   the digital data on any of those computers that were seized

22   that day, were you?

23   A.   No, I was not.

24   Q.   You have no idea what was on those computers?

25   A.   No.

```
 1              MS. DeWITT:  Nothing further.
 2              THE COURT:  Thank you.  Do you have any further
 3    witnesses for today?
 4              MR. CHIU:  Your Honor, the government is prepared
 5    to call one additional witness.  We identified six.
 6              THE COURT:  Who is the witness?
 7              MR. CHIU:  Special Agent Jun Lao.
 8              THE COURT:  Any objection to going on with the next
 9    Agent Lao?
10              MR. AARON:  Your Honor, I'm sorry.  I didn't catch
11    that name.
12              MR. CHIU:  Jun Lao.
13              MR. AARON:  We have no objection to the government
14    doing its direct.
15              THE COURT:  Why don't we do that.
16              MR. CHIU:  Your Honor, United States calls Special
17    Agent Demosthenes Lao.
18              THE COURT:  Thank you.
19              THE CLERK:  Please raise your right hand.
20                        (Witness sworn.)
21              THE CLERK:  Please be seated.  Please state your
22    full name and spell it for the record.
23              THE WITNESS:  Demosthenes Lao.
24    D-e-m-o-s-t-h-e-n-e-s and the last name L-a-o.
25              THE COURT:  Thank you.  You may inquire.
```

```
 1                    DIRECT EXAMINATION

 2   BY MR. CHIU:

 3   Q.    Special Agent Lao, do you go by different name as well?

 4   A.    I do.  I go by Jun.

 5   Q.    How long have you been with the FBI?

 6   A.    11-and-a-half years.

 7   Q.    And are you currently assigned to a particular squad?

 8   A.    Yes, I am.  I'm assigned to the Riverside Force Squad

 9   which investigates domestic terrorism.

10   Q.    And can you describe a little bit about what you do,

11   what kind of crimes you investigate?

12   A.    I basically, we investigate domestic terrorism which the

13   government considers a person or a group that is committing a

14   federal crime in the furtherance of their ideology using

15   force or violence or coercion.  So animal rights extremists,

16   white supremacist extremists, anti-abortion extremists.

17   Q.    How long have you been employed by the FBI?

18   A.    11-and-a-half years.

19   Q.    Prior to being assigned to the Domestic Terrorism Squad,

20   were you assigned to a different squad?

21   A.    Yes.  Riverside III, which is the international

22   terrorism.  I worked that for about three years.

23   Q.    And is another name or another reference to that squad

24   the Joint Terrorism Task Force?

25   A.    Yes, it is.
```

1    Q.   Can you just briefly describe some of the training

2    you've received as a member of the JTTF?

3    A.   We've done a lot of different like surveillance

4    trainings.  How to investigate just various crimes, white

5    collar crimes where you go through case studies on what steps

6    they took and how they got to where they brought the

7    prosecution.

8    Q.   Now, turning your attention to your involvement in this

9    case, were you involved in this case?

10   A.   Yes, I was.

11   Q.   How were you involved in this case?

12   A.   I did surveillances.

13   Q.   Just first explain what doing surveillance is.

14   A.   To get a pattern on the person is going to meet with, we

15   follow them basically and see what their patterns are, who

16   they're meeting with.  I mean that's basically surveillance.

17   Q.   And when you conducted surveillance, was it just you or

18   did you have other members of the team with you?

19   A.   No, it's a large team usually 7 to 10 different agents.

20   Q.   Now, with respect to this case, when you conducted

21   surveillance, approximately how many times did you conduct

22   surveillance?

23   A.   I want to say three.  Two in the car surveillances and

24   one on foot or in the embassy or consulate.

25   Q.   Do you recall approximately when you conducted

1    surveillance?

2    A.    March 2012, and then in April of 2012, and then it was

3    November 8th at the Philippines consulate.

4    Q.    Now, directing your attention to November 8th, 2012, you

5    indicated that you conducted surveillance at the Philippines

6    consulate; correct?

7    A.    Yes.

8    Q.    What was the purpose of conducting surveillance on that

9    date?

10   A.    To witness Mr. DeLeon getting his passport.

11   Q.    Now, referring to Mr. DeLeon, prior to today, had you

12   seen Mr. DeLeon while you were conducting surveillance?

13   A.    Yes.

14   Q.    Do you see him in the court today?

15   A.    Yes, I do.

16   Q.    Would you please rise and identify Mr. DeLeon by

17   pointing out an article of clothing?

18   A.    A blue tie.

19   Q.    And is that the same person you conducted surveillance

20   on as part of your responsibilities and involvement in this

21   case?

22   A.    Yes, but he didn't have hair.  I want to say his hair it

23   was shaved.

24   Q.    You can take a seat.  Special Agent Lao, where is the

25   Philippines consulate located?

1    A.    3600 Wilshire Boulevard on the fifth floor.

2    Q.    And where were you when you were conducting

3    surveillance?

4    A.    When you enter the consulate, it's basically a large

5    room like this.  There's a security guard when you first

6    enter and like banker's windows on the left-hand side and

7    there's a waiting area, several rows of chairs on the

8    right-hand side.  So I took a position in the waiting area

9    where I can see the front, the entrance to the consulate.

10   Q.    And approximately what time were you when you were

11   inside the consulate?

12   A.    I entered around 1 o'clock p.m.

13   Q.    And just to be clear, the Philippines consulate is in

14   the city of Los Angeles; is that right?

15   A.    Yes, it is.

16   Q.    Can you describe what happened when you were conducting

17   surveillance inside the Philippines consulate?

18   A.    Well, I was seated there at approximately 1:23 p.m. and

19   Mr. DeLeon and Mr. Gojali entered the Philippines consulate

20   and they stopped for a little while and then they went to a

21   window that said releasing legal documents.  And Mr. DeLeon

22   spoke to the attendant for a few seconds, and then she went

23   away and came back, and then it looked like he signed

24   something, and then he and Mr. Gojali started walking out.

25              And I remember them pausing before they left and I

1    saw a passport.  It was brown in color with gold lettering on

2    it and Mr. DeLeon had opened it up and flipped some pages and

3    then looked at it.  Then they kind of chuckled at something

4    and then they walked out.

5    Q.   Do you have any idea what they were chuckling about?

6    A.   No, I do not.

7    Q.   And so did you see Mr. DeLeon leave with a document that

8    day that he received from the legal window or the window?

9    A.   I didn't see him with anything until they had walked and

10   stopped and opened the passport.

11   Q.   Are you familiar with what a Philippines passport looks

12   like?  Have you seen one before?

13   A.   I have.

14   Q.   And did it appear he was walking out with a Philippines

15   passport?

16   A.   Yes.

17   Q.   Now, were you in the Philippines consulate specifically

18   for the purpose of this investigation?

19   A.   Yes, I was.

20   Q.   And it was not just for general surveillance; correct?

21   A.   No.

22   Q.   It was specifically related to your work in this

23   investigation?

24   A.   Yes, it was.

25   Q.   While you were conducting surveillance, did you have an

```
 1    opportunity to view or to determine what kind of vehicle
 2    Mr. DeLeon drove?
 3    A.   Yes.  It was a dark gray Nissan Ultima.  There were no
 4    hubcaps and it had tinted windows, and on the rear window
 5    there was big white lettering in Arabic script and the
 6    license plate was 6NQU028.
 7    Q.   Was there anything noticeable to you about the vehicle?
 8    A.   Nothing that stood out other than . . .
 9    Q.   At this time, I'll ask Special Agent Elias to show you
10    what has been marked as Government's Exhibit 45.  And if you
11    can quickly flip through those documents and look up when
12    you're ready.
13          Special Agent Lao, when you were conducting
14    surveillance on Mr. DeLeon, did you see him enter and exit
15    the vehicle that you described?
16    A.   Yes.
17    Q.   And you previously described what the license plate
18    number was; correct?
19    A.   Yes.
20    Q.   Now, looking at Government's Exhibit 45, what is it?
21    A.   It's a Craig's List ad for a 2004 Nissan Ultima.
22    Q.   Can you explain what -- do you know what Craig's List
23    is?
24    A.   It's a place where you buy and sell stuff.
25    Q.   Including vehicles?
```

1    A.    Vehicles, yes.

2    Q.    And are there photographs of a vehicle in that Craig's

3    List ad?

4    A.    Yes, there is.

5    Q.    What vehicle is in that or can you describe the vehicle

6    in Exhibit 45?

7    A.    It's a dark-colored Nissan Ultima with no hubcaps and

8    tinted windows.

9    Q.    And is there a -- within those documents is there a

10   depiction of what the license plate number is for the

11   vehicle?

12   A.    Yes, there is.

13   Q.    And what is that license plate?

14   A.    It's 6NQU028.

15   Q.    Is that consistent with the vehicle that you saw when

16   you saw Mr. DeLeon exiting or entering the vehicle when you

17   were conducting surveillance?

18   A.    Yes, it is.

19         MR. CHIU:  Your Honor, at this time the government

20   moves Exhibit 45 into evidence.

21         THE COURT:  Any objection to 45?

22         MR. AARON:  No, Your Honor.

23         MR. THOMAS:  No, Your Honor.

24         THE COURT:  All right.  I thought 45 was already in

25   evidence.

```
 1              MR. AARON:  The Court's thinking of 46.
 2              THE COURT:  I am.  Exhibit 45 is ordered into
 3   evidence.
 4                    (Exhibit 45 was admitted.)
 5   BY MR. CHIU:
 6   Q.   You can also look up here as well.  I'll put it on the
 7   screen.  Special Agent Lao, when you conducted surveillance,
 8   is this the vehicle you saw Mr. DeLeon entering and exiting
 9   when you were conducting surveillance?
10   A.   Yes.
11   Q.   And consistent with what you described earlier, this
12   vehicle had no hubcaps; correct?
13   A.   That's correct.
14   Q.   And that's what you previously described with tinted
15   windows as well?
16   A.   Yes.
17   Q.   Now, you mentioned that this was a Craig's List ad; is
18   that right?
19   A.   Yes.
20   Q.   Now, directing your attention to exhibit, first of all,
21   do you notice a date?  Actually, do you notice a heading on
22   top of this exhibit?
23   A.   Yes.
24   Q.   And what does the heading say?
25   A.   2004 Nissan Ultima.  7,000.  Chino.
```

1    Q.   And does it have a date associated with that?

2    A.   Yes, it does.  October 17, 2012.

3    Q.   And when exactly did you conduct surveillance on

4    Mr. DeLeon at the Philippines consulate?

5    A.   November 8th.

6    Q.   So that would have been roughly two weeks before you saw

7    him pick up the passport at the consulate; is that correct?

8    A.   Closer to three, yes.

9    Q.   Now, would you please read to -- read out loud the

10   contents of this ad, please and let me -- can you see it?

11   A.   Yes.  It's really clean.  No problems.  Runs great.  AC

12   works and heater.  Perfect family car.  Getting rid of it

13   because I'm leaving the country ASAP.  Need money fast.

14   Please no trades or low ballers.  Has tint.  Everything is

15   original.  The car is perfect.  No engine problems

16   whatsoever.  Just got smogged and registration has just been

17   taken care of.  Clean interior and exterior.  Stereo works

18   with CD player.  118,000 miles on car.  Selling it for 7,000

19   or best offer.  You can contact me at 626-589-2068 call or

20   text.  Please don't ask questions that are already answered.

21   Thank you.

22        MR. CHIU:  Your Honor, I have no further questions

23   for this witness.

24        MR. AARON:  Your Honor, I'm prepared to do the

25   cross-examination of the witness.  He doesn't need to come

UNITED STATES DISTRICT COURT

1    back tomorrow.

2              THE COURT:  All right.  Thank you.  Go ahead.

3                          CROSS-EXAMINATION

4    BY MR. AARON:

5    Q.   Good afternoon, Officer.  You said that you were in the

6    waiting room at 1 o'clock?

7    A.   Yes.

8    Q.   And that Mr. DeLeon and Mr. Gojali appeared at 1:23?

9    A.   Yes.

10   Q.   So you were there before they came?

11   A.   Yes.

12   Q.   You were waiting for them?

13   A.   Yes.

14   Q.   How did you know to go there?

15   A.   There was a CHS that said that they were gonna pick up

16   the passport on that day.

17   Q.   By CHS you mean an informant?

18   A.   Yes.

19   Q.   So the informant told you?

20   A.   Not me personally, but the squad, yes.

21   Q.   I see.  You were told by someone who had been told by

22   the informant?

23   A.   Yes.

24   Q.   Thank you.  Did you say that there was Arabic script on

25   the car?

1    A.    Yes, there was.

2    Q.    Can you explain that?

3    A.    It was a large decal that was Arabic writing on the rear

4    window.

5    Q.    Large enough to attract attention?

6    A.    Yes.

7    Q.    And I gather your Arabic's a little rusty?

8    A.    Yes.  I don't know what it said.

9    Q.    All right.  Thank you.  And when you saw them coming

10   out, when you saw DeLeon and Gojali coming out, they -- you

11   saw Gojali opening a passport, looking at it and laughing

12   with Mr. DeLeon?

13   A.    No.  It was Mr. DeLeon opened the passport and pointed

14   to something and they just chuckled about it.

15   Q.    All right.  When you open up an official ID, you'll see

16   a picture in it?

17   A.    Yes.

18   Q.    And like a lot of official pictures, they might have

19   been laughing at theirs?

20   A.    Could have been.

21            MR. AARON:  Thank you.  Nothing further.

22            THE COURT:  Mr. Thomas?

23            MR. THOMAS:  I have no questions, Your Honor.

24            THE COURT:  Redirect.

25

```
1                      REDIRECT EXAMINATION
2   BY MR. CHIU:
3   Q.   Special Agent Lao, can you please look at Government's
4   Exhibit 45 again in front of you.  In those photographs is
5   there any Arabic script on the back of the tinted window?
6   A.   Not on this picture.  It doesn't show the back window.
7   Q.   So at the time when you saw the vehicle, it had Arabic
8   script; correct?
9   A.   That's correct.
10  Q.   The photographs do not have the Arabic script?
11            MR. AARON:  Well, I object.  That misstates the
12  evidence as to the photograph.
13            THE COURT:  Misstates the evidence as to the
14  photograph?
15            MR. AARON:  You cannot see in the photograph.
16            THE COURT:  But your objection is as to misstating
17  is the evidence as directed to the photograph?
18            MR. AARON:  That's correct.
19            THE COURT:  Objection sustained.
20  BY MR. CHIU:
21  Q.   Special Agent Lao, when you were inside the Philippine
22  consulate, you indicated there were two people; correct?
23  A.   Yes.
24  Q.   And who were those two people?
25  A.   Mr. DeLeon and Mr. Gojali.
```

1    Q.   Was there anybody else inside the Philippines consulate?

2    A.   No.

3    Q.   And who was it that picked up the passport at the

4    window?

5    A.   Mr. DeLeon.

6    Q.   And who was it that left the Philippines consulate with

7    the Philippines passport?

8    A.   Mr. DeLeon.

9              MR. CHIU:  Thank you.

10             THE COURT:  Thank you.

11             All right.  Ladies and gentlemen, be in recess as

12   far as the jury is concerned until 9 o'clock tomorrow

13   morning.

14             Please remember don't discuss the case.  Anything

15   about the case.  Anything about any of the lawyers.  The

16   participants in the trial.  The witnesses today.  The

17   evidence, anything.  And don't make up your minds about the

18   case, an issue in the case, not the verdict.  Don't do any

19   research.  Don't Goggle.  Don't chat.  Don't tweet or

20   communicate in any fashion.

21             Thank you very much for your attention today.

22   You're excused.

23                     (Jury not present.)

24             THE COURT:  We're on the record outside the

25   presence of the jury.  What's your lineup for tomorrow?

```
 1              MR. CHIU:  Your Honor, the United States is
 2    prepared to call the following witnesses:  CVP Officer
 3    Xiomara Rodriguez that will be the first witness.  Second,
 4    witness will be Craig Goldsmith.  Third witness will be
 5    Arnell Rivera.  Fourth witness will be Nhan Nguyen.  Fifth
 6    witness will be Tim Garcia.
 7              THE COURT:  You think that will get you through the
 8    day?
 9              MR. CHIU:  Your Honor, it may not and we are
10    actually prepared to have Special Agent Lao testify tomorrow,
11    but we took him early because we didn't get through today.
12    We'll try to have another witness lined up or another one or
13    two.
14              THE COURT:  And you'll communicate to defense
15    counsel tonight?
16              MR. CHIU:  Certainly.  As soon as we do, we'll let
17    defense know.
18              THE COURT:  All right.  Anything else either side
19    needs to bring up with me?
20              MS. DeWITT:  No, Your Honor.  I just wanted to
21    offer to allow the defense to look at the exhibits they
22    didn't want to agree to without having an opportunity to look
23    at them, and I would like to get that done today because I
24    don't want this to become a lingering issue.
25              THE COURT:  If you have a few moments, please do
```

1    that this evening before you leave.

2            Anything else?

3            MR. AARON:  No, Your Honor.

4            And Your Honor, thank you for sua sponte reading

5    the limiting instruction.

6            THE COURT:  Oh, you're welcome.  And I'm not going

7    to do it every time, but I will be doing it more than --

8    that's not the only I'm going to read it.

9            MR. AARON:  It might help if the government can let

10   us know if they're introducing a lot of evidence.  Perhaps,

11   the Court can just reading the limiting instruction once

12   before the witness testifies.

13           THE COURT:  And you don't need to ask unless

14   there's something in particular you want to ask me to read it

15   again, you can do so.  But I intend to read it from time to

16   time when a lot of this evidence comes in.

17           MR. AARON:  Thank you, Your Honor.

18           THE COURT:  All right.  You're welcome.

19           Maybe after you're done with everything else, I

20   need to talk to the DeLeon team so the clerk -- I could also

21   do it first thing in the morning.

22           MR. THOMAS:  That's fine.  I'll have Kay here

23   tomorrow as part of the team.

