1                  UNITED STATES DISTRICT COURT

2                 CENTRAL DISTRICT OF CALIFORNIA

3                   EASTERN DIVISION-RIVERSIDE

4                            - - -

5        HONORABLE VIRGINIA A. PHILLIPS, JUDGE PRESIDING

6                            - - -

7    UNITED STATES OF AMERICA,        )
                                      )
8                      Plaintiff,     )
                                      )
9            vs.                      )   No. EDCR 12-92(B) VAP
                                      )
10   SOHIEL OMAR KABIR,               )        Trial Day 1
     RALPH KENNETH DELEON,            )
11                                    )
                                      )
12                     Defendants.    )
     _____)
13

14

15          REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                     Riverside, California

17                  Wednesday, August 13, 2014

18                         2:43 p.m.

19

20

21

22                 PHYLLIS A. PRESTON, CSR, FCRR
                  Federal Official Court Reporter
23                 United States District Court
                        3470 Twelfth Street
24                 Riverside, California 92501
                        (951) 205-7959
25                      stenojag@aol.com

```
 1    APPEARANCES:

 2

 3    For the Plaintiff:

 4                              OFFICE OF THE UNITED STATES ATTORNEY
                                By:  SUSAN DEWITT
 5                                   CHRISTOPHER GRIGG
                                     ALLEN CHIU
 6                              Assistant United States Attorneys
                                3403 Tenth Street, Suite 200
 7                              Riverside, California 92501

 8

 9

10    For Defendant Kabir:

11                              OFFICE OF THE FEDERAL PUBLIC DEFENDER
                                BY:  JEFFREY AARON
12                                   ANGELA VIRAMONTES
                                     MATTHEW LARSEN
13                              Deputy Federal Public Defenders
                                3801 University Avenue, Suite 700
14                              Riverside, California  92501

15

16

17    For Defendant DeLeon:

18                              DAVID J. THOMAS
                                CJA Appointed Counsel
                                1500 Iowa Avenue, Suite 220
19                              Riverside, California 92507

20

21

22

23

24

25
```

```
 1              WEDNESDAY, AUGUST 15, 2014; RIVERSIDE, CALIFORNIA

 2                               -o0o-

 3              (In the presence of the jury:)

 4         THE COURT:  Ms. DeWitt, you may proceed.

 5         MS. DEWITT:  Thank you, Your Honor.                    02:43

 6         On November 16th, 2012, defendant DeLeon, Miguel

 7    Santana, and Arifeen Gojali packed their bags, they got into a

 8    car in Chino, California, and they left, intent on traveling

 9    overseas, out of the United States, to engage in violent jihad.

10         Their goal was also to join defendant Kabir who, at        02:43

11    that time, was in Afghanistan.  But they were stopped.  They

12    were stopped shortly after they left, by the FBI, and arrested.

13         You're going to see that aerial footage of that

14    arrest during this trial.

15         You're going to also hear that defendant Kabir was        02:44

16    arrested shortly thereafter, in Afghanistan, and brought back

17    to the United States by the FBI in order to stand trial here

18    today.

19         Now, ladies and gentlemen, although the word "jihad"

20    has many different interpretations to different people, the     02:44

21    evidence in this case is going to show that in their own words,

22    when the defendants used that word, they meant "engaging in

23    armed conflict against non-believers," including Americans who

24    they believed were oppressing Muslims in Muslim land.

25         You're going to hear a lot of different names, but        02:45
```

1   the key names that you're going to hear and I want to

2   familiarize you with is, of course, the two defendants, Kabir

3   and DeLeon.  But you're also going to hear considerable

4   evidence about their co-conspirators, Miguel Santana and

5   Arifeen Gojali.  And these are two individuals that were in the          02:45

6   car that day when they were arrested attempting to leave the

7   United States in order to travel overseas.

8           As the Court has already advised you, there are five

9   counts in this case that charge conspiracy.  And what I would

10  ask you to do, as you listen to the evidence, is to just keep          02:45

11  in mind that what is being charged here is a conspiracy.  And

12  as the judge has advised you, and she will advise you again in

13  more detail in her instructions, that's simply an agreement to

14  commit a crime.  And as the Court has already advised you, that

15  is, in and of itself, illegal.          02:46

16          The evidence in support of these charges is going to

17  fall basically into four different areas.  The first is

18  evidence of communications about the plan to engage in violent

19  jihad.  You're going to hear the defendants in their own words

20  talk about their desire to engage in fighting on the frontline,          02:46

21  to act as snipers, to use explosives.

22          You're going to hear them in their or words talk

23  about their willingness to kill in the name of Allah.  And

24  you're going to hear them talk about in their own words their

25  efforts to join Al-Qa'ida and the Taliban.          02:46

1          You're going to hear them acknowledge that the people

2  that they would be fighting against are U.S., British, UN, and

3  Israeli soldiers and troops.

4          You're finally going to hear their willingness, in

5  their own words, to engage in suicide missions and other acts          02:47

6  of violence resulting in death.

7          The second area of evidence that you're going to

8  hear, the second type of evidence, is their acts of preparation

9  in furtherance of these conspiracies, including engaging in

10  physical training to prepare themselves, including for the          02:47

11  terrain that they might face in Afghanistan, and the weight

12  that they would need to carry during combat.

13          You're going to hear about them going to shooting

14  ranges so that they can get practice and experience shooting

15  assault-style rifles that they might expect to use overseas in          02:47

16  combat.

17          And you're going to hear about them going to

18  paintball facilities to simulate the battle conditions that

19  they might encounter overseas.

20          The third area of evidence that you're going to hear          02:47

21  about during the course of this trial is their efforts to

22  execute the plan to travel overseas to engage in violent jihad.

23  And that's going to include, among other things, defendants

24  DeLeon and Santana getting passports so that they could travel

25  overseas.  It's going to include defendant DeLeon helping          02:48

1    Gojali get an expedited passport.  And I'm going to tell you a

2    little bit more about that later, but they had to make up a

3    fake story to justify him getting a passport quickly so that he

4    could join the group, and Mr. DeLeon was the one who helped him

5    do that.                                                    02:48

6         You're going to hear about defendant DeLeon raising

7    money to fund the trip by doing a couple things.  First, by

8    withdrawing his college tuition money to fund the trip, also by

9    selling his car to raise money to fund the trip.  And as you're

10   going to hear, he used that money to book tickets for the group   02:48

11   to travel overseas.

12        You're also going to hear that defendant DeLeon was

13   the person who arranged for a ride to Mexico that day on the

14   first leg of their trip out of the United States.

15        The fourth area of evidence that you're going to hear   02:48

16   about involves defendant Kabir's action simultaneously in

17   coordinating with the defendant and co-conspirators who were in

18   the United States.  In his own words, he talked about how he

19   was working to make connections for them to terrorist groups.

20   He advised defendant DeLeon and the U.S.-based co-conspirators   02:49

21   about details for travel, routes to take, things that they

22   needed to do.  And he helped prepare them -- prepare a place

23   for them to stay once they got there, as he told them, *I have a*

24   *pad set up for you,* and he also told them, *I have people here*

25   *who will meet you upon your arrival.*                       02:49

 1            During the course of the trial, ladies and gentlemen,

 2    you're going to hear about different types of evidence that

 3    help support the charges in this case.  And those include,

 4    among other things, physical items of evidence, many of which

 5    were seized pursuant to search warrants executed during the          02:49

 6    course of this investigation.  And just to give you some

 7    examples of the types of evidence that you will see that help

 8    support and prove the charges hear, you will see luggage, the

 9    luggage that they took with them that day, or tried to take

10    with them that day when they traveled overseas.  Military           02:50

11    uniforms, documents, including bank records and receipts, and

12    plane tickets.

13            You're going to see computers that were seized.

14    You're going to see cell phones that were seized.  You're going

15    to see other digital items like iPads and thumb drives.  And        02:50

16    you're going to get to hear about the types of material that

17    they had on those devices, including an extensive collection of

18    radical material, Anwar al-Awlaki lectures, and other things of

19    extremist nature.

20            You're also going to see extensive written                  02:50

21    communication between the defendants, defendant Kabir and

22    defendant DeLeon and the co-conspirators, including emails

23    between them, *Facebook* posts and messages, and text messages.

24            You're also going to hear, ladies and gentlemen,

25    extensive recordings of the defendants' conversations in their      02:51

1    own words.  So you're going to hear what they said and how they

2    interpreted things and what they were doing.

3         You're also going to see video recordings and

4    photographs showing the co-conspirators in acts of preparation

5    and executing their plan to travel overseas, including shooting        02:51

6    ranges, engaging in paintball activities, and going to the

7    passport offices.  You're going to actually see video and

8    photographs of them doing these things which, ladies and

9    gentlemen, are themselves overt acts in furtherance of these

10   conspiracies.                                                          02:51

11        You're also going to see extensive evidence of

12   radical and extremist material that was both collected by these

13   individuals but also shared by these individuals.  And you're

14   going to hear during the course of the trial that they not only

15   shared and collected these things, but they would play them          02:51

16   when they were in each other's company so that they could share

17   the beliefs and they could share the information that was

18   contained in those lectures.

19        You're going to hear that in addition to that they

20   shared radical and extremist material through their *Facebook*        02:52

21   and through other means of Internet communication, including

22   links to videos and lectures about martyrdom operations, links

23   to videos about making IEDs and bomb making.  And in

24   particular, extensive sharing of information about Anwar

25   al-Awlaki and Usama Bin Laden, and not only sharing that              02:52

1    material but also sharing links and other material related to

2    those individuals.

3              And you're going to hear, ladies and gentlemen, that

4    Anwar al-Awlaki and Usama Bin Laden were two individuals that

5    defendant Kabir and defendant DeLeon idolized and looked up to.    02:52

6    And there are two individuals, in particular, Anwar al-Awlaki,

7    whose beliefs they adopted as their own.

8              Now, when defendant DeLeon and Mr. Santana and Gojali

9    got into the car that morning, their plan was to drive down to

10   Mexico, and then from Mexico fly overseas.  And the reason that   02:53

11   they did that, ladies and gentlemen, is because they wanted to

12   avoid having to go into a U.S. airport and face U.S. potential

13   security by going through a U.S. airport.

14             You're going to hear during the course of this trial

15   that the defendants and the co-conspirators were extremely        02:53

16   security conscious and they wanted to avoid law enforcement

17   detection.  And one of the ways that they did that was through

18   the extensive use of code words.  I'm going to talk a little

19   bit later about the different code words that they used.  But

20   they did that in order to have people who were listening to       02:53

21   them, or might be listening to them, not know what they were

22   talking about.

23             You're also going to hear that on this particular

24   trip that they took that day they talked about how important it

25   would be for them to wear western-style clothing, so as to not    02:54

1  draw attention to themselves.  And they talked about taking

2  things in their luggage that might throw off the authorities if

3  someone were to search their luggage.  And an example of that

4  was to take Xboxes with them.  And as you're going to see, when

5  they left that day, they in fact had Xboxes in their luggage.   02:54

6         Now, that day Mr. DeLeon, defendant DeLeon, had

7  booked the group tickets from Mexico to Turkey, and Turkey was

8  going to be their transit -- their transit point along the way.

9         As the evidence will show, it's not that easy to get

10 into Afghanistan.  But they had -- they had an advantage.  They   02:54

11 had something extra.  They had a man on the ground.  They had

12 defendant Kabir who was in Afghanistan at that time.  So they

13 had somebody there who could help them to get into Afghanistan.

14        As the evidence will show, in the days, weeks, and

15 months leading up to that day that they tried to leave the   02:55

16 United States to travel overseas, that they were in regular

17 contact with defendant Kabir.  They talked to him over the

18 Internet via Skype -- and for those of you who are not familiar

19 with Skype, it's a way of sort of making a phone call or video

20 call, a video conference, but through the Internet.  And they   02:55

21 were in regular contact with him both through Skype, through

22 emails, and through *Facebook* messages and through *Facebook*

23 posts.

24        You're going to hear that during this time period and

25 in the efforts leading up to that November 16th attempt to   02:55

 1   depart for overseas, that they had a number of conversations

 2   with him, including during which defendant Kabir told them

 3   about his connections that he had made in Afghanistan.  You'll

 4   hear that the defendant talked to them and gave them advise on

 5   routes to take and not to take.  He encouraged the group, in        02:56

 6   fact, to travel earlier because they had originally talked

 7   about traveling in December, and he encouraged them to come

 8   earlier.

 9          He also told them how to prepare and train, including

10   doing squats to build up their leg strength for the terrain        02:56

11   that they would be facing.

12          He talked to them about getting visas and passports.

13   He encouraged defendant DeLeon to sell his car, which, as

14   you've heard, he did.

15          He arranged for a place for them to stay when they          02:56

16   arrived.

17          And finally, he told them, in this month leading up

18   to their departure, that he might be going on a one-way or

19   suicide mission, but not to worry, that he would arrange to

20   have someone meet them if he did not return.                       02:56

21          During the weeks leading up to -- the weeks and days

22   leading up to the day of their departure, they also had

23   extensive discussions amongst the group about cover stories

24   that they would use to get into Afghanistan.  And they wanted

25   to use a cover story to sort of throw off the authorities and      02:57

```
 1    not attract attention as to why these four people were -- who
 2    sort of seemed like an odd group -- were traveling into
 3    Afghanistan.  So they made up a story about being cologne
 4    salesmen in an import/export business.  They rejected that.
 5    And then they talked about pretending that they would be          02:57
 6    enrolling in a school in Afghanistan.  And they ultimately
 7    decided to go with a cover story that involved pretending that
 8    they were going to a wedding.  And you're going to hear there
 9    was a lot of conversations between the group of them about
10    possibly getting notarized wedding invitations or other           02:57
11    documentation to show that they were going into Afghanistan for
12    some legitimate reason other than to go over and fight in
13    furtherance of jihad.
14            You're also going to hear, ladies and gentlemen,
15    during the course of this trial that the word "wedding" had       02:58
16    another meaning besides being a cover story for their travel
17    into Afghanistan.  It's a word that is also used as code to
18    mean *traveling to engage in violent jihad*.  And in fact, the
19    day before they left there was a conversation between defendant
20    DeLeon and Mr. Gojali in which he explained to him that code      02:58
21    word "wedding" and what it meant, and he told him about a
22    conversation that he had just had with somebody that he had
23    sought advice from about their travels overseas to engage in
24    violent jihad.
25            You're going to hear, ladies and gentlemen, that in       02:58
```

1   addition to those things defendant Kabir had a very specific

2   idea about how he could contribute to the plan, aside from

3   helping them with the logistics on the ground.

4          Shortly before they left, he called Mr. DeLeon.  He

5   called defendant DeLeon, and he asked defendant DeLeon to bring          02:59

6   with him to Afghanistan his military uniforms.

7          Now, you're going to hear during the course of this

8   trial that earlier, in early 2000, Mr. Kabir had been a member

9   of the Air Force.  Mr. Kabir called defendant DeLeon and he

10  asked him to bring his uniforms.  He said, *Go talk to my*          02:59

11  *brother, go to my parents' house in Pomona*, because that's

12  where he had left his uniforms when he had left the country.

13         Now, defendant DeLeon decided against taking his

14  uniforms with him and didn't want to have any additional

15  scrutiny because of having military uniforms in his luggage.          03:00

16  But what you're going to hear, ladies and gentlemen, is that

17  the very same day that defendant DeLeon was arrested, the FBI

18  executed search warrants at defendant Kabir's family's home and

19  they found those military uniforms.  They found those military

20  uniforms exactly where defendant Kabir said they would be.          03:00

21         As you've heard, ladies and gentlemen, although

22  defendant DeLeon and the co-conspirators did not have the final

23  steps in their itinerary worked out, they had a plane ticket to

24  Turkey.  They didn't have the steps from Turkey to their next

25  step worked out at that time, they nevertheless decided that          03:00

1    they would press forward.  They decided to get in that car and

2    to begin their travel overseas.  They didn't care that they

3    didn't have that final leg in their journey worked out.  They

4    wanted to go.  They were ready to go.  And they got in the car

5    and tried to go.                                               03:01

6         The evidence will show, ladies and gentlemen, that in

7    addition to believing that engaging in violent jihad and dying

8    in the name of Allah would get them heavenly rewards, the

9    defendants adopted a belief system that said even trying to do

10   so would get you heavenly rewards.  Taking steps in that       03:01

11   direction would get you heavenly rewards.  And as the evidence

12   will show in this case, defendant Kabir and defendant DeLeon

13   took many, many, many steps towards violent jihad.

14        And that is, in fact, what this trial is about.  It's

15   about how these two defendants and their co-conspirators came   03:01

16   to be on that path to violent jihad, how they came to decide

17   that they needed and had an obligation to fight overseas, and

18   how they decided that they wanted to join Al-Qa'ida and the

19   Taliban.

20        Ladies and gentlemen, during the course of this trial     03:02

21   you're going to hear about a number of different leaders and

22   groups, and these are individuals that the defendants and the

23   co-conspirators were particularly interested in and were

24   interested in and believed in and followed.

25        The first is Al-Qa'ida, or as the defendants would        03:02

1  refer to them sometimes AQ, by the abbreviated initials, and

2  Usama Bin Laden.  As the Court just instructed you, Al-Qa'ida

3  is designated officially as a foreign terrorist organization by

4  the Secretary of State.  It's an organization that was

5  established by Usama bin Laden.  And Al-Qa'ida is, as many of          03:02

6  you may know, the terrorist organization that claimed

7  responsibility for the attacks in the United States on 9/11.

8          Another group that you're going to hear about is the

9  Taliban.  The Taliban is a hardline group in Afghanistan that

10  has fought for power there since the 1900s -- the 1990s, excuse      03:03

11  me -- and allied itself with Al-Qa'ida and, in fact, provided

12  Al-Qa'ida with a safe haven in Afghanistan prior to the 9/11

13  attacks.

14          You're also going to hear about an individual by the

15  name of Anwar al-Awlaki.                                              03:03

16          Anwar al-Awlaki is a prominent Al-Qa'ida figure.

17  Anwar al-Awlaki was extremely influential in radicalizing

18  individuals in extremist views of Islam.  And he did this by

19  publishing, extensively, lectures and videos and other material

20  over the Internet, and in English.  So his material was            03:03

21  particularly accessible to people who only spoke English.  And

22  his extremist views, in particular, were that violent jihad

23  against Americans was a binding obligation of Muslims.

24          And you're going to hear, ladies and gentlemen, that

25  the defendants in this case and the co-conspirators collected,     03:04

1  extensively, material by Anwar al-Awlaki, and they shared that

2  material amongst each other.  And importantly, they adopted the

3  views and the values of Anwar al-Awlaki.

4        And finally, most importantly, they attempted to put

5  those views into action.  And that's what -- that's what        03:04

6  they're charged with here, is adopting those views and

7  attempting to put them into action.

8        You're going to hear that defendant DeLeon, in

9  particular, had a lot of the Anwar al-Awlaki and other radical

10  extremist material.  He would actually take it with him.  He    03:05

11  had it on thumb drives.  He had it on his iPhone, saved and

12  downloaded onto his iPhone.  And he had many of these materials

13  downloaded on his laptop computer, a Sony Vaio, you're going to

14  hear more about during the course of this trial.

15        I mentioned to you earlier about the word "jihad."        03:05

16  And again, this is a word that has different interpretations

17  for different people.

18        You're going to hear about the defendants using the

19  word, "fisabililah or "jihad fisabililah."  And again, in their

20  own words they adopted a definition of these words, meaning to  03:05

21  engage in armed conflict, to engage in violent jihad.

22        You're also going to hear that they used the word

23  "mujahideen" or "mujahid," which roughly refers to holy

24  warriors engaging in fighting.

25        And finally, they used in their discussion an             03:06

1    important concept to them, which was "shaheed," which means to

2    die as a martyr.

3          Now, the FBI first learned about co-conspirator

4    Santana's interest in violent jihad by seeing his public

5    postings on a social media site called *Tumblr.*                    03:06

6          Now, when they first saw these postings on this

7    *Tumblr* site -- and this didn't require anything other than to

8    look at a publicly available posting -- they didn't know that

9    much about Santana.  They didn't know who he was associating

10   with, and they didn't know the full scope of his activities, so   03:06

11   they employed a confidential source.  And you're going to hear

12   a lot about the confidential source during the course of this

13   trial, so let me tell you a little bit about him.

14         He was a Muslim.  He first met defendant DeLeon at a

15   mosque, and he's an individual who had worked for the FBI        03:07

16   before this investigation.  And he worked on a number of cases,

17   and he got paid.  He got paid for his work that he did for the

18   FBI.

19         You're also going to hear that he had a prior

20   conviction for trafficking in pseudoephedrine.  And for those    03:07

21   of you who aren't familiar with that, that's one of the

22   ingredients that you use to make methamphetamine.

23         During the course of the investigation, defendant

24   DeLeon and his co-conspirators made friends with the

25   confidential source.  And the confidential source, during these   03:07

1  interactions, would record their conversations.  And you're

2  going to be able to hear those conversations.  And because he

3  made those recordings, you're going to be able to hear what

4  they said and what they believed in their own words.  And you

5  can decide and you can assess those statements.                          03:08

6          During the course of the investigation, you're going

7  to also hear about a very important conversation that happened

8  in May of 2012.

9          In 2012, this is when defendant DeLeon first told the

10 confidential source about the plan that the defendants and the           03:08

11 co-conspirators had to travel overseas and engage in violent

12 jihad.

13         So in May of 2012, for the first time defendant

14 DeLeon tells the confidential source about a plan that they had

15 already made, a plan that preexisted him ever meeting the                03:08

16 confidential source.  And he told the confidential source that

17 -- in fact, this was the first time he had really told anybody

18 else about the plan, and he invited the confidential source to

19 join the plan.  So the confidential source, as you'll hear,

20 pretended to join the group.  He went along with them on their          03:09

21 activities.  And by doing so -- in fact, he was even in the car

22 the day that they were arrested.  He was in the car when they

23 tried to leave to go overseas.

24         By doing so, by befriending the defendants and the

25 co-conspirators, the FBI was able to monitor and know and see           03:09

1  what they were doing in real time and be able to basically

2  track their actions and keep an eye on them.

3          The evidence is also going to show, ladies and

4  gentlemen, that the confidential source did another really

5  important thing, and that is, not one, but on two different        03:09

6  occasions he asked defendant DeLeon if defendant DeLeon

7  wouldn't be interested in doing the other kind of jihad, the

8  other kind of jihad, jihad being, as he made clear to

9  Mr. DeLeon, would be having a wife, raising kids, getting a

10 job, being a good Muslim.  And Mr. DeLeon -- defendant DeLeon's   03:10

11 response to that, on two different occasions when he was

12 specifically asked whether or not he would accept that

13 alternative view of jihad, was to say, *No, that's not what I'm*

14 *interested in.  That's not the form of jihad that I'm*

15 *interested in.  That's not the kind of jihad that's going to*      03:10

16 *get me heavenly rewards or get me into paradise*.

17         I'm going to run through with you a few of the key

18 events and acts of preparation that happened over the course of

19 the charges that are now pending before you.

20         In 2010 -- this is an important date -- Mr. Kabir met      03:10

21 DeLeon and Santana in a hookah bar.  And in that time period of

22 2010, he converted them to Islam and, significantly, he

23 converted them to a very violent Islamic view of Islam.  It's a

24 violent doctrine that included the views of Anwar al-Awlaki.

25 He introduced them to Anwar al-Awlaki.  He introduced them to      03:11

1  his belief system.  And as the evidence shows, they adopted

2  those views, and that is the time when they first formed their

3  plan to travel overseas to engage in violent jihad.