24           THE COURT:  Okay, that's fine.

25           THE CLERK:  This court's in recess.

1          (Proceedings were concluded at 4:40 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4   COUNTY OF LOS ANGELES      )
 5                             )  SS.
 6   STATE OF CALIFORNIA        )
 7
 8   I, LAURA ELIAS, OFFICIAL REPORTER, IN AND FOR THE UNITED
 9   STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,
10   DO HEREBY CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE
11   FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET
12   FORTH; THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN
13   FORM BY MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO
14   FURTHER CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION
15   OF MY STENOGRAPHIC NOTES.
16
17
18   DATE:  AUGUST 14, 2014
19
20    /s/ LAURA ELIAS
21   LAURA MILLER ELIAS, CSR 10019
22   FEDERAL OFFICIAL COURT REPORTER
23
24
25
```

**$**

**$60** [1] - 57:25

**'**

**'em** [1] - 21:14

**/**

**/s** [1] - 122:20

**0**

**0157-3606-9753** [1] - 69:19
**0789-278259** [1] - 69:24

**1**

**1** [2] - 109:12, 115:6
**10** [1] - 107:19
**10019** [2] - 1:22, 122:21
**101** [1] - 3:12
**101mesr@gmail. com** [1] - 72:6
**104** [1] - 3:11
**106** [1] - 3:13
**11** [1] - 18:7
**11-A25** [6] - 3:15, 8:23, 9:1, 9:5, 9:9, 9:11
**11-and-a-half** [2] - 106:4, 106:18
**1100** [1] - 2:5
**113** [1] - 3:13
**115** [1] - 3:14
**117** [1] - 3:13
**118,000** [1] - 114:18
**12** [8] - 3:16, 8:16, 9:20, 10:8, 18:7, 28:3, 92:21, 101:18
**12-00092(B)-VAP** [1] - 1:9
**12-A1** [1] - 10:14
**12-A38** [1] - 10:15
**13** [7] - 11:9, 11:11, 11:17, 11:23, 12:17, 18:7, 97:13
**13-9** [1] - 17:12
**13-A1** [5] - 3:16, 12:2, 12:3, 12:13, 12:21
**13-A10** [5] - 17:4, 18:7, 18:11, 18:19, 19:1
**13-A10-A14** [1] - 3:18

**13-A11** [1] - 18:11
**13-A12** [1] - 18:12
**13-A13** [1] - 18:12
**13-A14** [1] - 18:13
**13-A19** [4] - 19:5, 19:7, 19:14, 19:20
**13-A19-A20** [1] - 3:18
**13-A2** [5] - 12:23, 14:18, 14:20, 14:24, 15:2
**13-A20** [2] - 19:5, 19:11
**13-A3** [3] - 13:20, 14:7, 14:13
**13-A3-A6** [1] - 3:16
**13-A5** [1] - 14:2
**13-A6** [3] - 14:4, 14:7, 14:16
**13-A7** [5] - 15:9, 15:10, 15:11, 16:1, 16:7
**13-A7-A8** [1] - 3:17
**13-A8** [1] - 15:9, 15:16, 16:1
**13-A9** [5] - 3:17, 16:10, 16:11, 17:24, 18:4
**13th** [1] - 49:3
**14** [9] - 1:16, 3:16, 4:1, 17:5, 18:7, 18:19, 19:1, 19:22, 122:18
**15** [6] - 20:23, 21:2, 23:12, 94:20
**15-A1** [2] - 21:19, 21:20
**15-A58** [2] - 21:19, 21:21
**15-A59** [4] - 23:2, 23:4, 23:17, 23:23
**15-A59-A61** [1] - 3:19
**15-A60** [1] - 23:17
**15-A61** [1] - 23:18
**15-A65** [4] - 3:19, 24:1, 24:13, 24:19
**1500** [1] - 2:15
**16** [9] - 3:17, 38:2, 56:20, 56:21, 63:3, 73:25, 76:3, 84:5, 101:4
**16-A** [3] - 35:5, 35:18, 61:11
**16th** [7] - 13:7, 25:3, 42:9, 42:10, 76:2, 76:20, 87:15
**17** [7] - 3:20, 24:22, 25:25, 26:1, 26:6, 26:7, 114:2
**17th** [1] - 13:17

**18** [2] - 3:17, 16:20
**19** [2] - 3:18, 3:18
**19094189Q** [1] - 74:22
**1998** [2] - 38:7, 38:20
**1:20** [1] - 4:1
**1:23** [2] - 109:18, 115:8
**1:30** [1] - 76:16

**2**

**2** [1] - 99:5
**20** [13] - 3:21, 19:14, 19:20, 19:24, 67:12, 67:20, 68:13, 68:14, 68:19, 68:22, 71:2, 71:23, 73:15
**20.23** [1] - 69:7
**2000** [2] - 89:18, 101:16
**2004** [4] - 46:10, 49:14, 111:21, 113:25
**2005** [1] - 101:1
**2009** [1] - 40:17
**2011** [1] - 49:3
**2012** [14] - 8:16, 13:17, 42:9, 42:10, 63:3, 73:25, 76:4, 76:20, 84:6, 101:4, 108:2, 108:4, 114:2
**2014** [3] - 1:16, 4:1, 122:18
**2016** [1] - 13:7
**2017** [1] - 13:7
**21** [7] - 3:22, 20:12, 73:14, 73:20, 74:24, 75:3, 75:5
**213)620-0890** [1] - 1:24
**22** [5] - 3:22, 75:9, 75:10, 76:6, 76:12
**23** [1] - 3:19
**24** [2] - 3:19, 21:1
**25** [3] - 21:10, 21:12, 69:13
**26** [2] - 3:5, 3:20
**28** [10] - 3:23, 87:1, 87:2, 87:3, 87:6, 87:10, 87:20, 87:25, 88:8, 88:24
**29** [6] - 3:15, 91:24, 92:1, 92:11, 92:12, 92:16

**3**

**30** [6] - 3:17, 96:13, 97:1, 98:2, 98:3, 98:8
**30.1** [1] - 98:11

**300** [1] - 99:17
**31** [7] - 3:16, 93:5, 93:6, 93:22, 93:23, 94:2, 94:25
**310-251-6805** [1] - 70:4
**312** [5] - 1:23, 2:6, 41:11, 41:12, 43:15
**32** [6] - 3:16, 94:5, 94:9, 95:6, 95:7, 95:11
**33** [7] - 3:20, 44:6, 44:25, 45:5, 45:9, 45:10, 47:6
**34** [7] - 45:13, 46:23, 47:2, 47:4, 48:4, 58:23, 70:7
**34-36** [1] - 3:21
**35** [3] - 3:6, 46:1, 49:7
**355** [3] - 90:4, 90:16, 90:23
**36** [8] - 3:5, 46:14, 46:23, 47:2, 47:4, 49:21, 71:24, 72:2
**360** [2] - 9:2, 16:12
**3600** [1] - 109:1
**37** [1] - 3:7
**37th** [1] - 89:1
**38** [1] - 11:4
**3801** [1] - 2:11
**39** [1] - 71:1

**4**

**4** [2] - 3:5, 88:3
**40** [1] - 72:21
**45** [11] - 3:18, 3:20, 111:10, 111:20, 112:6, 112:20, 112:21, 112:24, 113:2, 113:4, 117:4
**453** [1] - 1:23
**46** [14] - 4:15, 4:16, 7:16, 9:22, 9:24, 10:4, 11:11, 16:20, 19:24, 20:12, 21:1, 21:10, 21:11, 113:1
**46-13** [1] - 19:9
**46-17** [1] - 13:10
**46-54** [1] - 8:7
**47** [2] - 3:21, 82:22
**48** [16] - 3:23, 86:3, 86:4, 86:7, 86:17, 86:18, 86:21, 86:23, 87:4, 87:5, 88:3, 92:21, 94:20, 95:22, 96:14, 96:22
**48-07** [1] - 91:16
**48-08** [1] - 91:20

**48.19** [1] - 93:15
**4:40** [1] - 121:1
**4th** [2] - 89:18, 101:1

**5**

**5** [3] - 62:17, 62:19, 96:14
**50** [3] - 3:8, 4:15, 4:16
**52** [1] - 7:16
**58** [1] - 3:7
**59** [6] - 22:13, 22:14, 22:15, 22:16, 23:6, 23:10

**6**

**6** [1] - 96:23
**60** [2] - 22:13, 23:10
**61** [4] - 22:13, 23:3, 23:4, 23:10
**62** [1] - 3:9
**626-589-2068** [2] - 69:22, 114:19
**65** [1] - 22:15
**68** [1] - 3:21
**6Charlie012481 Quebec** [1] - 12:8
**6NQU028** [3] - 49:15, 111:6, 112:14

**7**

**7** [1] - 107:19
**7,000** [2] - 113:25, 114:18
**700** [1] - 2:12
**705** [7] - 3:17, 95:14, 95:15, 96:3, 96:4, 96:5, 96:10
**75** [1] - 3:22
**76** [1] - 3:22
**77** [1] - 3:10

**8**

**81** [1] - 3:9
**83** [1] - 3:11
**86** [1] - 3:23
**87** [1] - 3:23
**8th** [3] - 108:3, 108:4, 114:5

**9**

**9** [3] - 3:15, 95:22, 118:12
**90-day** [1] - 16:12
**90012** [2] - 1:24, 2:6

**92** [1] - 3:15
**92501** [1] - 2:12
**92507** [1] - 2:16
**94** [1] - 3:16
**95** [1] - 3:16
**96** [1] - 3:17
**98** [1] - 3:17
**9:30** [1] - 66:23
**9:45** [3] - 42:7, 42:12, 42:13

## A

**A3** [1] - 13:23
**A4** [2] - 13:20, 13:25
**A5** [1] - 13:20
**A59** [1] - 23:12
**A6** [2] - 13:20, 14:13
**A60** [2] - 23:12, 23:23
**A61** [2] - 23:13, 23:23
**A7** [3] - 13:20, 16:2, 16:5
**A8** [4] - 13:20, 16:2, 16:5, 16:7
**AARON** [15] - 2:9, 3:14, 105:10, 105:13, 112:22, 113:1, 114:24, 115:4, 116:21, 117:11, 117:15, 117:18, 120:3, 120:9, 120:17
**Abdul** [1] - 5:2
**able** [7] - 22:2, 43:16, 44:12, 44:17, 46:7, 48:25, 59:5
**abortion** [1] - 106:16
**absent** [1] - 80:19
**aC** [1] - 114:11
**Academy** [3] - 38:7, 38:20
**accept** [1] - 8:2
**accurately** [1] - 86:12
**acknowledging** [1] - 42:1
**activity** [1] - 100:10
**actual** [6] - 26:10, 38:23, 63:8, 67:16, 84:13, 88:1
**ad** [4] - 111:21, 112:3, 113:17, 114:10
**adapter** [1] - 75:14
**add** [1] - 6:19
**addition** [1] - 29:4
**additional** [3] - 15:21, 85:13, 105:5
**additionally** [1] - 68:8

**address** [8] - 5:10, 63:8, 72:5, 72:10, 72:23, 73:10, 74:13, 97:4
**addressed** [9] - 4:19, 6:11, 7:23, 8:19, 29:7, 29:14, 43:3, 46:18, 49:25
**addresses** [2] - 7:4, 73:6
**Adidas** [1] - 22:19
**adjacent** [1] - 19:9
**admit** [18] - 9:4, 14:7, 14:18, 15:25, 19:14, 23:2, 23:17, 24:12, 25:25, 73:15, 74:24, 86:17, 87:19, 92:11, 93:22, 95:6, 96:3, 98:1
**ADMITTED** [2] - 3:15
**admitted** [51] - 9:9, 9:11, 12:19, 12:21, 14:11, 14:13, 14:23, 14:24, 16:5, 16:7, 17:10, 18:3, 18:4, 18:25, 19:1, 19:18, 19:20, 23:21, 23:23, 24:17, 24:19, 26:6, 26:7, 45:9, 45:10, 47:3, 47:4, 68:17, 68:19, 73:17, 75:3, 75:5, 76:10, 76:12, 86:21, 86:23, 87:24, 87:25, 92:15, 92:16, 94:1, 94:2, 95:10, 95:11, 96:9, 96:10, 98:7, 98:8, 100:1, 100:13, 113:4
**advising** [1] - 42:1
**affidavit** [1] - 39:20
**Afghanistan** [4] - 32:5, 55:5, 79:9, 102:20
**afternoon** [12] - 4:3, 26:20, 26:21, 35:3, 35:4, 50:13, 59:17, 77:4, 77:5, 101:13, 101:14, 115:5
**Agency** [2] - 62:14, 62:24
**agent** [9] - 35:17, 62:10, 62:25, 81:10, 83:14, 83:15, 83:16, 85:15, 104:13
**Agent** [72] - 4:12, 5:11, 5:22, 6:22, 7:7, 8:4, 8:25, 10:15, 11:13, 14:15, 18:6, 19:25, 20:6, 21:2, 21:20, 22:20, 23:9,

24:21, 25:7, 26:9, 26:20, 30:19, 32:1, 32:17, 33:3, 33:16, 34:14, 34:19, 34:20, 35:3, 36:10, 62:11, 63:2, 63:12, 67:13, 68:21, 69:3, 70:5, 70:8, 70:23, 71:16, 73:7, 73:19, 76:19, 77:4, 79:6, 79:13, 80:10, 81:12, 81:19, 88:18, 90:10, 92:1, 92:17, 97:15, 99:5, 99:12, 101:2, 101:13, 101:25, 102:17, 105:7, 105:9, 105:17, 106:3, 108:24, 111:9, 111:13, 113:7, 117:3, 117:21, 119:10
**agents** [4] - 25:20, 66:18, 74:16, 107:19
**ago** [1] - 103:10
**agree** [1] - 119:22
**agreement** [1] - 100:14
**ahead** [7] - 15:6, 39:8, 39:24, 43:2, 98:13, 100:21, 115:2
**AIDED** [1] - 122:13
**Air** [9] - 88:25, 89:1, 89:10, 89:23, 90:3, 90:14, 90:15, 90:21, 90:22
**airplane** [1] - 5:14
**AKA** [1] - 82:22
**akbar** [1] - 99:15
**Al** [2] - 30:6, 53:21
**al** [4] - 53:19, 71:7, 72:1
**al-Awlaki** [1] - 53:19
**Al-Qa'ida** [2] - 30:6, 53:21
**alahuma** [1] - 99:15
**Alaikum** [1] - 5:8
**Allah** [4] - 8:15, 70:13, 70:15, 99:14
**ALLEN** [1] - 2:4
**allow** [1] - 119:21
**allowed** [1] - 67:7
**Allstate** [3] - 46:18, 49:25, 50:3
**almost** [1] - 38:2
**AMERICA** [2] - 1:1, 1:6
**America** [1] - 8:17
**American** [3] - 21:4, 24:6, 99:20
**Americans** [2] - 99:14, 99:19
**ammunition** [4] -

31:1, 54:5, 78:17, 102:2
**amount** [1] - 42:3
**analysis** [1] - 82:1
**AND** [4] - 122:8, 122:11, 122:13, 122:14
**ANGELA** [1] - 2:10
**ANGELES** [4] - 1:17, 1:24, 2:6, 122:4
**Angeles** [4] - 38:6, 38:8, 109:14
**animal** [2] - 62:22, 106:15
**announce** [1] - 64:25
**announced** [1] - 41:25
**announces** [1] - 65:1
**answer** [7] - 5:18, 25:21, 41:25, 53:3, 79:4, 80:15, 82:7
**answered** [1] - 114:20
**anti** [2] - 62:21, 106:16
**anti-abortion** [1] - 106:16
**anti-government** [1] - 62:21
**Anwar** [1] - 53:19
**anytime** [1] - 29:20
**apologize** [2] - 47:9, 94:5
**app1821@yahoo. com** [1] - 73:11
**appear** [11] - 5:12, 6:23, 47:16, 49:24, 50:1, 58:15, 69:14, 71:18, 71:19, 89:6, 110:14
**appearance** [1] - 39:2
**APPEARANCES** [1] - 2:1
**appeared** [5] - 20:8, 30:1, 81:2, 115:8
**appearing** [1] - 99:6
**appropriate** [1] - 74:17
**approximate** [1] - 39:14
**April** [1] - 108:2
**Arab** [1] - 99:21
**Arabic** [6] - 111:5, 115:24, 116:3, 117:5, 117:7, 117:10
**Arabic's** [1] - 116:7
**archive** [1] - 100:25
**area** [7] - 38:16, 56:19, 62:15, 83:21,

89:9, 109:7, 109:8
**arm** [4] - 90:5, 90:6, 90:7, 90:17
**arms** [1] - 90:24
**Arnell** [1] - 119:5
**arrest** [3] - 20:5, 21:5, 25:2
**arrival** [1] - 66:3
**arrived** [1] - 41:24
**arrow** [1] - 72:10
**article** [2] - 97:14, 108:17
**articles** [4] - 21:22, 22:9, 97:6, 97:8
**ASAP** [1] - 114:13
**assemble** [1] - 31:20
**assigned** [15] - 40:14, 40:17, 62:11, 62:13, 62:17, 63:20, 64:7, 64:9, 64:10, 83:17, 83:18, 106:7, 106:8, 106:19, 106:20
**assignment** [1] - 83:20
**assignments** [1] - 64:4
**assist** [2] - 8:12, 41:8
**ASSISTANT** [1] - 2:5
**associated** [2] - 49:17, 114:1
**assume** [1] - 28:5
**AT** [1] - 122:11
**attached** [1] - 51:6
**attendant** [1] - 109:22
**attended** [1] - 38:6
**attention** [44] - 4:15, 4:16, 4:22, 6:16, 7:18, 8:7, 41:4, 43:25, 44:5, 45:13, 46:1, 46:14, 47:6, 48:4, 48:17, 49:7, 49:21, 58:22, 63:2, 69:7, 69:13, 69:16, 69:20, 70:5, 70:9, 71:1, 71:5, 71:11, 72:2, 72:12, 72:15, 73:5, 84:5, 88:7, 96:25, 98:23, 99:2, 99:9, 100:23, 107:8, 108:4, 113:20, 116:5, 118:21
**Attorney's** [4] - 37:17, 37:19, 40:13, 40:18
**ATTORNEYS** [1] - 2:5
**attract** [1] - 116:5
**AUG** [1] - 4:1
**AUGUST** [2] - 1:16, 122:18

authentic [1] - 56:22
authorization [1] - 45:18
authorized [1] - 40:2
auto [1] - 36:2
available [1] - 100:9
AVENUE [2] - 2:11, 2:15
aware [3] - 43:6, 43:8, 103:10
Awlaki [1] - 53:19
awlaki [1] - 72:1
ayn.com [1] - 71:7
ayn.com/lectures/anwar [1] - 72:1

**B**

B-e-a-t-y [1] - 37:11
background [1] - 39:19
backpack [8] - 11:15, 11:16, 11:21, 13:14, 15:23, 18:15, 19:10, 21:23
bag [28] - 10:1, 10:6, 10:9, 11:1, 11:3, 15:22, 21:16, 22:23, 22:24, 74:11, 74:14, 87:13, 88:5, 88:9, 88:19, 88:24, 89:20, 90:11, 90:18, 90:25, 91:2, 91:4, 91:6, 91:13, 91:18, 91:21, 101:15
bags [1] - 30:21
ballers [1] - 114:14
banker's [1] - 109:6
Base [2] - 89:1, 89:10