4          In January of 2012, you're going to hear that

5  co-conspirator Santana, when he was traveling back from Mexico          03:11

6  back into the United States, got stopped at the border by

7  border protection officers.  And when he came into the United

8  States, he had had in his possession a copy of a magazine

9  called *Inspire*.  And you're going to hear that *Inspire* magazine

10 is a jihadi propaganda magazine that's designed to do two                03:12

11 things:  One, inspire people to engage in violent jihad, but

12 also to give them information about how to do so.

13         In the first edition of *Inspire* that was ever

14 published, they had an article called, *How to Make a Bomb in*

15 *the Kitchen of Your Mom.*  And articles like that that were             03:12

16 included in *Inspire* magazine.

17         In May of 2012, as I mentioned, this is the very

18 first time that the confidential source learns about the fact

19 that defendant Kabir, Santana, and defendant DeLeon have a

20 preexisting plan to travel overseas and engage in jihad.                 03:12

21         You're going to hear that after that, in July of

22 2012, Miguel Santana makes a point to go and renew his passport

23 so that he can in fact travel overseas.

24         On August 31st, 2012, you're going to hear that there

25 was a very, very important conversation that happened that day.          03:13

1   It was a Skype conversation between defendant DeLeon -- excuse

2   me -- defendant Kabir calling to defendant DeLeon and the

3   co-conspirators in the United States.  And during that

4   important Skype call, defendant Kabir tells DeLeon and Santana,

5   *Everything is good to go if you guys come out here.*                    03:13

6          And he, at that time, keep in mind, is in

7   Afghanistan.

8          He tells them that he's about to go out to do some

9   physical training.  And he tells the group that he has made

10  connections with the students, and that they will then advance    03:13

11  to the professors.  And during this conversation -- and you're

12  going to hear this conversation, the recording of this

13  conversation -- Santana and DeLeon explain that the "students"

14  means the "Taliban," and that the "professors" mean

15  "Al-Qa'ida."                                                             03:14

16         And again, these are just other examples of code

17  words that these individuals used, that the co-conspirators

18  used to throw off law enforcement detection.

19         And during the course of this conversation,

20  essentially what they're saying is they're going to go over and   03:14

21  meet these "connections," which is the Taliban, and if things

22  go well with the Taliban, they advance to the "professors,"

23  which is Al-Qa'ida.

24         Defendant Kabir tells defendant DeLeon and Santana

25  during the Skype call that he has told the brothers about them    03:14

1    and that they had said, *Bring them down*.

2            In addition to those code words in the course of this

3    particular conversation, they also talk about orphans, that

4    they need to fund the orphans and work with the orphans.  As

5    they explained during the course of this conversation, the word      03:14

6    "orphans" meant mujahideen or mujahideen fighters.

7            Next area that you're going to hear about is the

8    online communications between the defendants.

9            Now, at this time, even though defendant Kabir had

10   traveled ahead of the group and had gone to Afghanistan before      03:15

11   them, he, nevertheless, stayed in very close communications

12   with the other defendants and co-conspirators -- the other

13   defendant and co-conspirators.  And you're going to hear

14   evidence about this very close interconnectedness that the four

15   of them had.  And it's evidenced by the email communications        03:15

16   between them, the *Facebook* postings that they shared with each

17   other and "liked" and sent to each other.  And you're going to

18   hear that in addition to just communicating online between each

19   other, like sending messages, text messages and substantive

20   messages to each other, they also shared extremist media that       03:16

21   was important to them and significant to them.  And a couple of

22   examples of those would include martyrdom operation -- links to

23   martyrdom operations, to videos about IED attacks, videos about

24   suicide bombings, videos and links -- videos about mujahideen

25   fighters, and a variety of material espousing violent jihad.        03:16

1    And most particularly, as I mentioned before, material that

2    featured Anwar al-Awlaki and his views.

3              And one thing that's important about these

4    communications is that it included all of the co-conspirators.

5    It included defendant Kabir, defendant DeLeon, and                    03:16

6    co-conspirator Santana.  It did not include the confidential

7    source.  The confidential source never communicated with these

8    individuals over the Internet.

9              Now, after this August 31st communication that I

10   mentioned to you where they first learned that defendant Kabir    03:17

11   has found connections in Afghanistan -- the students and the

12   professors -- you're going to hear that that's when their

13   activities really ramped up.  They accelerated all of their

14   activities, their acts of preparation, and their efforts to

15   execute the plan.                                                     03:17

16             In September, defendant DeLeon made four different

17   trips to firing ranges:  September 10th, September 20th,

18   September 21st, September 30th.  And on a number of those

19   occasions -- in all of those occasions, co-conspirator Santana

20   went with him, and on one occasion Mr. Gojali went with him.       03:17

21   And you're going to hear that defendant DeLeon researched --

22   researched which firing ranges to go to because he wanted to go

23   to a firing range where they could fire and practice with

24   assault-style weapons, not just handguns.  He wanted to go some

25   place where they could shoot AK-47s and other assault-style          03:18

1   weapons.

2          You're also going to hear that he and Mr. Santana

3   talked about reading materials about training, training to

4   engage in combat, including, for example, how to -- you know,

5   what stances to take.  And they read about this in, among other          03:18

6   things, *Inspire* magazine.

7          That month that, that busy month of September 2012,

8   you're going to hear that they also made two trips to the SC

9   Village Paintball facility on September 16th and 23rd -- and

10  that's defendant DeLeon.          03:19

11          And if you go back one, they also, during this time

12  period, joined a gym and went running and hiking to increase

13  their physical fitness in order to get themselves ready to

14  prepare for combat.

15          In September, they also -- this is also when          03:19

16  defendant DeLeon got a refund check of his college tuition.

17  And this is a photocopy of the canceled check for his tuition.

18          And finally, at the end of September a very

19  significant and important event happened.  And that is, that

20  defendant DeLeon recruited a new member to the group.  That's          03:19

21  when co-conspirator Gojali first joined the group, was at the

22  end of September.

23          In October, defendant DeLeon lists his car for sale.

24  And as you can see on this *Craigslist* ad, he puts in the ad,

25  *I'm getting rid of it because I'm leaving the country ASAP.*          03:20

1   *Need money fast.*

2          In early November, defendant DeLeon picked up his

3   Philippine passport so that he would be ready and able to

4   travel overseas.

5          You're going to hear that on November 13th he helped      03:20

6   defendant Gojali.  Keep in mind he just joins the group.  He

7   helped him also to get a passport.  But they needed to get his

8   passport quickly, so this is what defendant DeLeon did:

9          First of all, he booked him a ticket to travel

10  overseas so that he could go to the passport office and show    03:20

11  them that he had a need to travel; he had a ticket and it was

12  urgent to get his passport.  He went with Mr. Gojali to the

13  passport office and actually helped him apply for the passport.

14  And when he was going to the passport office with

15  co-conspirator Gojali, he actually coached him on a fake story  03:21

16  to tell them so that they could justify getting the passport

17  expedited.  And the fake story that they finally came up with

18  was that Mr. Gojali needed to fly over to a funeral for the

19  death of his grandfather.

20         And you're going to hear that defendant DeLeon even       03:21

21  went into the passport office with him and paid for his

22  passport.

23         And this, ladies and gentlemen, is a picture of

24  Gojali picking up his passport the very next day, his expedited

25  passport.  And this is him after he has picked up his passport, 03:21

1    rather proudly holding it up to show the group, to show his

2    co-conspirators who were waiting for him in the parking lot

3    straight ahead of where he's facing, *Hey, it worked.  I got my*

4    *passport.*

5            You're going to hear that in November defendant

6    DeLeon finally was able to sell his car.  And you may hear that

7    it took him a lot of effort to do that and he had to, in fact,

8    even lower the price several thousands dollars.  But he was

9    desperate to sell the car so that he would have money to fund

10   the trip.

11           And you're going to hear that on November 15th

12   defendant DeLeon booked tickets for the group to travel from

13   Mexico to Turkey.

14           You're also going to hear, ladies and gentlemen, that

15   when they booked the trip to Turkey, defendant Kabir was a

16   little bit concerned about the fact that they were going to

17   Turkey and said, *Why are you going there?  Why are you wasting*

18   *time*?

19           He didn't understand why they were stopping there.

20           And defendant DeLeon got a little upset about the

21   fact that, you know, of course, *You were the one that suggested*

22   *that as a way to go*, why was he upset?

23           So they had a conversation about it, a heated

24   conversation about it.  And defendant Kabir, after that

25   conversation -- during that conversation, reassured him,

03:21

03:22

03:22

03:22

03:22

1   basically said, *Calm down.  You guys are stressing.  And by the*

2   *way, before you leave, check the weather in Turkey because it's*

3   *pretty cold.  You need to make sure you pack appropriately for*

4   *the weather there.*

5           And as you've heard, ladies and gentlemen, even

6   though they didn't have that final leg of the trip worked out,

7   they were intent on going.  They wanted to go.  And so they got

8   into the car and they left.  They attempted to leave the United

9   States to travel overseas.

10          Finally, ladies and gentlemen, as I mentioned, there

11  are a number of conversations that were recorded during the

12  course of this investigation.  And you heard me refer to a

13  couple of them already, but I want to refer to a few more that

14  you will hear during the course of the trial.  And these are

15  conversations where you will hear again the defendants in their

16  own words.

17          In one conversation, defendant DeLeon talked about

18  that the only way that they will be victorious is by the sword.

19          In one conversation, Santana talks about a

20  conversation that he had with defendant Kabir where defendant

21  Kabir tells him that the military are the true terrorists, and

22  he encourages Santana to join the other side, the righteous

23  cause on the other side, the worthy cause.

24          You're going to hear multiple conversations by the

25  conspirators where they talk about joining Al-Qa'ida, joining

1    the Taliban, among other groups.  You're going to hear

2    conversations by defendant DeLeon and Santana acknowledging

3    that when they're in Afghanistan they're going to be fighting

4    against U.S., UN, British, and Israeli troops.

5            In one recorded conversation, you're going to hear      03:24

6    defendant DeLeon and Santana be asked if they would have any

7    trouble killing people on the battlefield.  And in response to

8    that, Santana says, *No, if it's for Allah.  No.*

9            And DeLeon says, *I feel like Miguel.  I will snipe*

10   *the guy off.  I am so ready.  The least I can do is blow his*    03:25

11   *brains out*.

12           In another conversation, defendant DeLeon and Santana

13   are asked what role they want to have when they go overseas to

14   fight in combat.  And defendant DeLeon says, *Frontline first*.

15           That's his first choice, is to be on the frontline.     03:25

16   And his second choice is C-4, which you're going to hear,

17   ladies and gentlemen, refers to the use of plastic explosives.

18           Santana's response to what roles he wants to take is,

19   he wants to be a sniper first.  His second choice would be to

20   be on the frontline.  And his third choice would be artillery.  03:25

21           In an October Skype call, that's a call from

22   defendant Kabir to the conspirators here in the United States,

23   he tells, in particular in this particular one, Santana, that

24   he's working on making additional connections and that he has

25   met a person with connects to Al-Qa'ida in Pakistan.  And so he 03:26

1    throws that out to the group as, *In addition to the people I*
2    *have here in Afghanistan, there is these other connections that*
3    *I've made to Al-Qa'ida in Pakistan.*

4         In October, you're going to hear a conversation that
5    defendant DeLeon is involved in, in an apartment where he's          03:26
6    having a fairly lengthy and sort of heated discussion about the
7    justifications for suicide killing.  And he concludes by
8    saying, *My intent is to give my life for Allah.*

9         Finally, in November, on November 6th, you're going
10   to hear a recorded conversation that I alluded to earlier, in       03:26
11   which defendant Kabir tells DeLeon he's going on a mission and
12   it's a mission that involves explosives, and that he may not
13   return.  And in response to this, defendant DeLeon's reaction
14   is, *Wow, I'm down for that.*

15        Defendant Kabir tells him that he's made plans for            03:27
16   someone to meet them and not to worry in case he doesn't come
17   back; there will be somebody there to greet them.

18        As the evidence will show, ladies and gentlemen, the
19   defendants put these words into action.  They put these words
20   into action the day they got into that car and attempted to        03:27
21   travel overseas.  They put these words into action with every
22   act of preparation, with every act of trying to execute this
23   plan.  And their plan here was their mutual agreement to engage
24   in violent jihad.  And that mutual agreement is what forms the
25   basis for the charges in this case.                                03:28

 1          And, ladies and gentlemen, at the conclusion of the

 2   trial we're going to ask you to return the only true verdict,

 3   the only verdict supported by the evidence, and that's guilty

 4   of all five counts.

 5          Thank you.                                                03:28

 6          THE COURT:  Thank you.  All right.

 7          Ladies and gentlemen, we'll take a recess before you

 8   hear argument from other counsel.  Remember, don't discuss the

 9   case.  Don't make up your minds or form any opinions.  Don't do

10   any research.                                                    03:28

11          Thank you.  You're excused for 15 minutes.

12                     (Recess)

13               (Out the presence of the jury:)

14          THE COURT:  Mr. Thomas.

15          MR. THOMAS:  Yes.  Thank you, Your Honor.                 03:47

16          THE COURT:  We're going to bring the jury down and

17   line them up, but I guess you have something brief to --

18          MR. THOMAS:  Really quick, Your Honor.

19          Normally, I'm at that table and I'm used to the

20   audio/video there, but they wired another cord for me here.  I  03:47

21   wanted to be able to do opening from here, if you don't mind,

22   so I can run my --

23          THE COURT:  Oh, certainly, but Ms. Viramontes is

24   going to go next.

25          MR. THOMAS:  Right.  And then we'll just hit a switch    03:48

1    and then I'll do mine.

2                     (In the presence of the jury:)

3              THE COURT:  Let the record reflect the presence of

4    all members of the jury, all counsel, and the defendants

5    present.                                                        03:50

6              Ms. Viramontes, you may proceed.

7              MS. VIRAMONTES:  Thank you, Your Honor.

8              Good afternoon.  Mr. Kabir had two paths in front of

9    him.  One was the path to terrorism, as the Government just

10   argued, and the other path was the path to crazy.  And that's   03:50

11   the path that he felt.

12             Over the next couple of weeks the evidence will show

13   that Mr. Kabir was immature, he was low functioning, and he was

14   lost.

15             This case doesn't begin in 2002 -- 2010.  I'm sorry.  03:50

16   This case begins over 30 years ago when Mr. Kabir's father, who

17   was a colonel in the Afghan Army, refused to join the communist

18   when they invaded Afghan.  Because his father refused because

19   of his political beliefs, the family sought asylum in the

20   United States of America.  Mr. Kabir moved to this country when 03:51

21   he was just two years old.

22             Mr. Kabir's family immigrated to the Inland Empire.

23   He grew up eating pizza.  He grew up playing Xbox.  He grew up

24   playing video games.  He was never a good student.  And when he

25   finished high school, he decided to go on to junior college,    03:51

1    but that wasn't really working out for him.

2          At 22 years old, Mr. Kabir decided to enlist in the

3    Air Force.  He hoped the Air Force would give him direction.

4    He hoped the Air Force would help him pay for school.  His

5    father, who he looked up to, had also been a colonel in the          03:52

6    Afghan Army for ten years.  Mr. Kabir loved serving in the Air

7    Force.  But less than a year in his service, Mr. Kabir was in a

8    car accident and he developed painful headaches.  And then he

9    had his first seizure.  He had a grand mal seizure where he

10   violently shook, and he lost consciousness.  He had another       03:52

11   seizure.  Air Force doctors diagnosed him with epilepsy.

12         Doctors put him on seizure medication; the medication

13   didn't stop the seizures.  Mr. Kabir wanted to stay in the Air

14   Force, but about six months later the Air Force determined that

15   he could no longer serve because of the seizures.  He received    03:53

16   an honorable discharge with disability pay at ten percent.

17         Mr. Kabir had health problems after the seizures

18   started.  He had to move home.  And his friends and family will

19   tell you that he was tired, that he was weak, that he had a

20   hard time remembering things.  With the seizures, he would        03:53

21   violently shake and lose consciousness, and often he would hit

22   his head.

23         Mr. Kabir, one day, was out driving and he had a

24   seizure while he was driving.  His car smashed into a telephone

25   pole and he had to be airlifted to a hospital.  After that, the   03:53

 1    DMV took away his driver's license.

 2           Mr. Kabir's mother, his father, his brothers, and his

 3    sister-in-law all tried to help him.  He had to live at home

 4    with them.  He had to work for his brothers in their office

 5    because he couldn't function in the workplace.                    03:54

 6           His sister-in-law, Rosa Maldonado, who will testify

 7    in this trial, will tell you that Mr. Kabir would throw away

 8    important documents, that he would leave cash from customers

 9    out on his desk in plain sight.

10           And you'll hear from Mr. Kabir's friends and family      03:54

11    that Mr. Kabir got interested in some whacky, crazy talk.  He

12    was into UFOs.  He was into anti-vaccination campaigns.  He was

13    into conspiracy theories about masons.  And he'd like to say

14    shocking and controversial things.  There is no doubt about

15    that.  And he would put shocking and controversial and           03:55

16    offensive things on his *Facebook* page, and he liked the

17    attention he got for it.

18           He also started to smoke a lot of marijuana.  And

19    marijuana helped him feel better, and he felt like it was

20    helping to control the seizures.  He started to spend a lot of   03:55

21    time smoking marijuana at a hookah bar, which you're going to

22    hear a lot about in this case.  It's called the Velvet Room.

23    It's across the street from Ontario Mills, in Ontario.  And

24    Mr. Kabir is kind of drifting through life, smoking marijuana,

25    eating pizza, watching the Lakers at the hookah bar.            03:55

1           At this hookah bar is where Mr. Kabir meets

2    Mr. Santana and Mr. DeLeon for the first time.  The three of

3    them happened to be there at the same time.  They'll smoke some

4    marijuana, then they'll have a great time talking about

5    religion and conspiracy theories.                                03:56

6           Mr. Kabir's family decides that they want him to live

7    the life of a 29-year-old man.  They pressure him to get

8    married.  He gets married.  The marriage only lasted a couple

9    of months.

10          When Mr. Kabir is 33 years old, his family decides       03:56

11    that he should go live in Germany.  They have family who lives

12    in Germany, and it will be a new start for him.  Mr. Kabir's

13    relatives can help look after him because he's not able to live

14    by himself because of the seizures.  And in Germany, Mr. Kabir

15    won't need to drive like he does in the Inland Empire.  Maybe    03:56

16    he'll even find a wife.

17          Mr. Kabir doesn't tell Mr. Santana, Mr. DeLeon, or

18    Mr. Gojali that he's going to Germany.  They find out he's in

19    Germany after he's already there.

20          Mr. Kabir's mother, who you'll hear from in this          03:57

21    case, she buys him a plane ticket; she buys herself a plane

22    ticket.  And she'll tell you she didn't think he could handle

23    buying plane tickets on his own.  She then flies with him to

24    Germany because she'll tell you she didn't think he could fly

25    there by himself.                                                03:57

1          And over the next couple of months, Mr. Kabir lives

2    with different family members in Germany, but he always lives

3    with relatives.  He never lives by himself.

4          You'll hear from Mr. Kabir's aunt, Waheeda Maher, who

5    lives in Germany, and she will tell you that Mr. Kabir wanted          03:57

6    to stay in Germany.  He tried to learn German.  He took

7    language classes.  He walked long distances in the cold, in

8    sandals, to get to his German class.  She'll tell you she's the

9    one that had to buy him warm shoes because he didn't have any.

10   Mr. Kabir discussed the requirements to live in Germany with          03:58

11   his aunt and with his uncle, and they tried to advise him about

12   what to do.

13         Mr. Kabir, when he was in Germany, got this

14   certificate doing an online program so he could teach English.

15   He wanted to stay in Germany.  And Mr. Kabir's aunt tried to          03:58

16   help him find work because he wasn't able to do it on his own.

17         Mr. Kabir, though, he had visa problems.  His visa

18   was about to expire.  You'll hear from the lawyer in Germany,

19   that Mr. Kabir talked to, and that lawyer advised Mr. Kabir

20   about what he needed to do to legally stay in Germany.                03:58

21         Mr. Kabir's family also knew that he wanted to stay

22   in Germany.  His big brother will tell you that he didn't think

23   Mr. Kabir could solve his visa problems on his own, so his big

24   brother flew from Pomona all the way to Germany to help his

25   little brother with his visa problem.                                 03:59

1            Mr. Kabir and his big brother thought if Mr. Kabir

2    went to Switzerland that his visa would reset when he came back

3    to Germany and he would have another six months in Germany.

4    Well, the information they got wasn't correct.  When Mr. Kabir

5    and his brother came back from Switzerland to Germany, they                03:59

6    found out Mr. Kabir didn't have a new visa and that his visa

7    was going to shortly expire.

8            Mr. Kabir didn't want to go back to the United

9    States.  He liked the independence that he had living in

10   Germany.  He also had another problem, that he was running out            03:59

11   of money.  Germany is not a cheap place to live, and he's not

12   working, and his family can't continue to support him.

13           Unknown -- unknown to Mr. Kabir or Mr. DeLeon, while

14   Mr. Kabir is in Germany, the FBI sent a confidential informant

15   into the mosque that Mr. Santana and Mr. DeLeon and Mr. Gojali           04:00

16   are attending, to investigate Mr. Santana, not Mr. Kabir.

17           You'll hear from Mr. Santana in this case.  He's a

18   cooperating witness.  He's going to testify for the Government,

19   and he's going to get a benefit for testifying for the

20   Government.                                                               04:00

21           Mr. Santana admitted to the FBI that he lied.

22   Mr. Santana made up things.  And Mr. Santana, who is 21 years

23   old at the time, admitted to the FBI that he exaggerated to

24   impress his friends.

25           The FBI begins investigating Mr. Santana because               04:01

1    Mr. Santana had, one, been chatting with an undercover FBI

2    agent online, saying some pretty radical things.  There's no

3    denying that.

4           And, two, he got stopped at the border when he was

5    coming back from Mexico.  His grandmother had taken him to                04:01

6    Mexico so he could have some dental work done.  And he got

7    stopped when he was coming back from going there with his

8    grandma.  And when got stopped, they found an Al-Qa'ida

9    magazine and some other radical literature.  Mr. Kabir was

10   already in Germany when Mr. Santana got stopped at the border            04:01

11   of Mexico.

12          You're going to learn about the confidential

13   informant in this case.  He's a convicted felon.  He has a drug

14   trafficking offense involving methamphetamine.  He's not a

15   small street-level dealer.  He went to federal prison, and he            04:02

16   got time off his sentence for cooperating with the FBI.

17          You're also going to learn that the confidential

18   informant received immigration benefits.  He's working for the

19   FBI, so the FBI asks that he stay in the country, even though

20   under our immigration laws he's deportable because of his drug           04:02

21   trafficking conviction.

22          You're going to learn that the FBI has paid him over

23   a quarter of a million dollars for his work.

24          The evidence will show that while Mr. Kabir is in

25   Germany the confidential informant brings together Mr. Santana,          04:02

1   Mr. DeLeon, and Mr. Gojali.  They are three men who are in

2   their early 20s who all have family problems, who are all

3   unemployed or underemployed, and are directionless.

4           You'll see that these three men didn't even know that

5   Mr. Kabir was going to Germany until after he left.  And when    04:03

6   he's in Germany, they're not talking every day.  They're not

7   communicating regularly.

8           You'll also see that the confidential informant is

9   the first one to start using the coded words.  In late

10  August 2012, when Mr. Kabir is in another country, that's when   04:03

11  the code words start.  You'll see that the confidential

12  informant nominates Mr. DeLeon to be the leader of the group.

13  This is happening when Mr. Kabir is in another country, in

14  another continent, in another time zone.

15          You will also hear evidence that the confidential        04:03

16  informant, Mr. DeLeon, Mr. Santana, and Mr. Gojali were

17  together day in and day out, these three young men who have

18  been to the confidential informant's apartment.