based [12] - 5:11, 5:22, 6:22, 7:7, 39:23, 40:3, 42:4, 56:21, 80:13, 80:17, 80:21, 103:24
bases [13] - 32:12, 32:14, 32:18, 32:20, 55:12, 55:15, 55:18, 55:23, 56:1, 79:14, 79:16, 102:24, 103:2
basic [1] - 38:3
basis [1] - 77:15
basket [10] - 4:14, 4:20, 5:13, 5:23, 7:2, 7:8, 8:19, 8:24, 9:16, 36:17
basketball [2] - 28:5, 28:25
bathroom [1] - 51:12
bathrooms [1] -

50:25
battalion [1] - 89:9
bay [1] - 64:17
BEATY [1] - 3:7
Beaty [12] - 37:4, 37:10, 37:11, 44:8, 50:13, 53:7, 53:25, 56:3, 56:10, 57:11, 58:4, 58:14
Beauty [1] - 55:11
become [2] - 30:12, 119:24
bedroom [13] - 48:3, 48:21, 51:12, 51:24, 52:1, 52:17, 68:2, 68:3, 68:6, 68:7, 68:8, 68:11, 75:20
bedrooms [6] - 50:23, 50:25, 68:4, 68:5, 68:11
began [1] - 26:22
begin [1] - 66:22
begins [1] - 70:9
BEHALF [3] - 2:2, 2:8, 2:13
behind [5] - 6:24, 7:9, 8:5, 35:17, 36:23
belonged [1] - 20:3
below [4] - 69:25, 70:1, 70:19, 73:2
Bernard [1] - 80:6
Bernardino [5] - 35:20, 37:16, 37:19, 84:1, 84:15
best [4] - 10:21, 78:3, 81:6, 114:19
better [1] - 74:7
big [1] - 111:5
Bin [1] - 53:17
binder [1] - 86:9
biological [1] - 91:9
birth [7] - 44:11, 44:18, 44:22, 47:7, 47:19, 60:3
Bis [1] - 5:8
bit [10] - 4:23, 30:21, 33:16, 49:23, 73:9, 84:3, 84:4, 84:18, 88:11, 106:10
black [6] - 15:11, 18:11, 18:12, 22:19, 27:8, 86:9
Blackberry [6] - 25:1, 25:13, 25:16, 25:17, 26:10, 26:11
blackflagbanner@gmail.com [1] - 73:1
blouse [1] - 89:21
blow [2] - 4:23, 99:10
blowing [1] - 8:12

blue [7] - 15:11, 22:4, 24:5, 35:13, 35:19, 69:23, 108:18
BNE [1] - 38:14
bomb [3] - 70:9, 70:12, 78:25
bombs [2] - 102:4, 102:7
book [8] - 39:8, 79:22, 79:23, 79:24, 79:25, 80:2, 80:8
books [5] - 5:5, 20:19, 33:8, 33:10, 33:13, 56:10, 56:13, 79:21
boots [2] - 34:9, 57:21
bottom [8] - 4:22, 7:19, 12:5, 48:24, 72:9, 72:16, 89:3, 100:24
Boulevard [1] - 109:1
box [17] - 10:16, 10:19, 10:21, 11:5, 20:14, 21:25, 22:3, 22:7, 22:25, 96:17, 96:19, 96:24, 97:3, 97:16, 97:22, 98:16, 98:20
boxer [2] - 22:8, 33:23
boxers [1] - 11:6
break [3] - 4:13, 4:21, 59:17
breast [10] - 89:23, 90:3, 90:4, 90:13, 90:14, 90:15, 90:20, 90:22
brief [3] - 42:19, 64:1, 66:2
briefed [3] - 41:13, 41:16, 41:19
briefing [3] - 64:2, 64:13, 67:3
briefly [5] - 20:17, 39:18, 40:21, 58:11, 107:1
briefs [1] - 22:9
bring [1] - 119:19
bringing [1] - 66:9
Bro [2] - 5:1, 5:8
BROPHY [1] - 2:14
brother [1] - 36:20
brought [2] - 74:15, 107:6
brown [1] - 110:1
build [4] - 31:17, 54:10, 54:13, 102:12
buildings [6] - 33:4,

33:6, 56:4, 56:6, 56:8, 103:8
Bulls' [1] - 52:21
Bureau [3] - 37:23, 62:7, 62:8
butchering [1] - 99:19
button [1] - 22:9
button-down [1] - 22:9
buy [1] - 111:24
BY [53] - 2:3, 2:9, 2:15, 3:5, 3:5, 3:6, 3:7, 3:8, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 4:11, 5:21, 14:14, 15:1, 18:5, 23:8, 26:8, 26:19, 30:18, 35:2, 36:9, 37:14, 47:5, 47:15, 50:12, 55:22, 58:13, 62:5, 63:11, 68:20, 73:18, 75:6, 76:13, 77:3, 81:18, 82:10, 83:12, 87:9, 94:8, 98:14, 100:22, 101:12, 104:19, 106:2, 113:5, 115:4, 117:2, 117:20, 122:13

**C**

C-4 [2] - 54:21, 78:21
CA [3] - 2:6, 2:12, 2:16
Cal [1] - 35:19
Cal-State [1] - 35:19
CALIFORNIA [6] - 1:2, 1:17, 1:24, 4:1, 122:6, 122:9
California [4] - 38:14, 41:11, 46:6, 84:16
camo [1] - 91:11
camouflage [3] - 91:1, 91:3, 91:5
camouflaged [1] - 89:22
cannot [1] - 117:15
cap [2] - 52:15, 52:19
capacity [2] - 39:9, 40:23
caps [1] - 22:8
car [7] - 20:2, 27:5, 107:23, 114:12, 114:15, 114:18, 115:25
card [14] - 16:12, 17:8, 25:13, 25:22, 26:11, 26:12, 35:20, 35:24, 48:11, 59:5,

60:3, 60:9, 61:12, 75:14
cardboard [1] - 19:11
cards [5] - 36:3, 45:17, 45:18, 61:11
care [2] - 61:9, 114:17
carpet [1] - 5:5
case [28] - 27:2, 39:22, 41:4, 41:5, 41:21, 47:22, 59:18, 59:19, 65:9, 65:14, 65:16, 65:23, 66:10, 74:12, 76:21, 87:8, 101:5, 107:5, 107:9, 107:11, 107:20, 108:21, 118:14, 118:15, 118:18
CASE [1] - 1:8
Caseres [1] - 8:3
catalog [1] - 39:4
cataloging [1] - 42:22
catch [1] - 105:10
catching [1] - 17:14
CD [1] - 114:18
CDs [2] - 43:21, 54:14
cell [1] - 43:20
cellular [1] - 25:1
center [5] - 13:1, 69:10, 69:20, 72:22, 89:12
CENTRAL [2] - 1:2, 122:9
certainly [3] - 29:25, 60:19, 119:16
CERTIFICATE [1] - 122:2
Certificate [2] - 49:9, 49:11
certificate [8] - 44:11, 44:18, 44:23, 46:5, 47:8, 47:19, 60:3
CERTIFY [2] - 122:10, 122:14
chain [1] - 14:1
chairs [1] - 109:7
chance [1] - 25:21
charge [2] - 66:3, 66:4
charged [1] - 100:14
chat [1] - 118:19
checks [1] - 34:17
chemical [1] - 91:9
Chicago [1] - 52:21
chief [1] - 80:3
child [2] - 83:23,

83:24
**children** [2] - 83:23, 83:25
**Chino** [1] - 113:25
**CHIU** [33] - 2:4, 3:7, 3:13, 37:3, 37:14, 45:4, 45:11, 46:22, 47:5, 47:9, 47:12, 47:15, 50:7, 58:11, 58:13, 59:13, 60:1, 60:14, 61:2, 105:4, 105:7, 105:12, 105:16, 106:2, 112:19, 113:5, 114:22, 117:2, 117:20, 118:9, 119:1, 119:9, 119:16
**Chiu** [1] - 59:24
**Christians** [1] - 70:17
**CHRISTOPHER** [1] - 2:4
**CHS** [2] - 115:15, 115:17
**chuckled** [2] - 110:3, 116:14
**chuckling** [1] - 110:5
**circle** [1] - 64:19
**circled** [2] - 35:13, 35:19
**circling** [1] - 35:23
**city** [3] - 63:14, 63:16, 109:14
**City** [2] - 38:8, 38:10
**clean** [2] - 114:11, 114:17
**clear** [5] - 23:12, 42:10, 60:14, 101:2, 109:13
**cleared** [2] - 65:9, 66:4
**clearing** [3] - 64:8, 65:4, 65:6
**clerk** [1] - 120:20
**CLERK** [9] - 37:5, 37:7, 61:22, 61:24, 83:4, 83:6, 105:19, 105:21, 120:25
**close** [2] - 64:18, 91:21
**close-up** [1] - 91:21
**closer** [2] - 84:18, 114:8
**closet** [3] - 48:3, 48:21, 93:1
**closing** [1] - 76:18
**clothing** [9] - 10:2, 10:10, 21:22, 22:10, 33:22, 57:11, 68:5, 68:7, 108:17

**CNC4260VLL** [1] - 94:18
**Cobra** [2] - 79:23, 80:2
**coercion** [1] - 106:15
**cold** [4] - 34:4, 34:6, 34:11, 57:14
**collar** [1] - 107:5
**colleague** [16] - 4:23, 7:16, 9:21, 11:10, 13:9, 19:24, 20:11, 20:24, 21:10, 88:2, 91:15, 92:20, 94:19, 95:21, 96:13, 99:10
**collected** [3] - 74:10, 74:13, 74:15
**collecting** [1] - 66:14
**collection** [4] - 38:17, 38:23, 42:22, 66:5
**collector** [1] - 85:14
**color** [7] - 9:2, 11:15, 14:5, 18:12, 18:13, 24:4, 110:1
**colored** [1] - 112:7
**comb** [1] - 27:5
**Combat** [3] - 90:3, 90:14, 90:21
**coming** [2] - 116:9, 116:10
**Command** [3] - 90:3, 90:14, 90:21
**commented** [1] - 100:8
**commenting** [1] - 25:19
**commit** [2] - 100:14, 100:16
**committing** [1] - 106:13
**communicate** [3] - 59:18, 118:20, 119:14
**company** [2] - 50:1, 50:5
**complaints** [1] - 41:2
**complete** [1] - 76:14
**completed** [3] - 4:6, 38:7, 76:16
**completion** [1] - 66:8
**COMPUTER** [1] - 122:13
**computer** [12] - 39:25, 73:7, 79:1, 82:16, 93:9, 93:17, 94:12, 94:22, 94:23, 95:18, 95:19, 95:24
**COMPUTER-AIDED** [1] - 122:13
**computers** [4] - 43:20, 82:12, 104:21,

104:24
**concerned** [1] - 118:12
**concerns** [1] - 60:23
**concluded** [1] - 121:1
**condition** [5] - 39:6, 45:1, 45:23, 46:11, 46:19
**conduct** [3] - 41:2, 107:21, 114:3
**conducted** [8] - 39:10, 97:4, 107:17, 107:20, 107:25, 108:5, 108:19, 113:7
**conducting** [10] - 42:16, 66:2, 108:8, 108:12, 109:2, 109:16, 110:25, 111:13, 112:17, 113:9
**confirm** [3] - 10:18, 22:2, 24:11
**confusing** [1] - 13:23
**connection** [3] - 63:18, 83:20, 84:24
**consider** [2] - 100:2, 100:17
**considers** [1] - 106:13
**consistent** [3] - 10:22, 112:15, 113:11
**consulate** [16] - 107:24, 108:3, 108:6, 108:25, 109:4, 109:9, 109:11, 109:13, 109:17, 109:19, 110:17, 114:4, 114:7, 117:22, 118:1, 118:6
**contact** [2] - 6:20, 114:19
**contain** [1] - 100:11
**contained** [16] - 4:19, 8:25, 9:15, 10:2, 10:9, 11:5, 11:16, 13:13, 16:11, 17:20, 21:4, 22:4, 26:11, 36:17, 79:3, 96:14
**content** [2] - 21:7, 53:13
**contents** [6] - 10:6, 20:7, 20:14, 21:16, 54:14, 114:10
**continue** [2] - 4:9, 5:10
**CONTINUED** [1] - 4:10
**controllers** [4] - 28:13, 52:9, 78:5, 78:6
**copies** [3] - 97:10,

97:11, 98:25
**copy** [7] - 25:11, 44:11, 47:7, 60:17, 97:13, 98:15, 100:19
**corner** [8] - 5:4, 22:23, 24:11, 47:14, 47:17, 69:23, 72:4, 73:6
**correct** [97] - 5:23, 5:24, 6:13, 7:2, 7:3, 9:16, 9:17, 10:12, 15:15, 17:1, 17:8, 17:12, 18:7, 18:15, 18:16, 18:20, 18:21, 25:6, 25:12, 26:25, 27:6, 27:9, 27:12, 27:17, 27:21, 28:1, 28:2, 28:3, 28:8, 28:15, 28:22, 28:23, 29:6, 29:15, 29:19, 34:1, 35:10, 35:16, 35:21, 35:22, 35:25, 36:20, 36:21, 40:8, 40:9, 41:21, 42:15, 43:10, 43:11, 43:13, 43:14, 47:23, 47:24, 50:6, 50:17, 51:3, 51:9, 51:24, 52:2, 52:24, 57:25, 77:7, 77:10, 77:15, 77:19, 77:23, 80:11, 80:22, 81:1, 81:21, 81:24, 82:3, 82:4, 82:13, 82:17, 82:18, 82:20, 82:23, 89:14, 89:16, 91:12, 98:22, 101:16, 101:17, 101:19, 101:20, 103:13, 108:6, 110:20, 111:18, 113:12, 113:13, 114:7, 117:8, 117:9, 117:18, 117:22
**CORRECT** [1] - 122:14
**correspondent** [1] - 80:3
**Corruption** [1] - 40:19
**COUNSEL** [1] - 2:1
**counsel** [3] - 4:4, 61:18, 119:15
**Counties** [1] - 84:1
**country** [6] - 32:9, 101:23, 103:11, 103:14, 103:16, 114:13
**County** [4] - 37:17, 37:19, 62:13, 62:24
**COUNTY** [1] - 122:4
**couple** [4] - 29:17,

36:10, 76:18, 87:8
**course** [2] - 86:14, 89:8
**court** [3] - 40:2, 84:2, 108:14
**COURT** [128] - 1:1, 1:23, 4:3, 4:9, 5:18, 7:13, 9:6, 9:9, 12:14, 12:16, 12:19, 14:8, 14:11, 14:20, 14:23, 15:6, 16:2, 16:5, 17:6, 17:10, 17:12, 17:17, 17:19, 17:22, 17:25, 18:3, 18:19, 18:22, 18:25, 19:15, 19:18, 23:4, 23:19, 23:21, 24:14, 24:17, 26:1, 26:3, 26:5, 26:15, 30:17, 34:21, 36:7, 37:1, 37:12, 45:6, 45:9, 46:24, 47:2, 47:11, 50:9, 55:19, 55:21, 58:6, 58:9, 59:14, 59:23, 60:2, 60:20, 61:4, 61:13, 61:17, 62:3, 63:9, 68:14, 68:17, 73:17, 74:25, 75:3, 76:7, 76:10, 76:24, 81:14, 81:16, 82:7, 82:25, 83:10, 86:18, 86:21, 87:2, 87:4, 87:7, 87:21, 87:24, 92:12, 92:15, 93:23, 94:1, 94:7, 95:7, 95:10, 96:4, 96:6, 96:9, 98:3, 98:6, 98:12, 99:22, 101:8, 104:15, 104:17, 105:2, 105:6, 105:8, 105:15, 105:18, 105:25, 112:21, 112:24, 113:2, 115:2, 116:22, 116:24, 117:13, 117:16, 117:19, 118:10, 118:24, 119:7, 119:14, 119:18, 119:25, 120:6, 120:13, 120:18, 120:24, 122:9, 122:22
**Court** [7] - 41:11, 41:13, 43:16, 60:17, 60:18, 60:19, 120:11
**court's** [1] - 120:25
**Court's** [3] - 15:4, 98:9, 113:1
**COURTHOUSE** [1] - 2:5
**cover** [1] - 72:21

covered [1] - 60:12
covering [1] - 60:20
CR [1] - 1:9
Craig [1] - 119:4
Craig's [4] - 111:21, 111:22, 112:2, 113:17
credit [3] - 36:3, 61:11, 61:12
cries [1] - 99:14
crime [2] - 100:10, 106:14
crimes [7] - 83:18, 83:22, 100:14, 100:16, 106:11, 107:4, 107:5
criminal [1] - 41:2
cross [2] - 26:16, 40:25, 76:25, 82:6, 114:25
CROSS [7] - 3:3, 26:18, 35:1, 50:11, 77:2, 101:11, 115:3
cross-examination [3] - 76:25, 82:6, 114:25
CROSS-EXAMINATION [6] - 26:18, 35:1, 50:11, 77:2, 101:11, 115:3
cross-examine [1] - 26:16
CSR [2] - 1:22, 122:21
currency [2] - 34:14, 58:2
current [4] - 13:2, 62:8, 62:15, 83:20
curve [1] - 119:2
custody [2] - 25:4, 25:8
CVP [1] - 119:2
cycling [1] - 73:7

D

Dad [1] - 5:9
Daddy [6] - 6:7, 7:23, 29:7, 29:10, 29:12
dark [2] - 111:3, 112:7
dark-colored [1] - 112:7
dash [3] - 23:12, 23:13
data [2] - 43:21, 104:21
date [14] - 13:6, 13:15, 42:8, 48:25, 49:2, 63:3, 63:4, 74:13, 84:5, 89:17,

100:24, 108:9, 113:21, 114:1
DATE [1] - 122:18
DAVID [1] - 2:15
dear [1] - 8:16
dearly [1] - 8:1
decal [1] - 116:3
deemed [2] - 97:19, 97:23
Defendant [2] - 25:3, 58:14
DEFENDANT [2] - 2:8, 2:13
defendant [2] - 41:21, 47:22
DEFENDANTS [1] - 1:11
defendants [2] - 4:5, 61:18
DEFENDER [1] - 2:9
DEFENDERS [1] - 2:11
defense [3] - 119:14, 119:17, 119:21
delegated [1] - 64:5
DeLeon [53] - 1:10, 2:13, 8:3, 13:6, 13:12, 25:2, 25:4, 25:8, 35:25, 36:3, 41:19, 44:21, 46:18, 47:23, 48:13, 48:23, 49:12, 49:18, 49:19, 49:25, 50:15, 51:12, 53:2, 55:3, 58:20, 59:3, 59:6, 59:10, 60:24, 100:15, 104:6, 108:10, 108:11, 108:12, 108:16, 109:19, 109:21, 110:2, 110:7, 111:2, 111:14, 112:16, 113:8, 114:4, 115:8, 116:10, 116:12, 116:13, 117:25, 118:5, 118:8, 120:20
DeLeon's [10] - 36:19, 45:21, 49:20, 53:7, 54:1, 54:17, 56:11, 57:6, 58:15, 60:24
deliver [2] - 6:1, 6:6
Deliver [3] - 90:4, 90:16, 90:23
Dell [1] - 93:9
Demosthenes [2] - 105:17, 105:23
DEMOSTHENES [1] - 105:24
Department [5] - 38:6, 38:9, 38:10,

38:12, 88:25
depict [6] - 9:25, 13:11, 86:12, 89:6, 91:17, 96:23
depicted [21] - 10:4, 10:10, 10:22, 11:13, 11:21, 12:4, 12:25, 19:8, 19:25, 20:13, 20:14, 20:17, 21:11, 24:8, 71:2, 92:22, 93:16, 94:21, 95:23, 95:24, 96:16
depiction [1] - 112:10
Deputy [1] - 41:1
DEPUTY [1] - 2:11
describe [11] - 11:4, 20:17, 22:6, 37:21, 38:3, 38:19, 39:18, 106:10, 107:1, 109:16, 112:5
described [4] - 111:15, 111:17, 113:11, 113:14
description [1] - 42:19