19          The confidential informant takes them out to eat.  He

20  drives them around.  He offers to pay for their expenses.        04:04

21          Mr. Kabir was nowhere near this.  He's in another

22  country.

23          You also see that the confidential informant is much

24  older than these men.  He's in his 40s.  These young men are in

25  their 20s.  He has a lot more money than them.  They're all      04:04

```
 1   unemployed and underemployed, and he knows much more about
 2   Islam as a native Palestinian.
 3            You'll see that the original plan was for Mr. DeLeon,
 4   Mr. Santana, and the confidential informant to go to Egypt
 5   where they're going to go through underground tunnels to get     04:04
 6   into Palestine.  The confidential informant told these young
 7   men that he knew how to get into Palestine through these
 8   tunnels.
 9            Mr. Kabir was not part of this plan.
10            What you'll see is Mr. Kabir, Mr. DeLeon,               04:05
11   Mr. Santana, Mr. Gojali, are on separate tracks.  Mr. Kabir is
12   in Germany and in Afghanistan playing with his cousin's little
13   kids.  And Mr. DeLeon, Mr. Santana, and Mr. Gojali are with the
14   confidential informant.
15            Going back to Mr. Kabir.  When things don't work out    04:05
16   in Germany, Mr. Kabir and his family decide that he should go
17   to Afghanistan, which is this little red blob right over there.
18   They are of Afghani descent.  And because of their ties to this
19   country, they feel that it is now safe enough for Mr. Kabir to
20   go there.  Mr. Kabir's disability checks will cover expenses     04:06
21   each month.  And Mr. Kabir's aunt, one of his father's little
22   sisters, is a nurse, and she can help watch over Mr. Kabir with
23   his epilepsy.  Mr. Kabir can study religion, look into opening
24   a small business, maybe even find a wife.
25            You'll see that Mr. Santana, Mr. Gojali, and            04:06
```

1    Mr. DeLeon didn't even know Mr. Kabir was going to Afghanistan.

2    When Mr. Santana found out that Mr. Kabir was in Afghanistan,

3    he said, *I don't think Mr. Kabir* -- or I should say Sohiel --

4    *is going to stay in Afghanistan.*

5            He thought he's going to go back to Germany.                 04:06

6            When Mr. Kabir leaves and goes to Afghanistan and he

7    arrives in Kabul, it's not what he expected.  He's having a

8    hard time communicating with people.  He speaks little Dari,

9    which is one of the languages they speak in Afghanistan.  In

10   fact, his Dari is so bad they put him in the children's group    04:07

11   in the mosque where he's studying.

12           He doesn't understand the culture.  He's been here

13   since he was two.  He's an American, and he doesn't make any

14   friends.

15           He spends most of his time on the street.  This is       04:07

16   the street that his aunt's house is on, and this is the street

17   that the mosque is on.  And he spends a lot of time behind that

18   yellow gate right there, playing volleyball with his cousin's

19   little kids.

20           Mr. Kabir cannot manage his money.  This is the first    04:07

21   time in his life he has had to manage his money on his own.  He

22   gives money to the orphans begging on the street.  Gives money

23   to his aunt and uncle.  There is eight people living in that

24   house.  He also buys candy for his cousin's little kids.  At

25   times, he runs out of money and he doesn't even have enough      04:08

money to buy food for himself.  You'll hear his cousin tell you

that he went hungry.  And you'll hear his cousin tell you he

didn't have enough money to buy a plane ticket home.

So Mr. Kabir asks his friends to send him money for

orphans, but he lies and keeps the money for himself.

He tells his friends to bring him his old military

uniforms.  He does this so he can sell them.  You're going to

hear testimony that there are small shops in Afghanistan that

sell American goods, like the shop Bush Bizaar that is named

after our president, George W. Bush.  Military pants can sell

for $35 there.  That's a lot of money in Afghanistan.

Mr. Kabir is lonely.  When his friends start emailing

and chatting with him online, telling him they want to come to

Afghanistan, Mr. Kabir encourages them to come.  They tell him

they want to do jihad.  And Mr. Kabir, who has a history of

smoking marijuana with these guys and making a bunch of crazy

talk, starts telling them, *Oh, I have connects*.

But he never gives them actual contact information.

He tells them, *They told me you can come join us*.

But he never tells them who "they" are.

He tells them, *Everything is all set up out here*.

But there is no details like who, what, when, where.

He tells them he's going on a suicide mission but doesn't go

because he gets sick.

He tells them, *Bring an Xbox.  It's boring here*.

1          The evidence in this case is going to show that

2     Mr. Kabir never had any connects with terrorists.  He never

3     even talked to any.

4          You will also hear from Mr. Kabir's family.  They're

5     going to tell you that the family does not support the Taliban.  04:10

6     Mr. Kabir lived in a neighborhood that was known to be anti-

7     Taliban.  One of Mr. Kabir's cousins worked as an interpreter

8     for U.S. forces, and the Taliban kidnapped and beheaded one of

9     Mr. Kabir's cousins.  This was a big event in Afghanistan that

10    led to widespread protest and even an HBO documentary about it.  04:10

11         You will also hear from one of Mr. Kabir's cousins

12    that Mr. Kabir was not going to stay in Afghanistan.  He was

13    going to Turkey with his aunt and his uncle's family.  Shortly

14    before their arrest in this case, Mr. Kabir's aunt and uncle

15    sold their land in Afghanistan, they applied for visas, and had  04:11

16    their passports.  Mr. Kabir's aunt and Mr. Kabir's parents

17    decided Mr. Kabir was going to go with them.

18         When it's decided that Mr. Kabir was going to go to

19    Turkey with his family, he starts to tell his friends not to

20    come to Afghanistan.  He's not truthful.  He doesn't say, *I*    04:11

21    *lied.  I don't have any connections*, but he starts telling them

22    about all the difficulties they'll face.  And he tells them not

23    once, not twice, but many times, *Don't Come*.

24         You will hear conversations in this case leading up

25    to arrests with the confidential informant, with Mr. Santana,    04:12

1    with Mr. DeLeon, and with Mr. Gojali where they debate where

2    they should go.  They talk about going to Dubai.  They talk

3    about going to Syria.  They talk about going to Egypt.  They

4    talk about going to Saudi Arabia, Palestine, Turkey, Germany.

5    At one point they have a conversation where they say, *We should*    04:12

6    *go to England so we can see a soccer game*.

7              The night before the arrests in this case Mr. DeLeon

8    tells Mr. Santana, *I don't think Sohiel wants to go with the*

9    *group*.

10             You'll see pieces of evidence in this case too.      04:12

11   You'll see that when the young men in California were arrested

12   they had an Xbox and a Raiders controller, FIFA, a soccer game,

13   Tiger Woods golf.  They're concerned about what's going to

14   happen to their Xbox and their video games when they get

15   arrested.                                                      04:13

16             You will also see that they didn't have any foreign

17   currency.  They didn't have any traveler's checks.  They didn't

18   have hotel reservations, or flights anywhere from Turkey.

19             You will also see the letters that Mr. DeLeon wrote

20   to his daddy and his mommy.  Nowhere in these letters does     04:13

21   Mr. DeLeon say he's going off to fight jihad.  Nowhere in these

22   letters does he say he's never coming back.

23             You'll also hear testimony that on November 16th, the

24   day the three men get arrested in California, Mr. Kabir's

25   mother calls him and says, *The FBI just raided our house.  What*    04:13

1    *is going on*?

2           And Mr. Kabir goes nowhere.

3           On November 17th, forces go to Mr. Kabir's aunt's

4    house in Kabul and they arrest him, and Mr. Kabir is there

5    baby-sitting his aunt's kids.                                    04:14

6           When Mr. Kabir was arrested, he didn't have any maps

7    of military bases, no list of servicemen, no military uniforms,

8    no pictures of federal buildings, no pictures of U.S.

9    landmarks, no guns, no ammunition, no explosives, no

10   instructions from terrorists, and no terrorists' phone numbers.  04:14

11          Mr. Kabir went down the path of crazy talk.  He never

12   even opened the gate to terrorism.

13          Thank you.

14          THE COURT:  Thank you.

15          Mr. Thomas, you may proceed.                              04:14

16          MR. THOMAS:  Thank you, Your Honor.

17          Ladies and gentlemen, this is not a case about

18   terrorist acts.  It's about talk.  You're not going to hear

19   evidence of anyone being killed, no bombs went off, no one got

20   shot, no one got hurt.  All you'll hear is talk.  And this       04:15

21   wasn't just everyday normal conversation-type talk.  This was

22   talk that was initiated, encouraged, and recorded by the

23   Government's paid informant.  And my co-counsel was generous

24   when she said a quarter of a million dollars.  It was $356,000

25   by the last word I checked.  That's how much they paid the       04:15

1    Government informant to give them information.  And you'll hear

2    about how that information was given and how the money came,

3    and how the more information they gave, the more money he got.

4    That's the kind of evidence you're going to hear in this case.

5          Where was Mr. DeLeon before the informant got                    04:16

6    involved?  Cal State San Bernardino.  He was a senior in 2012.

7    He had started there a few years ahead of time.  He was

8    studying nursing.  He switched his degree at one point to focus

9    on business marketing.

10         And what kind of things did he do in college?  Well,            04:16

11   he did what a lot of guys his age do in college.  They chase

12   girls and they go to parties, and they sit around with their

13   friends and they play video games.

14         And in fact, that's what he did the majority of the

15   time with Mr. Kabir.  They sat around.                                 04:16

16         When he wasn't in the mosque praying and he wasn't in

17   school studying, he was sitting with Mr. Kabir, smoking pot and

18   playing video games on their Xbox, soccer games, other kinds of

19   games.  And it's important that you realize that because this

20   is the mindset of these guys.  I mean, they might -- I can't          04:16

21   call them kids because they weren't under 18, but they were

22   kids at heart, and they were playing games.

23         And as Ms. Viramontes told you, their main concern

24   going overseas was their games.  Everything to them was a game.

25   This whole case to them was a game.                                    04:17

1          I don't know about you guys, but this is the first

2     day of school for a lot of people, including my kids, and it

3     couldn't come soon enough because I couldn't get them out of

4     the house all summer.  All they wanted to do is play Xbox or

5     watch *YouTube* or play on the computer.  And the kind of games          04:17

6     the kids watch these days are not the kind of games I played.

7     It's not *Pac-Man* and *Donkey Kong* and *Galaxa* and these fantasy

8     things, it's *Halo* and *Modern Warfare* and shooting games,

9     realistic shooting games.  So that when I walk in the room and

10    I look at the TV where my kids are playing, I don't know if          04:17

11    they're watching TV or playing a game.  This stuff looks real.

12    And this is what my client and Mr. Kabir spent most of their

13    time doing, was playing games.

14          Now, when you're talking and you're smoking pot and

15    you're playing games, and you're a new Muslim convert, and you          04:18

16    have all of these ideas about what it is to be a Muslim --

17          THE COURT:  Mr. Thomas, refrain from argument.

18          MR. THOMAS:  Certainly.  Certainly.

19          When you have all these ideas about what is to be a

20    Muslim, there is a lot of things that go through your head.  So          04:18

21    what you're going to hear in the evidence is the talk that went

22    on.  The talk that went on at the Velvet Room, which my

23    co-counsel put on the board.  And there's the inside of the

24    Velvet Room, kind of dimly lit.  They would smoke pot.  They

25    would talk about religion.  They would talk about world events.          04:18

```
1              What you're going to hear, ladies and gentlemen, is
2    how naïve they are.  None of them spoke the language.  None of
3    them had been to the Middle East.  None of them knew anyone in
4    the Middle East.  None of them knew any terrorists.  There were
5    no connections to terrorists, as my co-counsel explained.          04:19
6    There was nothing.  All of this case is about talk.  That's
7    what you're going to hear.  The Government is going to play
8    hour after hour of recording of talk.
9              And it's important that you understand --
10             THE COURT:  Okay.  No more argument, Mr. Thomas.         04:19
11   You're arguing.
12             MR. THOMAS:  Certainly.
13             It's important that you understand what you're not
14   going to hear at trial.  The lack of evidence you're going to
15   hear about an agreement, and my co-counsel planted the seed for    04:19
16   you.
17             Mr. Kabir's in Germany, completely unknown to
18   Mr. DeLeon.
19             Mr. Santana is being targeted by the FBI, completely
20   unknown to Mr. DeLeon.                                             04:19
21             The Government talks -- they talked in their opening
22   statement about everyone as a group and everyone as a
23   defendant.  They had their own friends.  They had their own
24   circle of friends.  You're going to hear about how little they
25   had in common, except for their conversations with the            04:20
```

1   Government informant.

2         One of the important things that I also want you to

3   understand is where Mr. DeLeon was in his life.  And you're

4   going to hear evidence from his family and from his family

5   members about where Mr. DeLeon was in his life and how he was          04:20

6   raised.  He was raised Catholic, very Catholic.  He went to a

7   private expensive Catholic school, K through 12, was baptized

8   at a very early age.  He didn't know much about Catholicism

9   other than he spent his whole life doing it, all right.  He

10  didn't make the choice because in Catholicism you're baptized          04:21

11  at a very young age.  It's not like Judaism where you're 13 and

12  you get bar mitzvah'd.  You make this decision early on in

13  life.

14        So what happened to Mr. DeLeon when he got to

15  college, and you'll hear this from his family, is that normal          04:21

16  college time of challenging conventions and challenging notions

17  that you're used to, and meeting people that are different, he

18  was fascinated when he met a Muslim.  It was something he

19  didn't know anything about.  He didn't know any Muslims before

20  college, and it was something that was fascinating.                    04:21

21        And what happens when you're fascinated with

22  something and you're new to it, which you'll hear from the

23  evidence, is that you focus on it and you obsess on it, and you

24  try to read as much as you can, and you try to study it as much

25  as you can.  And if you end up reading and studying and                04:21

```
 1   focussing on certain aspects of it --
 2              MS. DEWITT:  Objection, Your Honor.  Argument.
 3              THE COURT:  It's argument.
 4              MR. THOMAS:  I apologize, Your Honor.
 5              You're going to hear evidence from the defendant's      04:22
 6   family, the CHS, the paid informant, about the kinds of things
 7   that Mr. DeLeon and the CHS would listen to.  Anwar al-Awlaki
 8   is a term you'll hear a lot.  The Government introduced it.  A
 9   radical Al-Qa'ida-sponsored radical Muslim who espouses views
10   that are offensive to most people.                              04:22
11              Mr. DeLeon is not on trial for his views.  The judge
12   will instruct you on that.  Mr. DeLeon is on trial for
13   conspiracies --
14              THE COURT:  Avoid argument.  You can argue that at
15   the end of the case.  But the purpose of opening statement, you  04:22
16   know it.
17              MR. THOMAS:  I do.
18              THE COURT:  You can discuss what you believe the
19   evidence will show, and nothing else.  And that's the last
20   warning.                                                        04:23
21              MR. THOMAS:  Thank you, Your Honor.
22              The Government went over some of the elements of some
23   of the charges.  One of the most important concepts is this
24   concept of conspiracy.  And what is a conspiracy?  It's an
25   agreement.  It's an agreement between two or more people to      04:23
```

```
 1   commit a crime.  Only the agreement of what you're going to

 2   hear --

 3            THE COURT:  Mr. Thomas, that is argument.  Discuss

 4   the evidence, not the jury instructions.

 5            MR. THOMAS:  Okay.                                         04:23

 6            THE COURT:  The evidence.

 7            MR. THOMAS:  One of the focuses on the evidence from

 8   the informant is the terms and the conversations that you'll

 9   hear him elicit out of these conversations that he starts.  And

10   the Government put a bunch of terms up on the screen, things     04:23

11   some of the defendants said.  But what they didn't put on, and

12   what you'll see and hear in the evidence, is the rest of the

13   conversation and how the informant asks these questions.  You

14   know, *Who do you want to be when you fight?  Who do you want to*

15   *attack?  Who do you want -- what position do you want to be?*     04:24

16   *What do you want to use?  Where do you want to go?  What do you*

17   *want to do?*

18            These aren't conversations that the defendants

19   initiated.  You'll see from the evidence and the recordings

20   these are conversations the informant initiated.                 04:24

21            And that's important because my client was in a

22   completely different part of his life, as you will see, before

23   the informant comes in.

24            When the informant comes in, in February of 2012, he

25   had a few months of observation period with my client.  And     04:24
```

1    what you're going to hear from the Government and what you're

2    going to see from the evidence is that DeLeon was not initially

3    a threat.  He was not regarded as a threat.  He was regarded as

4    someone who was focused on school, and someone who was a new

5    convert, and someone who they did not think was a threat.                04:25

6           Then what happens is the informant starts paying for

7    trips, paying for meals, giving them cell phones, starting

8    conversations, taking them on trips to Chicago, San Diego, Las

9    Vegas, all kinds of trips where he's recording conversations,

10   and then he starts initiating radical talk only to capture what          04:25

11   the defendants are saying.

12          Now, the reason this is important is because you have

13   to --

14          THE COURT:  Okay.  That's argument.

15          MR. THOMAS:  I apologize, Your Honor.                             04:25

16          What I want you to focus on, when the evidence comes

17   in, is who initiated.  Who initiated the conversation?  Who

18   brought up the term?  Who brought up code words?  Who brought

19   up where to go?  Who brought up the place to go?  Who brought

20   up what weapon you use?  Who brought up where to use the                 04:26

21   weapon?  Who brought all these terms up?

22          Another thing to focus on is before my client met the

23   CHS he had never fired a weapon.  It was the CHS's and the

24   informant's initiative to take him to a range.  It was the

25   informant's initiative, as you'll see, to go play paintball.            04:26

```
 1    All of these things which you'll hear during the evidence were
 2    direct results of conversations the CHS and the informant
 3    initiates.  And I want you to pay careful attention, as you
 4    hear this evidence, as to who started what.
 5              Now, if you forget everything else I say, remember          04:26
 6    this:  The Government has told you and charged these defendants
 7    with intending to kill Americans.  If my client -- and this is
 8    something I want you to think of when you're listening to the
 9    evidence -- my client's heading overseas --
10              MS. DEWITT:  Objection, Your Honor.  It misstates the      04:27
11    charges and it misstates the evidence.
12              THE COURT:  Sustained.  And you're arguing.  You are
13    arguing.  Refrain from argument.
14              MR. THOMAS:  My client -- there's no dispute from
15    either the Government's opening and some of the evidence that       04:27
16    they elicited, including the letters that you'll see from my
17    client that he wrote to his parents, *I'm going overseas,* why
18    was he going overseas?  That's something I want you to think
19    about.
20              Now, the focus for Mr. DeLeon when you listen to the      04:27
21    evidence, and the focus that the Government is going to put is
22    on things that --
23              MS. DEWITT:  Your Honor, objection.
24              THE COURT:  Sustained.  Do not argue what the
25    evidence will be.  You know the difference, Mr. Thomas.            04:28
```

1          MR. THOMAS:  I do, Your Honor.

2          THE COURT:  Do not argue or I'm going to have you sit

3    down.

4          MR. THOMAS:  Certainly.

5          What the evidence is going to show, ladies and                04:28

6    gentlemen, is that but for the Government and their involvement

7    we wouldn't be here.

8          THE COURT:  Thank you.

9          All right, ladies and gentlemen.  Right on time.

10   We'll be in recess, as far as you're concerned, until 9:00         04:29

11   tomorrow morning.  If you arrive earlier than that, coffee is

12   served for you.

13         Please remember don't discuss the case with anyone,

14   any members of your family.  I've already told you what you can

15   tell your employer or your family members just about the length   04:29

16   of the trial or that you've been seated as a juror.

17         Don't read or listen to any news reports about the

18   case or anything about anyone having anything to do with the

19   case.  Don't do any research, chat, blog, tweet, about the case

20   or anyone who has anything to do with it.                          04:29

21         We'll see you back tomorrow morning no later than

22   9:00.

23              (Out of the presence of the jury:)

24         THE COURT:  We have a couple of matters to take up

25   outside the presence of the jury.                                  04:30

1        One is the instruction that we've handed out to you

2   that I would be giving, not as I said earlier about the

3   preliminary instructions, or with the preliminary instructions,

4   and not every time there is any evidence about social media or

5   this type of evidence, but at least the first time.        04:31

6        So the parties were going to meet and confer and see

7   if you agreed on any changes to what I have handed out.  It's

8   adapted from Model Instruction 211, The Limited Purpose

9   instruction.

10        MR. GRIGG:  Thank you, Your Honor.        04:31

11        I did speak briefly with Mr. Thomas by exchanging the

12   version that he had marked up.  Mr. Thomas proposed that after

13   the words "purpose of showing" that the Court insert "whether

14   or not" Mr. Kabir or Mr. DeLeon, or both, had intent.

15        The Government has no problem with inserting the        04:31

16   "whether or not" language.  However, the Government wishes to

17   address some related issues, I think, and bigger picture issues

18   with this instruction, if the Court wouldn't mind.

19        THE COURT:  All right.  Go ahead.

20        MR. GRIGG:  First of all, I believe that, as we heard        04:32

21   from the openings, you're going to be hearing, and the jury is

22   going to hear, a lot about social media from more than

23   Mr. DeLeon and Mr. Santana.  So for that reason, the Government

24   would propose replacing, in the first line, the words

25   "Mr. Kabir" or "Mr. DeLeon" or both, with the word "persons."        04:32

1          Second, with respect to the purpose for which this

2     instruction is being given, as the Court saw in the briefing on

3     this issue and the reference to the beliefs and views and

4     opinions of the defendants, it was the Government's

5     understanding that an instruction about beliefs and views and          04:32

6     the potential impact it may have with the jury would be

7     appropriate to the extent that these postings and

8     communications, and so on, reflected the defendants' beliefs

9     and views in the context of religious or political views.

10         And it was the Government's view that it would be              04:33

11    appropriate for the Court to also instruct, aside from the

12    limited purpose aspect that I'll get to in a second, to perhaps

13    add that to an extent that these online activities or

14    communications reflect the defendants' religious beliefs or

15    views, if the Court could add a sentence that instructs about          04:33

16    the jury's consideration of their religion and their political

17    beliefs with respect to the First Amendment.

18         And that was something that had been --

19         THE COURT:  You mean something along the lines of

20    what the Government submitted on that special instruction on          04:33

21    what you were referring to as your First Amendment instruction?

22         MR. GRIGG:  That's correct, Your Honor.

23         Now, the reason why I bring that up with respect to

24    this issue is to the extent that there is a perception that

25    their dissemination, for example, between each other and             04:34

1    referring each other to sites where they can obtain religious

2    sermons by Anwar al-Awlaki, I mean, if there is not an issue --

3    if the defense believes there is not an issue with respect to

4    religious beliefs in that type of activity, then the Government

5    would not put forth the suggestion.  But our understanding was          04:34

6    that was part of the basis for requesting an instruction.  And

7    I believe on the day of the second pretrial conference where we

8    had the debate about whether and when to give such an

9    instruction, I thought that was an issue relating to this

10   aspect of the evidence.                                                 04:34

11          I may be wrong.  And if I am, Your Honor, I

12   apologize.

13          The next issue is to the extent that this type of

14   evidence includes the referring by each defendant and

15   co-conspirator to the particular media and their joint liking          04:34

16   and sharing of activities.

17          With respect to the purpose for which the evidence

18   may be used, the Court has said, in the instruction, that the

19   evidence can be considered for whether they had an intent to

20   commit the crimes.  And the interrelatedness of the defendants        04:35

21   and their referencing this type of material shows more than

22   just intent; it's evidence of concert of action and the

23   constant nature of the communications, despite the geographic

24   separation that we heard about in opening.