desert [1] - 91:11
Desert [1] - 37:24
designated [1] - 40:25
desk [3] - 93:9, 94:12, 95:18
destination [1] - 72:19
destination-jannah.com [1] - 72:19
detective [2] - 38:13, 38:22
determine [6] - 44:18, 46:7, 48:25, 56:22, 80:19, 111:1
develop [1] - 38:16
device [3] - 52:5, 54:24, 78:11
devices [2] - 43:18, 82:2
DEWITT [1] - 15:4
deWITT [1] - 3:11
DeWitt [111] - 2:3, 3:5, 3:9, 4:6, 4:8, 4:11, 5:21, 7:15, 9:3, 9:12, 9:18, 11:7, 11:25, 12:12, 12:22, 13:9, 13:18, 14:6, 14:14, 14:17, 15:1, 15:7, 15:25, 16:8, 17:3, 17:6, 17:9, 17:11, 17:13, 17:18, 17:20, 17:23, 18:5, 18:17, 18:21, 19:2,

19:13, 19:21, 20:11, 20:22, 21:9, 21:17, 22:11, 23:1, 23:8, 23:16, 23:24, 24:12, 24:20, 25:24, 26:8, 26:13, 30:14, 30:16, 36:7, 36:9, 36:25, 61:21, 62:5, 63:6, 63:11, 67:10, 68:12, 68:20, 69:1, 73:12, 73:18, 74:23, 75:6, 76:5, 76:13, 76:23, 81:18, 82:10, 82:24, 83:2, 83:12, 86:1, 86:16, 86:24, 87:3, 87:5, 87:9, 87:19, 88:1, 91:15, 91:23, 92:10, 92:17, 92:20, 93:3, 93:14, 93:21, 94:3, 94:8, 94:19, 95:4, 95:12, 95:21, 96:2, 96:5, 96:11, 98:1, 98:9, 98:14, 99:22, 100:22, 101:7, 104:19, 105:1, 119:20
different [7] - 23:9, 74:16, 106:3, 106:20, 107:3, 107:19
digital [11] - 43:18, 43:19, 43:21, 81:23, 82:2, 82:12, 82:15, 82:17, 104:21
dining [2] - 74:7, 74:8
direct [16] - 4:7, 4:14, 4:17, 6:16, 7:18, 35:8, 56:15, 59:25, 70:5, 70:8, 71:1, 71:11, 72:2, 72:15, 99:9, 105:14
DIRECT [6] - 3:3, 4:10, 37:13, 62:4, 83:11, 106:1
directed [3] - 4:22, 7:22, 117:17
directing [25] - 4:15, 43:25, 44:5, 46:1, 46:14, 47:6, 48:4, 48:17, 49:7, 49:21, 58:22, 63:2, 69:7, 69:16, 69:20, 71:5, 72:12, 73:5, 84:5, 88:7, 98:23, 99:2, 100:23, 108:4, 113:20
directions [7] - 32:14, 32:20, 55:14, 55:25, 56:8, 79:14, 97:5
directly [1] - 64:19
discuss [3] - 59:17,

60:22, 118:14
discussed [1] - 64:12
disk [2] - 75:14, 75:22
disks [1] - 79:1
display [2] - 9:21, 98:12
displayed [8] - 9:24, 10:23, 17:7, 17:15, 22:21, 35:5, 60:2, 98:11
disregard [1] - 5:20
disseminated [1] - 100:9
distribution [1] - 83:24
District [4] - 37:17, 37:19, 40:12, 40:18
DISTRICT [5] - 1:1, 1:2, 1:4, 122:9
Division [1] - 37:24
DIVISION [1] - 1:2
DO [2] - 122:10, 122:13
document [23] - 35:11, 35:23, 40:2, 46:2, 46:11, 46:15, 47:16, 48:5, 48:8, 48:17, 49:8, 49:22, 69:10, 69:16, 69:21, 70:7, 71:24, 72:3, 72:22, 99:3, 99:6, 99:13, 110:7
documented [1] - 85:12
documents [10] - 43:17, 45:20, 58:23, 60:2, 61:4, 97:2, 98:24, 109:21, 111:11, 112:9
Dodgers [1] - 52:19
DOJ [1] - 38:14
Dolphins [1] - 29:2, 52:23
Domestic [2] - 62:19, 106:19
domestic [3] - 62:20, 106:9, 106:12
done [8] - 9:21, 39:5, 39:6, 65:23, 73:15, 107:3, 119:23, 120:19
door [5] - 41:24, 41:25, 42:2, 64:16, 65:2
down [13] - 22:9, 37:1, 39:20, 55:19, 59:15, 71:12, 71:14, 72:13, 80:19, 82:25, 84:3, 84:17, 99:10

**dozen** [2] - 39:14, 98:25
**drive** [1] - 43:20
**driver's** [2] - 57:3, 57:9
**drivers** [1] - 57:1
**driving** [1] - 97:5
**drove** [1] - 111:2
**DT** [1] - 62:19
**during** [10] - 35:8, 42:20, 43:22, 45:20, 49:22, 86:11, 86:14, 88:6, 96:20, 100:6
**DVDs** [4] - 31:10, 54:12, 54:14, 68:9
**dynamite** [3] - 31:3, 54:19, 78:23
**dyslexia** [1] - 16:24

## E

**E-s-p-i-r-i-t-u** [1] - 62:2
**early** [1] - 119:11
**ease** [3] - 45:11, 69:1, 70:17
**easier** [6] - 4:24, 8:12, 60:18, 70:6, 73:9, 99:11
**EASTERN** [1] - 1:2
**ED** [1] - 1:9
**eight** [1] - 83:16
**either** [3] - 41:3, 54:12, 119:18
**Elias** [1] - 111:9
**ELIAS** [4] - 1:22, 122:8, 122:20, 122:21
**Elmo** [2] - 60:17, 98:13
**email** [6] - 6:20, 72:5, 72:10, 72:23, 73:6, 73:10
**embassy** [1] - 107:24
**employed** [4] - 62:6, 62:7, 83:13, 106:17
**employees** [1] - 32:25
**employment** [1] - 45:18
**empty** [2] - 10:11, 51:8
**end** [2] - 8:2, 60:4
**enforcement** [6] - 38:1, 38:5, 38:16, 39:9, 40:23, 65:6
**engine** [1] - 114:15
**English** [3] - 8:11, 8:14, 29:25
**enter** [3] - 109:4, 109:6, 111:14

**entered** [3] - 42:13, 109:12, 109:19
**entering** [3] - 65:7, 112:16, 113:8
**entire** [2] - 5:3, 50:18
**entrance** [2] - 64:16, 109:9
**entry** [12] - 42:3, 64:6, 64:8, 64:16, 64:18, 64:22, 64:24, 65:2, 65:10, 66:3, 85:5
**environment** [1] - 91:10
**ESPIRITU** [1] - 3:9
**Espiritu** [1] - 61:21, 62:1, 62:12, 63:2, 63:12, 67:13, 68:21, 69:3, 70:5, 70:8, 70:23, 71:16, 73:7, 73:19, 76:19, 77:4, 81:19
**ESQ** [1] - 2:15
**essentially** [1] - 66:18
**etched** [1] - 88:13
**evening** [1] - 120:1
**evidence** [57] - 12:13, 17:24, 18:18, 20:25, 25:10, 38:17, 38:23, 39:1, 39:4, 39:5, 39:7, 39:8, 42:22, 43:3, 43:9, 43:19, 45:5, 46:23, 52:3, 66:9, 66:14, 66:24, 67:14, 67:24, 68:13, 74:15, 75:15, 75:18, 75:21, 76:6, 85:8, 85:9, 85:10, 85:11, 87:14, 87:20, 88:2, 95:6, 97:20, 100:1, 100:3, 100:4, 100:6, 100:7, 100:12, 100:17, 112:20, 112:25, 113:3, 117:12, 117:13, 117:17, 118:17, 120:10, 120:16
**exactly** [4] - 40:21, 60:16, 88:12, 114:3
**exam** [1] - 101:9
**examination** [3] - 76:25, 82:6, 114:25
**EXAMINATION** [16] - 4:10, 26:18, 35:1, 36:8, 37:13, 50:11, 58:12, 62:4, 77:2, 81:17, 83:11, 101:11, 104:18, 106:1, 115:3, 117:1

**examine** [1] - 26:16
**examining** [1] - 59:25
**example** [7] - 38:25, 40:5, 42:23, 43:9, 60:9, 60:10
**exclamation** [1] - 29:11
**excuse** [8] - 16:24, 20:20, 21:23, 22:25, 35:17, 57:8, 70:16, 80:5
**excused** [2] - 59:21, 118:22
**execute** [3] - 42:5, 67:2, 67:4
**executed** [7] - 20:8, 39:13, 41:10, 41:23, 46:20, 49:4, 63:13
**executing** [6] - 41:12, 43:15, 63:22, 66:19, 84:19, 101:3
**execution** [14] - 41:8, 42:20, 43:23, 45:21, 63:4, 63:19, 64:2, 64:5, 66:21, 76:19, 84:8, 84:13, 84:25, 96:20
**exhibit** [1] - 16:21, 17:15, 24:23, 26:10, 48:14, 69:6, 69:14, 74:18, 87:5, 113:20, 113:22
**Exhibit** [138] - 4:15, 4:16, 7:16, 8:23, 9:1, 9:5, 9:11, 9:20, 9:22, 9:24, 10:4, 10:8, 10:14, 11:9, 11:11, 11:17, 11:23, 12:2, 12:3, 12:13, 12:17, 12:21, 12:23, 13:10, 13:20, 13:23, 13:25, 14:2, 14:4, 14:16, 14:18, 14:24, 15:9, 16:7, 16:10, 16:11, 16:20, 17:24, 18:4, 19:1, 19:5, 19:14, 19:20, 19:22, 19:24, 20:12, 20:23, 21:2, 21:10, 21:11, 21:19, 21:20, 22:13, 22:14, 22:16, 23:2, 24:1, 24:13, 24:19, 24:22, 25:25, 26:7, 35:5, 44:5, 44:25, 45:10, 45:13, 46:1, 46:14, 47:6, 48:4, 49:7, 49:21, 58:23, 61:11, 67:12, 67:20, 68:13, 68:14, 68:19, 68:22,

71:2, 71:23, 73:14, 73:15, 73:20, 74:24, 75:5, 75:9, 75:10, 76:6, 76:12, 86:3, 86:4, 86:7, 86:17, 86:23, 87:1, 87:2, 87:20, 87:25, 88:3, 88:8, 88:24, 91:16, 91:24, 92:1, 92:11, 92:16, 92:21, 93:5, 93:6, 93:22, 94:2, 94:5, 94:9, 94:20, 94:25, 95:6, 95:11, 95:14, 95:22, 96:3, 96:10, 96:13, 96:14, 96:22, 97:1, 98:2, 98:8, 98:11, 111:10, 111:20, 112:6, 112:20, 113:2, 113:4, 117:4
**exhibits** [10] - 10:16, 13:19, 23:10, 45:12, 47:10, 60:6, 60:7, 60:15, 87:8, 119:21
**EXHIBITS** [2] - 3:15
**Exhibits** [7] - 14:7, 14:13, 16:1, 23:17, 23:23, 46:23, 47:4
**existed** [1] - 100:14
**exit** [1] - 111:14
**exiting** [2] - 112:16, 113:8
**experience** [8] - 5:12, 6:23, 38:15, 38:19, 56:24, 57:1, 80:13, 103:25
**expert** [1] - 7:12
**expiration** [1] - 13:6
**expired** [2] - 48:25, 49:5
**explain** [8] - 40:21, 41:7, 63:25, 64:22, 85:2, 107:13, 111:22, 116:2
**explained** [1] - 75:19
**explosive** [1] - 54:24
**explosives** [10] - 31:6, 31:14, 31:15, 31:18, 31:21, 31:24, 54:16, 78:19, 102:13, 102:15
**express** [1] - 59:19
**exterior** [1] - 114:17
**extremists** [3] - 106:15, 106:16

## F

**face** [1] - 29:11
**Facebook** [1] - 6:19

**faces** [1] - 16:19
**facility** [2] - 66:10, 74:15
**fact** [7] - 22:3, 27:8, 32:9, 41:19, 66:24, 80:17, 85:22
**fair** [3] - 5:25, 53:4, 54:16
**fake** [12] - 33:17, 33:20, 56:17, 56:18, 56:23, 57:8, 57:9, 80:14, 80:20, 80:22, 81:1, 103:25
**familiar** [4] - 39:15, 50:3, 85:22, 110:11
**family** [12] - 6:20, 7:19, 8:1, 60:25, 61:8, 67:18, 67:19, 84:22, 84:23, 85:12, 97:20, 114:12
**family's** [1] - 51:18
**fan** [1] - 53:2
**far** [2] - 80:1, 118:12
**fashion** [2] - 59:18, 118:20
**fast** [2] - 36:2, 114:13
**father** [2] - 36:20, 49:20
**FBI** [13] - 25:20, 26:23, 27:2, 40:20, 41:2, 62:25, 65:1, 65:19, 66:10, 83:14, 83:15, 106:5, 106:17
**fear** [1] - 99:16
**February** [1] - 49:3
**federal** [8] - 33:4, 33:6, 41:3, 56:3, 56:6, 56:8, 103:8, 106:14
**FEDERAL** [4] - 1:23, 2:9, 2:11, 122:22
**Federal** [2] - 62:7, 62:8
**female** [1] - 68:5
**few** [5] - 39:14, 44:3, 60:4, 109:22, 119:25
**field** [2] - 38:12, 38:21
**fifth** [2] - 109:1, 119:5
**fifty** [1] - 21:25
**Filipino** [1] - 13:5
**finally** [3] - 69:23, 72:15, 72:18
**finder** [2] - 85:14, 85:15
**fine** [4] - 94:7, 98:13, 120:22, 120:24
**fire** [2] - 8:2, 82:22
**first** [18] - 5:7, 35:6,

44:5, 45:1, 65:1,
68:21, 88:8, 89:20,
89:21, 90:12, 90:19,
92:5, 99:7, 107:13,
109:5, 113:20, 119:3,
120:21
  **First** [1] - 37:10
  **fisabilla.org** [1] -
71:15
  **Five** [1] - 62:13
  **flannel** [1] - 22:9
  **flickr.com** [1] - 72:10
  **flip** [3] - 27:13, 34:2,
111:11
  **flipped** [1] - 110:2
  **floor** [2] - 68:2, 109:1
  **flops** [2] - 27:13,
34:2
  **folder** [1] - 19:8
  **folders** [1] - 44:1
  **follow** [4] - 8:13,
20:9, 70:6, 107:15
  **follow-on** [1] - 20:9
  **following** [3] - 13:19,
119:2
  **food** [1] - 36:2
  **foot** [1] - 107:24
  **FOR** [3] - 3:2, 122:8,
122:9
  **force** [4] - 40:19,
40:22, 40:24, 106:15
  **Force** [11] - 38:14,
40:19, 62:18, 88:25,
89:1, 89:10, 89:24,
90:15, 90:22, 106:8,
106:24
  **FOREGOING** [1] -
122:11
  **foreign** [1] - 34:14
  **forgot** [1] - 94:25
  **form** [1] - 59:19
  **FORM** [1] - 122:13
  **forms** [3] - 103:21,
103:22, 103:24
  **FORTH** [1] - 122:12
  **foundation** [2] -
5:17, 7:12
  **four** [2] - 44:1, 71:21
  **fourth** [2] - 71:12,
119:5
  **front** [35] - 11:17,
12:2, 12:23, 13:19,
15:2, 15:16, 15:17,
18:7, 19:5, 19:22,
21:19, 22:14, 23:10,
23:13, 24:21, 45:1,
61:11, 64:16, 64:19,
69:3, 73:20, 75:11,
86:4, 86:5, 87:1,
87:10, 91:24, 92:2,

93:4, 93:6, 94:9,
95:15, 97:2, 109:9,
117:4
  **fulfill** [1] - 70:15
  **full** [9] - 29:20,
29:24, 37:8, 61:25,
80:16, 80:19, 83:7,
83:8, 105:22
  **function** [1] - 26:23
  **FURTHER** [1] -
122:14
  **furtherance** [1] -
106:14
  **future** [1] - 61:9

**G**

  **game** [9] - 28:3,
28:5, 28:7, 28:9,
28:11, 52:9, 77:21,
77:25, 78:7
  **games** [10] - 27:19,
27:25, 28:16, 36:11,
36:16, 52:7, 52:10,
78:2, 78:3, 78:5
  **garage** [7] - 51:4,
87:18, 88:6, 94:14,
94:23, 95:20, 96:17
  **Garcia** [1] - 119:6
  **gather** [1] - 116:7
  **gear** [1] - 91:7
  **general** [4] - 42:23,
80:5, 80:6, 110:20
  **generally** [5] - 11:5,
22:6, 38:3, 39:18,
63:25
  **gentlemen** [3] - 5:19,
99:24, 118:11
  **Germany** [1] - 69:18
  **gigabyte** [1] - 75:14
  **given** [6] - 25:7,
42:2, 70:14, 70:16,
70:20
  **glasses** [1] - 14:3
  **gloves** [2] - 34:4,
57:14
  **God** [3] - 8:2, 99:15,
99:16
  **Goggle** [1] - 118:19
  **goggles** [1] - 34:11
  **Gojali** [7] - 104:9,
109:19, 109:24,
115:8, 116:10,
116:11, 117:25
  **gold** [1] - 110:1
  **Goldsmith** [1] -
119:4
  **golf** [1] - 28:9
  **gonna** [6] - 45:11,
64:6, 64:11, 67:10,

69:2, 115:15
  **Gordon** [1] - 80:4,
80:5
  **GOVERNMENT** [1] -
3:2
  **Government** [6] -
8:23, 14:4, 19:22,
68:22, 96:22, 98:2
  **government** [20] -
9:3, 19:13, 23:2,
23:16, 25:24, 32:25,
45:4, 46:22, 62:21,
72:43, 83:1, 83:2,
86:16, 95:5, 96:2,
105:4, 105:13,
106:13, 112:19, 120:9
  **government's** [4] -
10:4, 13:20, 46:14,
67:20
  **Government's** [90] -
4:16, 8:25, 9:5, 9:19,
9:22, 9:24, 10:8,
10:14, 11:9, 11:11,
12:1, 12:3, 12:13,
12:23, 13:23, 13:25,
14:2, 14:7, 14:18,
15:8, 16:1, 16:10,
16:11, 16:20, 17:4,
17:24, 19:4, 19:14,
20:23, 20:25, 21:2,
21:11, 21:18, 21:20,
22:12, 22:14, 22:16,
23:2, 23:17, 24:1,
24:13, 25:25, 44:5,
44:25, 46:1, 48:4,
49:7, 49:21, 58:22,
67:12, 68:13, 71:2,
71:23, 73:13, 73:15,
73:19, 74:24, 75:9,
75:10, 76:6, 86:3,
86:4, 86:17, 87:1,
87:10, 87:20, 88:3,
88:7, 88:24, 91:16,
91:24, 92:1, 92:11,
92:21, 93:5, 93:6,
93:15, 93:22, 94:4,
94:20, 94:25, 95:6,
95:13, 95:22, 96:13,
96:25, 98:11, 111:10,
111:20, 117:3
  **gracious** [1] - 8:15
  **graduate** [1] - 89:8
  **gray** [2] - 24:4, 111:3
  **great** [1] - 114:11
  **greatest** [1] - 99:15
  **green** [8] - 11:15,
13:13, 15:23, 18:14,
19:9, 60:9, 87:13,
90:18
  **GRIGG** [1] - 2:4

**group** [2] - 98:24,
106:13
  **guard** [1] - 109:5
  **guess** [1] - 5:7
  **Guitar** [2] - 78:7,
78:9
  **gun** [3] - 54:8, 54:10,
54:13
  **guns** [6] - 30:22,
31:8, 53:25, 78:15,
101:25, 102:10

**H**

  **hair** [2] - 108:22
  **half** [1] - 63:1
  **hallway** [1] - 93:1
  **hand** [15] - 5:4, 12:5,
16:25, 20:21, 22:23,