25          So to the extent that, for example, Mr. Kabir is in            04:35

1    Germany or Afghanistan during a particular period of time, and

2    Mr. Santana and Mr. DeLeon and Mr. Gojali are located here in

3    the United States, the fact that they are staying in close

4    contact with each other, not just through email but by

5    commenting and sharing and liking on each other's *Facebook*

6    pages is also something that demonstrates that they are not as,

7    in the Government's view, not as disconnected as the argument

8    suggested.

9         And so the Government is proposing that the Court

10   reconsider the purpose nature of this instruction and expand it

11   somewhat.  And one suggested way to shortcut all that, rather

12   than getting into the details and talking about whether it's

13   also for concert in action, or this or that, is to simply add,

14   after Mr. Thomas' suggestion of showing whether or not

15   Mr. Kabir or Mr. DeLeon, or both, had an intent to commit the

16   crimes, to say, *...showing whether or not an agreement existed*

17   *and whether or not Mr. Kabir and Mr. DeLeon, or both, had an*

18   *intent to commit the charged crimes or to join such an*

19   *agreement.*  And that would, I think, cover the other factors

20   that this evidence relates to, as well as the specific intent

21   issue that the Court has addressed in the instruction.

22        And I apologize, Your Honor.  I haven't had time to

23   discuss this with counsel in advance, as I had hoped to do.

24   And I understand if this may merit further briefing.  It's the

25   Government's expectation that this type of evidence in

04:35

04:36

04:36

04:36

04:37

1    particular will not be coming to court before the jury

2    tomorrow, or even Friday.

3            So if the Court wishes, the Government would be happy

4    to try and propose something with counsel, but I'm not sure if

5    the Court wishes to take these issues directly.                    04:37

6            THE COURT:  As you were speaking, before you made

7    that final suggestion, I do -- depending on what -- I think

8    I've seen most of the -- well, I've seen a lot of documents,

9    but I may not -- I certainly haven't seen everything.  To the

10   extent -- I guess there could be things from the *Facebook* pages   04:37

11   or emails that the Government might argue.  I was going to word

12   it slightly differently to say that, ...*could show the making*

13   *of an agreement*, which is pretty close to what you were saying,

14   that it could show -- or this evidence could be considered by

15   the jury to show that an agreement existed.                        04:38

16           But why don't all counsel think about it further.  I

17   think the *whether or not*, that addition is fine.  But we can

18   discuss it further tomorrow, the proposed changes by Government

19   counsel on these other points.

20           All right.  What's the witness lineup for tomorrow?        04:38

21           MS. DEWITT:  Same as we provided before, Your Honor,

22   which would be Special Agent Hill, Special Agent Staab, Special

23   Agent Sirko, Special Agent Schyler Beaty, Specialty Agent, if

24   we get that far, Espiritu, and Special Agent Stiff.

25           Along those lines, Your Honor, a lot of the exhibits       04:39

1   that are going to be introduced for these particular witnesses

2   are physical items of evidence that have been seized.  I wanted

3   to work out some kind of agreed-upon protocol for handling

4   this.  I have a couple of suggestions, and I will just throw

5   them out there.                                                04:39

6           THE COURT:  Who was the first -- oh, Agent Staab.

7           MS. DEWITT:  So Hill --

8           THE COURT:  Hill, Staab.

9           MS. DEWITT:  Hill, Staab, Sirko.

10          THE COURT:  Okay.  I think I got them all, then.  I    04:40

11  think Staab was the only one I --

12          Ms. Viramontes:  Your Honor, if I may?

13          I'm sorry.  I didn't hear the Government who they

14  were calling after Sirko.

15          THE COURT:  Stiff, Staab, Sirko, Hill, Schyler Beaty,  04:40

16  and Espiritu.  Is that everyone?

17          Ms. Viramontes:  Is that the order that the

18  Government will be calling them in so we can have our exhibits

19  prepped?

20          MS. DEWITT:  Yes.                                      04:40

21          THE COURT:  Do I have the order right?

22          MS. DEWITT:  That's what I assumed she was asking me.

23  Yes, that is the order.

24          Ms. Viramontes:  Thank you.

25          THE COURT:  That was a coincidence that I got the      04:40

```
 1   order right.
 2           All right.  So what are the physical items of
 3   evidence?
 4           MS. DEWITT:  So Your Honor, there's a couple of
 5   things.  The physical items of evidence are fairly, some of      04:40
 6   them are fairly bulky.  There are also -- these are the
 7   original items of evidence, so I'm guessing that the Court --
 8   there is a couple things.  I'm guessing that the Court doesn't
 9   want to retain custody, then, at the end of the day?
10           THE COURT:  Correct.                                     04:41
11           MS. DEWITT:  We do have a room in the courthouse that
12   counsel has seen -- defense counsel has seen; that it would be
13   my expectation that we would take custody back of the items.
14           THE COURT:  The agents take custody of them.
15           MS. DEWITT:  The agents take custody and leave them      04:41
16   in that part of the courthouse that is locked.  The actual room
17   inside is not locked, but it is within multiple locked doors.
18           Obviously, at the end of the trial we would all sit
19   down and agree that these are the same things that were moved
20   into evidence, and go through them and make sure we have         04:41
21   everything on the list.
22           The other thing is that --
23           THE COURT:  And so if -- let me just make sure I
24   understand what you're talking about.
25           Are you talking primarily about the items that were      04:41
```

```
 1   seized at the time of the arrests?

 2            MS. DEWITT:  That's correct.

 3            THE COURT:  And so if Government counsel -- I'm

 4   sorry.

 5            If defense counsel wants to use any of those on          04:41

 6   another day during the trial --

 7            MS. DEWITT:  They just have to let us know and we'll

 8   bring them in.  And they're going to be within --

 9            THE COURT:  A few minutes.

10            MS. DEWITT:  -- fairly close.                            04:42

11            But I would also suggest, Your Honor, because I think

12   this might make it easier for your court staff, is to have the

13   agents be responsible for actually taking those items of

14   evidence to the witness.  Some of them are computers.  And what

15   I've done in the past, and I don't know whether this is          04:42

16   acceptable to the Court, but I've actually had them just take a

17   cart like that and put those items of evidence -- because there

18   is going to be multiple seriatim, and sit someplace near the

19   witness so they can just hand them directly to the witness.

20            THE COURT:  That's fine.  In fact, that's our usual       04:42

21   practice is to have the agents do that.  The cart -- you can

22   play around with it tonight, but you can probably put it right

23   behind that wall.

24            MS. DEWITT:  Exactly.

25            THE COURT:  We don't want to block -- that might          04:42
```

 1   block the jury's entrance and exit.  And the witnesses that

 2   you're calling tomorrow, none of them are in custody, so we

 3   don't need that chair there.  So we could move the chair and --

 4          MS. DEWITT:  They're not in custody yet, but by the

 5   end of the day they might be.                                    04:43

 6          THE COURT:  You never know in my courtroom.

 7          You can put the -- I know that's what you were

 8   insinuating.  So you can move the chair and put the cart there.

 9          MS. DEWITT:  Thank you, Your Honor.

10          THE COURT:  Any other housekeeping matters from the      04:43

11   Government?

12          MR. GRIGG:  Your Honor, I believe, just so that the

13   Court and counsel have the exact correct order, because I

14   believe when we were having the back and forth about the names

15   some of them got transposed.  The order should be Hill, Staab,  04:43

16   Sirko, Espiritu -- sorry.  Excuse me.  Hill, Staab, Sirko,

17   Beaty, Espiritu, and then Stiff.  One through six, in that

18   order.

19          THE COURT:  Did you get that?

20          MS. VIRAMONTES:  Yes.  Thank you.                        04:43

21          THE COURT:  Any housekeeping matters for the defense?

22          MR. AARON:  No, Your Honor.

23          MR. THOMAS:  No, Your Honor.

24          MR. CHIU:  One moment, Your Honor.

25          MR. GRIGG:  Your Honor, in light of opening              04:44

```
 1   statements from counsel for Mr. DeLeon, it's the Government's
 2   intent to proceed to introduce Mr. DeLeon's proffer statement
 3   and admissions to the agents because among the many things that
 4   counsel said today was that the entire matter was initiated by
 5   the CHS, and Mr. DeLeon had no intent, and so on, and none of        04:44
 6   these things were of his doing.  And as the Court knows from
 7   extensive briefing on this issue and from having heard
 8   testimony on this issue, that is exactly opposite of what
 9   Mr. DeLeon admitted to the FBI during his proffer.
10            And we just want to raise that issue for the Court         04:44
11   that will be something that we propose to present to the jury.
12            THE COURT:  All right.  Well, I'm going to look at
13   the opening.  That is my recollection, that Mr. DeLeon's
14   counsel said that with respect to the informant's role, but I
15   will look at the exact wording of that tonight.                     04:45
16            The other concern I have, and this is as to
17   Mr. DeLeon's -- or the opening statement on behalf of
18   Mr. DeLeon.  I excluded testimony from Dr. Sageman, so there
19   was extensive reference to the diagnosis of epilepsy.  And if
20   Dr. Sageman isn't testifying, a layperson can't testify to that    04:45
21   effect.
22            MR. THOMAS:  Your Honor, that was Kabir, and that
23   was --
24            THE COURT:  I meant Kabir.  I'm sorry.  I meant
25   Kabir.                                                              04:45
```

```
1              MR. AARON:  That's correct.  It was Dr. Victoroff.

2              THE COURT:  Dr. Victoroff.  I'm sorry.  Wrong

3    witness; wrong defendant.

4              MR. AARON:  But every -- each of the family members

5    of Mr. Kabir, as well as Mr. Kabir, are well aware of his        04:46

6    condition.

7              THE COURT:  They can't testify as to a medical

8    condition, the diagnosis; it would be hearsay.  And they are

9    not qualified to testify independently unless -- I mean, they

10   wouldn't be qualified to testify as to his condition, and they   04:46

11   can't testify to the diagnosis because it would be hearsay.

12             MR. AARON:  Well, they can certainly testify to the

13   fact of seizures which they've seen.

14             THE COURT:  What I'm pointing out is there was

15   extensive reference, I thought, in that opening statement to     04:46

16   items of evidence that are not -- that I previously ruled are

17   not admissible or relevant and that are not going to come in,

18   according to my prior rulings.  And that's a risk that if

19   counsel want to take it, any -- that's fair game at closing for

20   opposing counsel to point out that promises were made during    04:47

21   the opening that weren't kept.

22             And what I don't want to see happen is -- well, the

23   openings have been given.  But I've never heard so much

24   reference, in an opening statement, to items of evidence that I

25   have previously ruled were not going to be admitted.  And so     04:47
```

1    what I don't want to see happen at the end of the trial, for

2    counsel for Mr. Kabir to say, *But we said we were going to do*

3    *it in our* -- well, either at the end of trial or during the

4    trial to say, *But we told the jury we were going to put this*

5    *in, so you have to let us put it in.*                    04:47

6              I've already ruled on it.  And, you know, I think

7    it's a very dangerous thing to do, to hope that I'm going to

8    change my ruling, or that I'm going to somehow tell the

9    Government that they can't argue about the fact that

10   representations were made about evidence that never is going to   04:48

11   be admitted.

12             All right.  Anything else we need to take up tonight?

13             MR. AARON:  Your Honor, I just wanted to remind the

14   Court that we had objected to Mr. DeLeon's proffer to

15   statements from a possibly or probably non-testifying witness   04:48

16   being admitted against our client.  And we would reassert all

17   of those objections.  We don't believe that statement should

18   come in against Mr. Kabir at all, and the jury should be so

19   instructed.

20             THE COURT:  All right.  When you say "non-testifying   04:48

21   witness," you're referring to Mr. DeLeon?

22             MR. AARON:  Correct.

23             THE COURT:  All right.  Thank you.

24             No reference should be made to that proffer statement

25   until I've made a ruling on it.  And you're not intending to do   04:48

1    that in the next --

2              MR. GRIGG:  Not this week.

3              THE COURT:  Not this week.  All right.  So we'll hear

4    further about that.

5              MR. GRIGG:  Thank you, Your Honor.                    04:49

6                        (Proceedings Adjourned)

7                              -o0o-

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3              DOCKET NO. EDCR 12-92(B) VAP

 4

 5          I hereby certify that pursuant to Section 753,
     Title 28, United States Code, the foregoing is a true and
 6   accurate transcript of the stenographically reported
     proceedings held in the above-entitled matter and that the
 7   transcript page format is in conformance with the regulations
     of the Judicial Conference of the United States.