35:18, 37:5, 61:22,
69:23, 72:3, 73:5,
83:4, 105:19, 109:6,
109:8
  **handed** [1] - 19:23
  **handle** [1] - 73:3
  **handwriting** [9] -
96:15, 16:16, 16:17,
16:21, 19:10, 19:12,
74:12, 74:14, 75:23
  **hanging** [1] - 53:10
  **HANNA** [1] - 2:14
  **hard** [2] - 58:17,
88:11
  **hat** [1] - 52:21
  **hazards** [1] - 65:8
  **heading** [2] - 113:21,
113:24
  **Headquarters** [1] -
89:1
  **hear** [2] - 99:14,
100:7
  **heard** [3] - 27:4,
100:4, 100:7
  **heater** [1] - 114:12
  **hell** [1] - 8:2
  **hello** [1] - 50:14
  **help** [1] - 120:9
  **HEREBY** [1] - 122:10
  **HEREINBEFORE** [1]
- 122:11
  **Hero** [2] - 78:7, 78:10
  **High** [1] - 35:24
  **highlight** [1] - 35:11
  **himself** [1] - 51:13
  **HKX73F1** [1] - 95:3
  **hold** [2] - 43:18,
92:17
  **home** [9] - 50:15,
50:18, 51:12, 51:16,
51:19, 51:23, 77:7,

101:18, 101:21,
101:25, 102:2, 102:4,
102:18, 102:25,
103:12, 103:17,
103:19, 103:21,
104:11
  **Honor** [92] - 9:8,
12:15, 12:18, 14:6,
14:9, 14:10, 14:18,
17:9, 17:13, 18:1,
18:2, 18:18, 18:21,
18:23, 18:24, 19:3,
19:16, 19:17, 23:1,
23:5, 23:20, 24:15,
24:16, 26:2, 26:4,
26:17, 30:14, 34:23,
37:3, 45:4, 45:7, 45:8,
46:22, 46:25, 47:1,
47:9, 47:12, 50:7,
50:10, 55:20, 58:5,
58:11, 59:13, 60:1,
60:14, 61:2, 63:6,
68:12, 68:15, 68:16,
69:2, 75:1, 75:2, 76:8,
76:9, 77:1, 81:13,
81:15, 86:19, 86:20,
87:5, 87:22, 87:23,
92:10, 92:13, 92:14,
93:21, 93:24, 93:25,
94:5, 95:5, 95:8, 95:9,
98:4, 98:5, 101:10,
104:16, 105:4,
105:10, 105:16,
112:19, 112:22,
112:23, 114:22,
114:24, 116:23,
119:1, 119:9, 119:20,
120:3, 120:4, 120:17
  **HONORABLE** [1] -
1:4
  **Hoor** [1] - 71:7
  **hoor** [1] - 72:1
  **Hoor-al-ayn.com** [1]
- 71:7
  **hoor-al-ayn.com/**
**lectures/anwar-al-**
**awlaki** [1] - 72:1
  **hour** [3] - 7:18, 8:25,
9:14
  **house** [19] - 42:14,
51:8, 56:17, 57:3,
58:24, 59:11, 61:6,
63:10, 77:19, 78:2,
78:4, 78:8, 78:15,
78:17, 78:19, 79:7,
80:11, 81:10
  **HP** [2] - 94:12, 94:17
  **hubcaps** [3] - 111:4,
112:7, 113:12
  **Human** [1] - 26:23

## I

**Ibig** [1] - 8:16
**ID** [4] - 35:20, 35:24, 36:3, 116:15
**idea** [3] - 82:19, 104:24, 110:5
**identifiable** [1] - 80:18
**identification** [29] - 8:23, 9:4, 9:19, 10:14, 11:8, 12:1, 15:8, 16:9, 17:4, 21:18, 22:12, 24:1, 24:22, 49:15, 56:22, 58:19, 67:11, 73:13, 75:9, 86:2, 86:25, 93:5, 93:15, 94:4, 95:13, 96:12, 103:21, 103:22, 103:24
**identifications** [1] - 59:2
**identified** [8] - 11:11, 20:23, 44:25, 67:11, 85:8, 88:6, 97:6, 105:5
**identifies** [2] - 49:15, 74:12
**identify** [5] - 18:9, 25:17, 43:12, 85:10, 108:16
**ideology** [1] - 106:14
**IDs** [2] - 33:16, 33:17
**II** [1] - 80:2
**III** [1] - 106:21
**imagine** [1] - 51:2
**impression** [1] - 51:11
**IN** [1] - 122:8
**include** [2] - 64:5, 64:20
**included** [1] - 85:3
**includes** [1] - 37:24
**including** [3] - 7:4, 82:21, 111:25
**INDEX** [1] - 3:1
**indicate** [1] - 100:24
**indicated** [3] - 40:7, 108:5, 117:22
**indicates** [1] - 89:12
**individual** [1] - 89:7
**individuals** [2] - 26:24, 103:22
**informant** [4] - 27:1, 115:17, 115:19, 115:22
**information** [14] - 16:13, 32:11, 32:22, 33:3, 39:21, 39:22, 43:19, 55:11, 60:5,

60:12, 60:13, 82:2, 82:16
**Inland** [1] - 40:19
**inquire** [7] - 37:12, 50:9, 62:3, 63:7, 76:25, 83:10, 105:25
**inquired** [1] - 82:5
**inside** [19] - 4:20, 5:23, 8:19, 13:4, 13:12, 20:15, 22:4, 22:24, 22:25, 25:13, 44:6, 44:15, 58:23, 86:9, 96:24, 109:11, 109:17, 117:21, 118:1
**insignia** [2] - 90:17, 90:24
**instead** [1] - 13:21
**instruct** [1] - 100:12
**instruction** [6] - 99:23, 100:5, 100:19, 102:6, 120:5, 120:11
**instructional** [4] - 31:10, 54:12, 102:9, 102:12
**instructions** [10] - 31:15, 31:17, 31:20, 31:23, 54:23, 78:25, 82:22, 99:25, 100:20
**insurance** [2] - 50:1, 50:5
**insure** [2] - 85:5, 85:10
**insuring** [1] - 64:17, 65:7
**Integrity** [1] - 40:17
**Intelligence** [1] - 26:23
**intend** [1] - 120:15
**intended** [5] - 5:13, 6:23, 7:9, 8:5, 36:23
**intent** [1] - 100:15
**interested** [1] - 73:8
**interior** [1] - 114:17
**international** [1] - 106:21
**Internet** [1] - 100:9
**introduce** [1] - 76:5
**introduced** [1] - 20:7
**introducing** [1] - 120:10
**investigate** [6] - 41:2, 62:20, 83:23, 106:11, 106:12, 107:4
**investigates** [1] - 106:9
**Investigation** [3] - 37:24, 62:7, 62:9
**investigation** [7] - 41:5, 56:20, 56:21, 76:21, 101:5, 110:18,

110:23
**investigations** [1] - 62:22
**Investigator** [2] - 37:4, 44:8
**investigator** [8] - 37:16, 37:18, 37:22, 38:15, 40:8, 40:11, 40:12, 58:14
**invite** [1] - 5:1
**involved** [11] - 41:5, 41:7, 63:3, 64:3, 64:6, 82:1, 82:15, 84:8, 104:20, 107:9, 107:11
**involvement** [4] - 76:21, 101:4, 107:8, 108:20
**involves** [1] - 65:6
**IOWA** [1] - 2:15
**Iraqi** [1] - 99:20
**IS** [1] - 122:14
**Islam** [5] - 5:2, 8:2, 20:19, 70:17, 70:22
**Islamic** [1] - 5:5
**issuance** [1] - 13:15
**issue** [3] - 61:8, 118:18, 119:24
**issued** [1] - 15:20
**Istanbul** [2] - 8:3, 8:17
**it'd** [1] - 43:19
**item** [33] - 8:24, 12:24, 15:19, 21:3, 21:25, 24:5, 25:6, 43:6, 43:8, 43:12, 44:13, 67:24, 69:2, 69:4, 74:2, 74:5, 75:15, 75:18, 75:21, 76:2, 76:3, 80:17, 87:17, 89:20, 89:21, 90:10, 90:18, 90:25, 91:2, 91:4, 91:6, 93:12, 95:2
**items** [84] - 7:1, 7:8, 9:13, 9:15, 10:2, 10:9, 10:18, 10:21, 10:22, 10:25, 11:1, 11:2, 11:5, 11:15, 11:22, 15:13, 15:21, 18:10, 18:14, 18:18, 19:3, 19:6, 20:2, 20:3, 20:9, 20:15, 21:6, 21:13, 21:15, 22:21, 23:7, 23:13, 25:10, 27:5, 29:4, 32:12, 36:15, 36:17, 36:22, 43:4, 43:5, 43:16, 43:18, 43:22, 53:10, 53:15, 59:10, 60:15, 64:11, 66:5, 66:8, 66:14,

66:24, 67:7, 67:13, 67:22, 73:24, 77:20, 78:14, 79:2, 79:5, 81:19, 81:23, 82:11, 82:12, 82:17, 82:19, 86:13, 87:14, 88:1, 89:19, 91:18, 91:21, 93:10, 96:19, 96:24, 97:15, 97:17, 97:18, 97:19, 97:22, 97:23, 98:20
**itself** [1] - 100:10

## J

**jacket** [8] - 15:20, 89:21, 90:12, 90:19, 91:22, 92:5, 92:23, 92:25
**jackets** [2] - 57:18, 92:8
**jannah.com** [1] - 72:19
**Jansport** [1] - 18:15
**Jeff** [1] - 83:3
**JEFFREY** [3] - 2:9, 3:11, 83:9
**Jeffrey** [1] - 83:8
**jersey** [1] - 28:25
**Jihad** [6] - 97:7, 97:14, 98:24, 99:3, 99:7, 100:25
**jihadwatch.org** [1] - 72:14
**job** [1] - 66:7
**join** [2] - 30:6, 30:9
**Joint** [2] - 62:17, 106:24
**JOSEPH** [1] - 3:4
**Joshua** [1] - 37:25
**JTTF** [2] - 62:18, 107:2
**JUDGE** [1] - 1:4
**Jun** [2] - 105:7, 105:12, 106:4
**JUN** [1] - 3:13
**Jurupa** [1] - 84:15
**Jury** [2] - 59:22, 118:23
**jury** [26] - 4:4, 4:24, 8:13, 9:12, 11:4, 14:15, 15:5, 22:6, 23:25, 26:9, 37:21, 44:2, 59:24, 60:6, 60:8, 60:18, 61:18, 68:22, 69:1, 75:7, 85:3, 88:12, 92:18, 99:23, 118:12, 118:25

## K

**K-a-b-i-r** [2] - 88:16, 92:6
**Kabir** [25] - 16:18, 60:25, 77:13, 84:21, 84:22, 84:23, 87:15, 88:16, 89:3, 89:11, 89:22, 90:13, 90:20, 92:6, 97:4, 98:18, 100:15, 101:3, 101:21, 101:23, 103:11, 104:2, 104:5, 104:8
**KABIR** [4] - 1:9, 2:8, 89:22, 90:13
**kavkazcenter.net** [1] - 71:13
**Kay** [1] - 120:22
**Kenneth** [4] - 8:3, 13:6, 47:23, 49:18
**KENNETH** [1] - 1:10
**kept** [1] - 64:17
**key** [1] - 14:1
**kicking** [1] - 16:24
**kidnapping** [1] - 83:25
**kill** [2] - 30:3, 70:12
**killing** [1] - 99:19
**kind** [11] - 25:16, 31:14, 33:1, 34:6, 58:2, 60:11, 63:23, 102:22, 106:11, 110:3, 111:1
**kinda** [1] - 66:6
**kitchen** [2] - 51:2, 74:9
**knifes** [1] - 30:24
**knives** [1] - 54:3
**knock** [1] - 64:25
**knocked** [1] - 41:24
**knowledge** [6] - 10:22, 27:1, 27:3, 31:25, 51:15, 101:23
**known** [2] - 62:14, 62:18

## L

**L-a-o** [1] - 105:24
**L.A** [1] - 52:18
**label** [3] - 74:12, 74:17, 75:23
**labeled** [1] - 75:24
**labiak** [1] - 99:15
**lack** [1] - 74:7
**Lackland** [2] - 89:1, 89:10
**lacks** [2] - 5:16, 7:12
**Laden** [1] - 53:17

**ladies** [3] - 5:19, 99:24, 118:11
**laid** [1] - 21:14
**Lake** [1] - 38:11
**language** [3] - 8:9, 29:23, 29:25
**lanyard** [1] - 14:1
**LAO** [1] - 3:13
**Lao** [12] - 105:7, 105:9, 105:12, 105:17, 105:23, 106:3, 108:24, 111:13, 113:7, 117:3, 117:21, 119:10
**laptop** [6] - 12:4, 12:7, 73:23, 74:21, 81:20, 82:16
**laptops** [1] - 43:20
**large** [4] - 107:19, 109:4, 116:3, 116:5
**Larsen** [2] - 50:9, 76:25, 101:9
**LARSEN** [43] - 2:10, 3:5, 3:8, 3:10, 3:12, 9:7, 12:15, 14:9, 14:21, 16:3, 18:1, 18:23, 19:16, 23:5, 23:20, 24:15, 26:2, 26:17, 26:19, 30:18, 34:20, 45:7, 46:25, 50:10, 50:12, 58:4, 68:15, 75:1, 76:8, 77:1, 77:3, 81:12, 82:5, 86:19, 87:22, 92:13, 93:24, 95:8, 96:7, 98:4, 101:10, 101:12, 104:13
**LARSON** [2] - 55:20, 55:22
**Larson** [2] - 26:16, 36:10
**last** [7] - 5:18, 25:22, 37:11, 59:25, 87:5, 94:15, 105:24
**laughing** [2] - 116:11, 116:19
**laundry** [8] - 4:14, 5:12, 5:23, 7:2, 7:8, 8:19, 9:15, 36:17
**LAURA** [4] - 1:22, 122:8, 122:20, 122:21
**law** [9] - 38:1, 38:4, 38:15, 39:9, 40:23, 41:3, 65:6, 70:13
**lawyers** [1] - 118:15
**leader** [12] - 42:17, 42:20, 63:20, 66:1, 66:11, 66:14, 66:17, 74:4, 85:1, 85:2, 85:4, 85:23

**leader's** [1] - 66:7
**leads** [1] - 68:10
**least** [2] - 60:22, 61:4
**leather** [1] - 22:18
**leave** [2] - 110:7, 120:1
**leaving** [1] - 114:13
**lectures** [1] - 71:10
**Lee** [1] - 25:8
**left** [25] - 4:12, 4:14, 4:17, 6:24, 7:9, 8:5, 16:21, 35:11, 35:18, 36:23, 62:22, 85:12, 89:23, 90:4, 90:7, 90:15, 90:16, 90:22, 90:24, 95:24, 103:11, 103:14, 109:6, 109:25, 118:6
**left-hand** [1] - 109:6
**legal** [3] - 60:3, 109:21, 110:8
**legally** [1] - 67:7
**legitimate** [2] - 103:25, 104:1
**less** [2] - 13:22, 37:20
**letter** [25] - 4:19, 4:22, 5:6, 5:9, 6:11, 6:17, 6:19, 6:23, 7:1, 7:5, 7:19, 7:21, 7:22, 7:23, 7:25, 8:5, 8:10, 8:11, 8:14, 8:18, 29:7, 29:14, 46:18, 49:25
**lettering** [3] - 15:11, 110:1, 111:5
**letters** [17] - 4:13, 5:22, 5:25, 6:6, 6:9, 8:8, 29:5, 29:18, 29:20, 29:22, 30:1, 30:3, 30:6, 30:9, 30:12, 30:16, 36:19
**license** [7] - 49:14, 57:3, 57:9, 111:6, 111:17, 112:10, 112:13
**licenses** [1] - 57:1
**lighter** [1] - 18:13
**likely** [2] - 68:11, 75:20
**likewise** [1] - 79:18
**limited** [6] - 16:12, 100:1, 100:3, 100:13, 100:18
**limiting** [4] - 99:23, 100:5, 120:5, 120:11
**line** [4] - 61:10, 69:9, 70:9, 70:21
**lined** [1] - 119:12
**lines** [1] - 5:7
**lineup** [1] - 118:25

**lingering** [1] - 119:24
**list** [8] - 5:9, 63:7, 63:9, 63:13, 69:15, 71:4, 71:20, 71:21
**List** [4] - 111:21, 111:22, 112:3, 113:17
**listed** [1] - 72:23
**listened** [1] - 100:8
**lists** [8] - 32:23, 32:25, 55:12, 55:17, 56:3, 79:18, 103:2, 103:6
**literature** [1] - 33:9
**litter** [2] - 25:7, 25:9
**live** [3] - 16:14, 60:25, 70:17
**lived** [7] - 41:16, 41:18, 41:19, 50:16, 51:12, 51:16, 51:21
**living** [3] - 37:15, 61:8, 74:9
**local** [1] - 60:12
**locate** [1] - 43:3
**located** [19] - 19:9, 44:13, 44:14, 44:17, 52:4, 63:16, 75:18, 94:14, 108:25
**location** [30] - 39:2, 39:3, 39:6, 39:25, 41:14, 41:16, 41:18, 41:20, 42:3, 42:18, 43:2, 61:1, 61:8, 63:8, 63:12, 63:21, 64:4, 64:15, 65:4, 65:6, 65:12, 65:17, 65:20, 66:25, 67:14, 67:16, 76:15, 84:13, 97:6
**log** [3] - 43:13, 52:3, 65:20
**look** [14] - 10:3, 10:16, 13:4, 43:2, 44:6, 48:24, 71:16, 72:21, 85:20, 111:11, 113:6, 117:3, 119:21, 119:22
**looked** [6] - 25:10, 53:7, 80:24, 80:25, 109:23, 110:3
**lookie** [1] - 64:18
**lookie-loos** [1] - 64:18
**looking** [7] - 4:13, 16:20, 25:18, 33:8, 47:7, 111:20, 116:11
**looks** [4] - 19:11, 22:18, 70:1, 110:11
**Looper** [1] - 35:15
**loos** [1] - 64:18
**LOS** [4] - 1:17, 1:24, 2:6, 122:4

**Los** [4] - 38:6, 38:8, 109:14
**loud** [1] - 114:9
**love** [2] - 5:1, 8:1
**low** [1] - 114:14
**lower** [3] - 6:16, 69:23, 73:5
**lucky** [1] - 87:7
**lunch** [6] - 4:13, 4:21, 7:17, 8:24, 9:14, 25:10

**M**

**ma'am** [28] - 5:15, 6:8, 7:6, 7:20, 8:6, 8:21, 9:17, 10:17, 10:24, 11:19, 12:11, 13:3, 15:15, 16:16, 16:23, 18:8, 18:16, 20:10, 21:8, 22:1, 22:22, 24:7, 24:24, 25:12, 25:23, 36:13, 36:21, 36:24
**machine** [2] - 27:19, 52:10
**Machine** [2] - 95:18, 95:24
**machines** [2] - 77:21, 77:25
**maintain** [2] - 43:18, 64:7
**malitia** [1] - 62:21
**man** [1] - 65:1
**managing** [1] - 66:6
**Manchester** [3] - 14:5, 28:19, 28:21
**Manila** [2] - 19:7
**manual** [2] - 80:1, 102:6
**manuals** [6] - 31:5, 31:8, 54:8, 54:10, 102:9, 102:12
**Manzanita** [3] - 41:11, 41:13, 43:15
**map** [6] - 55:5, 55:7, 55:9, 79:9, 79:11
**Map** [1] - 97:5
**maps** [13] - 32:1, 32:5, 32:7, 32:9, 33:6, 55:2, 55:14, 79:6, 79:8, 79:13, 102:17, 102:20, 102:22
**March** [2] - 101:1, 108:2
**marine** [2] - 80:4, 80:6
**MARK** [2] - 3:9, 62:1
**Mark** [1] - 61:21
**mark** [1] - 62:1

**marked** [25] - 8:22, 9:4, 9:19, 10:13, 11:8, 12:1, 15:8, 16:9, 17:4, 21:18, 22:12, 24:1, 24:22, 67:11, 73:13, 75:9, 86:2, 86:25, 91:24, 93:4, 93:14, 94:4, 95:13, 96:12, 111:10
**markets** [1] - 36:2
**markings** [1] - 81:7
**Marshall** [1] - 41:1
**masks** [1] - 34:11
**master** [2] - 48:3, 48:21
**material** [1] - 100:11
**materials** [1] - 100:9
**matters** [1] - 64:12
**MATTHEW** [1] - 2:10
**mean** [6] - 44:15, 64:14, 65:5, 84:22, 107:16, 115:17
**meaning** [1] - 40:24
**MEANS** [1] - 122:13
**meat** [1] - 36:2
**media** [1] - 82:12
**meet** [2] - 64:3, 107:14
**meeting** [2] - 63:23, 107:16
**Melchor** [2] - 49:18, 49:19
**member** [4] - 38:4, 39:9, 40:24, 107:2
**members** [4] - 4:4, 37:21, 61:18, 107:18
**memorabilia** [1] - 53:4
**memory** [2] - 78:3, 80:2
**men's** [1] - 68:7
**mentioned** [18] - 28:19, 33:8, 33:9, 50:15, 56:15, 64:14, 64:22, 65:4, 65:11, 65:16, 66:2, 67:2, 79:25, 80:10, 85:16, 98:23, 103:10, 113:17
**merciful** [1] - 8:15
**mers_rox_all@yahoo.com** [1] - 72:8
**mes101** [1] - 72:9
**mesr5505** [1] - 72:6
**mesrssos** [1] - 73:4
**meters** [1] - 99:17
**Miami** [2] - 29:2, 52:23
**mic** [1] - 84:17
**Michael** [5] - 58:20, 59:3, 59:6, 59:10,

80:4, 80:5