 8

 9

10

11    /S/ Phyllis A. Preston      DATED:  August 14, 2014

12   Federal Official Court Reporter

13   CSR, FCRR

14

15

16

17

18

19

20

21

22

23

24

25
```

**$**

**$35** [1] - 41:10
**$356,000** [1] - 44:23

**/**

**/S** [1] - 67:11

**1**

**1** [1] - 1:10
**10th** [1] - 23:16
**12** [1] - 48:6
**12-92(B** [2] - 1:9, 67:3
**13** [2] - 1:16, 48:10
**13th** [1] - 25:4
**14** [1] - 67:11
**15** [2] - 3:1, 30:10
**1500** [1] - 2:18
**15th** [1] - 26:10
**16th** [4] - 3:5, 10:24, 24:8, 43:22
**17th** [1] - 44:2
**18** [1] - 45:20
**1900s** [1] - 15:9
**1990s** [1] - 15:9

**2**

**200** [1] - 2:6
**2000** [1] - 13:7
**2002** [1] - 31:14
**2010** [3] - 19:19, 19:21, 31:14
**2012** [12] - 3:5, 18:7, 18:8, 18:12, 20:3, 20:16, 20:21, 20:23, 24:6, 38:9, 45:5, 50:23
**2014** [3] - 1:16, 3:1, 67:11
**205-7959** [1] - 1:24
**20s** [2] - 38:1, 38:24
**20th** [1] - 23:16
**21** [1] - 36:21
**211** [1] - 54:7
**21st** [1] - 23:17
**22** [1] - 32:1
**220** [1] - 2:18
**23rd** [1] - 24:8
**28** [1] - 67:5
**29-year-old** [1] - 34:6
**2:43** [1] - 1:17

**3**

**30** [1] - 31:15
**30th** [1] - 23:17
**31st** [2] - 20:23, 23:8
**33** [1] - 34:9

**3403** [1] - 2:6
**3470** [1] - 1:23
**3801** [1] - 2:13

**4**

**40s** [1] - 38:23

**6**

**6th** [1] - 29:8

**7**

**700** [1] - 2:13
**753** [1] - 67:4

**9**

**9/11** [2] - 15:6, 15:11
**92501** [3] - 1:24, 2:7, 2:14
**92507** [1] - 2:19
**951** [1] - 1:24
**9:00** [2] - 53:9, 53:21

**A**

**AARON** [7] - 2:11, 62:21, 63:25, 64:3, 64:11, 65:12, 65:21
**abbreviated** [1] - 14:25
**able** [9] - 18:1, 18:2, 18:24, 18:25, 25:2, 26:5, 30:20, 34:12, 35:15
**above-entitled** [1] - 67:6
**accelerated** [1] - 23:12
**accept** [1] - 19:11
**acceptable** [1] - 61:15
**accessible** [1] - 15:20
**accident** [1] - 32:7
**according** [1] - 64:17
**accurate** [1] - 67:5
**acknowledge** [1] - 4:25
**acknowledging** [1] - 28:1
**act** [3] - 4:20, 29:21
**action** [8] - 6:15, 16:4, 16:6, 29:18, 29:19, 29:20, 56:21, 57:12
**actions** [1] - 19:1
**activities** [7] - 8:5, 17:9, 18:20, 22:12, 23:13, 55:12, 56:15
**activity** [1] - 56:3
**acts** [7] - 5:4, 5:7, 8:3,

**8:8**, 19:17, 23:13, 44:17
**actual** [2] - 41:17, 60:15
**ad** [2] - 24:23
**adapted** [1] - 54:7
**add** [3] - 55:12, 55:14, 57:12
**addition** [7] - 8:18, 12:25, 14:6, 22:1, 22:17, 28:25, 58:16
**additional** [2] - 13:13, 28:23
**address** [1] - 54:16
**addressed** [1] - 57:20
**Adjourned** [1] - 66:5
**admissible** [1] - 64:16
**admissions** [1] - 63:2
**admitted** [6] - 36:20, 36:22, 63:8, 64:24, 65:10, 65:15
**adopted** [5] - 9:6, 14:8, 16:1, 16:19, 19:25
**adopting** [1] - 16:5
**advance** [3] - 21:9, 21:21, 57:22
**advantage** [1] - 10:9
**advice** [1] - 12:22
**advise** [3] - 4:11, 11:3, 35:10
**advised** [5] - 4:7, 4:11, 4:13, 6:19, 35:18
**aerial** [1] - 3:12
**Afghan** [3] - 31:16, 31:17, 32:5
**Afghani** [1] - 39:17
**Afghanistan** [35] - 3:10, 3:15, 5:10, 10:9, 10:11, 10:12, 11:2, 11:23, 12:2, 12:5, 12:10, 12:16, 13:5, 15:8, 15:11, 21:6, 22:9, 23:10, 28:2, 29:1, 39:11, 39:16, 39:25, 40:1, 40:3, 40:5, 40:8, 41:7, 41:10, 41:13, 42:8, 42:11, 42:14, 42:19, 56:25
**afternoon** [1] - 31:7
**age** [3] - 45:10, 48:7, 48:10
**Agent** [7] - 58:21, 58:22, 58:23, 59:5
**agent** [1] - 37:1
**agents** [5] - 60:13, 60:14, 61:12, 61:20, 63:2
**ago** [1] - 31:15

**agree** [1] - 60:18
**agreed** [2] - 54:6, 59:2
**agreed-upon** [1] - 59:2
**agreement** [11] - 4:12, 29:22, 29:23, 47:14, 49:24, 49:25, 57:15, 57:18, 58:12, 58:14
**ahead** [4] - 22:9, 26:2, 45:6, 54:18
**Air** [8] - 13:8, 32:2, 32:3, 32:5, 32:10, 32:12, 32:13
**airlifted** [1] - 32:24
**airport** [2] - 9:11, 9:12
**AK-47s** [1] - 23:24
**Al** [15] - 4:24, 14:17, 14:24, 15:1, 15:4, 15:10, 15:11, 15:15, 21:14, 21:22, 27:24, 28:24, 29:2, 37:7, 49:8
**al** [15] - 7:17, 8:24, 9:3, 9:5, 15:14, 15:15, 15:16, 15:25, 16:2, 16:8, 19:23, 19:24, 23:1, 49:6, 56:1
**al-Awlaki** [15] - 7:17, 8:24, 9:3, 9:5, 15:14, 15:15, 15:16, 15:25, 16:2, 16:8, 19:23, 19:24, 23:1, 49:6, 56:1
**Al-Qa'ida** [14] - 4:24, 14:17, 14:24, 15:1, 15:4, 15:10, 15:11, 15:15, 21:14, 21:22, 27:24, 28:24, 29:2, 37:7
**Al-Qa'ida-sponsored** [1] - 49:8
**Allah** [4] - 4:22, 14:7, 28:7, 29:7
**ALLEN** [1] - 2:5
**allied** [1] - 15:10
**alluded** [1] - 29:9
**alternative** [1] - 19:12
**Amendment** [2] - 55:16, 55:20
**America** [1] - 31:19
**AMERICA** [1] - 1:7
**American** [2] - 40:12, 41:8
**Americans** [3] - 3:22, 15:22, 52:6
**ammunition** [1] - 44:8
**ANGELA** [1] - 2:12
**anti** [2] - 33:11, 42:5
**anti-vaccination** [1] - 33:11

**Anwar** [7] - 7:17, 8:23, 9:3, 9:5, 15:14, 15:15, 15:16, 15:25, 16:2, 16:8, 19:23, 19:24, 23:1, 49:6, 56:1
**apartment** [2] - 29:4, 38:17
**apologize** [4] - 49:3, 51:14, 56:11, 57:21
**APPEARANCES** [1] - 2:1
**applied** [1] - 42:14
**apply** [1] - 25:12
**Appointed** [1] - 2:18
**appropriate** [2] - 55:6, 55:10
**appropriately** [1] - 27:2
**AQ** [1] - 14:25
**Arabia** [1] - 43:3
**area** [4] - 5:6, 5:19, 6:14, 22:6
**areas** [1] - 4:16
**argue** [5] - 49:13, 52:23, 53:1, 58:10, 65:8
**argued** [1] - 31:9
**arguing** [3] - 47:10, 52:11, 52:12
**argument** [10] - 30:7, 46:16, 47:9, 49:1, 49:2, 49:13, 50:2, 51:13, 52:12, 57:6
**Arifeen** [2] - 3:6, 4:4
**armed** [2] - 3:22, 16:20
**Army** [2] - 31:16, 32:5
**arrange** [1] - 11:18
**arranged** [2] - 6:12, 11:14
**arrest** [3] - 3:13, 42:13, 44:3
**arrested** [9] - 3:11, 3:15, 4:5, 13:16, 18:21, 43:10, 43:14, 43:23, 44:5
**arrests** [2] - 42:24, 43:6, 60:25
**arrival** [1] - 6:24
**arrive** [1] - 53:10
**arrived** [1] - 11:15
**arrives** [1] - 40:6
**article** [1] - 20:13
**articles** [1] - 20:14
**artillery** [1] - 28:19
**ASAP** [1] - 24:24
**aside** [2] - 13:1, 55:10
**aspect** [2] - 55:11, 56:9

**aspects** [1] - 48:25
**assault** [3] - 5:14, 23:23, 23:24
**assault-style** [3] - 5:14, 23:23, 23:24
**assess** [1] - 18:4
**Assistant** [1] - 2:6
**associating** [1] - 17:8
**assumed** [1] - 59:21
**asylum** - 31:18
**attack** [1] - 50:14
**attacks** [3] - 15:6, 15:12, 22:22
**attempt** [1] - 10:24
**attempted** [3] - 16:3, 27:7, 29:19
**attempting** [2] - 4:5, 16:6
**attending** [1] - 36:15
**attention** [4] - 9:25, 11:25, 33:16, 52:2
**ATTORNEY** [1] - 2:4
**Attorneys** [1] - 2:6
**attract** [1] - 11:25
**audio/video** [1] - 30:19
**August** [5] - 1:16, 20:23, 23:8, 38:9, 67:11
**AUGUST** [1] - 3:1
**aunt** [8] - 35:3, 35:10, 35:14, 39:20, 40:22, 42:12, 42:13, 42:15
**aunt's** [3] - 40:15, 44:2, 44:4
**authorities** [2] - 10:1, 11:24
**available** [1] - 17:7
**Avenue** [2] - 2:13, 2:18
**avoid** [3] - 9:11, 9:15, 49:13
**aware** [1] - 64:4
**Awlaki** [15] - 7:17, 8:24, 9:3, 9:5, 15:14, 15:15, 15:16, 15:25, 16:2, 16:8, 19:23, 19:24, 23:1, 49:6, 56:1

**B**

**baby** [1] - 44:4
**baby-sitting** [1] - 44:4
**bad** [1] - 40:9
**bags** [1] - 3:6
**bank** [1] - 7:10
**baptized** [2] - 48:6, 48:9
**bar** [5] - 19:20, 33:20,

33:24, 33:25, 48:11
**bases** [1] - 44:6
**basis** [2] - 29:24, 56:5
**battle** [1] - 5:17
**battlefield** [1] - 28:6
**Beaty** [3] - 58:22, 59:14, 62:16
**befriending** [1] - 18:23
**begging** [1] - 40:21
**begin** [2] - 14:1, 31:14
**begins** [2] - 31:15, 36:24
**behalf** [1] - 63:16
**beheaded** [1] - 42:7
**behind** [2] - 40:16, 61:22
**belief** [2] - 14:8, 19:25
**beliefs** [9] - 8:16, 9:6, 31:18, 55:2, 55:4, 55:7, 55:13, 55:16, 56:3
**believers** [1] - 3:22
**believes** [1] - 56:2
**benefit** [1] - 36:18
**benefits** [1] - 37:17
**Bernardino** [1] - 45:5
**better** [1] - 33:18
**between** [10] - 7:20, 7:22, 12:8, 12:18, 20:25, 22:7, 22:15, 22:17, 49:24, 55:24
**big** [4] - 35:21, 35:22, 35:25, 42:8
**bigger** [1] - 54:16
**Bin** [1] - 15:4
**Bin** [3] - 8:24, 9:3, 15:1
**binding** [1] - 15:22
**bit** [4] - 6:1, 9:18, 17:12, 26:15
**Bizaar** [1] - 41:8
**blob** [1] - 39:16
**block** [2] - 61:24, 61:25
**blog** [1] - 53:18
**blow** [1] - 28:9
**board** [1] - 46:22
**Bomb** [1] - 20:13
**bomb** [1] - 8:22
**bombings** [1] - 22:23
**bombs** [1] - 44:18
**book** [1] - 6:9
**booked** [4] - 10:6, 25:8, 26:11, 26:14
**border** [4] - 20:5, 20:6, 37:3, 37:9
**boring** [1] - 41:24
**brains** [1] - 28:10

**brief** [1] - 30:16
**briefing** [3] - 55:1, 57:23, 63:6
**briefly** [1] - 54:10
**Bring** [2] - 21:25, 41:24
**bring** [6] - 13:4, 13:9, 30:15, 41:5, 55:22, 61:7
**brings** [1] - 37:24
**British** [2] - 5:1, 28:3
**brother** [6] - 13:10, 35:21, 35:23, 35:24, 35:25, 36:4
**brothers** [3] - 21:24, 33:1, 33:3
**brought** [8] - 3:15, 51:17, 51:18, 51:19, 51:20
**build** [1] - 11:9
**buildings** [1] - 44:7
**bulky** [1] - 60:5
**bunch** [2] - 41:15, 50:9
**Bush** [2] - 41:8, 41:9
**business** [2] - 12:3, 39:23, 45:8
**busy** [1] - 24:6
**buy** [3] - 35:8, 40:25, 41:2
**buying** [1] - 34:22
**buys** [3] - 34:20, 40:23
**BY** [1] - 2:11

**C**

**C-4** [1] - 28:15
**Cal** [1] - 45:5
**CALIFORNIA** [2] - 1:2, 3:1
**California** [8] - 1:15, 1:24, 2:7, 2:14, 2:19, 3:7, 43:10, 43:23
**Calm** [1] - 26:25
**campaigns** [1] - 33:11
**canceled** [1] - 24:16
**candy** [1] - 40:23
**cannot** [1] - 40:19
**capture** [1] - 51:9
**car** [16] - 3:7, 4:5, 6:8, 9:8, 11:12, 13:25, 14:3, 18:20, 18:21, 24:22, 26:5, 26:8, 27:7, 29:19, 32:7, 32:23
**care** [1] - 14:1
**careful** [1] - 52:2
**carry** [1] - 5:11
**cart** [3] - 61:16, 61:20, 62:7

**case** [28] - 3:20, 4:8, 7:2, 14:11, 15:24, 29:15, 29:24, 30:8, 31:14, 31:15, 33:21, 34:20, 36:16, 37:12, 41:25, 42:13, 42:23, 43:6, 43:9, 44:16, 45:3, 45:24, 47:5, 49:14, 53:12, 53:17, 53:18
**cases** [1] - 17:15
**cash** [1] - 33:7
**Catholic** [3] - 48:5, 48:6
**Catholicism** [2] - 48:7, 48:9
**cell** [2] - 7:13, 51:6
**CENTRAL** [1] - 1:2
**certain** [1] - 48:25
**certainly** [7] - 30:22, 46:17, 47:11, 53:3, 58:8, 64:11
**certificate** [1] - 35:13
**certify** [1] - 67:4
**chair** [3] - 62:2, 62:7
**challenging** [2] - 48:15
**change** [1] - 65:7
**changes** [2] - 54:6, 58:17
**charge** [1] - 4:8
**charged** [4] - 4:10, 16:5, 52:5, 57:17
**charges** [4] - 4:15, 7:2, 7:7, 19:18, 29:24, 49:22, 52:10
**chase** [1] - 45:10
**chat** [1] - 53:18
**chatting** [2] - 36:25, 41:12
**cheap** [1] - 36:10
**check** [3] - 24:15, 24:16, 27:1
**checked** [1] - 44:24
**checks** [2] - 39:19, 43:16
**Chicago** [1] - 51:7
**children's** [1] - 40:9
**Chino** [1] - 3:7
**CHIU** [2] - 2:5, 62:23
**choice** [5] - 28:14, 28:15, 28:18, 28:19, 48:9
**CHRISTOPHER** [1] - 2:5
**CHS** [5] - 49:5, 49:6, 51:22, 52:1, 63:4
**CHS's** [1] - 51:22
**circle** [1] - 47:23
**CJA** [1] - 2:18

**claimed** [1] - 15:5
**class** [1] - 35:7
**classes** [1] - 35:6
**clear** [1] - 19:7
**client** [8] - 46:11, 50:20, 50:24, 51:21, 52:6, 52:13, 52:16, 65:15
**client's** [1] - 52:8
**close** [5] - 22:10, 22:13, 57:2, 58:12, 61:9
**closing** [1] - 64:18
**clothing** [1] - 9:24
**co** [30] - 4:3, 6:16, 6:19, 7:21, 8:3, 9:14, 13:21, 14:14, 14:22, 15:24, 17:2, 17:23, 18:10, 18:24, 20:4, 21:2, 21:16, 22:11, 22:12, 23:3, 23:5, 23:18, 24:20, 25:14, 26:1, 44:22, 46:22, 47:4, 47:14, 56:14
**co-conspirator** [7] - 17:2, 20:4, 23:5, 23:18, 24:20, 25:14, 56:14
**co-conspirators** [19] - 4:3, 6:16, 6:19, 7:21, 8:3, 9:14, 13:21, 14:14, 14:22, 15:24, 17:23, 18:10, 18:24, 21:2, 21:16, 22:11, 22:12, 23:3, 26:1
**co-counsel** [4] - 44:22, 46:22, 47:4, 47:14
**coached** [1] - 25:14
**Code** [1] - 67:5
**code** [8] - 9:17, 9:18, 12:16, 12:19, 21:15, 22:1, 38:10, 51:17
**coded** [1] - 38:8
**coffee** [1] - 53:10
**coincidence** [1] - 59:24
**cold** [2] - 27:2, 35:6
**collected** [3] - 8:11, 8:14, 15:24
**collection** [1] - 7:16
**college** [8] - 6:7, 24:15, 31:24, 45:9, 45:10, 48:14, 48:15, 48:19
**cologne** [1] - 12:2
**colonel** [2] - 31:16, 32:4
**combat** [5] - 5:11, 5:15, 24:3, 24:13,

28:13
**coming** [4] - 37:4,
37:6, 43:21, 57:25
**commenting** [1] - 57:4
**commit** [5] - 4:13,
49:25, 56:19, 57:14,
57:17
**common** [1] - 47:24
**communicated** [1] -
23:6
**communicating** [3] -
22:17, 38:6, 40:7
**communication** [3] -
7:20, 8:20, 23:8
**communications** [8] -
4:17, 22:7, 22:10,
22:14, 23:3, 55:7,
55:13, 56:22
**communist** [1] - 31:16
**company** [1] - 8:15
**completely** [3] -
47:16, 47:18, 50:21
**computer** [2] - 16:12,
46:4
**computers** [2] - 7:12,
61:13
**concept** [2] - 16:25,
49:23
**concepts** [1] - 49:22
**concern** [2] - 45:22,
63:15
**concerned** [3] - 26:15,
43:12, 53:9
**concert** [2] - 56:21,
57:12
**concludes** [1] - 29:6
**conclusion** [1] - 29:25
**condition** [3] - 64:7,
64:7, 64:9
**conditions** [1] - 5:17
**confer** [1] - 54:5
**conference** [2] -
10:19, 56:6
**Conference** [1] - 67:7
**confidential** [28] -
17:10, 17:11, 17:24,
18:9, 18:13, 18:15,
18:17, 18:18, 19:3,
20:17, 23:5, 23:6,
36:13, 37:11, 37:16,
37:24, 38:7, 38:10,
38:14, 38:17, 38:18,
38:22, 39:3, 39:5,
39:13, 42:24
**conflict** [2] - 3:22,
16:20
**conformance** [1] -
67:6
**connections** [9] -
6:18, 11:2, 21:9,

21:20, 23:10, 28:23,
29:1, 42:20, 47:4
**connects** [3] - 28:24,
41:16, 42:1
**conscious** [1] - 9:15
**consciousness** [2] -
32:9, 32:20
**considerable** [1] - 4:2
**consideration** [1] -
55:15
**considered** [2] -
56:18, 58:13
**conspiracies** [3] - 5:8,
8:9, 49:12
**conspiracy** [6] - 4:8,
4:10, 33:12, 34:4,
49:23
**conspirator** [7] - 17:2,
20:4, 23:5, 23:18,
24:20, 25:14, 56:14
**conspirators** [21] -
4:3, 6:16, 6:19, 7:21,
8:3, 9:14, 13:21,
14:14, 14:22, 15:24,
17:23, 18:10, 18:24,
21:2, 21:16, 22:11,
22:12, 23:3, 26:1,
27:24, 28:21
**constant** [1] - 56:22
**contact** [4] - 10:16,
10:20, 41:17, 57:3
**contained** [1] - 8:17
**context** [1] - 55:8
**continent** [1] - 38:13
**continue** [1] - 36:11
**contribute** [1] - 13:1
**control** [1] - 33:19
**controller** [1] - 43:11
**controversial** [2] -
33:13, 33:14
**conventions** [1] -
48:15
**conversation** [26] -
12:18, 12:21, 18:6,
20:24, 20:25, 21:10,
21:11, 21:12, 21:18,
22:2, 22:4, 26:22,
26:23, 26:24, 27:16,
27:18, 27:19, 28:4,
28:11, 29:3, 29:9,
43:4, 44:20, 50:12,
51:16
**conversation-type** [1]
- 44:20
**conversations** [18] -
7:24, 10:25, 12:8,
17:25, 18:1, 27:10,
27:14, 27:23, 28:1,
42:23, 47:24, 50:7,
50:8, 50:17, 50:19,

51:7, 51:8, 52:1
**convert** [2] - 46:14,
51:4
**converted** [2] - 19:21,
19:22
**convicted** [1] - 37:12
**conviction** [2] - 17:19,
37:20
**cooperating** [2] -
36:17, 37:15
**coordinating** [1] -
6:16
**copy** [1] - 20:7
**cord** [1] - 30:19
**correct** [7] - 36:3,
55:21, 60:9, 61:1,
62:12, 63:25, 65:21
**Counsel** [1] - 2:18
**counsel** [21] - 30:7,
31:3, 44:22, 46:22,
47:4, 47:14, 57:22,
58:3, 58:15, 58:18,
60:11, 61:2, 61:4,
62:12, 62:25, 63:3,
63:13, 64:18, 64:19,
65:1
**country** [8] - 13:11,
24:24, 31:19, 37:18,
38:9, 38:12, 38:21,
39:18
**counts** [2] - 4:8, 30:3
**couple** [10] - 6:6,
22:20, 27:12, 31:11,
34:7, 34:25, 53:23,
59:3, 60:3, 60:7
**course** [20] - 4:1, 5:20,
6:25, 7:5, 8:13, 9:13,
12:14, 13:6, 14:19,
16:13, 17:11, 17:22,
18:5, 19:17, 21:18,
22:1, 22:4, 26:20,
27:11, 27:13
**COURT** [49] - 1:1, 3:3,
30:5, 30:13, 30:15,
30:22, 31:2, 44:13,
46:16, 47:9, 49:2,
49:13, 49:17, 50:2,
50:5, 51:13, 52:11,
52:23, 53:1, 53:7,
53:23, 54:18, 55:18,
58:5, 59:5, 59:7,
59:9, 59:14, 59:20,
59:24, 60:9, 60:13,
60:22, 61:2, 61:8,
61:19, 61:24, 62:5,
62:9, 62:18, 62:20,
63:11, 63:23, 64:1,
64:6, 64:13, 65:19,
65:22, 66:2
**court** [2] - 57:25,

61:11
**Court** [23] - 1:22, 1:23,
4:7, 4:13, 15:1,
54:12, 54:17, 55:1,
55:10, 55:14, 56:17,
57:8, 57:20, 58:2,
58:4, 60:6, 60:7,
61:15, 62:12, 63:5,
63:9, 65:13, 67:12
**courthouse** [2] -
60:10, 60:15
**courtroom** [1] - 62:5
**cousin** [2] - 40:25,
41:1
**cousin's** [3] - 39:11,
40:17, 40:23
**cousins** [2] - 42:6,
42:8, 42:10
**cover** [6] - 11:22,
11:24, 12:6, 12:15,
39:19, 57:18
**Craigslist** [1] - 24:23
**crazy** [4] - 31:9, 33:10,
41:15, 44:10
**crime** [2] - 4:13, 49:25
**crimes** [3] - 56:19,
57:15, 57:17
**CSR** [2] - 1:22, 67:13
**culture** [1] - 40:11
**currency** [1] - 43:16
**custody** [6] - 60:8,
60:12, 60:13, 60:14,
62:1, 62:3
**customers** [1] - 33:7

## D

**daddy** [1] - 43:19
**dangerous** [1] - 65:6
**Dari** [2] - 40:7, 40:9
**date** [1] - 19:19
**DATED** [1] - 67:11
**DAVID** [1] - 2:17
**days** [3] - 10:13,
11:20, 46:5
**dealer** [1] - 37:14
**death** [2] - 5:5, 25:18
**debate** [2] - 42:25,
56:7
**December** [1] - 11:6
**decide** [3] - 14:15,
18:4, 39:15
**decided** [9] - 12:6,
13:12, 13:24, 13:25,
14:17, 31:24, 32:1,
42:16, 42:17
**decides** [2] - 34:5,
34:9
**decision** [1] - 48:11
**Defendant** [2] - 2:10,

2:16
**defendant** [83] - 3:5,
3:9, 3:14, 5:24, 6:5,
6:11, 6:15, 6:16,
6:19, 7:20, 7:21, 9:4,
9:7, 10:5, 10:11,
10:16, 11:1, 11:3,
11:12, 12:18, 12:25,
13:4, 13:8, 13:12,
13:16, 13:17, 13:19,
13:21, 14:11, 16:7,
17:13, 17:22, 18:8,
18:12, 19:5, 19:9,
20:18, 20:25, 21:1,
21:3, 21:23, 22:8,
22:12, 23:4, 23:9,
23:15, 23:20, 24:9,
24:15, 24:19, 24:22,
25:1, 25:5, 25:7,
25:19, 26:4, 26:11,
26:14, 26:19, 26:23,
27:16, 27:19, 28:1,
28:5, 28:11, 28:13,
28:21, 29:4, 29:10,
29:12, 29:14, 47:22,
56:13, 64:2