**Mico** [6] - 4:19, 6:12, 6:13, 6:14, 58:20, 59:2
**micro** [1] - 75:14
**mid** [1] - 59:17
**mid-afternoon** [1] - 59:17
**middle** [2] - 13:1, 35:11
**might** [9] - 13:7, 13:22, 24:10, 43:12, 70:6, 82:21, 99:5, 116:18, 120:9
**Miguel** [1] - 69:9
**mikael101.tumblr. com** [1] - 72:7
**miles** [1] - 114:18
**Military** [1] - 91:8
**military** [33] - 32:11, 32:14, 32:18, 32:20, 32:23, 33:10, 55:12, 55:14, 55:17, 55:23, 55:25, 56:11, 79:14, 79:16, 79:18, 79:21, 79:23, 79:24, 79:25, 80:3, 87:13, 88:24, 89:14, 89:21, 90:12, 90:18, 90:19, 91:18, 91:22, 92:5, 102:24, 103:2
**Millah** [1] - 5:8
**MILLER** [2] - 1:22, 122:21
**mind** [1] - 81:4
**minds** [1] - 118:17
**minute** [2] - 26:10, 94:16
**miscellaneous** [1] - 20:2
**misstates** [2] - 117:11, 117:13
**misstating** [1] - 117:16
**model** [2] - 25:17, 25:18
**Mom** [2] - 5:9, 8:16
**mom** [2] - 6:9, 36:20
**moment** [2] - 63:6, 103:10
**moments** [1] - 119:25
**Mommy** [2] - 8:20, 29:14
**money** [4] - 57:23, 81:10, 104:11, 114:13
**Monier** [3] - 70:2, 70:3
**MONIER** [1] - 70:3
**Monik** [1] - 70:1

**monitor** [1] - 35:17
**months** [2] - 37:20, 40:8
**MOPP** [1] - 91:7
**morning** [5] - 42:7, 42:12, 66:23, 118:13, 120:21
**most** [1] - 8:15
**mother's** [1] - 68:6
**move** [22] - 9:4, 12:12, 14:7, 14:18, 15:25, 17:23, 19:14, 23:2, 23:17, 24:12, 25:25, 45:5, 55:1, 68:13, 73:15, 74:24, 76:5, 86:16, 93:21, 95:5, 96:3, 98:1
**moved** [4] - 17:15, 18:18, 20:25, 38:9
**moves** [2] - 46:23, 112:20
**movie** [1] - 35:15
**movies** [1] - 68:9
**moving** [2] - 30:19, 66:6
**MP-3** [1] - 78:12
**MP3** [1] - 52:12
**MR** [126] - 3:5, 3:6, 3:7, 3:8, 3:10, 3:12, 3:13, 3:14, 5:16, 7:11, 9:7, 9:8, 12:15, 12:18, 14:9, 14:10, 14:21, 14:22, 16:3, 16:4, 18:1, 18:2, 18:23, 18:24, 19:16, 19:17, 23:5, 23:20, 24:15, 24:16, 26:2, 26:4, 26:17, 26:19, 30:18, 34:20, 34:23, 35:2, 36:5, 37:3, 37:14, 45:4, 45:7, 45:8, 45:11, 46:22, 46:25, 47:1, 47:5, 47:9, 47:12, 47:15, 50:7, 50:10, 50:12, 55:20, 55:22, 58:4, 58:8, 58:11, 58:13, 59:13, 60:1, 60:14, 61:2, 61:3, 61:10, 68:15, 68:16, 75:1, 75:2, 76:8, 76:9, 77:1, 77:3, 81:12, 81:15, 82:5, 86:19, 86:20, 87:22, 87:23, 92:13, 92:14, 93:24, 93:25, 95:8, 95:9, 96:7, 96:8, 98:4, 98:5, 101:10, 101:12, 104:13, 104:16, 105:4, 105:7, 105:10, 105:12, 105:13,

105:16, 106:2, 112:19, 112:22, 112:23, 113:1, 113:5, 114:22, 114:24, 115:4, 116:21, 116:23, 117:2, 117:11, 117:15, 117:18, 117:20, 118:9, 119:1, 119:9, 119:16, 120:3, 120:9, 120:17, 120:22
**MS** [108] - 3:5, 3:9, 3:11, 4:8, 4:11, 5:21, 7:15, 9:3, 9:12, 9:18, 11:7, 11:25, 12:12, 12:22, 13:9, 13:18, 14:6, 14:14, 14:17, 15:1, 15:4, 15:7, 15:25, 16:8, 17:3, 17:9, 17:11, 17:13, 17:18, 17:20, 17:23, 18:5, 18:17, 18:21, 19:2, 19:13, 19:21, 20:11, 20:22, 21:9, 21:17, 22:11, 23:1, 23:8, 23:16, 23:24, 24:12, 24:20, 25:24, 26:8, 26:13, 30:14, 30:16, 36:9, 36:25, 61:21, 62:5, 63:6, 63:11, 67:10, 68:12, 68:20, 69:1, 73:12, 73:18, 74:23, 75:6, 76:5, 76:13, 76:23, 81:18, 82:10, 82:24, 83:2, 83:12, 86:1, 86:16, 86:24, 87:3, 87:5, 87:9, 87:19, 88:1, 91:15, 91:23, 92:10, 92:17, 92:20, 93:3, 93:14, 93:21, 94:3, 94:8, 94:19, 95:4, 95:12, 95:21, 96:2, 96:5, 96:11, 98:1, 98:9, 98:14, 100:22, 101:7, 104:19, 105:1, 119:20
**mug** [1] - 52:23
**Mujahideen** [2] - 99:14, 99:19
**multiple** [2] - 97:9, 97:11
**music** [1] - 78:11
**Muslim** [2] - 5:1, 99:21
**must** [1] - 100:17
**MY** [1] - 122:15
**myhomekavkaz. blogspot.com** [1] - 72:17

**N**

**name** [34] - 6:12, 8:15, 13:5, 16:18, 37:8, 37:10, 37:11, 58:19, 61:25, 69:8, 69:10, 69:21, 69:25, 70:1, 83:7, 83:8, 84:12, 88:8, 88:17, 89:2, 89:7, 89:22, 90:13, 90:20, 92:6, 97:4, 105:11, 105:22, 105:24, 106:3, 106:23
**named** [2] - 59:2, 97:7
**names** [1] - 69:15
**narcotics** [1] - 38:13
**nature** [2] - 25:17, 68:9
**NBA** [1] - 28:3
**necessarily** [2] - 39:21, 56:24
**necessary** [1] - 39:23
**need** [9] - 19:2, 55:19, 60:4, 60:6, 60:21, 114:13, 114:25, 120:13, 120:20
**needs** [1] - 119:19
**neighbors** [1] - 64:17
**never** [1] - 70:17
**New** [1] - 80:3
**news** [1] - 100:25
**next** [14] - 10:3, 29:11, 37:2, 61:20, 70:10, 70:19, 70:21, 71:8, 71:9, 74:8, 83:1, 88:5, 96:22, 105:8
**Nguyen** [1] - 119:5
**Nhan** [1] - 119:5
**Nike** [6] - 24:4, 96:17, 96:19, 96:24, 97:3, 97:16
**nine** [3] - 9:22, 9:24, 42:11
**Nissan** [6] - 46:10, 49:14, 111:3, 111:21, 112:7, 113:25
**NLT** [1] - 89:12
**NO** [1] - 1:8
**nobody** [2] - 42:13, 99:20
**none** [1] - 65:9
**NORTH** [2] - 1:23, 2:6
**note** [2] - 71:8, 71:9
**notebook** [7] - 67:21, 70:24, 71:3, 77:6,

77:9, 77:12, 100:20
**noted** [1] - 75:22
**NOTES** [1] - 122:15
**nothing** [4] - 82:24, 105:1, 111:8, 116:21
**notice** [2] - 113:21
**noticeable** [1] - 111:7
**noticed** [2] - 61:10, 88:18
**November** [15] - 8:16, 25:3, 42:9, 42:10, 63:3, 73:25, 76:2, 76:3, 76:20, 84:5, 87:15, 101:4, 108:3, 108:4, 114:5
**number** [25] - 12:6, 12:8, 28:13, 49:16, 60:11, 61:6, 61:12, 63:10, 63:14, 69:18, 70:4, 74:12, 74:20, 74:22, 82:11, 84:11, 84:13, 89:4, 94:16, 94:18, 95:1, 95:3, 96:4, 111:18, 112:10
**numbers** [2] - 60:22, 69:15, 77:9
**numerous** [1] - 97:6

**O**

**o'clock** [3] - 109:12, 115:6, 118:12
**object** [1] - 117:11
**objection** [32] - 5:16, 7:11, 9:6, 9:7, 12:14, 12:16, 14:20, 16:3, 17:25, 23:19, 24:14, 26:1, 30:14, 45:6, 46:24, 68:14, 74:25, 76:7, 86:18, 87:21, 92:12, 93:23, 95:7, 96:6, 96:7, 96:8, 98:3, 105:8, 105:13, 112:21, 117:16, 117:19
**objections** [5] - 14:8, 16:2, 18:22, 19:15, 23:4
**observed** [1] - 74:4
**obtaining** [2] - 39:15, 39:24
**occurs** [1] - 100:2
**OCRA** [5] - 62:14, 62:17, 62:19, 62:23, 62:24
**October** [4] - 13:7, 13:8, 13:17, 114:2
**odd** [1] - 21:25
**OF** [15] - 1:1, 1:2,

1:6, 1:14, 2:1, 2:2, 2:8, 2:9, 2:13, 122:2, 122:4, 122:6, 122:9, 122:13, 122:15

**offensive** [1] - 100:12

**offer** [2] - 114:19, 119:21

**Office** [4] - 37:17, 37:19, 40:13, 40:18

**OFFICE** [1] - 2:9

**office** [5] - 37:25, 66:10, 93:13, 93:20

**Officer** [3] - 40:22, 115:5, 119:2

**officer** [7] - 38:9, 38:11, 38:12, 38:13, 38:21, 40:19, 40:23

**OFFICIAL** [3] - 1:23, 122:8, 122:22

**official** [2] - 116:15, 116:18

**Omar** [1] - 16:18

**OMAR** [1] - 1:9

**ON** [3] - 2:2, 2:8, 2:13

**once** [5] - 39:7, 42:2, 75:23, 85:9, 120:11

**one** [48] - 6:6, 6:9, 7:4, 8:24, 13:21, 15:13, 21:6, 27:22, 27:24, 36:14, 43:5, 51:2, 52:5, 58:23, 62:17, 63:6, 67:3, 67:13, 67:22, 68:4, 71:5, 71:11, 71:12, 73:8, 73:24, 75:22, 77:20, 77:21, 77:25, 79:22, 80:18, 81:19, 85:5, 87:14, 89:19, 91:21, 93:10, 94:16, 97:13, 98:20, 99:2, 99:25, 105:5, 107:24, 110:12, 119:12

**one-by-one** [1] - 89:19

**ongoing** [1] - 38:21

**Ontario** [2] - 35:24, 41:11

**open** [2] - 65:2, 116:15

**opened** [3] - 110:2, 110:10, 116:13

**opening** [1] - 116:11

**operate** [5] - 31:5, 31:8, 54:8, 54:13, 102:9

**operational** [2] - 63:23, 64:1

**operations** [2] -

37:23, 64:13

**opinion** [3] - 7:8, 7:12, 8:4

**opinions** [1] - 59:19

**opportunity** [6] - 10:15, 10:18, 21:24, 85:20, 111:1, 119:22

**orange** [3] - 96:17, 96:19, 97:16

**Orange** [3] - 38:10, 62:13, 62:24

**order** [2] - 40:25, 101:15

**ordered** [24] - 5:19, 9:9, 12:19, 14:11, 14:23, 16:5, 18:3, 18:25, 19:18, 23:21, 24:17, 26:6, 47:2, 68:17, 75:3, 76:10, 86:21, 87:24, 92:15, 94:1, 95:10, 96:9, 98:6, 113:2

**orders** [2] - 89:2, 89:7

**Oriented** [1] - 91:8

**origin** [1] - 44:22

**original** [2] - 73:9, 114:15

**originally** [1] - 9:15

**Osama** [1] - 53:17

**otherwise** [2] - 62:14, 62:18

**outer** [1] - 88:23

**outside** [4] - 59:23, 64:16, 88:19, 118:24

**overalls** [1] - 34:6

**overlooked** [1] - 8:24

**overruled** [3] - 7:13, 30:17, 82:7

**overseas** [2] - 30:3, 30:12

**oversee** [1] - 37:23

**overseeing** [2] - 42:21, 66:18

**owner** [1] - 20:3

---

## P

**P.M** [2] - 1:15, 4:1

**p.m** [4] - 76:16, 109:12, 109:18, 121:1

**packaged** [1] - 39:7

**page** [43] - 4:15, 4:16, 7:16, 9:22, 9:24, 10:3, 11:11, 16:20, 19:24, 20:12, 21:1, 21:10, 21:11, 35:6, 35:12, 35:18, 35:19, 69:6, 69:8, 69:13, 70:7, 71:1, 71:3,

71:14, 71:17, 71:23, 72:2, 72:21, 72:22, 73:3, 73:9, 88:3, 89:3, 92:21, 94:20, 95:22, 96:14, 96:22, 96:23, 99:5, 99:7, 100:23, 100:24

**pages** [5] - 71:17, 71:19, 71:21, 110:2

**pair** [10] - 13:24, 14:3, 22:17, 22:18, 22:19, 24:4, 91:1, 91:3, 91:5, 91:7

**pants** [5] - 11:6, 91:1, 91:3, 91:5, 91:8

**paper** [5] - 43:17, 88:23, 88:25, 89:6, 89:8

**paragraph** [2] - 99:9, 99:13

**paragraphs** [1] - 70:11

**paraphernalia** [4] - 28:18, 52:14, 52:16, 53:5

**pardon** [1] - 55:20

**parents** [1] - 51:21

**parka** [1] - 57:18

**parkas** [2] - 34:7, 34:8

**part** [7] - 8:9, 8:12, 26:23, 35:8, 70:23, 108:20, 120:23

**participants** [1] - 118:16

**particular** [24] - 6:11, 10:16, 17:14, 19:3, 29:23, 40:14, 41:13, 49:13, 67:24, 69:3, 69:8, 70:9, 71:17, 74:2, 75:22, 76:3, 83:17, 87:17, 88:8, 93:12, 97:22, 100:25, 106:7, 120:14

**particularly** [4] - 8:10, 65:8, 72:3, 73:8

**parts** [3] - 8:10, 8:14, 66:6

**passport** [33] - 12:25, 13:2, 13:5, 13:12, 13:13, 13:16, 14:19, 48:15, 48:18, 48:22, 48:24, 48:25, 49:5, 56:16, 56:18, 57:8, 80:11, 80:14, 81:3, 81:5, 81:7, 108:10, 110:1, 110:10, 110:11, 110:15, 114:7, 115:16, 116:11,

116:13, 118:3, 118:7

**passports** [6] - 33:17, 33:20, 45:19, 56:17, 56:25, 103:19

**patch** [7] - 90:3, 90:4, 90:5, 90:14, 90:15, 90:21, 90:23

**patches** [4] - 89:25, 90:1, 90:2, 92:7

**patrol** [3] - 38:9, 38:11, 38:12

**pattern** [1] - 107:14

**patterns** [1] - 107:15

**pausing** [1] - 109:25

**Pavilion** [1] - 94:17

**pen** [6] - 18:11, 18:12, 27:8, 27:11

**pencil** [1] - 18:12

**people** [8] - 5:1, 30:4, 65:8, 70:17, 70:22, 100:11, 117:22, 117:24

**per** [1] - 29:24

**perfect** [2] - 114:12, 114:15

**perhaps** [1] - 120:10

**perimeter** [6] - 64:7, 64:14, 64:15, 64:21

**permanent** [4] - 45:18, 48:11, 59:5, 60:3

**permission** [3] - 15:4, 70:15, 98:9

**person** [13] - 5:13, 6:1, 6:11, 25:1, 58:16, 60:13, 64:25, 65:1, 66:13, 106:13, 107:14, 108:19

**personally** [2] - 44:15, 115:20

**personnel** [7] - 32:23, 64:3, 64:6, 65:6, 79:19, 103:4, 103:6

**persons** [1] - 100:8

**pertaining** [1] - 39:22

**pertinent** [1] - 97:19

**PH** [1] - 1:24

**Philippine** [1] - 117:21

**Philippines** [14] - 12:25, 108:3, 108:5, 108:25, 109:13, 109:17, 109:19, 110:11, 110:14, 110:17, 114:4, 118:1, 118:6, 118:7

**Phillipines** [2] - 44:24, 47:20

**PHILLIPS** [1] - 1:4

**phone** [5] - 25:1, 25:19, 25:22, 77:9

**phones** [1] - 43:20

**photocopies** [1] - 45:17

**photocopy** [3] - 48:7, 48:18, 69:2

**photograph** [26] - 9:23, 10:5, 10:23, 11:14, 17:19, 17:20, 20:1, 22:21, 24:8, 39:2, 48:14, 88:4, 88:5, 92:22, 93:16, 94:21, 94:23, 95:23, 95:25, 96:14, 96:15, 96:16, 117:12, 117:14, 117:15, 117:17

**photographed** [1] - 85:11

**photographic** [1] - 17:21

**photographs** [27] - 33:6, 53:11, 53:12, 53:16, 55:17, 55:23, 56:6, 64:10, 65:16, 65:17, 65:20, 65:21, 75:25, 76:1, 79:16, 85:16, 85:18, 85:20, 85:22, 86:12, 102:24, 103:4, 103:8, 112:2, 117:4, 117:10

**photos** [2] - 39:4, 39:5

**physical** [2] - 60:15, 79:8

**physically** [1] - 74:4

**pick** [2] - 114:7, 115:15

**picked** [1] - 118:3

**picture** [16] - 10:10, 11:12, 11:21, 12:5, 13:1, 19:8, 19:10, 20:15, 20:18, 21:13, 91:17, 92:23, 93:17, 116:16, 117:6

**pictures** [10] - 29:22, 32:17, 86:9, 86:10, 86:11, 91:18, 104:2, 104:5, 104:8, 116:18

**piece** [9] - 19:7, 19:11, 43:9, 56:22, 85:10, 88:23, 88:25, 89:6, 89:7

**pieces** [2] - 64:10, 85:9

**PLACE** [1] - 122:11

**Place** [1] - 84:15

**place** [9] - 24:2,

26:12, 75:25, 79:11, 80:16, 93:3, 96:11, 100:20, 111:24