**defendant's** [1] - 49:4
**Defendants** [1] - 1:12
**defendants** [25] -
3:21, 4:1, 4:18, 5:22,
7:20, 9:14, 14:8,
14:14, 14:21, 14:24,
15:24, 16:17, 18:9,
18:23, 22:7, 22:11,
27:14, 29:18, 31:3,
50:10, 50:17, 51:10,
52:5, 55:3, 56:19
**defendants'** [3] - 7:24,
55:7, 55:13
**DEFENDER** [1] - 2:11
**Defenders** [1] - 2:13
**defense** [4] - 56:2,
60:11, 61:4, 62:20
**definition** [1] - 16:19
**degree** [1] - 45:7
**DeLeon** [98] - 2:16,
3:5, 4:2, 5:23, 5:24,
6:3, 6:5, 6:11, 6:19,
7:21, 9:4, 9:7, 10:5,
11:12, 12:19, 13:3,
13:4, 13:8, 13:12,
13:16, 13:21, 14:11,
16:7, 17:13, 17:23,
18:8, 18:13, 19:5,
19:8, 19:9, 19:20,
20:18, 20:25, 21:1,
21:3, 21:12, 21:23,
23:4, 23:15, 23:20,
24:9, 24:15, 24:19,
24:22, 25:1, 25:7,

25:19, 26:5, 26:11, 26:19, 27:16, 28:1, 28:5, 28:8, 28:11, 28:13, 29:4, 29:10, 34:1, 34:16, 36:12, 36:14, 37:25, 38:11, 38:15, 39:2, 39:9, 39:12, 39:25, 42:25, 43:6, 43:18, 43:20, 45:4, 47:17, 47:19, 48:2, 48:4, 48:13, 49:6, 49:10, 49:11, 51:1, 52:19, 54:13, 54:22, 54:24, 57:1, 57:14, 57:16, 62:25, 63:4, 63:8, 63:17, 65:20

**DELEON** [1] - 1:10
**DeLeon's** [6] - 19:9, 29:12, 63:1, 63:12, 63:16, 65:13
**demonstrates** [1] - 57:5
**dental** [1] - 37:5
**denying** [1] - 37:2
**depart** [1] - 10:25
**departure** [2] - 11:17, 11:21
**deportable** [1] - 37:19
**Deputy** [1] - 2:13
**descent** [1] - 39:17
**designated** [1] - 15:2
**designed** [1] - 20:9
**desire** [1] - 4:19
**desk** [1] - 33:8
**desperate** [1] - 26:8
**despite** [1] - 56:22
**detail** [1] - 4:12
**details** [3] - 6:20, 41:21, 57:11
**detection** [2] - 9:16, 21:17
**determined** [1] - 32:13
**developed** [1] - 32:7
**devices** [1] - 7:16
**DEWITT** [19] - 2:4, 3:4, 49:1, 52:9, 52:22, 58:20, 59:6, 59:8, 59:19, 59:21, 60:3, 60:10, 60:14, 61:1, 61:6, 61:9, 61:23, 62:3, 62:8
**DeWitt** [1] - 3:3
**diagnosed** [1] - 32:10
**diagnosis** [3] - 63:18, 64:7, 64:10
**die** [1] - 17:1
**Diego** [1] - 51:7
**difference** [1] - 52:24
**different** [15] - 3:19,

3:24, 4:16, 7:1, 9:18, 14:20, 16:15, 16:16, 19:4, 19:10, 23:15, 35:1, 48:16, 50:21
**differently** [1] - 58:11
**difficulties** [1] - 42:21
**digital** [1] - 7:14
**dimly** [1] - 46:23
**direct** [1] - 52:1
**direction** [2] - 14:10, 32:2
**directionless** [1] - 38:2
**directly** [2] - 58:4, 61:18
**disability** [2] - 32:15, 39:19
**discharge** [1] - 32:15
**disconnected** [1] - 57:6
**discuss** [6] - 30:7, 49:17, 50:2, 53:12, 57:22, 58:17
**discussed** [1] - 35:9
**discussion** [2] - 16:24, 29:5
**discussions** [1] - 11:22
**dispute** [1] - 52:13
**dissemination** [1] - 55:24
**distances** [1] - 35:6
**DISTRICT** [2] - 1:1, 1:2
**District** [1] - 1:23
**DIVISION** [1] - 1:3
**DIVISION-RIVERSIDE** [1] - 1:3
**DMV** [1] - 32:25
**DOCKET** [1] - 67:3
**doctors** [2] - 32:10, 32:11
**doctrine** [1] - 19:23
**documentary** [1] - 42:9
**documentation** [1] - 12:10
**documents** [3] - 7:10, 33:7, 58:7
**dollars** [3] - 26:7, 37:22, 44:23
**done** [2] - 37:5, 61:14
**Donkey** [1] - 46:6
**doors** [1] - 60:16
**doubt** [1] - 33:13
**down** [8] - 9:8, 21:25, 26:25, 29:13, 30:15, 44:10, 53:2, 60:18
**downloaded** [2] - 16:11, 16:12
**Dr** [4] - 63:17, 63:19,

63:25, 64:1
**draw** [1] - 9:25
**drifting** [1] - 33:23
**drive** [2] - 9:8, 34:14
**driver's** [1] - 32:25
**drives** [3] - 7:14, 16:10, 38:19
**driving** [2] - 32:22, 32:23
**drug** [2] - 37:12, 37:19
**Dubai** [1] - 43:1
**during** [33] - 3:13, 5:11, 5:20, 6:25, 7:4, 8:13, 9:13, 10:23, 11:1, 11:20, 12:14, 13:6, 14:19, 16:13, 17:11, 17:22, 17:24, 18:5, 21:2, 21:10, 21:18, 21:24, 22:4, 24:10, 26:24, 27:10, 27:13, 51:25, 56:25, 61:5, 63:8, 64:19, 65:2
**dying** [1] - 14:6

# E

**early** [5] - 13:7, 25:1, 38:1, 48:7, 48:11
**easier** [1] - 61:11
**East** [2] - 47:2, 47:3
**EASTERN** [1] - 1:3
**easy** [1] - 10:8
**eat** [1] - 38:18
**eating** [2] - 31:22, 33:24
**eDCR** [1] - 1:9
**EDCR** [1] - 67:3
**edition** [1] - 20:12
**effect** [1] - 63:20
**effort** [1] - 26:6
**efforts** [4] - 4:24, 5:20, 10:24, 23:13
**Egypt** [2] - 39:3, 43:2
**eight** [1] - 40:22
**either** [2] - 52:14, 65:2
**elements** [1] - 49:21
**elicit** [1] - 50:8
**elicited** [1] - 52:15
**email** [2] - 22:14, 57:3
**emailing** [1] - 41:11
**emails** [3] - 7:21, 10:21, 58:10
**Empire** [2] - 31:21, 34:14
**employed** [1] - 17:10
**employer** [1] - 53:14
**encounter** [1] - 5:18
**encouraged** [4] - 11:4, 11:6, 11:12, 44:21

**encourages** [2] - 27:21, 41:13
**end** [9] - 24:17, 24:21, 48:24, 49:14, 60:8, 60:17, 62:4, 64:25, 65:2
**enforcement** [2] - 9:15, 21:17
**engage** [15] - 3:8, 4:17, 4:19, 5:4, 5:21, 12:17, 12:22, 16:20, 18:10, 20:2, 20:10, 20:19, 24:3, 29:22
**engaging** [5] - 3:21, 5:8, 8:5, 14:6, 16:23
**England** [1] - 43:5
**English** [3] - 15:19, 15:20, 35:13
**enlist** [1] - 32:1
**enrolling** [1] - 12:5
**entire** [1] - 63:3
**entitled** [1] - 67:6
**entrance** [1] - 61:25
**epilepsy** [3] - 32:10, 39:22, 63:18
**Espiritu** [4] - 58:23, 59:15, 62:15, 62:16
**espouses** [1] - 49:8
**espousing** [1] - 22:24
**essentially** [1] - 21:19
**established** [1] - 15:4
**event** [2] - 24:18, 42:8
**events** [2] - 19:17, 46:24
**everyday** [1] - 44:20
**evidence** [70] - 3:20, 4:3, 4:9, 4:15, 4:17, 5:6, 5:7, 5:19, 6:14, 7:1, 7:3, 7:6, 8:10, 10:8, 10:13, 14:5, 14:10, 19:2, 19:25, 22:13, 29:17, 30:2, 31:11, 37:23, 38:14, 41:25, 43:9, 44:18, 45:3, 46:20, 47:13, 48:3, 48:22, 49:4, 49:18, 50:3, 50:5, 50:6, 50:11, 50:18, 51:1, 51:15, 51:25, 52:3, 52:8, 52:10, 52:14, 52:20, 52:24, 53:4, 54:3, 54:4, 56:9, 56:13, 56:16, 56:18, 56:21, 57:19, 57:24, 58:13, 59:1, 60:2, 60:4, 60:6, 60:19, 61:13, 61:16, 64:15, 64:23, 65:9
**evidenced** [1] - 22:14
**exact** [2] - 62:12,

63:14
**exactly** [3] - 13:19, 61:23, 63:7
**exaggerated** [1] - 36:22
**example** [4] - 10:2, 24:3, 55:24, 56:24
**examples** [2] - 7:6, 21:15, 22:21
**except** [1] - 47:24
**exchanging** [1] - 54:10
**excluded** [1] - 63:17
**excuse** [3] - 15:9, 20:25, 62:15
**excused** [1] - 30:10
**execute** [3] - 5:21, 23:14, 29:21
**executed** [2] - 7:4, 13:17
**executing** [1] - 8:4
**exhibits** [2] - 58:24, 59:17
**existed** [2] - 57:15, 58:14
**exit** [1] - 61:25
**expand** [1] - 57:9
**expect** [1] - 5:14
**expectation** [2] - 57:24, 60:12
**expected** [1] - 40:6
**expedited** [3] - 5:25, 25:16, 25:23
**expenses** [2] - 38:19, 39:19
**expensive** [1] - 48:6
**experience** [1] - 5:13
**expire** [2] - 35:17, 36:6
**explain** [1] - 21:12
**explained** [3] - 12:19, 22:4, 47:4
**explosives** [4] - 4:20, 28:16, 29:11, 44:8
**extensive** [10] - 7:16, 7:19, 7:24, 8:10, 8:23, 9:17, 11:22, 63:6, 63:18, 64:14
**extensively** [2] - 15:18, 15:25
**extent** [6] - 55:6, 55:12, 55:23, 56:12, 56:24, 58:9
**extra** [1] - 10:10
**extremely** [2] - 9:14, 15:16
**extremist** [7] - 7:18, 8:11, 8:19, 15:17, 15:21, 16:9, 22:19
**eye** [1] - 19:1

## F

**face** [3] - 5:10, 9:11, 42:21
**Facebook** [8] - 7:22, 8:19, 10:21, 22:15, 33:15, 57:4, 58:9
**facilities** [1] - 5:17
**facility** [1] - 24:8
**facing** [2] - 11:10, 26:2
**fact** [18] - 10:4, 11:5, 12:17, 14:13, 15:10, 18:16, 18:20, 20:17, 20:22, 26:6, 26:15, 26:20, 40:9, 45:13, 57:2, 61:19, 64:12, 65:8
**factors** [1] - 57:18
**fair** [1] - 64:18
**fairly** [4] - 29:5, 60:4, 60:5, 61:9
**fake** [3] - 6:2, 25:14, 25:16
**fall** [1] - 4:16
**familiar** [2] - 10:17, 17:20
**familiarize** [1] - 4:1
**family** [31] - 31:18, 31:21, 32:17, 33:9, 34:5, 34:9, 34:10, 35:1, 35:20, 36:11, 38:1, 39:15, 42:3, 42:4, 42:12, 42:18, 48:3, 48:14, 49:5, 53:13, 53:14, 64:3
**family's** [1] - 13:17
**fantasy** [1] - 46:6
**far** [2] - 53:9, 58:23
**fascinated** [2] - 48:17, 48:20
**fascinating** [1] - 48:19
**fast** [1] - 24:25
**father** [4] - 31:15, 31:17, 32:4, 33:1
**father's** [1] - 39:20
**FBI** [19] - 3:11, 3:16, 13:16, 17:2, 17:14, 17:17, 18:24, 36:13, 36:20, 36:22, 36:24, 36:25, 37:15, 37:18, 37:21, 43:24, 47:18, 63:8
**FCRR** [2] - 1:22, 67:13
**featured** [1] - 23:1
**February** [1] - 50:23
**FEDERAL** [1] - 2:11
**federal** [4] - 1:22, 37:14, 44:7, 67:12
**Federal** [1] - 2:13

**felon** [1] - 37:12
**felt** [2] - 31:10, 33:18
**few** [5] - 19:16, 27:12, 45:6, 50:24, 61:8
**FIFA** [1] - 43:11
**fight** [5] - 12:11, 14:16, 28:13, 43:20, 50:13
**fighters** [2] - 22:5, 22:24
**fighting** [4] - 4:19, 5:1, 16:23, 28:2
**figure** [1] - 15:15
**final** [4] - 13:21, 14:2, 27:5, 58:6
**finally** [9] - 5:3, 11:16, 16:3, 16:24, 24:17, 25:16, 26:5, 27:9, 29:8
**fine** [2] - 58:16, 61:19
**finished** [1] - 31:24
**fire** [1] - 23:22
**fired** [1] - 51:22
**firing** [3] - 23:16, 23:21, 23:22
**First** [2] - 55:16, 55:20
**first** [28] - 4:16, 6:6, 6:13, 14:24, 17:2, 17:5, 17:13, 18:8, 18:12, 18:16, 20:1, 20:12, 20:17, 23:9, 24:20, 25:8, 28:13, 28:14, 28:18, 32:8, 34:1, 38:8, 40:19, 45:25, 54:4, 54:19, 54:23, 59:5
**fisabililah** [2] - 16:18
**fitness** [1] - 24:12
**five** [2] - 4:7, 30:3
**flew** [1] - 35:23
**flies** [1] - 34:22
**flights** [1] - 43:17
**fly** [3] - 9:9, 25:17, 34:23
**focus** [6] - 45:7, 48:22, 51:15, 51:21, 52:19, 52:20
**focused** [1] - 51:3
**focuses** [1] - 50:6
**focussing** [1] - 48:25
**followed** [1] - 14:23
**food** [1] - 40:25
**footage** [1] - 3:12
**Force** [8] - 13:8, 32:2, 32:3, 32:6, 32:10, 32:13
**forces** [2] - 42:7, 44:2
**foregoing** [1] - 67:5
**foreign** [2] - 15:2, 43:15

**forget** [1] - 52:4
**form** [2] - 19:13, 30:8
**format** [1] - 67:6
**formed** [1] - 20:1
**forms** [1] - 29:23
**forth** [2] - 56:4, 62:13
**forward** [1] - 13:25
**fought** [1] - 15:9
**four** [4] - 4:16, 11:25, 22:13, 23:15
**fourth** [1] - 6:14
**Friday** [1] - 58:1
**friends** [12] - 17:23, 32:17, 33:9, 36:23, 40:13, 41:3, 41:5, 41:11, 42:18, 45:12, 47:22, 47:23
**front** [1] - 31:7
**Frontline** [1] - 28:13
**frontline** [3] - 4:19, 28:14, 28:19
**full** [1] - 17:9
**function** [1] - 33:4
**functioning** [1] - 31:12
**fund** [5] - 6:6, 6:7, 6:8, 22:3, 26:8
**funeral** [1] - 25:17
**furtherance** [3] - 5:8, 8:8, 12:12

## G

**Galaxa** [1] - 46:6
**game** [6] - 43:5, 43:11, 45:23, 45:24, 46:10, 64:18
**games** [14] - 31:23, 43:13, 45:12, 45:17, 45:18, 45:21, 45:23, 46:4, 46:5, 46:7, 46:8, 46:12, 46:14
**gate** [2] - 40:17, 44:11
**generous** [1] - 44:22
**gentlemen** [26] - 3:18, 6:25, 7:23, 8:8, 9:2, 9:10, 12:13, 12:24, 13:15, 13:20, 14:5, 14:19, 15:23, 19:3, 25:22, 26:13, 27:4, 27:9, 28:16, 29:17, 29:25, 30:6, 44:16, 46:25, 53:5, 53:8
**geographic** [1] - 56:22
**George** [1] - 41:9
**German** [2] - 35:5, 35:7
**Germany** [32] - 34:10, 34:11, 34:13, 34:17, 34:18, 34:23, 35:1,

35:4, 35:5, 35:9, 35:12, 35:14, 35:17, 35:19, 35:21, 35:23, 36:2, 36:4, 36:9, 36:10, 36:13, 37:9, 37:24, 38:4, 38:5, 39:11, 39:15, 40:4, 43:3, 47:16, 56:25
**girls** [1] - 45:11
**given** [3] - 45:1, 55:1, 64:22
**goal** [1] - 3:9
**Gojali** [21] - 3:6, 4:4, 5:25, 9:7, 12:19, 23:19, 24:20, 25:5, 25:11, 25:14, 25:17, 25:23, 34:17, 36:14, 37:25, 38:15, 39:10, 39:12, 39:24, 42:25, 57:1
**golf** [1] - 43:12
**goods** [1] - 41:8
**Government** [24] - 31:8, 36:17, 36:19, 44:25, 47:6, 47:20, 47:25, 49:7, 49:21, 50:9, 50:25, 52:5, 52:20, 53:5, 54:14, 54:15, 54:22, 55:19, 56:3, 57:8, 58:2, 58:10, 58:17, 59:12, 59:17, 61:2, 62:10, 65:8
**Government's** [7] - 44:22, 52:14, 55:3, 55:9, 57:6, 57:24, 62:25
**grand** [1] - 32:8
**grandfather** [1] - 25:18
**grandma** [1] - 37:7
**grandmother** [1] - 37:4
**great** [1] - 34:3
**greet** [1] - 29:16
**grew** [1] - 31:22
**GRIGG** [8] - 2:5, 54:9, 54:19, 55:21, 62:11, 62:24, 66:1, 66:4
**ground** [2] - 10:10, 13:2
**group** [22] - 6:3, 6:9, 10:6, 11:4, 11:22, 12:1, 12:8, 15:7, 15:8, 18:19, 21:8, 22:9, 24:19, 24:20, 25:5, 25:25, 26:11, 28:25, 38:11, 40:9, 43:8, 47:21
**groups** [3] - 6:18,

14:21, 27:25
**guess** [2] - 30:16, 58:9
**guessing** [2] - 60:6, 60:7
**guilty** [1] - 30:2
**guns** [1] - 44:8
**guy** [1] - 28:9
**guys** [6] - 21:4, 26:25, 41:15, 45:10, 45:19, 45:25
**gym** [1] - 24:11

## H

**Halo** [1] - 46:7
**hand** [1] - 61:18
**handed** [2] - 53:25, 54:6
**handguns** [1] - 23:23
**handle** [1] - 34:21
**handling** [1] - 59:2
**happy** [1] - 58:2
**hard** [2] - 32:19, 40:7
**hardline** [1] - 15:8
**haven** [1] - 15:11
**HBO** [1] - 42:9
**head** [2] - 32:21, 46:19
**headaches** [1] - 32:7
**heading** [1] - 52:8
**health** [1] - 32:16
**hear** [113] - 3:14, 3:24, 3:25, 4:2, 4:18, 4:21, 4:23, 4:25, 5:3, 5:7, 5:12, 5:16, 5:19, 6:5, 6:9, 6:11, 6:14, 7:1, 7:7, 7:15, 7:23, 7:25, 8:13, 8:18, 9:2, 9:13, 9:22, 10:23, 11:3, 12:7, 12:13, 12:24, 13:6, 13:15, 14:20, 15:7, 15:13, 15:23, 16:7, 16:13, 16:17, 16:21, 17:10, 17:18, 18:1, 18:2, 18:6, 18:18, 20:3, 20:8, 20:20, 20:23, 21:11, 22:6, 22:12, 22:17, 23:11, 23:20, 24:1, 24:7, 25:4, 25:19, 26:4, 26:5, 26:10, 26:13, 27:13, 27:14, 27:23, 27:25, 28:4, 28:15, 29:3, 29:9, 30:7, 33:9, 33:21, 34:19, 35:3, 35:17, 36:16, 38:14, 40:25, 41:1, 41:7, 42:3, 42:10, 42:23, 43:22, 44:17, 44:19, 44:25, 45:3, 46:20, 46:25,

47:6, 47:13, 47:14,
47:23, 48:3, 48:14,
48:21, 49:4, 49:7,
50:1, 50:8, 50:11,
50:25, 51:25, 52:3,
54:21, 59:12, 66:2
**heard** [8] - 11:13,
13:20, 27:4, 27:11,
54:19, 56:23, 63:6,
64:22
**hearing** [1] - 54:20
**hearsay** [2] - 64:7,
64:10
**heart** [1] - 45:21
**heated** [2] - 26:22,
29:5
**heavenly** [4] - 14:7,
14:9, 14:10, 19:15
**held** [1] - 67:6
**help** [9] - 7:2, 7:6,
10:12, 32:3, 33:2,
34:12, 35:15, 35:23,
39:21
**helped** [6] - 6:3, 6:21,
25:4, 25:6, 25:12,
33:18
**helping** [3] - 5:24,
13:2, 33:19
**hereby** [1] - 67:4
**herself** [1] - 34:20
**high** [1] - 31:24
**hiking** [1] - 24:11
**Hill** [4] - 58:21, 59:6,
59:14, 62:14
**hill** [3] - 59:7, 59:8,
62:15
**himself** [5] - 34:13,
34:24, 35:2, 40:25,
41:4
**history** [1] - 41:14
**hit** [2] - 30:24, 32:20
**holding** [1] - 25:25
**holy** [1] - 16:22
**home** [4] - 13:17,
32:17, 33:2, 41:2
**Honor** [30] - 3:4,
30:14, 30:17, 31:6,
44:15, 49:1, 49:3,
49:20, 51:14, 52:9,
52:22, 52:25, 54:9,
55:21, 56:10, 57:21,
58:20, 58:24, 59:11,
60:3, 61:10, 62:8,
62:11, 62:21, 62:22,
62:23, 62:24, 63:21,
65:12, 66:4
**honorable** [1] - 32:15
**HONORABLE** [1] - 1:5
**hookah** [4] - 19:20,
33:20, 33:24, 33:25

**hope** [1] - 65:6
**hoped** [3] - 32:2, 32:3,
57:22
**hospital** [1] - 32:24
**hotel** [1] - 43:17
**hour** [2] - 47:7
**house** [6] - 13:10,
40:15, 40:23, 43:24,
44:3, 46:3
**housekeeping** [1] -
62:9, 62:20
**hungry** [1] - 41:1
**hurt** [1] - 44:19

**I**

**idea** [1] - 13:1
**ideas** [2] - 46:15,
46:18
**idolized** [1] - 9:4
**IED** [1] - 22:22
**IEDs** [1] - 8:22
**illegal** [1] - 4:14
**immature** [1] - 31:12
**immigrated** [1] - 31:21
**immigration** [2] -
37:17, 37:19
**impact** [1] - 55:5
**import/export** [1] -
12:3
**important** [18] - 9:23,
16:25, 18:6, 19:4,
19:19, 20:24, 21:3,
22:20, 23:2, 24:18,
33:7, 45:18, 47:8,
47:12, 48:1, 49:22,
50:20, 51:11
**importantly** [2] - 16:1,
16:3
**impress** [1] - 36:23
**include** [5] - 5:22,
5:24, 7:2, 22:21,
23:5
**included** [4] - 19:23,
20:15, 23:3, 23:4
**includes** [1] - 56:13
**including** [13] - 3:22,
5:8, 5:9, 7:10, 7:16,
7:21, 8:4, 8:20, 11:1,
11:8, 24:3, 46:1,
52:15
**increase** [1] - 24:11
**independence** [1] -
36:8
**independently** [1] -
64:8
**individual** [2] - 15:13,
17:14
**individuals** [10] - 4:4,
8:12, 9:1, 9:3, 9:5,

14:21, 15:17, 21:16,
23:7
**influential** [1] - 15:16
**informant** [25] - 36:13,
37:12, 37:17, 37:24,
38:7, 38:11, 38:15,
38:18, 38:22, 39:3,
39:5, 39:13, 42:24,
44:22, 44:25, 45:4,
47:25, 49:5, 50:7,
50:12, 50:19, 50:22,
50:23, 51:5, 52:1
**informant's** [4] -
38:17, 51:23, 51:24,
63:13
**information** [8] - 8:16,
8:23, 20:11, 36:3,
41:17, 44:25, 45:1,
45:2
**ingredients** [1] - 17:21
**initials** [1] - 14:25
**initiated** [6] - 44:21,
50:18, 50:19, 51:16,
63:3
**initiates** [1] - 52:2
**initiating** [1] - 52:2
**initiative** [2] - 51:23,
51:24
**Inland** [2] - 31:21,
34:14
**insert** [1] - 54:12
**inserting** [1] - 54:14
**inside** [2] - 46:22,
60:16
**insinuating** [1] - 62:7
**Inspire** [5] - 20:8,
20:12, 20:15, 24:5
**inspire** [1] - 20:10
**instruct** [2] - 49:11,
55:10
**instructed** [2] - 15:1,
65:18
**instruction** [12] -
53:25, 54:8, 54:17,
55:1, 55:4, 55:19,
55:20, 56:5, 56:8,
56:17, 57:9, 57:20
**Instruction** [1] - 54:7
**instructions** [5] -
4:12, 44:9, 50:3,
54:2
**instructs** [1] - 55:14
**intending** [2] - 52:6,
65:24
**intent** [11] - 3:7, 27:6,
29:7, 54:13, 56:18,
56:21, 57:14, 57:17,
57:19, 63:1, 63:4
**interactions** [1] -
17:25

**interconnectedness**
[1] - 22:13
**interest** [1] - 17:3
**interested** [6] - 14:22,
14:23, 19:6, 19:13,
19:14, 33:10
**Internet** [5] - 8:20,
10:17, 10:19, 15:19,
23:7
**interpretations** [2] -
3:19, 16:15
**interpreted** [1] - 8:1
**interpreter** [1] - 42:6
**interrelatedness** [1] -
56:19
**introduce** [1] - 63:1
**introduced** [4] -
19:24, 49:7, 58:25
**invaded** [1] - 31:17
**investigate** [1] - 36:15
**investigating** [1] -
36:24
**investigation** [5] - 7:5,
17:15, 17:22, 18:5,
27:11
**invitations** [1] - 12:9
**invited** [1] - 18:17
**involved** [3] - 12:6,
29:4, 45:5