**placed** [21] - 9:20, 11:9, 12:2, 12:23, 13:19, 15:9, 15:16, 16:8, 19:5, 19:21, 20:23, 21:19, 22:13, 24:21, 67:12, 73:14, 75:9, 86:3, 87:1, 91:24, 95:14
**PLAINTIFF** [2] - 1:7, 2:2
**plan** [1] - 63:23
**plane** [1] - 8:17
**plastic** [5] - 10:1, 10:6, 10:9, 11:1, 15:22
**plate** [5] - 49:14, 111:6, 111:17, 112:10, 112:13
**play** [8] - 27:19, 27:25, 28:9, 28:16, 52:5, 52:10, 78:5, 78:11
**Play** [3] - 52:1, 68:9, 77:19
**player** [3] - 52:12, 78:12, 114:18
**pocket** [5] - 25:7, 25:9, 88:19, 88:21, 88:24
**poem** [1] - 70:24
**point** [1] - 64:25
**pointed** [1] - 116:13
**pointing** [2] - 72:10, 108:17
**points** [1] - 29:11
**Police** [5] - 38:6, 38:7, 38:8, 38:10, 38:12
**police** [1] - 38:21
**pornography** [1] - 83:23
**portion** [4] - 12:5, 35:12, 35:13, 35:18
**position** [1] - 109:8
**possession** [2] - 25:5, 48:8
**possibly** [1] - 54:14
**poster** [4] - 53:17, 53:19, 53:21, 53:23
**posters** [3] - 53:8, 53:9, 53:16
**Posture** [1] - 91:8
**potential** [1] - 65:8
**potentially** [1] - 43:19
**practice** [1] - 74:17
**practices** [1] - 74:16

**prayer** [3] - 5:5, 20:20
**predominantly** [1] - 68:5
**prefers** [1] - 99:20
**preliminary** [1] - 99:25
**prepared** [4] - 105:4, 114:24, 119:2, 119:10
**presence** [6] - 4:4, 41:25, 42:1, 59:24, 61:17, 118:25
**present** [6] - 4:4, 4:5, 59:22, 61:19, 101:21, 118:23
**PRESIDING** [1] - 1:4
**previous** [3] - 20:6, 20:15, 92:7
**previously** [26] - 9:19, 10:13, 11:8, 11:11, 12:1, 15:8, 16:9, 17:4, 19:8, 20:23, 20:25, 23:25, 24:22, 67:11, 73:13, 75:8, 81:20, 86:2, 86:25, 91:23, 93:4, 93:14, 94:4, 96:12, 111:17, 113:14
**Primrose** [6] - 63:15, 67:14, 67:16, 73:24, 76:15, 81:24
**PRIMROSE** [1] - 63:15
**printed** [1] - 100:25
**probable** [3] - 39:20, 39:23, 40:3
**problems** [2] - 114:11, 114:15
**proceed** [1] - 85:7
**PROCEEDINGS** [2] - 1:14, 122:11
**Proceedings** [1] - 121:1
**process** [1] - 39:15
**production** [1] - 83:24
**prominent** [2] - 80:4, 80:5
**promise** [3] - 70:14, 70:16, 70:20
**properly** [2] - 66:9, 85:11
**prosecution** [1] - 107:7
**prostitution** [1] - 83:25
**protection** [1] - 91:9
**Protective** [1] - 91:9
**provided** [1] - 60:17
**Public** [1] - 40:17

**PUBLIC** [2] - 2:9, 2:11
**publish** [22] - 12:20, 14:12, 14:23, 16:6, 18:25, 19:3, 19:19, 23:22, 24:18, 26:6, 45:9, 45:12, 47:10, 68:18, 69:2, 75:4, 76:11, 86:22, 92:15, 94:1, 94:6, 98:10
**published** [1] - 9:10
**pull** [1] - 44:2, 84:17
**pulled** [1] - 92:23
**purpose** [7] - 100:2, 100:3, 100:13, 100:18, 108:8, 110:18
**put** [20] - 7:16, 11:10, 19:24, 20:11, 20:24, 21:10, 36:11, 60:16, 60:20, 74:11, 74:18, 88:2, 91:15, 91:20, 92:20, 93:14, 94:19, 95:21, 96:13, 113:6

**Q**

**Qa'ida** [2] - 30:6, 53:21
**quarters** [1] - 72:12
**Quebec** [1] - 12:9
**Quest** [1] - 97:5
**questions** [18] - 26:13, 36:6, 36:11, 36:25, 44:3, 50:7, 58:5, 58:8, 59:13, 76:18, 76:23, 81:15, 101:7, 104:14, 104:16, 114:20, 114:22, 116:23
**quickly** [2] - 65:9, 111:11
**Quran** [3] - 4:20, 8:19, 33:9

**R**

**radiological** [1] - 91:10
**Rafiq** [2] - 5:2, 69:21
**rafiqabdulraheem @gmail.com** [1] - 6:21
**Raheem** [1] - 5:2
**Raider's** [1] - 52:15
**raise** [4] - 37:5, 61:22, 83:4, 105:19
**RALPH** [1] - 1:10
**Ralph** [12] - 8:3, 13:6, 41:19, 44:21, 46:18, 47:22, 48:13, 48:23, 49:12, 49:18,

49:20, 49:25
**Rancho** [1] - 84:15
**range** [1] - 62:20
**ranging** [1] - 62:21
**rank** [4] - 90:5, 90:8, 90:17, 90:24
**rather** [1] - 80:10
**reach** [1] - 32:20
**read** [28] - 4:24, 5:6, 6:18, 7:24, 8:11, 8:14, 12:6, 29:17, 29:20, 29:23, 29:25, 69:17, 70:10, 71:6, 71:24, 73:10, 74:20, 89:5, 95:1, 99:12, 99:23, 114:9, 120:8, 120:14, 120:15
**reading** [3] - 8:16, 120:4, 120:11
**reads** [5] - 90:14, 90:16, 90:21, 90:22, 90:23
**ready** [1] - 111:12
**real** [1] - 80:20
**realize** [1] - 60:21
**really** [4] - 66:6, 71:9, 94:5, 114:11
**rear** [2] - 111:4, 116:3
**reason** [5] - 51:18, 60:16, 77:12, 80:22, 80:25
**reasonable** [1] - 42:3
**receipt** [2] - 83:24, 85:12
**received** [2] - 107:2, 110:8
**recently** [1] - 76:1
**recess** [3] - 61:16, 118:11, 120:25
**recognize** [7] - 24:23, 44:8, 44:12, 45:14, 46:2, 46:15, 48:5
**recollection** [5] - 31:16, 34:5, 52:4, 53:15, 59:1
**record** [24] - 4:3, 4:25, 7:24, 8:13, 12:6, 12:9, 17:13, 18:9, 37:9, 59:23, 61:7, 61:17, 61:25, 70:10, 70:11, 71:6, 74:20, 83:7, 88:13, 88:15, 95:1, 99:13, 105:22, 118:24
**recruit** [1] - 26:24
**red** [4] - 14:5, 18:12, 27:11, 71:3
**redacted** [2] - 60:4,

60:8
**redaction** [1] - 60:13
**redirect** [5] - 36:7, 58:10, 81:16, 104:17, 116:24
**REDIRECT** [6] - 3:3, 36:8, 58:12, 81:17, 104:18, 117:1
**REDUCED** [1] - 122:12
**redundant** [1] - 55:2
**refer** [2] - 52:3, 85:15
**reference** [2] - 25:9, 106:23
**referred** [6] - 7:4, 35:8, 62:23, 85:13, 91:11, 98:16
**referring** [7] - 16:22, 25:9, 43:21, 49:8, 59:10, 88:12, 108:11
**reflect** [2] - 4:3, 61:17
**refresh** [2] - 52:3, 59:1, 80:2
**regarding** [1] - 41:19
**Regional** [1] - 40:19
**registration** [2] - 60:10, 114:16
**rejoice** [1] - 99:18
**related** [4] - 20:19, 23:6, 101:5, 110:22
**releasing** [1] - 109:21
**relevant** [2] - 39:22, 43:13
**remember** [13] - 25:18, 35:9, 47:25, 59:17, 74:5, 78:6, 78:7, 78:9, 79:22, 81:6, 109:25, 118:14
**repeat** [2] - 80:23, 82:8
**repeatedly** [1] - 42:1
**report** [3] - 89:14, 89:17, 101:16
**REPORTED** [1] - 122:10
**REPORTER** [4] - 1:23, 122:2, 122:8, 122:22
**reporter** [1] - 84:2
**REPORTER'S** [1] - 1:14
**represent** [3] - 69:14, 71:18, 71:19
**Republic** [2] - 44:24, 47:19
**request** [1] - 18:17
**research** [2] - 59:20, 118:19

**residence** [28] - 38:25, 41:9, 42:13, 44:13, 44:14, 44:15, 45:21, 64:19, 65:3, 65:7, 67:17, 68:4, 68:8, 81:24, 84:19, 84:20, 84:21, 84:22, 85:5, 85:6, 86:12, 87:15, 93:2, 93:13, 93:18, 101:3, 103:23
**Resident** [2] - 62:14, 62:24
**resident** [4] - 45:18, 48:11, 59:5, 60:3
**respect** [2] - 100:5, 107:20
**response** [2] - 42:2, 65:2
**responsibilities** [8] - 37:22, 63:18, 65:25, 84:24, 85:3, 85:4, 85:23, 108:20
**responsibility** [4] - 62:15, 83:21, 83:22, 85:13
**responsible** [4] - 66:1, 66:13, 66:17, 85:7
**rest** [1] - 70:13
**result** [1] - 85:23
**retired** [2] - 80:4, 80:6
**return** [1] - 98:21
**returned** [1] - 97:20
**review** [7] - 76:1, 79:2, 80:16, 80:19, 80:22, 81:6, 81:9
**reviewing** [1] - 82:15
**rid** [1] - 114:12
**right-hand** [9] - 5:4, 12:5, 16:25, 20:21, 22:23, 69:23, 72:3, 73:5, 109:8
**rights** [2] - 62:22, 106:15
**rise** [1] - 108:16
**Rivera** [1] - 119:5
**Riverside** [5] - 66:10, 83:19, 84:1, 106:8, 106:21
**RIVERSIDE** [3] - 2:12, 2:16, 4:1
**robes** [1] - 20:20
**Rodriguez** [1] - 119:3
**role** [3] - 41:4, 42:16, 42:17
**ROOM** [1] - 1:23
**room** [28] - 39:8, 50:20, 53:8, 54:1,

54:3, 54:6, 54:17, 55:3, 56:11, 57:4, 57:6, 57:12, 57:14, 57:16, 57:23, 58:2, 58:15, 58:18, 67:25, 68:6, 74:6, 74:8, 74:9, 74:10, 109:5, 115:6
**Room** [1] - 67:25, 74:6, 75:19, 75:24
**rooms** [3] - 50:22, 64:9, 64:10
**roughly** [2] - 101:18, 114:6
**rows** [1] - 109:7
**RPT** [1] - 89:12
**rugs** [1] - 20:20
**rule** [1] - 70:13
**rules** [1] - 60:12
**runs** [1] - 114:11
**rusty** [1] - 116:7

---

# S

**S-c-h-y-l-e-r** [1] - 37:11
**S-o-h-i-e-l** [1] - 88:17
**S-t-i-f-f** [1] - 83:9
**sabihi** [1] - 43:17
**safe** [2] - 65:10, 85:6
**sake** [1] - 39:23
**Salam** [1] - 5:8
**SAME** [1] - 122:12
**San** [5] - 35:20, 37:16, 37:19, 84:1, 84:15
**sandals** [2] - 22:19, 23:6
**Santana** [2] - 69:12, 104:3
**Santana's** [6] - 67:17, 68:1, 68:3, 68:7, 68:11, 75:20
**saw** [17] - 29:10, 29:11, 29:14, 45:2, 46:19, 81:8, 99:18, 100:4, 110:1, 112:15, 112:16, 113:8, 114:6, 116:9, 116:10, 116:11, 117:7
**Scan** [1] - 75:14
**scarf** [3] - 14:5, 28:19, 28:24
**scarves** [1] - 57:16
**scene** [1] - 66:3
**schematics** [1] - 32:14
**School** [1] - 35:24
**SCHYLER** [1] - 3:7
**Schyler** [2] - 37:4, 37:10

**scope** [1] - 97:23
**screen** [11] - 7:16, 11:10, 11:12, 19:24, 20:12, 24:9, 35:5, 70:6, 91:16, 99:6, 113:7
**script** [5] - 111:5, 115:24, 117:5, 117:8, 117:10
**SD** [1] - 75:14
**search** [88] - 20:9, 29:21, 30:22, 30:24, 31:1, 32:3, 33:11, 33:14, 33:18, 33:20, 34:4, 34:9, 34:12, 34:15, 34:17, 39:3, 39:10, 39:12, 39:16, 39:24, 39:25, 40:2, 41:9, 41:10, 41:12, 41:23, 42:4, 42:6, 42:16, 42:18, 42:20, 42:21, 43:2, 43:4, 43:15, 43:23, 45:21, 46:20, 49:4, 49:22, 50:18, 63:4, 63:13, 63:19, 63:20, 63:22, 64:1, 64:3, 64:9, 65:10, 66:1, 66:7, 66:8, 66:19, 66:21, 67:2, 67:4, 67:5, 67:8, 74:4, 76:14, 76:17, 76:20, 84:8, 84:14, 84:20, 84:25, 85:1, 85:2, 85:4, 85:6, 85:7, 85:8, 86:11, 86:13, 86:14, 88:6, 91:19, 92:24, 94:24, 96:1, 96:18, 96:20, 97:5, 97:23, 101:3, 101:21
**searched** [13] - 21:6, 27:5, 32:12, 50:15, 51:8, 51:23, 54:1, 54:3, 54:6, 101:18, 103:12, 103:16
**searching** [5] - 39:1, 51:11, 65:12, 65:19, 104:20
**seat** [1] - 108:24
**seated** [5] - 37:7, 61:24, 83:6, 105:21, 109:18
**second** [4] - 14:17, 35:18, 68:2, 69:16
**Second** [1] - 119:3
**seconds** [1] - 109:22
**secure** [1] - 85:6
**security** [7] - 45:17, 64:8, 89:3, 97:3, 98:10, 98:15, 109:5
**see** [25] - 22:20,

22:23, 24:8, 24:10, 32:17, 35:12, 55:23, 60:18, 69:21, 73:6, 73:9, 79:5, 81:8, 88:11, 107:15, 108:14, 109:9, 110:7, 110:9, 111:14, 114:10, 115:21, 116:15, 117:15
**seeing** [3] - 69:1, 78:6, 78:9
**seem** [2] - 53:1, 103:25
**sees** [1] - 79:1
**seize** [4] - 39:4, 42:22, 64:11, 66:24
**seized** [31] - 6:4, 20:4, 21:5, 22:3, 43:4, 43:5, 66:5, 66:8, 66:15, 67:14, 67:22, 73:24, 74:2, 74:9, 75:15, 76:2, 76:3, 80:15, 80:17, 80:18, 80:24, 81:8, 81:23, 82:11, 82:17, 85:11, 87:14, 93:10, 96:20, 98:21, 104:21
**seizing** [3] - 39:1, 74:5, 85:15
**sell** [1] - 111:24
**selling** [1] - 114:18
**senior** [1] - 40:12
**sentences** [1] - 70:19
**separate** [2] - 23:7, 97:13
**September** [2] - 89:18, 101:16
**serial** [8] - 12:6, 12:8, 74:20, 74:22, 94:16, 94:18, 95:1, 95:3
**SESSION** [1] - 1:15
**SET** [1] - 122:11
**set** [1] - 17:21
**several** [6] - 10:2, 16:19, 20:19, 60:2, 86:9, 109:7
**shared** [1] - 58:15
**shariah** [1] - 70:13
**shaved** [1] - 108:23
**Shaykh** [3] - 70:14, 70:15, 70:20
**shirt** [2] - 15:11, 29:2
**shirts** [4] - 11:6, 22:8, 22:9, 33:25
**shiver** [1] - 99:16
**shoe** [1] - 96:17, 96:19, 96:24, 97:3
**shoes** [4] - 22:17,

22:18, 23:6, 27:15
**shorts** [2] - 11:6, 33:23
**show** [15] - 9:12, 14:15, 15:5, 23:24, 26:9, 26:11, 39:2, 39:5, 44:2, 68:21, 75:7, 88:12, 92:18, 111:9, 117:6
**showing** [2] - 13:12, 100:13
**shown** [5] - 19:9, 60:7, 60:11, 77:13, 77:17
**side** [8] - 16:21, 16:25, 20:21, 71:24, 90:5, 109:6, 109:8, 119:18
**sidewalk** [1] - 64:20
**signed** [2] - 74:14, 109:23
**SIM** [4] - 25:13, 25:22, 26:11, 26:12
**similar** [2] - 90:12, 90:19
**single** [1] - 99:3
**Sirko** [22] - 4:12, 5:11, 5:22, 6:22, 7:7, 8:4, 8:25, 10:15, 11:13, 14:15, 18:6, 19:25, 21:2, 21:20, 22:20, 23:9, 24:21, 26:9, 26:20, 35:3, 35:17, 36:10
**SIRKO** [1] - 3:4
**sit** [1] - 80:19
**sites** [2] - 100:9, 100:11
**six** [3] - 5:7, 63:1, 105:5
**six-and-a-half** [1] - 63:1
**sketch** [7] - 64:12, 65:11, 65:14, 65:15, 68:1, 74:6
**sketched** [1] - 74:6
**slash** [1] - 72:7
**slide** [2] - 47:13, 47:17
**slippers** [2] - 22:18, 23:6
**slow** [3] - 55:19, 84:3, 84:17
**small** [1] - 75:21
**smiley** [1] - 16:19, 29:11
**smogged** [1] - 114:16
**sneakers** [1] - 24:4
**snow** [2] - 34:9,

57:21