**involvement** [1] - 53:5
**involves** [2] - 6:15,
29:11
**involving** [1] - 37:13
**Iowa** [1] - 2:18
**iPads** [1] - 7:14
**iPhone** [2] - 16:10,
16:11
**Islam** [4] - 15:17,
19:21, 19:22, 39:1
**Islamic** [1] - 19:22
**Israeli** [2] - 5:2, 28:3
**issue** [10] - 55:2,
55:23, 56:1, 56:2,
56:8, 56:12, 57:20,
63:6, 63:7, 63:9
**issues** [3] - 54:16,
58:4
**items** [12] - 7:3, 7:14,
59:1, 60:1, 60:4,
60:6, 60:12, 60:24,
61:12, 61:16, 64:15,
64:23
**itinerary** [1] - 13:22
**itself** [2] - 4:14, 15:10

**J**

**January** [1] - 20:3
**JEFFREY** [1] - 2:11
**jihad** [29] - 3:8, 3:18,

4:18, 5:21, 12:12,
12:17, 12:23, 14:6,
14:12, 14:15, 15:21,
16:14, 16:18, 16:20,
17:3, 18:11, 19:6,
19:7, 19:12, 19:13,
19:14, 20:2, 20:10,
20:19, 22:24, 29:23,
41:14, 43:20
**jihadi** [1] - 20:9
**job** [1] - 19:9
**join** [10] - 3:9, 4:24,
6:3, 14:17, 18:18,
18:19, 27:21, 31:16,
41:18, 57:17
**joined** [2] - 24:11,
24:20
**joining** [1] - 27:24
**joins** [1] - 25:5
**joint** [1] - 56:14
**journey** [1] - 14:2
**Judaism** [1] - 48:10
**JUDGE** [1] - 1:5
**judge** [2] - 4:11, 49:10
**Judicial** [1] - 67:7
**July** [1] - 20:20
**junior** [1] - 31:24
**juror** [1] - 55:15
**jury** [14] - 30:12,
30:15, 31:1, 31:3,
50:3, 53:22, 53:24,
54:20, 55:5, 57:25,
58:14, 63:10, 65:3,
65:17
**JURY** [1] - 1:14
**jury's** [2] - 55:15,
61:25
**justifications** [1] -
29:6
**justify** [2] - 6:2, 25:15

**K**

**KABIR** [1] - 1:10
**Kabir** [108] - 2:10, 3:9,
3:14, 4:1, 7:20, 9:4,
10:11, 10:16, 11:1,
12:25, 13:7, 13:8,
13:19, 14:11, 19:19,
20:18, 21:1, 21:3,
21:23, 22:8, 23:4,
23:9, 26:14, 26:23,
27:19, 27:20, 28:21,
29:10, 29:14, 31:7,
31:12, 31:19, 32:1,
32:5, 32:6, 32:12,
32:16, 32:22, 33:6,
33:10, 33:23, 33:25,
34:9, 34:13, 34:16,
34:25, 35:4, 35:9,

35:12, 35:16, 35:18, 35:22, 35:25, 36:3, 36:5, 36:7, 36:12, 36:13, 36:15, 37:8, 37:23, 38:4, 38:9, 38:12, 38:20, 39:8, 39:9, 39:10, 39:14, 39:15, 39:18, 39:21, 39:22, 39:25, 40:1, 40:2, 40:5, 40:19, 41:3, 41:11, 41:13, 41:14, 42:1, 42:5, 42:11, 42:16, 42:17, 44:1, 44:3, 44:5, 44:10, 45:14, 45:16, 46:11, 54:13, 54:24, 56:24, 57:14, 57:16, 63:21, 63:23, 63:24, 64:4, 65:1, 65:17

**Kabir's** [24] - 6:15, 13:17, 31:15, 31:21, 33:1, 33:9, 34:5, 34:11, 34:19, 35:3, 35:14, 35:20, 39:19, 39:20, 42:3, 42:6, 42:8, 42:10, 42:13, 42:15, 43:23, 44:2, 47:16

**Kabul** [2] - 40:6, 44:3
**keep** [4] - 4:9, 19:1, 21:5, 25:5
**keeps** [1] - 41:4
**KENNETH** [1] - 1:10
**kept** [1] - 64:20
**key** [2] - 3:25, 19:16
**kidnapped** [1] - 42:7
**kids** [10] - 19:8, 39:12, 40:18, 40:23, 44:4, 45:20, 45:21, 46:1, 46:5, 46:9
**kill** [2] - 4:22, 52:6
**killed** [1] - 44:18
**killing** [2] - 28:6, 29:6
**kind** [10] - 19:6, 19:7, 19:14, 33:23, 45:3, 45:9, 46:4, 46:5, 46:23, 59:2
**kinds** [3] - 45:17, 49:5, 51:8
**Kitchen** [1] - 20:14
**known** [1] - 42:5
**knows** [2] - 38:25, 63:5
**Kong** [1] - 46:6

## L

**lack** [1] - 47:13
**Laden** [4] - 8:24, 9:3, 15:1, 15:4

**ladies** [26] - 3:18, 6:25, 7:23, 8:7, 9:2, 9:10, 12:13, 12:24, 13:15, 13:20, 14:5, 14:19, 15:23, 19:2, 25:22, 26:13, 27:4, 27:9, 28:16, 29:17, 29:25, 30:6, 44:16, 46:25, 53:4, 53:8
**Lakers** [1] - 33:24
**land** [2] - 3:23, 42:14
**landmarks** [1] - 44:8
**language** [2] - 35:6, 47:1, 54:15
**languages** [1] - 40:8
**laptop** [1] - 16:12
**LARSEN** [1] - 2:12
**Las** [1] - 51:7
**last** [2] - 44:24, 49:18
**lasted** [1] - 34:7
**late** [1] - 38:8
**law** [4] - 9:15, 21:17, 33:2, 33:5
**laws** [1] - 37:19
**lawyer** [2] - 35:17, 35:18
**layperson** [1] - 63:19
**leader** [1] - 38:11
**leaders** [1] - 14:20
**leading** [6] - 10:14, 10:24, 11:16, 11:20, 11:21, 42:23
**learn** [4] - 35:5, 37:11, 37:16, 37:21
**learned** [2] - 17:2, 23:9
**learns** [1] - 20:17
**least** [2] - 28:9, 54:4
**leave** [7] - 4:5, 10:14, 18:22, 27:1, 27:7, 33:7, 60:14
**leaves** [1] - 40:5
**leaving** [1] - 24:24
**lectures** [4] - 7:17, 8:17, 8:21, 15:18
**led** [1] - 42:9
**left** [9] - 3:7, 3:11, 10:4, 12:18, 13:3, 13:11, 27:7, 38:4
**leg** [4] - 6:13, 11:9, 14:2, 27:5
**legally** [1] - 35:19
**legitimate** [1] - 12:11
**length** [1] - 53:14
**lengthy** [1] - 29:5
**less** [1] - 32:6
**letters** [4] - 43:18, 43:19, 43:21, 52:15
**level** [1] - 37:14
**license** [1] - 32:25

**lied** [2] - 36:20, 42:20
**lies** [1] - 41:4
**life** [9] - 29:7, 33:23, 34:6, 40:20, 48:2, 48:4, 48:8, 48:12, 50:21
**light** [1] - 62:24
**Limited** [1] - 54:7
**limited** [1] - 55:11
**line** [2] - 30:16, 54:23
**lines** [2] - 55:18, 58:24
**lineup** [1] - 58:19
**links** [5] - 8:21, 8:25, 22:21, 22:23
**list** [2] - 44:6, 60:20
**listen** [4] - 4:9, 49:6, 52:19, 53:16
**listening** [3] - 9:19, 9:20, 52:7
**lists** [1] - 24:22
**lit** [1] - 46:23
**literature** [1] - 37:8
**live** [6] - 33:2, 34:5, 34:10, 34:12, 35:9, 36:10
**lived** [1] - 42:5
**lives** [5] - 34:10, 34:25, 35:1, 35:2, 35:4
**living** [2] - 36:8, 40:22
**located** [1] - 57:1
**locked** [3] - 60:15, 60:16
**logistics** [1] - 13:2
**lonely** [1] - 41:11
**look** [6] - 17:7, 34:12, 39:22, 46:9, 63:11, 63:14
**looked** [2] - 9:4, 32:4
**looks** [1] - 46:10
**lose** [1] - 32:20
**lost** [2] - 31:13, 32:9
**loved** [1] - 32:5
**low** [1] - 31:12
**lower** [1] - 26:7
**luggage** [6] - 7:7, 7:8, 10:1, 10:2, 10:4, 13:14

## M

**magazine** [6] - 20:7, 20:8, 20:9, 20:15, 24:5, 37:8
**Maher** [1] - 35:3
**main** [1] - 45:22
**majority** [1] - 45:13
**mal** [1] - 32:8
**Maldonado** [1] - 33:5
**Man** [1] - 46:6

**man** [2] - 10:10, 34:6
**manage** [2] - 40:19, 40:20
**maps** [1] - 44:5
**marijuana** [6] - 33:17, 33:18, 33:20, 33:23, 34:3, 41:15
**marked** [1] - 54:11
**marketing** [1] - 45:8
**marriage** [1] - 34:7
**married** [2] - 34:7
**martyr** [1] - 17:1
**martyrdom** [3] - 8:21, 22:21, 22:22
**masons** [1] - 33:12
**material** [14] - 7:15, 7:17, 8:11, 8:19, 8:25, 15:18, 15:19, 15:25, 16:1, 16:9, 22:24, 22:25, 56:20
**materials** [2] - 16:11, 24:2
**matter** [2] - 63:3, 67:6
**matters** [3] - 53:23, 62:9, 62:20
**MATTHEW** [1] - 2:12
**meals** [1] - 51:6
**mean** [6] - 12:17, 21:13, 45:19, 55:18, 56:1, 64:8
**meaning** [2] - 12:15, 16:19
**means** [3] - 8:20, 16:25, 21:13
**meant** [5] - 3:21, 12:20, 22:5, 63:23
**media** [5] - 17:4, 22:19, 54:3, 54:21, 56:14
**medical** [1] - 64:6
**medication** [2] - 32:11
**meet** [5] - 6:24, 11:19, 21:20, 29:15, 54:5
**meeting** [2] - 18:14, 48:16
**meets** [1] - 33:25
**member** [2] - 13:7, 24:19
**members** [6] - 31:3, 35:1, 48:4, 53:13, 53:14, 64:3
**men** [8] - 37:25, 38:3, 38:16, 38:23, 39:6, 43:10, 43:23
**mentioned** [5] - 16:14, 20:16, 22:25, 23:9, 27:9
**merit** [1] - 57:23
**messages** [5] - 7:22, 10:21, 22:18, 22:19

**met** [5] - 17:13, 19:19, 28:24, 48:17, 51:21
**methamphetamine** [2] - 17:21, 37:13
**Mexico** [9] - 6:12, 9:9, 10:6, 20:4, 26:12, 37:4, 37:5, 37:10
**Middle** [2] - 47:2, 47:3
**might** [11] - 5:10, 5:14, 5:18, 9:20, 10:1, 11:17, 45:19, 58:10, 61:11, 61:24, 62:4
**Miguel** [4] - 3:5, 4:3, 20:21, 28:8
**military** [10] - 7:9, 13:5, 13:14, 13:18, 27:20, 41:5, 41:9, 44:6
**million** [2] - 37:22, 44:23
**Mills** [1] - 33:22
**mind** [5] - 4:10, 21:5, 25:5, 30:20, 54:17
**minds** [1] - 30:8
**mindset** [1] - 45:19
**mine** [1] - 30:25
**minutes** [2] - 30:10, 61:8
**mission** [4] - 11:18, 29:10, 29:11, 41:22
**missions** [1] - 5:4
**misstates** [2] - 52:9, 52:10
**mitzvah'd** [1] - 48:11
**Model** [1] - 54:7
**Modern** [1] - 46:7
**Mom** [1] - 20:14
**moment** [1] - 62:23
**mommy** [1] - 43:19
**money** [20] - 6:6, 6:7, 6:8, 6:9, 24:25, 26:8, 36:10, 38:24, 40:19, 40:20, 40:21, 40:24, 40:25, 41:2, 41:3, 41:4, 41:10, 45:1, 45:2
**monitor** [1] - 18:24
**month** [4] - 11:16, 24:6, 39:20
**months** [6] - 10:14, 32:13, 34:8, 34:25, 36:2, 50:24
**morning** [3] - 9:8, 53:10, 53:20
**mosque** [5] - 17:14, 36:14, 40:10, 40:16, 45:15
**most** [6] - 16:3, 22:25, 40:14, 46:11, 49:9, 49:22, 58:7

**mother** [3] - 33:1, 34:19, 43:24
**move** [3] - 32:17, 62:2, 62:7
**moved** [2] - 31:19, 60:18
**MR** [31] - 30:14, 30:17, 30:24, 44:15, 46:17, 47:11, 49:3, 49:16, 49:20, 50:4, 50:6, 51:14, 52:13, 52:25, 53:3, 54:9, 54:19, 55:21, 62:11, 62:21, 62:22, 62:23, 62:24, 63:21, 63:25, 64:3, 64:11, 65:12, 65:21, 66:1, 66:4
**MS** [20] - 3:4, 31:6, 49:1, 52:9, 52:22, 58:20, 59:6, 59:8, 59:19, 59:21, 60:3, 60:10, 60:14, 61:1, 61:6, 61:9, 61:23, 62:3, 62:8, 62:19
**mujahid** [1] - 16:22
**mujahideen** [4] - 16:22, 22:5, 22:23
**multiple** [3] - 27:23, 60:16, 61:17
**Muslim** [8] - 3:23, 17:13, 19:9, 46:14, 46:15, 46:19, 48:17, 49:8
**Muslims** [3] - 3:23, 15:22, 48:18
**mutual** [2] - 29:22, 29:23

## N

**name** [3] - 4:22, 14:7, 15:14
**named** [1] - 41:8
**names** [3] - 3:24, 3:25, 62:13
**native** [1] - 39:1
**nature** [1] - 7:18, 56:22, 57:9
**naïve** [1] - 47:1
**near** [2] - 38:20, 61:17
**need** [8] - 5:11, 22:3, 24:25, 25:10, 27:2, 34:14, 62:2, 65:11
**needed** [5] - 6:21, 14:16, 25:6, 25:17, 35:19
**neighborhood** [1] - 42:5
**never** [13] - 23:6, 31:23, 35:2, 41:17,

41:19, 42:1, 43:21, 44:10, 51:22, 62:5, 64:22, 65:9
**nevertheless** [2] - 13:24, 22:10
**new** [6] - 24:19, 34:11, 36:5, 46:14, 48:21, 51:3
**news** [1] - 53:16
**next** [8] - 13:23, 22:6, 25:23, 30:23, 31:11, 34:25, 56:12, 65:25
**night** [1] - 43:6
**NO** [1] - 67:3
**nominates** [1] - 38:11
**non** [3] - 3:22, 65:14, 65:19
**non-believers** [1] - 3:22
**non-testifying** [2] - 65:14, 65:19
**none** [6] - 47:1, 47:2, 47:3, 62:1, 63:4
**normal** [2] - 44:20, 48:14
**normally** [1] - 30:18
**notarized** [1] - 12:9
**nothing** [2] - 47:5, 49:18
**notions** [1] - 48:15
**November** [10] - 3:5, 10:24, 25:1, 25:4, 26:4, 26:10, 29:8, 43:22, 44:2
**nowhere** [4] - 38:20, 43:19, 43:20, 44:1
**number** [5] - 10:25, 14:20, 17:15, 23:17, 27:10
**numbers** [1] - 44:9
**nurse** [1] - 39:21
**nursing** [1] - 45:7

## O

**objected** [1] - 65:13
**objection** [3] - 49:1, 52:9, 52:22
**objections** [1] - 65:16
**obligation** [2] - 14:16, 15:22
**observation** [1] - 50:24
**obsess** [1] - 48:22
**obtain** [1] - 55:25
**obviously** [1] - 60:17
**occasion** [1] - 23:19
**occasions** [4] - 19:5, 19:10, 23:18
**October** [3] - 24:22,

28:20, 29:3
**odd** [1] - 12:1
**OF** [5] - 1:2, 1:7, 1:14, 2:4, 2:11
**offense** [1] - 37:13
**offensive** [2] - 33:15, 49:9
**offers** [1] - 38:19
**OFFICE** [2] - 2:4, 2:11
**office** [5] - 25:9, 25:12, 25:13, 25:20, 33:3
**officers** [1] - 20:6
**offices** [1] - 8:6
**Official** [2] - 1:22, 67:12
**officially** [1] - 15:2
**often** [1] - 32:20
**old** [5] - 31:20, 32:1, 34:9, 36:22, 41:5
**older** [1] - 38:23
**OMAR** [1] - 1:10
**once** [2] - 6:22, 42:22
**One** [1] - 62:16
**one** [35] - 6:3, 9:16, 11:17, 17:20, 19:4, 20:10, 23:2, 23:19, 24:10, 26:20, 27:16, 27:18, 28:4, 28:22, 31:8, 32:22, 35:8, 36:25, 38:8, 39:20, 40:8, 42:6, 42:7, 42:10, 43:4, 44:18, 44:19, 45:7, 48:1, 49:22, 50:6, 53:25, 57:10, 59:10, 62:23
**one-way** [1] - 11:17
**online** [6] - 22:7, 22:17, 35:13, 37:1, 41:12, 55:12
**Ontario** [1] - 33:22
**opened** [1] - 44:11
**opening** [12] - 30:20, 39:22, 47:20, 49:14, 52:14, 56:23, 62:24, 63:12, 63:16, 64:14, 64:20, 64:23
**openings** [1] - 54:20, 64:22
**operation** [1] - 22:21
**operations** [2] - 8:21, 22:22
**opinions** [2] - 30:8, 55:3
**opposing** [1] - 64:19
**opposite** [1] - 63:7
**oppressing** [1] - 3:23
**order** [11] - 3:16, 4:6, 9:19, 24:12, 59:16, 59:20, 59:22, 59:25,

62:12, 62:14, 62:17
**organization** [3] - 15:2, 15:3, 15:5
**original** [2] - 39:2, 60:6
**originally** [1] - 11:5
**orphans** [6] - 22:2, 22:3, 22:5, 40:21, 41:4
**outside** [1] - 53:24
**overseas** [29] - 3:8, 4:6, 5:14, 5:18, 5:21, 5:24, 6:10, 7:9, 8:4, 9:9, 10:15, 10:25, 12:22, 14:1, 14:16, 18:10, 18:22, 20:2, 20:19, 20:22, 25:3, 25:9, 27:8, 28:12, 29:20, 45:23, 52:8, 52:16, 52:17
**overt** [1] - 8:8
**own** [16] - 3:20, 4:18, 4:23, 5:4, 6:17, 7:25, 9:6, 16:19, 18:3, 27:15, 34:22, 35:15, 35:22, 40:20, 47:22

## P

**p.m** [1] - 1:17
**Pac** [1] - 46:6
**Pac-Man** [1] - 46:6
**pack** [1] - 27:2
**packed** [1] - 3:6
**pad** [1] - 6:23
**page** [2] - 33:15, 67:6
**pages** [2] - 57:5, 58:9
**paid** [7] - 17:16, 25:20, 37:21, 44:22, 44:24, 49:5
**painful** [1] - 32:7
**Paintball** [1] - 24:8
**paintball** [3] - 5:17, 8:5, 51:24
**Pakistan** [2] - 28:24, 29:2
**Palestine** [3] - 39:5, 39:6, 43:3
**Palestinian** [1] - 39:1
**pants** [1] - 41:9
**paradise** [1] - 19:15
**parents** [2] - 42:15, 52:16
**parents'** [1] - 13:10
**parking** [1] - 26:1
**part** [4] - 39:8, 50:21, 56:5, 60:15
**particular** [12] - 8:23, 9:5, 9:22, 15:21, 16:8, 22:2, 28:22,

56:14, 56:25, 57:25, 58:25
**particularly** [3] - 14:22, 15:20, 22:25
**parties** [2] - 45:11, 54:5
**passport** [19] - 5:25, 6:2, 8:6, 20:21, 25:2, 25:6, 25:7, 25:9, 25:11, 25:12, 25:13, 25:15, 25:20, 25:21, 25:23, 25:24, 26:3
**passports** [3] - 5:23, 11:11, 42:15
**past** [1] - 61:14
**path** [6] - 14:15, 31:8, 31:9, 31:10, 44:10
**paths** [1] - 31:7
**pay** [4] - 32:3, 32:15, 38:19, 52:2
**paying** [2] - 51:5, 51:6
**pending** [1] - 19:18
**people** [3] - 3:19, 4:25, 6:23, 9:19, 11:25, 15:20, 16:16, 20:10, 28:6, 28:25, 40:7, 40:22, 46:1, 48:16, 49:9, 49:24
**percent** [1] - 32:15
**perception** [1] - 55:23
**perhaps** [1] - 55:11
**period** [5] - 10:23, 19:20, 24:11, 50:24, 56:25
**person** [2] - 6:12, 28:24
**persons** [1] - 54:24
**Philippine** [1] - 25:2
**PHILLIPS** [1] - 1:5
**phone** [2] - 10:18, 44:9
**phones** [2] - 7:13, 51:6
**photocopy** [1] - 24:16
**photographs** [2] - 8:3, 8:7
**Phyllis** [1] - 67:11
**PHYLLIS** [1] - 1:22
**physical** [7] - 5:9, 7:3, 21:8, 24:12, 59:1, 60:1, 60:4
**picked** [2] - 25:1, 25:24
**picking** [1] - 25:23
**picture** [2] - 25:22, 54:16
**pictures** [2] - 44:7
**pieces** [1] - 43:9
**pizza** [2] - 31:22, 33:24

**place** [5] - 6:21, 11:14, 23:24, 36:10, 51:18
**plain** [1] - 33:8
**Plaintiff** [2] - 1:8, 2:3
**plan** [17] - 4:17, 5:21, 8:4, 9:8, 13:1, 18:9, 18:13, 18:14, 18:17, 18:18, 20:2, 20:19, 23:14, 29:22, 39:2, 39:8
**plane** [6] - 7:11, 13:22, 34:20, 34:22, 41:2
**plans** [1] - 29:14
**planted** [1] - 47:14
**plastic** [1] - 28:16
**play** [7] - 8:14, 45:12, 46:3, 46:4, 47:6, 51:24, 61:21
**played** [1] - 46:5
**playing** [10] - 31:22, 31:23, 39:11, 40:17, 45:17, 45:21, 46:9, 46:10, 46:12, 46:14
**point** [5] - 10:7, 20:21, 43:4, 45:7, 64:19
**pointing** [1] - 64:13
**points** [1] - 58:18
**pole** [1] - 32:24
**political** [3] - 31:18, 55:8, 55:15
**Pomona** [2] - 13:10, 35:23
**position** [1] - 50:14
**possession** [1] - 20:7
**possibly** [2] - 12:9, 65:14
**posting** [1] - 17:7
**postings** [4] - 17:4, 17:5, 22:15, 55:6
**posts** [2] - 7:22, 10:22
**pot** [3] - 45:16, 46:13, 46:23
**potential** [2] - 9:11, 55:5
**power** [1] - 15:9
**practice** [3] - 5:13, 23:22, 61:20
**praying** [1] - 45:15
**preexisted** [1] - 18:14
**preexisting** [1] - 20:19
**preliminary** [1] - 54:2
**preparation** [5] - 5:7, 8:3, 19:17, 23:13, 29:21
**prepare** [5] - 5:9, 6:21, 11:8, 24:13
**prepped** [1] - 59:18
**presence** [5] - 30:12, 31:1, 31:2, 53:22, 53:24

**present** [2] - 31:4, 63:10
**president** [1] - 41:9
**PRESIDING** [1] - 1:5
**press** [1] - 13:25
**pressure** [1] - 34:6
**PRESTON** [1] - 1:22
**Preston** [1] - 67:11
**pretended** [1] - 18:19
**pretending** [2] - 12:4, 12:6
**pretrial** [1] - 56:6
**pretty** [3] - 27:2, 37:1, 58:12
**previously** [2] - 64:15, 64:24
**price** [1] - 26:7
**primarily** [1] - 60:24
**prison** [1] - 37:14
**private** [1] - 48:6
**problem** [3] - 35:24, 36:9, 54:14
**problems** [4] - 32:16, 35:16, 35:22, 38:1
**proceed** [4] - 3:3, 31:5, 44:14, 63:1
**proceedings** [2] - 66:5, 67:6
**PROCEEDINGS** [1] - 1:14
**professors** [4] - 21:10, 21:13, 21:21, 23:11
**proffer** [4] - 63:1, 63:8, 65:13, 65:23
**program** [1] - 35:13
**prominent** [1] - 15:15
**promises** [1] - 64:19
**propaganda** [1] - 20:9
**propose** [3] - 54:23, 58:3, 63:10
**proposed** [2] - 54:11, 58:17
**proposing** [1] - 57:8
**protection** [1] - 20:6
**protest** [1] - 42:9
**protocol** [1] - 59:2
**proudly** [1] - 25:25
**prove** [1] - 7:7
**provided** [2] - 15:10, 58:20
**pseudoephedrine** [1] - 17:19
**PUBLIC** [1] - 2:11
**public** [1] - 17:3
**Public** [1] - 2:13
**publicly** [1] - 17:7
**published** [1] - 20:13
**publishing** [1] - 15:18
**purpose** [6] - 49:14,

54:12, 54:25, 55:11, 56:16, 57:9