**soccer** [2] - 28:11, 28:21
**social** [5] - 45:17, 89:3, 97:3, 98:10, 98:15
**socks** [2] - 13:24, 22:8
**SOHIEL** [1] - 1:9
**Sohiel** [6] - 16:18, 88:17, 89:3, 89:11, 97:4, 98:18
**someone** [1] - 115:21
**sometime** [1] - 6:2
**sometimes** [4] - 85:13, 91:11, 99:18, 100:1
**soon** [1] - 119:16
**sorry** [11] - 10:7, 15:24, 16:24, 25:16, 25:21, 43:22, 68:8, 80:23, 82:8, 93:19, 105:10
**sort** [2] - 63:25, 75:21
**South** [1] - 38:11
**space** [1] - 64:8
**special** [19] - 4:12, 8:25, 25:20, 62:10, 62:25, 83:14, 83:15, 88:18, 89:2, 92:17, 97:15, 101:2, 105:7, 106:3, 108:24, 111:13, 113:7, 117:3, 117:21
**Special** [41] - 5:11, 5:22, 6:22, 7:7, 8:4, 10:15, 11:13, 14:15, 18:6, 19:25, 20:6, 21:2, 21:20, 22:20, 23:9, 24:21, 25:7, 26:9, 36:10, 37:4, 41:1, 62:11, 63:2, 63:12, 67:13, 68:21, 70:5, 70:8, 70:23, 71:16, 73:7, 73:19, 76:19, 81:19, 90:10, 92:1, 99:5, 99:12, 105:16, 111:9, 119:10
**specific** [8] - 25:18, 27:3, 52:15, 62:11, 63:18, 64:4, 79:24, 84:11
**specifically** [9] - 53:9, 53:16, 58:17, 58:21, 62:19, 74:5, 78:6, 110:17, 110:22
**speculation** [2] - 5:16, 7:11

**spell** [4] - 37:8, 61:25, 83:7, 105:22
**spelled** [1] - 37:11
**spiral** [2] - 67:21, 71:3
**sponte** [1] - 120:4
**sports** [6] - 28:18, 52:14, 52:16, 53:2, 53:4
**SPRING** [2] - 1:23, 2:6
**squad** [12] - 40:14, 40:16, 62:11, 62:16, 83:17, 83:18, 83:21, 97:21, 106:7, 106:20, 106:23, 115:20
**Squad** [6] - 62:13, 62:19, 62:20, 62:23, 106:8, 106:19
**squads** [1] - 62:17
**SS** [1] - 122:5
**Staab** [1] - 20:6
**stack** [1] - 65:1
**staged** [1] - 64:21
**stand** [1] - 4:5
**stands** [2] - 12:10, 91:8
**start** [4] - 39:3, 50:22, 65:10, 96:15
**started** [1] - 109:24
**starting** [3] - 7:24, 9:23, 11:12
**State** [2] - 35:19, 46:5
**STATE** [1] - 122:6
**state** [6] - 37:8, 40:23, 41:3, 61:25, 83:6, 105:21
**statement** [4] - 40:3, 97:3, 98:10, 98:15
**STATES** [7] - 1:1, 1:1, 1:4, 1:6, 2:5, 2:5, 122:9
**States** [5] - 37:3, 41:1, 61:21, 105:16, 119:1
**Station** [3] - 52:1, 68:9, 77:19
**stay** [1] - 6:20
**STENOGRAPHIC** [1] - 122:15
**STENOGRAPHICALLY** [1] - 122:10
**step** [3] - 37:1, 59:14, 82:25
**steps** [1] - 107:5
**stereo** [1] - 114:17
**stick** [1] - 53:12
**STIFF** [1] - 3:11
**Stiff** [10] - 83:3, 83:8,

88:18, 90:10, 92:1, 97:15, 99:5, 99:12, 101:2, 101:13
**stiff** [2] - 83:13, 104:20
**still** [3] - 15:2, 60:25, 61:8
**stocking** [1] - 22:8
**stood** [1] - 111:8
**stopped** [2] - 109:20, 110:10
**storage** [2] - 66:9, 79:1
**street** [7] - 61:7, 63:9, 63:14, 63:15, 64:20, 84:11, 84:12
**Street** [1] - 63:15
**STREET** [2] - 1:23, 2:6
**stricken** [1] - 5:19
**strike** [2] - 13:7, 55:1
**strive** [2] - 70:18, 70:22
**student** [2] - 35:20, 35:24
**studies** [1] - 107:5
**stuff** [2] - 58:18, 111:24
**sua** [1] - 120:4
**subjects** [1] - 80:18
**subsequent** [2] - 20:4, 21:5
**successfully** [1] - 38:7
**sufficient** [1] - 61:7
**suggest** [1] - 6:1
**Suhail** [2] - 69:18, 69:24
**Suhail-Germany** [1] - 69:18
**suitcase** [5] - 21:4, 21:14, 21:23, 22:4, 24:6
**SUITE** [1] - 2:12
**supervising** [5] - 37:16, 37:18, 37:22, 40:7, 40:10
**supposed** [2] - 6:1, 6:6
**supremacist** [1] - 106:16
**supremacists** [1] - 62:22
**Sups** [3] - 90:4, 90:16, 90:23
**surveillance** [20] - 107:3, 107:13, 107:16, 107:17, 107:21, 107:22, 108:1, 108:5, 108:8,

108:12, 108:19, 109:3, 109:17, 110:20, 110:25, 111:14, 112:17, 113:7, 113:9, 114:3
**surveillances** [2] - 107:12, 107:23
**survival** [2] - 33:13, 56:13
**SUSAN** [1] - 2:3
**sustained** [2] - 5:18, 117:19
**sweatshirt** [1] - 15:20
**sworn** [5] - 37:6, 40:25, 61:23, 83:5, 105:20

---

## T

**T-shirt** [2] - 15:11, 29:2
**T-shirts** [3] - 11:6, 22:8, 33:25
**table** [3] - 20:21, 21:14, 74:8
**tactical** [1] - 85:5
**tagged** [1] - 74:11
**Tahoe** [1] - 38:11
**Taliban** [2] - 30:10, 53:23
**tape** [6] - 60:20, 89:22, 89:23, 90:20, 90:22, 92:6
**task** [3] - 40:18, 40:22, 40:24
**Task** [4] - 38:14, 40:19, 62:18, 106:24
**tawhed.net** [1] - 72:20
**team** [30] - 28:21, 41:24, 42:17, 42:19, 42:24, 43:1, 43:2, 63:20, 64:18, 64:21, 64:22, 64:24, 66:1, 66:7, 66:11, 66:14, 66:17, 67:3, 74:4, 85:1, 85:2, 85:4, 85:6, 85:9, 85:23, 107:18, 107:19, 120:20, 120:23
**telephone** [3] - 69:15, 69:18, 70:4
**ten** [1] - 10:4
**tennis** [4] - 22:17, 23:6, 27:15
**term** [2] - 74:7, 89:14
**terms** [1] - 67:5
**terrain** [11] - 32:1, 32:5, 32:7, 32:9, 55:2,

79:6, 79:9, 79:11, 102:17, 102:20, 102:22
**Terrorism** [4] - 62:18, 62:19, 106:19, 106:24
**terrorism** [4] - 62:20, 106:9, 106:12, 106:22
**terrorist** [1] - 30:13
**testified** [4] - 8:8, 9:13, 81:20, 101:15
**testifies** [1] - 120:12
**testify** [2] - 56:18, 119:10
**testifying** [2] - 21:24, 85:19
**testimony** [6] - 20:6, 26:22, 35:9, 56:16, 61:5, 77:6
**Texas** [1] - 89:2
**text** [1] - 114:20
**texts** [1] - 29:17
**THAT** [3] - 122:10, 122:12, 122:14
**that'd** [1] - 19:9
**THE** [149] - 2:9, 3:2, 4:3, 4:9, 5:18, 7:13, 7:14, 9:6, 9:9, 12:14, 12:16, 12:19, 14:8, 14:11, 14:20, 14:23, 15:6, 16:2, 16:5, 17:6, 17:10, 17:12, 17:17, 17:19, 17:22, 17:25, 18:3, 18:19, 18:22, 18:25, 19:15, 19:18, 23:4, 23:19, 23:21, 24:14, 24:17, 26:1, 26:3, 26:5, 26:15, 30:15, 30:17, 34:21, 36:7, 37:1, 37:5, 37:7, 37:10, 37:12, 45:6, 45:9, 46:24, 47:2, 47:11, 47:13, 50:9, 55:19, 55:21, 58:6, 58:9, 59:14, 59:23, 60:2, 60:20, 61:4, 61:13, 61:17, 61:22, 61:24, 62:1, 62:3, 63:9, 68:14, 68:17, 73:17, 74:25, 75:3, 76:7, 76:10, 76:24, 81:14, 81:16, 82:7, 82:8, 82:25, 83:4, 83:6, 83:8, 83:10, 86:18, 86:21, 87:2, 87:4, 87:7, 87:21, 87:24, 92:12, 92:15, 92:19, 93:23, 94:1, 94:7, 95:7, 95:10, 96:4, 96:6, 96:9, 98:3,

98:6, 98:12, 99:22,
101:8, 104:15,
104:17, 105:2, 105:6,
105:8, 105:15,
105:18, 105:19,
105:21, 105:23,
105:25, 112:21,
112:24, 113:2, 115:2,
116:22, 116:24,
117:13, 117:16,
117:19, 118:10,
118:24, 119:7,
119:14, 119:18,
119:25, 120:6,
120:13, 120:18,
120:24, 120:25,
122:8, 122:9, 122:10,
122:11, 122:12
**theirs** [1] - 116:19
**themselves** [1] -
30:16
**THEREAFTER** [1] -
122:12
**therefore** [2] - 97:20,
100:17
**theunjustmedia.
com** [1] - 71:13
**thinking** [1] - 113:1
**third** [4] - 71:11,
91:5, 99:10, 119:4
**THIS** [1] - 122:14
**THOMAS** [37] - 2:15,
3:6, 5:16, 7:11, 9:8,
12:18, 14:10, 14:22,
16:4, 18:2, 18:24,
19:17, 24:16, 26:4,
34:23, 35:2, 36:5,
45:8, 47:1, 58:8, 61:3,
61:10, 68:16, 75:2,
76:9, 81:15, 86:20,
87:23, 92:14, 93:25,
95:9, 96:8, 98:5,
104:16, 112:23,
116:23, 120:22
**Thomas** [6] - 12:16,
34:22, 58:7, 81:14,
104:15, 116:22
**threats** [1] - 65:8
**three** [12] - 23:9,
23:13, 50:24, 50:25,
51:12, 71:17, 72:12,
92:6, 92:7, 106:22,
107:23, 114:8
**three-bedroom** [1] -
51:12
**three-quarters** [1] -
72:12
**thumb** [1] - 43:20
**THURSDAY** [2] -
1:16, 4:1

**ticket** [2] - 8:17,
35:15
**tie** [1] - 108:18
**Tiger** [1] - 28:7
**Tim** [1] - 119:6
**TIME** [1] - 122:11
**tint** [1] - 114:14
**tinted** [4] - 111:4,
112:8, 113:14, 117:5
**title** [3] - 40:12, 46:5,
62:8
**Title** [2] - 49:9, 49:11
**TO** [1] - 122:12
**today** [9] - 21:24,
85:19, 105:3, 108:11,
108:14, 118:16,
118:21, 119:11,
119:23
**together** [4] - 7:1,
13:22, 36:22, 97:8
**tomorrow** [5] -
115:1, 118:12,
118:25, 119:10,
120:23
**tonight** [1] - 119:15
**took** [1] - 21:13,
25:3, 25:8, 42:17,
75:24, 86:11, 94:23,
97:22, 107:6, 109:8,
119:11
**top** [13] - 8:10, 47:14,
47:17, 69:7, 69:9,
69:16, 71:5, 73:8,
88:16, 93:9, 94:12,
95:18, 113:22
**topics** [1] - 31:11
**Toshiba** [4] - 12:4,
12:7, 73:23, 81:20
**touched** [1] - 7:17
**Tourister** [3] - 21:4,
22:4, 24:6
**towards** [1] - 72:15
**tower** [5] - 93:17,
94:12, 94:22, 94:23,
95:18
**trades** [1] - 114:14
**trained** [1] - 56:19
**Training** [1] - 89:1
**training** [19] - 5:11,
6:22, 33:10, 33:13,
38:4, 38:13, 38:16,
38:20, 38:21, 56:11,
56:13, 79:21, 79:25,
80:13, 80:21, 89:9,
103:24, 107:1
**trainings** [1] - 107:4
**TRANSCRIPT** [1] -
1:14
**TRANSCRIPTION** [2]
- 122:13, 122:14

**transferred** [1] - 38:9
**transit** [1] - 89:8
**trash** [2] - 22:23,
22:24
**travelers** [1] - 34:17
**Traynor** [1] - 80:6
**Tree** [1] - 37:25
**trial** [3] - 60:5, 100:6,
118:16
**TRUE** [1] - 122:14
**try** [3] - 43:3, 64:18,
119:12
**Turkey** [2] - 8:3, 8:17
**turn** [4] - 8:7, 69:6,
69:13, 96:22
**turning** [6] - 41:4,
43:25, 45:13, 88:18,
96:25, 107:8
**tweet** [1] - 118:19
**two** [20] - 19:6,
27:22, 29:11, 37:20,
40:8, 51:1, 51:2,
51:12, 68:4, 68:10,
70:10, 70:19, 71:16,
75:14, 90:20, 107:23,
114:6, 117:22,
117:24, 119:13
**two-bathroom** [1] -
51:12
**type** [1] - 64:12
**types** [2] - 43:16,
82:12
**TYPEWRITTEN** [1] -
122:12
**typical** [2] - 65:11,
65:19
**typically** [1] - 38:25

**U**

**U.S** [22] - 32:14,
32:23, 32:25, 33:4,
55:12, 55:14, 55:17,
55:23, 55:25, 56:3,
56:6, 56:8, 79:14,
79:16, 79:18, 79:23,
89:23, 90:15, 90:22,
102:24, 103:4, 103:6
**Ultima** [4] - 111:3,
111:21, 112:7, 113:25
**unable** [1] - 56:21
**unclear** [1] - 27:22
**under** [1] - 60:12
**underlying** [2] -
76:21, 101:5
**underneath** [4] -
72:6, 72:8, 88:16
**Underneath** [1] -
72:8
**Unit** [1] - 40:18

**United** [8] - 14:5,
28:19, 28:21, 37:3,
41:1, 61:21, 105:16,
119:1
**UNITED** [7] - 1:1,
1:1, 1:4, 1:6, 2:5, 2:5,
122:8
**UNIVERSITY** [1] -
2:11
**University** [1] - 35:20
**unknown** [1] - 97:6
**unless** [1] - 120:13
**Unspun** [6] - 97:7,
97:14, 98:25, 99:3,
99:7, 100:25
**up** [35] - 4:23, 5:3,
7:16, 8:12, 11:10,
14:17, 15:20, 19:24,
20:12, 20:25, 21:10,
27:5, 60:24, 88:2,
91:15, 91:20, 91:21,
92:18, 92:20, 93:14,
94:15, 94:20, 95:21,
96:14, 99:10, 100:2,
111:11, 113:6, 114:7,
115:15, 116:15,
118:3, 118:17,
119:12, 119:19
**Upland** [1] - 63:17
**upper** [3] - 5:3,
35:18, 72:3
**Usama** [3] - 70:14,
70:16, 70:20

**V**

**valid** [2] - 81:2, 81:5
**variety** [1] - 43:17
**various** [9] - 22:8,
22:9, 22:17, 36:2,
64:10, 77:9, 100:9,
107:4
**vehicle** [23] - 20:3,
20:9, 20:16, 21:5,
21:15, 46:5, 46:7,
46:9, 49:13, 49:15,
49:17, 111:1, 111:7,
111:15, 112:2, 112:5,
112:11, 112:15,
112:16, 113:8,
113:12, 117:7
**vehicles** [2] - 111:25,
112:1
**verdict** [1] - 118:18
**verified** [1] - 85:9
**verifying** [1] - 85:8
**verse** [1] - 70:24
**vertical** [1] - 73:6
**Victorville** [1] - 37:24
**video** [12] - 27:19,

27:25, 36:11, 36:16,
52:7, 52:9, 52:10,
77:21, 77:25, 78:2,
78:3, 78:5
**videos** [1] - 52:5
**view** [1] - 111:1
**viewed** [1] - 100:8
**violations** [1] - 62:21
**violence** [1] - 106:15
**violent** [1] - 83:18
**VIRAMONTES** [1] -
2:10
**VIRGINIA** [1] - 1:4
**visiting** [1] - 100:11
**VS** [1] - 1:8

**W**

**Wade** [1] - 25:7
**waiting** [4] - 109:7,
109:8, 115:6, 115:12
**walked** [2] - 110:4,
110:9
**walking** [2] - 109:24,
110:14
**wall** [9] - 22:22, 53:8,
53:10, 53:14, 53:15,
53:17, 53:19, 53:21,
53:23
**wallet** [1] - 25:6
**wants** [1] - 60:19
**warm** [1] - 57:18
**warrant** [40] - 20:9,
39:16, 39:24, 40:2,
41:9, 41:10, 41:12,
41:23, 42:4, 42:6,
42:20, 43:4, 43:15,
43:23, 45:21, 46:20,
49:4, 63:4, 63:13,
63:19, 64:1, 64:3,
66:19, 66:22, 67:3,
67:4, 67:5, 76:20,
84:8, 84:14, 84:20,
84:25, 86:13, 86:14,
96:1, 96:18, 96:20,
97:5, 97:24, 101:3
**warrants** [2] - 39:10,
39:12
**warranty** [3] - 16:12,
16:13, 17:7
**WAS** [1] - 122:12
**washcloth** [1] -
91:14
**ways** [1] - 71:24
**weather** [5] - 34:4,
34:6, 34:11, 57:14,
57:18
**web** [1] - 73:3
**website** [2] - 97:7,
97:14

**websites** [4] - 71:4, 71:19, 71:20, 71:21
**Wednesday** [2] - 5:9, 6:7
**weeks** [1] - 114:6
**welcome** [2] - 120:6, 120:18
**whatsoever** [1] - 114:16
**white** [19] - 4:20, 5:12, 5:23, 7:2, 7:8, 8:19, 9:2, 9:15, 10:1, 11:1, 11:3, 15:11, 36:17, 62:21, 88:13, 91:14, 106:16, 107:4, 111:5
**whole** [2] - 8:9, 80:21
**wide** [1] - 62:20
**widen** [1] - 49:23
**willing** [1] - 8:2
**Wilshire** [1] - 109:1
**window** [8] - 109:21, 110:8, 111:4, 116:4, 117:5, 117:6, 118:4
**windows** [4] - 109:6, 111:4, 112:8, 113:15
**Wing** [1] - 89:1
**wing** [1] - 62:22
**wipe** [1] - 61:12
**witness** [46] - 4:5, 9:20, 11:9, 12:2, 12:23, 13:19, 15:9, 16:9, 19:5, 19:22, 19:23, 20:24, 21:19, 22:13, 24:2, 26:14, 37:2, 37:6, 50:8, 61:20, 61:23, 67:12, 73:14, 75:10, 83:1, 83:5, 86:3, 87:1, 91:25, 93:4, 95:14, 96:12, 105:5, 105:6, 105:20, 108:10, 114:23, 114:25, 119:3, 119:4, 119:5, 119:6, 119:12, 120:12
**WITNESS** [9] - 7:14, 30:15, 37:10, 47:13, 62:1, 82:8, 83:8, 92:19, 105:23
**witnesses** [4] - 59:25, 105:3, 118:16, 119:2
**WITNESSES** [1] - 3:2
**Woods** [1] - 28:7
**word** [1] - 64:22
**works** [2] - 114:12, 114:17
**world** [1] - 32:15
**write** [2] - 39:20, 74:17

**writing** [2] - 74:14, 116:3
**writings** [1] - 77:10
**written** [6] - 69:8, 69:9, 69:11, 70:24, 80:3, 100:19

**X**

**Xbox** [16] - 5:2, 7:5, 9:2, 16:12, 16:14, 27:17, 27:22, 27:24, 27:25, 28:1, 36:11, 36:12, 36:14, 36:16, 68:9, 77:23
**Xboxes** [1] - 27:23
**xerox** [1] - 25:11
**Xiomara** [1] - 119:3

**Y**

**Yasin** [1] - 5:2
**years** [9] - 38:2, 56:20, 56:21, 63:1, 83:16, 101:18, 106:6, 106:18, 106:22
**yellow** [1] - 18:13
**Yemen** [2] - 32:7, 55:7
**yesterday** [1] - 99:25
**York** [1] - 80:3
**yourself** [3] - 82:1, 82:15, 104:20

**Z**

**Zion** [2] - 70:18, 70:22
**zip** [1] - 15:20
**zip-up** [1] - 15:20
**zoom** [1] - 35:12

UNITED STATES DISTRICT COURT