**Purpose** [1] - 54:7
**pursuant** [2] - 7:4, 67:4
**put** [19] - 16:3, 16:6, 29:18, 29:20, 32:11, 33:14, 40:9, 46:22, 50:9, 50:10, 52:20, 56:4, 61:16, 61:21, 62:6, 62:7, 65:3, 65:4
**puts** [1] - 24:23

## Q

**Qa'ida** [15] - 4:24, 14:17, 14:24, 15:1, 15:4, 15:10, 15:11, 15:15, 21:14, 21:22, 27:24, 28:24, 29:2, 37:7, 49:8
**qualified** [2] - 64:8, 64:9
**quarter** [2] - 37:22, 44:23
**questions** [1] - 50:12
**quick** [1] - 30:17
**quickly** [2] - 6:2, 25:7

## R

**radical** [9] - 7:17, 8:11, 8:19, 16:8, 37:1, 37:8, 49:8, 51:9
**radicalizing** [1] - 15:16
**raided** [1] - 43:24
**Raiders** [1] - 43:11
**raise** [2] - 6:8, 63:9
**raised** [2] - 48:5
**raising** [2] - 6:5, 19:8
**RALPH** [1] - 1:10
**ramped** [1] - 23:12
**range** [2] - 23:22, 51:23
**ranges** [4] - 5:13, 8:5, 23:16, 23:21
**rather** [2] - 25:25, 57:10
**reaction** [1] - 29:12
**read** [3] - 24:4, 48:23, 53:16
**reading** [2] - 24:2, 48:24
**ready** [4] - 14:3, 24:12, 25:2, 28:9
**real** [2] - 18:25, 46:10
**realistic** [1] - 46:8

**realize** [1] - 45:18
**really** [5] - 18:16, 19:3, 23:12, 30:17, 31:25
**reason** [5] - 9:9, 12:11, 51:11, 54:22, 55:22
**reassert** [1] - 65:15
**reassured** [1] - 26:24
**receipts** [1] - 7:10
**received** [2] - 32:14, 37:17
**recess** [2] - 30:6, 53:9
**Recess** [1] - 30:11
**recollection** [1] - 63:12
**reconsider** [1] - 57:9
**record** [2] - 17:25, 31:2
**recorded** [4] - 27:10, 28:4, 29:9, 44:21
**recording** [3] - 21:11, 47:7, 51:8
**recordings** [4] - 7:24, 8:2, 18:2, 50:18
**records** [1] - 7:10
**recruited** [1] - 24:19
**red** [1] - 39:16
**refer** [3] - 14:25, 27:11, 27:12
**reference** [5] - 55:2, 63:18, 64:14, 64:23, 65:23
**referencing** [1] - 56:20
**referring** [4] - 55:20, 55:25, 56:13, 65:20
**refers** [2] - 16:22, 28:16
**reflect** [2] - 31:2, 55:13
**reflected** [1] - 55:7
**refrain** [2] - 46:16, 52:12
**refund** [1] - 24:15
**refused** [2] - 31:16, 31:17
**regarded** [2] - 51:2
**regular** [2] - 10:15, 10:20
**regularly** [1] - 38:6
**regulations** [1] - 67:6
**rejected** [1] - 12:3
**related** [2] - 8:25, 54:16
**relates** [1] - 57:19
**relating** [1] - 56:8
**relatives** [2] - 34:12, 35:2
**relevant** [1] - 64:16
**religion** [4] - 34:4, 39:22, 46:24, 55:15

**religious** [4] - 55:8, 55:13, 55:25, 56:3
**remember** [3] - 30:7, 52:4, 53:12
**remembering** [1] - 32:19
**remind** [1] - 65:12
**renew** [1] - 20:21
**replacing** [1] - 54:23
**reported** [1] - 67:5
**Reporter** [2] - 1:22, 67:12
**REPORTER'S** [1] - 1:14
**reports** [1] - 53:16
**representations** [1] - 65:9
**requesting** [1] - 56:5
**require** [1] - 17:6
**requirements** [1] - 35:9
**research** [2] - 30:9, 53:18
**researched** [2] - 23:20, 23:21
**reservations** [1] - 43:17
**reset** [1] - 36:1
**respect** [6] - 54:25, 55:16, 55:22, 56:2, 56:16, 63:13
**response** [4] - 19:10, 28:6, 28:17, 29:12
**responsibility** [1] - 15:6
**responsible** [1] - 61:12
**rest** [1] - 50:11
**resulting** [1] - 5:5
**results** [1] - 52:1
**retain** [1] - 60:8
**return** [3] - 11:19, 29:12, 30:1
**rewards** [4] - 14:7, 14:9, 14:10, 19:15
**rid** [1] - 24:24
**ride** [1] - 6:12
**rifles** [1] - 5:14
**righteous** [1] - 27:21
**risk** [1] - 64:17
**Riverside** [3] - 2:7, 2:14, 2:19
**RIVERSIDE** [2] - 1:3, 3:1
**riverside** [1] - 1:15, 1:24
**role** [2] - 28:12, 63:13
**roles** [1] - 28:17
**Room** [3] - 33:21, 46:21, 46:23

**room** [3] - 46:8, 60:10, 60:15
**Rosa** [1] - 33:5
**roughly** [1] - 16:22
**routes** [2] - 6:20, 11:4
**ruled** [3] - 64:15, 64:24, 65:5
**ruling** [2] - 65:7, 65:24
**rulings** [1] - 64:17
**run** [2] - 19:16, 30:21
**running** [2] - 24:11, 36:9
**runs** [1] - 40:24

## S

**safe** [2] - 15:11, 39:18
**Sageman** [2] - 63:17, 63:19
**sale** [1] - 24:22
**salesmen** [1] - 12:3
**San** [2] - 45:5, 51:7
**sandals** [1] - 35:7
**Santana** [45] - 3:6, 4:3, 5:23, 9:7, 17:8, 19:20, 20:4, 20:18, 20:21, 21:3, 21:12, 21:23, 23:5, 23:18, 24:1, 27:18, 27:21, 28:1, 28:5, 28:7, 28:11, 28:22, 34:1, 34:16, 36:14, 36:15, 36:16, 36:20, 36:21, 36:24, 36:25, 37:9, 37:24, 38:15, 39:3, 39:10, 39:12, 39:24, 40:1, 42:24, 43:7, 47:18, 54:22, 57:1
**Santana's** [1] - 17:3, 28:17
**sat** [1] - 45:14
**Saudi** [1] - 43:3
**saved** [1] - 16:10
**saw** [2] - 17:5, 55:1
**SC** [1] - 24:7
**school** [7] - 12:5, 31:24, 32:3, 45:16, 46:1, 48:6, 51:3
**Schyler** [2] - 58:22, 59:14
**scope** [1] - 17:9
**screen** [1] - 50:9
**scrutiny** [1] - 13:14
**search** [3] - 7:4, 10:2, 13:17
**seated** [1] - 53:15
**second** [7] - 5:6, 5:7, 28:15, 28:18, 54:25, 55:11, 56:6
**Secretary** [1] - 15:3

**Section** [1] - 67:4
**security** [2] - 9:12, 9:15
**see** [35] - 3:12, 7:6, 7:7, 7:12, 7:13, 7:14, 7:19, 8:2, 8:6, 8:10, 10:3, 18:24, 24:23, 38:3, 38:7, 38:10, 38:22, 39:2, 39:9, 39:24, 43:5, 43:9, 43:10, 43:15, 43:18, 50:11, 50:18, 50:21, 51:1, 51:24, 52:15, 53:20, 54:5, 64:21, 64:25
**seed** [1] - 47:14
**seeing** [1] - 17:3
**seized** [5] - 7:4, 7:12, 7:13, 59:1, 60:25
**seizure** [5] - 32:8, 32:10, 32:11, 32:23
**seizures** [2] - 32:12, 32:14, 32:16, 32:19, 33:19, 34:13, 64:12
**sell** [6] - 11:12, 26:5, 26:8, 41:6, 41:8, 41:9
**selling** [1] - 6:8
**send** [1] - 41:3
**sending** [1] - 22:18
**senior** [1] - 45:5
**sent** [2] - 22:16, 36:13
**sentence** [2] - 37:15, 55:14
**separate** [1] - 39:10
**separation** [1] - 56:23
**September** [10] - 23:15, 23:16, 23:17, 24:6, 24:8, 24:14, 24:17, 24:21
**seriatim** [1] - 61:17
**sermons** [1] - 56:1
**serve** [1] - 32:14
**served** [1] - 53:11
**service** [1] - 32:6
**servicemen** [1] - 44:6
**serving** [1] - 32:5
**set** [2] - 6:23, 41:20
**several** [1] - 26:7
**shaheed** [1] - 16:25
**shake** [1] - 32:20
**share** [2] - 8:15, 8:16
**shared** [6] - 8:12, 8:14, 8:19, 15:25, 22:15, 22:19
**sharing** [5] - 8:23, 8:24, 8:25, 56:15, 57:4
**shocking** [2] - 33:13, 33:14

**shoes** [1] - 35:8
**shook** [1] - 32:9
**shoot** [1] - 23:24
**shooting** [5] - 5:12, 5:13, 8:4, 46:7, 46:8
**shop** [1] - 41:8
**shops** [1] - 41:7
**shortcut** [1] - 57:10
**shortly** [5] - 3:11, 3:15, 13:3, 36:6, 42:12
**shot** [1] - 44:19
**show** [19] - 3:20, 10:8, 10:13, 12:10, 14:5, 14:11, 19:2, 25:9, 25:25, 29:17, 31:11, 37:23, 41:25, 49:18, 53:4, 58:11, 58:13, 58:14
**showing** [4] - 8:3, 54:12, 57:13, 57:15
**shows** [2] - 19:25, 56:20
**sick** [1] - 41:23
**side** [2] - 27:21, 27:22
**sight** [1] - 33:8
**significant** [2] - 22:20, 24:18
**significantly** [1] - 19:21
**simply** [2] - 4:12, 57:12
**simulate** [1] - 5:17
**simultaneously** [1] - 6:15
**Sirko** [6] - 58:22, 59:8, 59:13, 59:14, 62:15
**sister** [2] - 33:2, 33:5
**sister-in-law** [2] - 33:2, 33:5
**sisters** [1] - 39:21
**sit** [4] - 45:11, 53:1, 60:17, 61:17
**site** [2] - 17:4, 17:6
**sites** [1] - 55:25
**sitting** [2] - 44:4, 45:16
**six** [3] - 32:13, 36:2, 62:16
**Skype** [7] - 10:17, 10:18, 10:20, 20:25, 21:3, 21:24, 28:20
**slightly** [1] - 58:11
**small** [3] - 37:14, 39:23, 41:7
**smashed** [1] - 32:23
**smoke** [3] - 33:17, 34:2, 46:23
**smoking** [5] - 33:20, 33:23, 41:15, 45:16,

46:13
**snipe** [1] - 28:8
**sniper** [1] - 28:18
**snipers** [1] - 4:20
**soccer** [3] - 43:5, 43:11, 45:17
**social** [3] - 17:4, 54:3, 54:21
**SOHIEL** [1] - 1:10
**Sohiel** [2] - 40:2, 43:7
**sold** [1] - 42:14
**soldiers** [1] - 5:2
**solve** [1] - 35:22
**someone** [6] - 10:2, 11:19, 29:15, 51:3, 51:4
**someplace** [1] - 61:17
**sometimes** [1] - 14:25
**somewhat** [1] - 57:10
**Sony** [1] - 16:12
**soon** [1] - 46:2
**sorry** [6] - 31:14, 59:12, 61:3, 62:15, 63:23, 64:1
**sort** [4] - 10:18, 11:24, 12:1, 29:5
**sought** [2] - 12:22, 31:18
**source** [14] - 17:10, 17:11, 17:24, 18:9, 18:13, 18:15, 18:17, 18:18, 19:3, 20:17, 23:6
**speaking** [1] - 58:5
**speaks** [1] - 40:7
**special** [1] - 55:19
**Special** [5] - 58:21, 58:22, 58:23
**Specialty** [1] - 58:22
**specific** [2] - 12:25, 57:19
**specifically** [1] - 19:11
**spend** [1] - 33:19
**spends** [2] - 40:14, 40:16
**spent** [2] - 46:11, 48:8
**sponsored** [1] - 49:8
**squats** [1] - 11:9
**Staab** [8] - 58:21, 59:5, 59:7, 59:8, 59:10, 59:14, 62:14, 62:15
**staff** [1] - 61:11
**stances** [1] - 24:4
**stand** [1] - 3:16
**start** [4] - 34:11, 38:8, 38:10, 41:11
**started** [5] - 32:17, 33:17, 33:19, 45:6, 52:3

**starting** [1] - 51:6
**starts** [6] - 41:16, 42:18, 42:20, 50:8, 51:5, 51:9
**State** [1] - 15:3, 45:5
**statement** [8] - 47:21, 49:14, 63:1, 63:16, 64:14, 64:23, 65:16, 65:23
**statements** [3] - 18:4, 62:25, 65:14
**STATES** [3] - 1:1, 1:7, 2:4
**States** [19] - 1:23, 2:6, 3:8, 3:16, 4:6, 6:13, 6:17, 10:15, 15:6, 20:5, 20:7, 21:2, 27:8, 28:21, 31:19, 36:8, 57:2, 67:5, 67:7
**stay** [10] - 6:22, 11:14, 32:12, 35:5, 35:14, 35:19, 35:20, 37:18, 40:3, 42:11
**stayed** [1] - 22:10
**staying** [1] - 57:2
**stenographically** [1] - 67:5
**stenojag@aol.com** [1] - 1:25
**step** [1] - 13:24
**steps** [4] - 13:22, 13:23, 14:9, 14:12
**Stiff** [2] - 58:23, 62:16
**stiff** [1] - 59:14
**stop** [1] - 32:12
**stopped** [7] - 3:10, 3:11, 20:5, 37:3, 37:6, 37:7, 37:9
**stopping** [1] - 26:18
**stories** [1] - 11:22
**story** [7] - 6:2, 11:24, 12:2, 12:6, 12:15, 25:14, 25:16
**straight** [1] - 26:2
**street** [6] - 33:22, 37:14, 40:14, 40:15, 40:21
**Street** [2] - 1:23, 2:6
**street-level** [1] - 37:14
**strength** [1] - 11:9
**stressing** [1] - 26:25
**student** [1] - 31:23
**students** [3] - 21:9, 21:12, 23:10
**study** [2] - 39:22, 48:23
**studying** [4] - 40:10, 45:7, 45:16, 48:24
**stuff** [1] - 46:10

**style** [4] - 5:14, 9:24, 23:23, 23:24
**submitted** [1] - 55:19
**substantive** [1] - 22:18
**suggest** [1] - 61:10
**suggested** [3] - 26:20, 57:7, 57:10
**suggestion** [3] - 56:4, 57:13, 58:6
**suggestions** [1] - 59:3
**suicide** [5] - 5:4, 11:18, 22:23, 29:6, 41:22
**Suite** [3] - 2:6, 2:13, 2:18
**summer** [1] - 46:3
**support** [5] - 4:15, 7:2, 7:7, 36:11, 42:4
**supported** [1] - 30:2
**SUSAN** [1] - 2:4
**sustained** [2] - 52:11, 52:23
**switch** [1] - 30:24
**switched** [1] - 45:7
**Switzerland** [2] - 36:1, 36:4
**sword** [1] - 27:17
**Syria** [1] - 43:2
**system** [2] - 14:8, 19:25

**T**

**table** [1] - 30:18
**Taliban** [11] - 4:24, 14:18, 15:8, 21:13, 21:20, 21:21, 27:25, 42:4, 42:6, 42:7
**talks** [2] - 27:18, 47:20
**targeted** [1] - 47:18
**teach** [1] - 35:13
**telephone** [1] - 32:23
**ten** [2] - 32:5, 32:15
**Tenth** [1] - 2:6
**term** [2] - 49:7, 51:17
**terms** [3] - 50:7, 50:9, 51:20
**terrain** [2] - 5:10, 11:9
**terrorism** [2] - 31:8, 44:11
**terrorist** [4] - 6:18, 15:2, 15:5, 44:17
**terrorists** [5] - 27:20, 42:1, 44:9, 47:3, 47:4
**terrorists'** [1] - 44:9
**testify** [8] - 33:5, 36:17, 63:19, 64:6, 64:8, 64:9, 64:10,

64:11
**testifying** [4] - 36:18, 63:19, 65:14, 65:19
**testimony** [4] - 41:7, 43:22, 63:7, 63:17
**text** [2] - 7:22, 22:18
**THE** [50] - 2:4, 2:11, 3:3, 30:5, 30:13, 30:15, 30:22, 31:2, 44:13, 46:16, 47:9, 49:2, 49:13, 49:17, 50:2, 50:5, 51:13, 52:11, 52:23, 53:1, 53:7, 53:23, 54:18, 55:18, 58:5, 59:5, 59:7, 59:9, 59:14, 59:20, 59:24, 60:9, 60:13, 60:22, 61:2, 61:8, 61:19, 61:24, 62:5, 62:9, 62:18, 62:20, 63:11, 63:23, 64:1, 64:6, 64:13, 65:19, 65:22, 66:2
**themselves** [4] - 5:9, 8:8, 9:25, 24:12
**theories** [2] - 33:12, 34:4
**thereafter** [1] - 3:15
**they've** [1] - 64:12
**third** [2] - 5:19, 28:19
**THOMAS** [18] - 2:17, 30:14, 30:17, 30:24, 44:15, 46:17, 47:11, 49:3, 49:16, 49:20, 50:4, 50:6, 51:14, 52:13, 52:25, 53:3, 62:22, 63:21
**Thomas** [8] - 30:13, 44:14, 46:16, 47:9, 50:2, 52:24, 54:10, 54:11
**Thomas'** [1] - 57:13
**thousands** [1] - 26:7
**threat** [3] - 51:2, 51:4
**three** [5] - 34:1, 37:25, 38:3, 38:16, 43:23
**throw** [5] - 10:1, 11:24, 21:17, 33:6, 59:3
**throws** [1] - 28:25
**thumb** [2] - 7:14, 16:10
**ticket** [6] - 13:22, 25:8, 25:10, 34:20, 34:21, 41:2
**tickets** [5] - 6:9, 7:11, 10:6, 26:11, 34:22
**ties** [1] - 39:17
**Tiger** [1] - 43:12
**tired** [1] - 32:18

**Title** [1] - 67:5
**today** [2] - 3:17, 63:3
**together** [2] - 37:24, 38:16
**tomorrow** [6] - 53:10, 53:20, 58:1, 58:17, 58:19, 62:1
**tonight** [3] - 61:21, 63:14, 65:11
**took** [6] - 7:8, 9:23, 14:12, 26:6, 32:25, 35:5
**towards** [1] - 14:12
**track** [1] - 19:1
**tracks** [1] - 39:10
**trafficking** [3] - 17:19, 37:13, 37:20
**train** [1] - 11:8
**training** [4] - 5:9, 21:8, 24:2
**TRANSCRIPT** [1] - 1:14
**transcript** [2] - 67:5, 67:6
**transit** [2] - 10:7
**transposed** [1] - 62:14
**travel** [20] - 4:6, 5:21, 5:23, 6:10, 6:20, 8:4, 10:15, 11:5, 12:15, 14:1, 18:10, 20:2, 20:19, 20:22, 25:3, 25:8, 25:10, 26:11, 27:8, 29:20
**traveled** [2] - 7:9, 22:9
**traveler's** [1] - 43:16
**traveling** [5] - 3:7, 11:6, 12:1, 12:17, 20:4
**travels** [1] - 12:22
**Trial** [1] - 1:10
**trial** [24] - 3:13, 3:16, 5:20, 6:25, 8:13, 9:13, 12:14, 13:7, 14:13, 14:19, 16:13, 17:12, 27:13, 30:1, 33:6, 47:13, 49:10, 49:11, 53:15, 60:17, 61:5, 64:25, 65:2, 65:3
**TRIAL** [1] - 1:14
**tried** [8] - 7:8, 10:14, 14:4, 18:22, 33:2, 35:5, 35:10, 35:14
**trip** [8] - 6:6, 6:7, 6:8, 6:13, 9:23, 26:9, 26:14, 27:5
**trips** [5] - 23:16, 24:7, 51:6, 51:7, 51:8
**troops** [3] - 5:2, 28:3
**trouble** [1] - 28:6

**true** [3] - 27:20, 30:1, 67:5
**truthful** [1] - 42:19
**try** [3] - 48:23, 58:3
**trying** [2] - 14:8, 29:21
**tuition** [3] - 6:7, 24:15, 24:16
**Tumblr** [2] - 17:4, 17:6
**tunnels** [2] - 39:4, 39:7
**Turkey** [12] - 10:6, 13:23, 26:12, 26:14, 26:16, 27:1, 42:12, 42:18, 43:3, 43:17
**TV** [2] - 46:9, 46:10
**tweet** [1] - 53:18
**Twelfth** [1] - 1:23
**twice** [1] - 42:22
**two** [14] - 4:1, 4:4, 9:3, 9:5, 14:14, 19:4, 19:10, 20:9, 24:7, 31:7, 31:20, 37:3, 40:12, 49:24
**type** [7] - 5:7, 44:20, 54:4, 56:3, 56:12, 56:20, 57:24
**types** [2] - 7:1, 7:6, 7:15

**U**

**U.S** [7] - 5:1, 9:11, 9:12, 28:3, 42:7, 44:7
**U.S.-based** [1] - 6:19
**UFOs** [1] - 33:11
**ultimately** [1] - 12:5
**UN** [2] - 5:1, 28:3
**uncle** [2] - 35:10, 40:22, 42:13
**uncle's** [1] - 42:12
**under** [2] - 37:19, 45:20
**undercover** [1] - 36:25
**underemployed** [2] - 38:2, 38:25
**underground** [1] - 39:4
**unemployed** [2] - 38:2, 38:25
**uniforms** [10] - 7:10, 13:5, 13:9, 13:11, 13:13, 13:14, 13:18, 13:19, 41:6, 44:6
**uNITED** [1] - 1:1
**UNITED** [2] - 1:7, 2:4
**United** [19] - 1:23, 2:6, 3:8, 3:16, 4:6, 6:13, 6:17, 10:15, 15:6, 20:5, 20:6, 21:2,

27:7, 28:21, 31:19, 36:7, 57:2, 67:5, 67:7
**University** [1] - 2:13
**unknown** [4] - 36:12, 47:16, 47:19
**unless** [1] - 64:8
**up** [38] - 6:1, 6:23, 9:4, 10:14, 10:24, 11:9, 11:16, 11:20, 11:21, 12:2, 23:12, 25:1, 25:16, 25:23, 25:24, 25:25, 30:8, 30:16, 31:22, 32:4, 36:21, 41:20, 42:23, 48:24, 50:9, 51:17, 51:18, 51:19, 51:20, 53:23, 54:11, 55:22, 65:11
**upset** [2] - 26:19, 26:21
**urgent** [1] - 25:11
**Usama** [4] - 8:24, 9:3, 15:1, 15:4
**usual** [1] - 61:19

**V**

**vaccination** [1] - 33:11
**Vaio** [1] - 16:12
**values** [1] - 16:2
**VAP** [2] - 1:9, 67:3
**variety** [1] - 22:24
**Vegas** [1] - 51:8
**Velvet** [3] - 33:21, 46:21, 46:23
**verdict** [2] - 30:1, 30:2
**version** [1] - 54:11
**via** [1] - 10:17
**victorious** [1] - 27:17
**Victoroff** [2] - 63:25, 64:1
**video** [8] - 8:2, 8:6, 10:18, 10:19, 31:23, 43:13, 45:12, 45:17
**videos** [7] - 8:21, 8:22, 15:18, 22:22, 22:23
**view** [4] - 19:12, 19:22, 55:9, 57:6
**views** [15] - 15:17, 15:21, 16:2, 16:4, 16:5, 19:23, 20:1, 23:1, 49:8, 49:10, 55:2, 55:4, 55:8, 55:14
**Village** [1] - 24:8
**violence** [1] - 5:5
**violent** [3] - 3:8, 4:17, 5:21, 12:17, 12:23, 14:6, 14:12, 14:15,

15:21, 16:20, 17:3, 18:10, 19:22, 19:23, 20:2, 20:10, 22:24, 29:23
**violently** [2] - 32:9, 32:20
**Viramontes** [6] - 30:22, 31:5, 45:22, 59:11, 59:16, 59:23
**VIRAMONTES** [3] - 2:12, 31:6, 62:19
**VIRGINIA** [1] - 1:5
**visa** [7] - 35:16, 35:22, 35:24, 36:1, 36:5
**visas** [2] - 11:11, 42:14
**volleyball** [1] - 40:17
**vs** [1] - 1:9

# W

**Waheeda** [1] - 35:3
**waiting** [1] - 26:1
**walk** [1] - 46:8
**walked** [1] - 35:6
**wall** [1] - 61:22
**wants** [4] - 28:17, 28:18, 43:7, 61:4
**Warfare** [1] - 46:7
**warm** [1] - 35:8
**warning** [1] - 49:19
**warrants** [2] - 7:4, 13:17
**warriors** [1] - 16:23
**wasting** [1] - 26:16
**watch** [3] - 39:21, 46:4, 46:5
**watching** [2] - 33:24, 46:10
**ways** [1] - 9:16
**weak** [1] - 32:18
**weapon** [3] - 51:19, 51:20, 51:22
**weapons** [2] - 23:23, 23:25
**wear** [1] - 9:24
**weather** [2] - 27:1, 27:3
**wedding** [4] - 12:7, 12:9, 12:14, 12:20
**Wednesday** [1] - 1:16
**WEDNESDAY** [1] - 3:1
**week** [2] - 66:1, 66:2
**weeks** [4] - 10:13, 11:20, 31:11
**weight** [1] - 5:10
**western** [1] - 9:24
**western-style** [1] - 9:24
**whacky** [1] - 33:10

**whole** [2] - 45:24, 48:8
**widespread** [1] - 42:9
**wife** [3] - 19:8, 34:15, 39:23
**willingness** [2] - 4:22, 5:3
**wired** [1] - 30:19
**wishes** [3] - 54:15, 58:2, 58:4
**withdrawing** [1] - 6:7
**witness** [8] - 36:17, 58:19, 61:13, 61:18, 64:2, 65:14, 65:20
**witnesses** [2] - 58:25, 61:25
**Woods** [1] - 43:12
**word** [13] - 3:18, 3:21, 12:14, 12:16, 12:20, 16:14, 16:15, 16:18, 16:21, 22:4, 44:24, 54:24, 58:10
**wording** [1] - 63:14
**words** [23] - 3:20, 4:18, 4:21, 4:23, 5:4, 6:17, 7:25, 9:17, 9:18, 16:19, 18:3, 21:16, 22:1, 27:15, 29:18, 29:20, 38:8, 38:10, 51:17, 54:12, 54:23
**workplace** [1] - 33:4
**world** [1] - 46:24
**worry** [2] - 11:18, 29:15
**worthy** [1] - 27:22
**Wow** [1] - 29:13
**written** [1] - 7:19
**wrote** [2] - 43:18, 52:16

# X

**Xbox** [6] - 31:22, 41:24, 43:11, 43:13, 45:17, 46:3
**Xboxes** [2] - 10:3, 10:4

# Y

**year** [1] - 32:6
**years** [7] - 31:15, 31:20, 32:1, 32:5, 34:9, 36:21, 45:6
**yellow** [1] - 40:17
**young** [5] - 38:16, 38:23, 39:5, 43:10, 48:10
**YouTube** [1] - 46:4

# Z

**zone** [1] - 38:13